| | |
|---|---|
| District Court _____ County, Colorado<br>Court Address:<br>Plaintiff(s):<br><br>v.<br><br>Defendant(s): | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Oct 31 2006 9:44PM MST<br>Filing ID: 12786186<br>Review Clerk: ~~~~~~~<br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br><br>Phone Number:          E-mail:<br>FAX Number:          Atty. Reg. #: | Case Number:<br><br><br>Division          Courtroom |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** ||

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

   ■ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

   ■ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

   ■ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,   **or**
   ■ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),   **or**
   ■ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. ■   This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: _____                    _____
                                        Signature of Party or Attorney for Party

---

**NOTICE**

■ This cover sheet must be filed in all District Court Civil (CV) Cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.
■ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.
■ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.

JDF 601  7/04   DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF
COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT

Dockets.Justia.com