

**GRANTED** Movant shall serve copies of this ORDER on all other parties pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

Larry J. Naves
District Court Judge

E-FILED Document
DATE OF ORDER INDICATED ON ATTACHMENT
CO Denver County District Court 2nd JD
Filing Date: Nov 6 2006 4:11PM MST
Filing ID: 12837109
Review Clerk: Nate Malone

DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO

Court Address: 1437 Bannock Street
Denver, Colorado 80202

**Plaintiff:**

NETQUOTE INC, a Colorado Corporation

v.

**Defendants:**

JOHN DOE No. 1, an internet user making use of the IP Address 64.136.27.226; and,

JOHN DOE No. 2, an internet user making use of the IP Address 64.136.26.227;

▲ COURT USE ONLY ▲

Case Number: _____

Division: _____

### [Proposed] ORDER GRANTING MOTION FOR ISSUANCE OF COMMISSION FOR OUT-OF-STATE DEPOSITION

THE COURT, having reviewed the Motion for Issuance of Commission for Out-of-State Deposition filed by Plaintiff NetQuote Inc, and being fully apprised in the premises thereof, hereby

ORDERS that Plaintiff's Motion is **GRANTED**, and that a Commission directed to the People of the State of New Jersey, in the form attached hereto as Exhibit A, shall be issued by the Clerk of the Court.

Done this ____ day of _____, 2006.

_____
District Court Judge

fb.us.1624387.01

Court: CO Denver County District Court 2nd JD

Judge: Naves, Larry J

File & Serve reviewed Transaction ID: 12789289

Current date: 11/6/2006

Case number: 2006CV11463

Case name: NETQUOTE INC vs. JOHN DOE NO 1 et al

/s/ Judge Larry J Naves