GRANTED

Case 1:07-cv-00630-DME-MEH    Document 3    Filed 03/29/2007    Page 1 of 2

Movant shall serve copies of this ORDER on any/all parties pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

Larry J. Naves
District Court Judge

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Nov 6 2006 4:11PM MST
Filing ID: 12837109
Review Clerk: Nate Malone

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:  1437 Bannock Street<br>Denver, Colorado 80202 | |
| **Plaintiff:**<br><br>NETQUOTE INC, a Colorado Corporation<br><br>v.<br><br>**Defendants:**<br><br>JOHN DOE No. 1, an internet user making use of the IP Address 64.136.27.226; and,<br><br>JOHN DOE No. 2, an internet user making use of the IP Address 64.136.26.227; | ▲ COURT USE ONLY ▲<br><br>Case Number: _____<br><br><br>Division: _____ |
| **[Proposed] ORDER GRANTING MOTION FOR PERMISSION TO CONDUCT LIMITED, PRELIMINARY DISCOVERY** | |

THE COURT, having reviewed the Motion for Preliminary, Limited Discovery to Determine Identity of Defendant filed by Plaintiff NetQuote Inc, and being fully apprised in the premises thereof, hereby ORDERS that Plaintiff's Motion is **GRANTED**:

Plaintiff is hereby granted permission under C.R.C.P. 26(d) to conduct limited, preliminary discovery solely for the purpose of obtaining identifying and locating information pertaining to the currently pseudonymous defendants in this matter.

Done this ____ day of _____, 2006.

_____
District Court Judge

fb.us.1623694.01

Dockets.Justia.com

Court: CO Denver County District Court 2nd JD
Judge: Naves, Larry J
File & Serve reviewed Transaction ID: 12789289
Current date: 11/6/2006
Case number: 2006CV11463
Case name: NETQUOTE INC vs. JOHN DOE NO 1 et al

/s/ Judge Larry J Naves