GRANTED
Case 1:07-cv-00630-DME-MEH  Document 1-10  Filed 03/29/2007  Page 1 of 2

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

Larry J. Naves
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO | |
|---|---|
| Court Address: 1437 Bannock Street<br>Denver, Colorado 80202 | |
| **Plaintiff:**<br>NETQUOTE INC, a Colorado Corporation<br>v.<br>**Defendant:**<br>MELISSA BUCHSCHACHER, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2006cv11463<br><br>Courtroom: 6<br>The Hon. Larry J. Naves, presiding |
| **[Proposed] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** | |

Before the Court is the unopposed motion by Plaintiff NetQuote Inc ("NetQuote"), seeking leave to file its Second Amended Complaint so as to substitute a new defendant in this civil action, and being fully advised, the Court hereby **GRANTS** the motion and **ORDERS AS FOLLOWS**:

- The Clerk of the Court is directed to accept for filing the Second Amended Complaint that was lodged with NetQuote's motion as Exhibit A.
- The Clerk of the Court is further directed to amend the caption for this case to reflect that Melissa Buchschacher is no longer a defendant in this action, and that the only defendant is Brandon Byrd.

Dated: February __, 2007                    IT IS SO ORDERED.

_____
District Judge

fb.us.1836369.01

944_200702201739200347.txt

Court: CO Denver County District Court 2nd JD

Judge: Naves, Larry J

File & Serve reviewed Transaction ID: 13840299

Current date: 2/20/2007

Case number: 2006CV11463

Case name: NETQUOTE INC vs. JOHN DOE NO 1 et al


/s/ Judge Larry J Naves

Page 1