| | |
|---|---|
| District Court, City and County of Denver, Colorado<br>Court Address: 1437 Bannock Street<br>Denver, CO 80202<br><br>NETQUOTE, INC., a Colorado Corporation,<br><br>Plaintiff<br>v.<br><br>BRANDON BYRD, an internet user making use of the I Addresses 64.136.27.226 and 64.136.26.227.<br><br>Defendant. | ▲ COURT USE ONLY ▲<br><br>Case Number: 06 CV 11463<br><br>Courtroom: 6<br>The Hon. Larry J. Naves, presiding |

**DISTRICT COURT CIVIL SUMMONS**

**TO THE ABOVE NAMED DEFENDANT: BRANDON BYRD**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 30 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: Feb. 21, 2007

Christopher P. Beall
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
(303) 607-3500

Attorney for Plaintiff

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

Case Name _____ v. _____   Case Number: _____

fb.us.1843235.01                                                                                                      Page 1 of 2

dockets.Justia.com

## RETURN OF SERVICE

I declare under oath that I am over the age of 18 years and not a party to this case, and that I served this Summons and a copy of the Complaint in this case, on _____ (Defendant), in _____ (County) _____ (State), on _____ (date), at _____ (time), at the following location: _____.

☐ by handing them to a person identified to me as the Defendant, _____.

☐ by identifying these documents, offering to deliver them and then leaving them with a person identified to me as the Defendant, _____, who refused service.
Physical description of person served: _____

☐ by leaving them at the Defendant's usual place of abode with _____, a member of the Defendant's family who is over the age of 18.

☐ by leaving them at the Defendant's usual place of business with _____, the Defendant's secretary, bookkeeper or chief clerk.

☐ by leaving them with _____, who as _____ (title) is authorized to receive service of process for the Defendant.

☐ I attempted to serve the Defendant on _____ occasions but have not been able to locate the Defendant. Return to the Plaintiff is made on _____(date).

_____    ☐ Private Process Server
Signature           Date            ☐ Sheriff, _____ County
                                    Service: $ _____ Mileage: $ _____

Subscribed and affirmed, or sworn to before me in the County of _____, State of _____, this _____ day of _____, 20 _____.

My commission expires: _____

_____
Notary Public