IN THE UNITED STATES DISTRICT COURT
DENVER DISTRICT

NETQUOTE, INC.,

PLAINTIFF,

VS.

MELISSA L. BUCHSCHACHER,

DEFENDANT.

CASE NO 06CV11463

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Feb 2 2007 9:47AM MST
Filing ID: 13678412
Review Clerk: Ruth Daphney Teeuw

### AFFIDAVIT OF SERVICE

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Jeroy Robinson, who, first being duly sworn, on oath deposes and states that he is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on January 23, 2007 at 12:20 pm, I personally served Melissa L. Buchschacher at her business located at 4170 Ashford Dunwoody Road, Suite 180, Atlanta, Georgia with the following: District Court Civil Summons; District Court Civil Case Cover Sheet; Verified Complaint and Jury Demand; Motion for Permission to Conduct Limited, Preliminary Discovery to Determine Identity of Defendants; Motion for Issuance of Commission of Out-Of-State Deposition; Order Granting Motion for Permission to Conduct Limited Preliminary Discovery; Order Granting Motion for Issuance of Commission for Out-Of-State Deposition; Commission for Out-Of-State Deposition; and Verified Amended Complaint and Jury Demand.

I declare under penalty of perjury that the foregoing is true and correct.

This 25th of January, 2007.

Process Server
MLQ Attorney Services
2000 Riveredge Parkway
Suite 885
Atlanta, GA 30328
(770) 984-7007

Subscribed and sworn to
Before me this 25
Day of January, 2007,
And notarized by me on this date.

Notary Public