IN THE UNITED STATES DISTRICT COURT
DENVER DISTRICT

NETQUOTE, INC.,

PLAINTIFF,

VS.

BRANDON BYRD,

DEFENDANT.

CASE NO. 06 CV 11463

~~Fraser & Parson~~ LLP

MAR 0 8 2007

RECEIVED

## AFFIDAVIT OF SERVICE

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Jeroy Robinson, who, first being duly sworn, on oath deposes and states that he is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on February 28, 2007 at 9:00 pm, I served Brandy Byrd by personally serving Kathy, roommate, who is of suitable age and discretion, at their dwelling house located at 147 Angus Trail, Atlanta, Georgia with the following: District Court Civil Summons; District Court Civil Case Cover Sheet; Verified Complaint and Jury Demand; Motion for Permission to Conduct Limited, Preliminary Discovery to Determine Identity of Defendants; Motion for Issuance of Commission of Out-Of-State Deposition; Order Granting Motion for Permission to Conduct Limited, Preliminary Discovery; Order Granting Motion for Issuance of Commission for Out-Of-State Deposition; Commission for Out-Of State Deposition; Verified Amended Complaint and Jury Demand; Affidavit of Service on Melissa L. Bushschacher; Unopposed Motion for Leave to File Second Amended Complaint; Second Amended Complaint; and Order Granting Unopposed Motion for Leave to File Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

This ___5th___ of March, 2007.

Process Server
MLQ Attorney Services
2000 Riveredge Parkway
Suite 885
Atlanta, GA  30328
(770) 984-7007

Dockets.Justia.com

Subscribed and sworn to
Before me this _____
Day of March, 2007,
And notarized by me on this date.

_____
Notary Public

| District Court, City and County of Denver, Colorado<br>Court Address: 1437 Bannock Street<br>Denver, CO 80202 | |
|---|---|
| NETQUOTE, INC., a Colorado Corporation,<br><br>        Plaintiff<br>v.<br><br>BRANDON BYRD, an internet user making use of the I Addresses<br>64.136.27.226 and 64.136.26.227.<br><br>        Defendant. | ▲        **COURT USE ONLY**        ▲ |
| | Case Number: 06 CV 11463 |
| | Courtroom: 6<br>**The Hon. Larry J. Naves**, presiding |
| **DISTRICT COURT CIVIL SUMMONS** | |

## TO THE ABOVE NAMED DEFENDANT: BRANDON BYRD

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint.  If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service upon you.  If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 30 days after such service upon you.  Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: Feb. 21, 2007

Christopher A. Beall
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
(303) 607-3500

Attorney for Plaintiff

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

Case Name _____ v. _____     Case Number: _____

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 14063200 |
| **Submitted by:** | Tracy Reed, Faegre & Benson LLP-Colorado |
| **Authorized by:** | Christopher P Beall, Faegre & Benson LLP-Colorado |
| **Authorize and file on:** | Mar 8 2007 2:58PM MST |

| | |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Division/Courtroom:** | 6 - Division 6 |
| **Case Class:** | Civil |
| **Case Type:** | Fraud |
| **Case Number:** | 2006CV11463 |
| **Case Name:** | NETQUOTE INC vs. JOHN DOE NO 1 et al |

| | |
|---|---|
| **Transaction Option:** | File Only |
| **Billing Reference:** | 77862/346548/887 |

**Documents List**
**1 Document(s)**

**Attached Document, 3 Pages   Document ID: 8738606**                     PDF Format | Original Format

**Document Type:**                          Access:              Transaction Fee:          Linked:
Return of Service                           Public               $0.00

**Document title:**
Return of Service of District Court Civil Summons on Brandon Byrd

Close All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| NETQUOTE INC | Plaintiff | Beall, Christopher P | Faegre & Benson LLP-Colorado | Privately Retained Attorney |

⊟ **Recipients (1)**

  ⊟ **Service List (0)**

  **Delivery Option Party Party Type Attorney Firm Attorney Type Method**
  No selections made.

  ⊟ **Additional Recipients (1)**

| Deliver To | Address | Include Document |
|---|---|---|
| Ryan L. Isenberg, Esq. | ryan@isenberg-hewitt.com | Yes |

⊟ **Case Parties**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| BUSHSCHACHER, MELISSA L | Defendant | Pro Se | Pro Se | Pro Se |
| BYRD, BRANDON | Defendant | Pro Se | Pro Se | Pro Se |
| JOHN DOE NO 1 | Defendant | Pro Se | Pro Se | Pro Se |
| JOHN DOE NO 2 | Defendant | Pro Se | Pro Se | Pro Se |
| N/A | N/A | Naves, Larry J | CO Denver County District Court 2nd JD | Primary Judge |
| NETQUOTE INC | Plaintiff | Beall, Christopher P | Faegre & Benson LLP-Colorado | Privately Retained Attorney |

Begin a New Transaction    Return to My File & Serve    Print