# STATE COURT PLEADINGS INDEX

| Document Name | File Name |
| --- | --- |
| Verified Complaint and Jury Demand | Complaint.pdf |
| Motion for Issuance of Commission for Out-Of-State Deposition | Motion – Deposition.pdf |
| Motion for Permission to Conduct Limited, Preliminary Discovery to Determine Identity of Defendants | Motion – Discovery.pdf |
| [Proposed] Order Granting Motion for Issuance of Commission for Out-Of-State Deposition | Order – Deposition.pdf |
| [Proposed] Order Granting Motion for Permission to Conduct Limited, Preliminary Discovery | Order – Discovery.pdf |
| [Proposed] Commission for Out-Of-State Deposition | Deposition.pdf |
| Verified Amended Complaint and Jury Demand | Amended Complaint.pdf |
| Unopposed Motion for Leave to File Second Amended Complaint | Motion – 2nd Amended Complaint.pdf |
| Second Amended Complaint and Jury Demand | 2nd Amended Complaint.pdf |
| Affidavit of Service | Affidavit of Service – Buchschacher.pdf |
| [Proposed] Order Granting Unopposed Motion for Leave to File Second Amended Complaint | Order 2nd Amended Complaint.pdf |
| District Court Civil Summons | Civil Summons.pdf |
| Affidavit of Service | Affidavit of Service – Byrd.pdf |
| District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint | Civil Case Cover Sheet.pdf |

#1237104 v1