# SUPPLEMENTAL CIVIL COVER SHEET FOR
# NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file three sets of copies of all state court pleadings not attached to the notice of removal.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal
NETQUOTE, INC.

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal
BRANDON BYRD
Possible John Doe

### Section C - Pending Motions
### As of Date of Removal
Title of Motion:

1) None
2)
3)
4)
(Use reverse for additional information if necessary)

Date Motion Filed:

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:
None

s/Rachel L. Eichenbaum
Signature of Attorney for Removing Party
Telephone Number: 303-861-7000
Date: March 29, 2007

State Court Case No.:
2006 CV 11463

(Rev. 4/06/06)