```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX000280
Cashier ID: chbackup
Transaction Date: 03/29/2007
Payer Name: HOLME ROBERTS AND OWEN
-----------------------------------
CIVIL FILING FEE
 For: HOLME ROBERTS AND OWEN
 Amount:         $350.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

07-CV-00630

Filing fee - Netquote v. Brandon Byrd


A fee of $45.00 will be assessed on
any returned check.
```