IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation

Plaintiff,

v.

BRANDON BYRD,

Defendant.

---

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND FOR FAILURE TO STATE A CLAIM
FOR FRAUD UPON WHICH RELIEF CAN BE GRANTED**

---

COMES NOW, Defendant in the above-styled action and herein moves for dismissal based of the plaintiff's complaint upon a lack of personal jurisdiction, or in the alternative to dismiss the Plaintiff's claim for Fraud for Failure to State a Claim Upon Which Relief can be Granted.  In support of this motion, defendant relies upon all pleadings of record, his affidavit, and the memorandum of law in support hereof.

Wherefore, Defendant prays that this motion be granted and for such and further relief deemed necessary and just by this Court.

Respectfully submitted,

        s/Rachel L. Eichenbaum
        Teresa L. Ashmore
        Rachel L. Eichenbaum
        HOLME ROBERTS & OWEN LLP
        1700 Lincoln Street, Suite 4100
        Denver, CO 80203
        Telephone: (303) 861-7000
        Facsimile: (303) 866-0200

#1238350 v1

and

Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
770-351-4400 (Voice)
678-990-7737 (Fax)
www.isenberg-hewitt.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of April, 2007, I electronically filed the a true and correct copy of the foregoing **DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM FOR FRAUD UPON WHICH RELIEF CAN BE GRANTED** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Christopher P. Beall
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
Email: CBeall@faegre.com

s/ Rachel L. Eichenbaum– Signature on File

#1238350 v1