

**EXHIBIT B**





