

**EXHIBIT C**









netQuote
Insurance Shopper

Start Saving > Insurance Info > Driver Info > Vehicle Info > Coverage Type > Final Page

**Final Page**
Your security is our first priority - Click submit for insurance savings

| Field | Value | Field | Value |
|---|---|---|---|
| First name: | Ryan | Last name: | Isenberg |
| Street Address: | | Apt or Unit: | |
| City: | Atlanta | County/Parish: | Fulton |
| State: | GA | ZIP Code: | 30326 |
| Current residence status? | —Select— | Years/months at current residence? | # of Years: 0 / # of Months: 0 |

Please enter a valid E-mail address:
Check here to receive the NetQuote e-Newsletter with money-saving tips:  ☐   NO JUNK MAIL
Home Telephone Number: (format: 212-555-1234)
Daytime Telephone Number: [___] Ext [___]
Are you interested in a multiple-policy discount (for auto and home insurance)?  ○ Yes  ○ No

DISCLOSURE: Where permitted by law, some insurance companies may confirm your information, through the use of consumer reports, which may include credit score and driving record.

By submitting this information, I request that insurance companies and NetQuote partners subscribing to the NetQuote service contact me via email, telephone or fax, using the information I have supplied, to provide quotes or to obtain additional information needed to provide quotes.

[Submit]   VeriSign Secured

www.netquote.com



netQuote
Insurance Shopper



**Coverage Type**
Please select your Liability Protection. Not sure what to select? Leave your selection at "Standard Protection" since all companies responding to your request will be receiving the same information you'll be getting a true "apples to apples" comparison. Once you have received your quotes ask the insurance representative about the coverage amounts that are right for you."

○ **Superior Protection**
250,000 / 500,000 Bodily Injury
100,000 Property Damage
250,000 / 500,000 Under/Uninsured Motorist Bodily Injury

⊙ **Standard Protection**
100,000 / 300,000 Bodily Injury
50,000 Property Damage
100,000 / 300,000 Under/Uninsured Motorist Bodily Injury

○ **Basic Protection**
50,000 / 100,000 Bodily Injury
25,000 Property Damage
50,000 / 100,000 Under/Uninsured Motorist Bodily Injury

○ **State Minimum**
The minimum allowable limits in your state for Bodily Injury, Property Damage and Under/Uninsured Motorist Bodily Injury will be used.



Continue →

Privacy Policy | SiteMap
© 2004 NetQuote, Inc. All Rights Reserved.

