# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | | |
|---|---|---|
| **NETQUOTE, INC.** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **Plaintiff,** | ) | |
| | ) | **NO. 07-630-DME-MEH** |
| **V.** | ) | |
| | ) | |
| | ) | |
| **BRANDON BYRD** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Ryan L. Isenberg, Esq. and files this Entry of Appearance in the above-styled action as lead counsel for defendant Brandon Byrd. Counsel may be served with all notices in this matter electronically at his registered e-mail address with this Court at ryan@isenberg-hewitt.com.

Counsel's street and mailing address is

Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
770-351-4400 (Voice)
678-990-7737 (Fax)

[Signature on next page]

This the 12th day of April, 2007/

                                              **s/ Ryan Isenberg**
                                              Ryan L. Isenberg, Esq.
                                              Georgia Bar No. 384899
                                              Attorney for Defendant
                                              Email: ryan@isenberg-hewitt.com
                                              Isenberg & Hewitt, P.C.
                                              7000 Peachtree Dunwoody Road
                                              Building 15, Suite 100
                                              Atlanta, Georgia 30328
                                              770-351-4400 (Voice)
                                              770-828-0100 (Fax)

I hereby certify that on April 12, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send email notification of such filing to the following attorneys of record:

Christopher P. Beall, Esq.

I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

n/a

                                              **s/ Ryan Isenberg**
                                              Georgia Bar No. 384899
                                              Attorney for Defendant