IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

    Defendants.

### [Proposed] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Before the Court is the unopposed motion by Plaintiff NetQuote Inc ("NetQuote") for leave to amend its complaint pursuant to Fed. R. Civ. P. 15(a), and being fully advised, the Court **GRANTS** the motion, and **ORDERS** follows:

- The Clerk of Court is directed to accept as filed the proposed Third Amended Complaint, which was attached to NetQuote's motion;

- The Clerk of Court is directed to amend the caption of this case to add MostChoice.com, Inc., a Georgia corporation, as a named defendant;

- Defendant Brandon Byrd is granted leave respond to the Third Amended Complaint in one of the following ways: (1) to file a notice reiterating his pending Motion to Dismiss, in which case NetQuote shall have twenty (20) days from the filing of that notice to submit its response to the motion; (2) to withdraw the

pending Motion to Dismiss and file a revised motion; or (3) to file an Answer to the Third Amended Complaint.  In any event, Byrd must file his response to the Third Amended Complaint within ten (10) days of the date of this Order; and,

- NetQuote must effect service of process of the Third Amended Complaint on MostChoice.com, Inc. within ten (10) days of the date of this order.

Dated: April ___, 2007            IT IS SO ORDERED.

_____
Senior Circuit Judge/Magistrate Judge

fb.us.1961566.01

2