NetQuote provides free, simple, and effective insurance quotes — Page 1 of 7

Auto Quotes    |    Homeowners Quotes    |    Life Quotes    |    Health Quotes



### Paying Too Much for Insurance?

"NetQuote helped me to cut my Auto and Home insurance premiums in half."
- Pam from Denver, Colorado



**Get Free Insurance Quotes**

ZIP Code: [      ]
Quote Type: [-- Select Type -- ▼]

Start ▶

In Canada?

**Discover How Easy Shopping Can Be**

Since 1989, NetQuote® has provided consumers with a free, simple, and effective way to fulfill their insurance shopping needs.

**Free Quotes Available in All 50 States**

NetQuote® works with hundreds of partner companies that provide insurance quotes based on information that you supply.

**Your Privacy is Our Priority**



**Insurance Agents - Sign Up for NetQuote®**
**Affiliates - Become a NetQuote® Partner**





Home    |    About Us    |    Site Map    |    Agent Program    |    Affiliate Program    |    Privacy Policy    |    Contact Us
Auto Insurance    |    Home Insurance    |    Health Insurance    |    Life Insurance    |    Business Insurance    |    Group Health Insurance
© 2004 NetQuote, Inc. All Rights Reserved.

Dockets.Justia.com



### Who We Are

Since 1989, NetQuote® has provided consumers with a free, simple, and effective way to fulfill their insurance shopping needs. NetQuote works with hundreds of partner companies that provide insurance quotes based on information that you supply. Because NetQuote is a consumer service, not an insurance company, you will get several competing quotes from different companies. This allows you to pursue the policy that best meets your needs.

### How It Works

Our system is simple. First, select the type of insurance that you need. This will open up a wizard in which you will be asked a series of questions. Once you complete the wizard, NetQuote matches your information to companies with services that most closely meet your insurance needs. Those selected insurance companies process your request and contact you via email, fax, or phone with a quote. Getting started is easy, just click a link to the right.

### Your Privacy

The security of your personal information is our top priority. NetQuote will never sell, distribute, or otherwise use your information for any reason other than providing you with quotes. Of course, all of your personal data is secured with *Secure Socket Layers* (SSL) to ensure your privacy over the Internet. To view our privacy policy, click here.





**Zip Code:**

**Insurance Type:**
Auto Insurance

**GET FREE QUOTES**

**NetQuote Minute Newsletter**

- Informative monthly Insurance Newsletter
- Excellent resource for understanding your insurance
- Quick and easy tips for saving on your insurance premiums

  &gt;&gt; Sign-Up Today

**Learn More About...**

- Auto Insurance
- Home Insurance
- Health Insurance
- Group Health Insurance
- Life Insurance
- Business Insurance

**Our Partners:**



Home  |  About Us  |  Site Map  |  Agent Program  |  Affiliate Program
Management Team  |  Our History  |  Our Partners  |  News  |  Careers  |  FAQ's
Auto Insurance  |  Home Insurance  |  Health Insurance  |  Life Insurance  |  Group Health Insurance  |  Business Insurance
Privacy Policy  |  Terms of Use  |  Contact Us  |  © 2005 NetQuote, Inc. All Rights Reserved.

![netQuote About Us]

| About Us | News | Careers | Privacy Policy | Contact Us |

About Us > Management Team

**Management Team**



### Gregg Coccari
*Chief Executive Officer*

Gregg has more than 25 years of extensive leadership experience, demonstrating great strategic insight and results across a variety of key disciplines including consumer and business to business marketing, technology and sales. Gregg was President and CEO of Teleflora, the world's largest floral wire service with operations throughout North America. Teleflora posted ten years of record sales and profits under Gregg's leadership. From 1988 to 1992, Mr. Coccari was a Senior Managing Director at Franklin Mint, a seller of collectibles. Prior to Franklin Mint, Gregg held various management positions at Eagle's Eye, a wholesaler of clothing, and Johnson & Johnson. Mr. Coccari received a B.S. from Colgate University and an M.B.A. from Wharton School of the University of Pennsylvania.

### Scott Striegel
*President*

Scott Striegel has been President of NetQuote since Spectrum's acquisition of the company in August 2005. He brings with him more than 35 years of general management and leadership experience in the insurance industry.

Before NetQuote, Scott was a consultant for SelectQuote Insurance Services, a leading online broker of term life insurance products. Eventually, he was named President and COO of SelectQuote, and dramatically grew the company.

Scott also spent 28 years at Aetna/US Healthcare, where he was promoted to head up Aetna's first SBU, a unit nationally responsible for the sale and management of all employee benefit plans for employers with 200 or fewer employees. His success in running Aetna's prototype SBU led to a series of promotions to oversee other key business units including Aetna's personal lines property and casualty business, Aetna's 401K retirement business, and Aetna's qualified annuity business. Scott's final position before he left Aetna was Senior Vice President and Head of Operations for Aetna US Healthcare.

Scott has a BA in Economics and Politics from North Carolina State University, and has also taken executive courses at Harvard, MIT, and the Aetna Institute.

### Paul Ford
*Executive Vice President of Sales and Operations*

Paul Ford is the Executive Vice President of Sales and Operations, heading up the business development and agency service operations at NetQuote. He brings to NetQuote 15 years of sales, general management, and leadership experience in the insurance industry.

Prior to NetQuote, Paul provided marketing oversight to Canada's largest Bank Employee Insurance Program and Canada's largest personal lines group insurance program (the Canadian AARP Program). He also founded what became dubbed as Canada's first "Virtual Insurance Agency," an operation consisting of a third-party call center without the need for additional physical offices. Paul had successfully expanded this company to 50 employees prior to selling the operation to an ONEX subsidiary, ClientLogic in 2001.

In 2002 Paul became EVP Sales and Operations and a founder of InsLogic. With backing from ONEX and Warburg Pincus he used his sales expertise to provide insurance to highly visible corporations including Ford Motor Company, Charles Schwab, Capital One and five of the top 20 banks in the United States. This company had approximately 200 employees when it was sold to Capital One in 2005.

Paul has a Bachelor of Arts and a Business School Degree from Queens University in Kingston, Ontario. He also completed his postgraduate studies in Toronto to become a Certified General Accountant and is a licensed insurance agent in all 50 states.

**NetQuote Minute Newsletter**

- Informative monthly Insurance Newsletter
- Excellent resource for understanding your insurance
- Quick and easy tips for saving on your insurance premiums

  **>> Sign-Up Today**

**Learn More About...**

- Auto Insurance
- Home Insurance
- Health Insurance
- Group Health Insurance
- Life Insurance
- Business Insurance

**Our Partners:**



### Craig Shine

*Vice President and Treasurer*

Craig S. Shine serves as Vice President and Treasurer of NetQuote. Joining in January 2006, Craig leads the financial and accounting operations as well as a number of administrative functions. Not only does he manage the entire accounting process, but he's responsible for accounting systems, treasury operations, accounting policy and procedure, financial compliance, and monitoring the ongoing refinement of internal controls. Craig also oversees all taxes and audits, as well as budgeting and forecasting.

Prior to joining NetQuote, Craig served as the Vice President and Corporate Controller for The Laramar Group, a private real estate investment organization. Before that, he was the Director of Accounting for one of the world's leading resort development and operation organizations, Intrawest. Craig also managed the accounting and reporting operations for U S WEST, a Fortune 150 organization serving over 25 million customers in the Rocky Mountain region of the U.S.

Craig earned a B.S. in Accounting from The University of Colorado's Leeds School of Business; and is an active member of the American Institute of Certified Public Accountants (AICPA) and the Colorado Society of Certified Public Accountants (CSCPA).

### Marc Wheeler

*Vice President of Marketing and Business*

As Vice President of Marketing and Business, Marc Wheeler is responsible for brand marketing and business development initiatives for NetQuote. Marc brings to NetQuote more than twenty years experience in managing a broad range of consumer businesses within both traditional and online environments.

Prior to joining NetQuote, Marc served as Managing Partner for Strategic Options, where he provided consulting services for Web-based businesses on such issues as business strategy, product and cross-platform marketing. Clients included Mobil Travel Guide, Active Interest Media and WholeHealth Product.

Having started his career in consumer package goods, Marc held several marketing positions leading the branding and strategic marketing initiatives for national brands at Crown Zellerbach, Quaker Oats and Monsanto. Transferring his skills to the Internet world, Marc was also successful in building and managing the marketing initiatives for e-commerce businesses KBkids.com, ModernBride.com and eplans.com, from early stage start-up through acquisition.

Marc holds an MBA degree from Western Michigan University, with a B.A. in Political Science.

### Brett Charney

*Senior Marketing Director*

Brett Charney is the Senior Marketing Director of NetQuote. He is responsible for customer acquisition through e-mail, which includes prospecting, co-registration, and leading the NetQuote re-contact strategy. Joining the company in 2004, Brett has helped spearhead the growth and organization of NetQuote's marketing department.

Brett also leads the application-improvement initiative to increase the conversion rate of NetQuote's marketing channels through multi-variate testing, lab focus groups, and quantitative research. He is knowledgeable in several facets of the Insurance Internet Marketing arena, including successfully targeting various products and demographic segments of the population.

Prior to NetQuote, Brett held similar roles at companies such as The Hartford and Aetna US Healthcare. From his entrepreneurial start with his own career counseling website launched in 1995, he brings over ten years of experience to his role as the head of the paid search and organic search channels.

About Us > Management Team



About Us > Our History

### History Of NetQuote

NetQuote's predecessor company was founded in 1989 when the company's co-founders, Keith Lawton an insurance agent and Harvey Lawton a software engineer, created the world's first interactive voice-response service to shop for insurance, named Telerate, Inc. The catalyst for the formation of Telerate was the recognition of a need for shopping and marketing solutions within the insurance industry and the knowledge that technology could fill that void. In 1991, NetQuote's co-founder, Chris Findlater, a marketing professional, recognized the same market opportunity and incorporated his live operator insurance marketing business, Auto Insurance Shopper Inc. Leveraging the strengths of each company, the two firms joined to form Auto Insurance Shopper, Inc. in 1993. Building upon a history of tremendous growth, the company launched its Internet platform and re-branded as NetQuote Inc, creating what is now the foremost insurance shopping and lead generation solution on the Web. In 2005, NetQuote was acquired by Spectrum Equity Investors and Stripes Group.



**Zip Code:**

**Insurance Type:**
Auto Insurance



**1989**
Telerate Founded

**1991**
Auto Insurance Shopper Founded

**1993**
Telerate and Auto Insurance Shopper Merge

**1995**
Company is Re-Branded NetQuote, Inc.

**2002**
Developed a Cutting Edge Technology Platform

**2003**
Focused Efforts to Serve Local Agents

**2005**
NetQuote, Inc is purchased by Spectrum Equity Investors and Stripes Group

**NetQuote Minute Newsletter**

- Informative monthly Insurance Newsletter
- Excellent resource for understanding your insurance
- Quick and easy tips for saving on your insurance premiums

  **>> Sign-Up Today**

**Learn More About...**

- Auto Insurance
- Home Insurance
- Health Insurance
- Group Health Insurance
- Life Insurance
- Business Insurance

**Our Partners:**



About Us > Our History

Home  |  About Us  |  Site Map  |  Agent Program  |  Affiliate Program
Management Team  |  Our History  |  Our Partners  |  News  |  Careers  |  FAQ's
Auto Insurance  |  Home Insurance  |  Health Insurance  |  Life Insurance  |  Group Health Insurance  |  Business Insurance
Privacy Policy  |  Terms of Use  |  Contact Us  |  © 2005 NetQuote, Inc. All Rights Reserved.



About Us > Our Partners

## Our Partners

NetQuote works with a variety of insurance industry partners to get you the best price for all your insurance needs. Below are just some of the great companies that we partner with to save you time and money.

### Nationwide Mutual Insurance

 Nationwide Mutual Insurance Company, based in Columbus, Ohio, is one of the largest diversified insurance and financial services organizations in the world, with more than $157 billion in assets. Nationwide ranks 98th on the Fortune 500 list. The company provides a full range of insurance and financial services, including auto, homeowners, life, health, commercial insurance, administrative services, annuities, mutual funds, pensions and long-term savings plans.

### AARP from The Hartford

 The Hartford's AARP Program offers full 12-month rate protection and lifetime renewability with this exclusive plan. Benefits include: full new car replacement guarantee; lifetime repair warranty; lifetime renewability; fast, no-hassle claim payments and online customer service center for claim reporting, bill payment and more.

### American Family Insurance

 Our unwavering commitment to our customers has been the key to our success since 1927. At American Family, we offer financial protection through agents who act as personal advisors to ensure that your needs are met. In other words, we don't just insure; we ensure peace of mind.

### Amica Insurance

 We've been putting you first since 1907 with auto, home, and life insurance coverages tailored to meet your needs and budget. That's why policyholders and insurance industry professionals alike applaud our exceptional service. Let our outstanding service and insurance products give you the Amica advantage.

### Electric Insurance

 In 1966 Electric Insurance was established to serve the insurance needs of General Electric employees. Our goal is to become the preferred insurance carrier for both GE employees and a select group of individuals and families from the general public who appreciate the great value and exceptional service we provide.

### Response Insurance

 Founded in 1995, Response Insurance is one of America's fastest growing auto insurance companies, thanks to its unique focus on providing free insurance quotes, low auto insurance rates, and friendly, world-class service directly to responsible drivers.

### The Hartford



**Zip Code:**

**Insurance Type:**
Auto Insurance

**NetQuote Minute Newsletter**

- Informative monthly Insurance Newsletter
- Excellent resource for understanding your insurance
- Quick and easy tips for saving on your insurance premiums

>> Sign-Up Today

**Learn More About...**

- Auto Insurance
- Home Insurance
- Health Insurance
- Group Health Insurance
- Life Insurance
- Business Insurance

**Our Partners:**





The Hartford was founded in 1810 and is one of the country's largest financial services companies. We are a leading provider of investment products, life insurance and group and employee benefits; automobile and homeowners products; business insurance; and reinsurance.

**Unitrin Direct**



At Unitrin Direct, you'll find that the right choice in auto insurance is a simple one. We offer the right blend of savings, service, and reliability.

**What you can always expect from us**

**Savings.** We offer real value in auto insurance - the right price for the right protection combined with the right service. We don't sacrifice quality or service to provide great rates - by dealing directly with us you save both time and money and still get outstanding service.

**Service.** For your convenience, we offer automated services online and by phone so you can access your policy around the clock without having to speak with a representative. Of course, you can talk to one of our knowledgeable professionals during business hours, and we are also available to take your insurance claims 24 hours a day. It all saves you time and allows you to communicate with us in multiple ways - it couldn't be easier to have the auto insurance coverage you desire while you save money, too.

About Us > Our Partners

Home | About Us | Site Map | Agent Program | Affiliate Program
Management Team | Our History | Our Partners | News | Careers | FAQ's
Auto Insurance | Home Insurance | Health Insurance | Life Insurance | Group Health Insurance | Business Insurance
Privacy Policy | Terms of Use | Contact Us | © 2005 NetQuote, Inc. All Rights Reserved.

About Us > Frequently Asked Questions

## Frequently Asked Questions

**What is NetQuote?**

Established in 1989, NetQuote helps consumers save money on all their insurance needs by providing competitive quotes from the nation's top insurance carriers. Please click here to view our Corporate Fact Sheet.

**How does NetQuote work?**

NetQuote saves you time and money by allowing you to complete one quick online application and receive multiple quotes from top insurance carriers in your area.

**What is the NetQuote privacy policy?**

We take your privacy very seriously. Please click here to view our complete privacy policy.

**When can I expect to hear back from agents?**

Expect to be contacted within twenty-four hours of completing your application.

**Is NetQuote an insurance company?**

NetQuote is not an insurance company. We do work closely with the nation's top insurance carriers to help people find the insurance that best meets their needs.

**Who do I contact with a claim?**

Please contact your insurance provider with any claims, changes to your coverage, or questions you may have about your policy.

**What types of insurance quotes can I get from NetQuote?**

NetQuote has helped millions of people save on Automobile, Homeowners, Health, Life, Business, and Group insurance.

**Who do I contact if I have a question about my quote?**

If you have questions concerning your NetQuote application, click here. If you have questions regarding a specific quote you have received from an insurance agent, please contact that insurance agent.

**What can I do to make the application process easier?**

We have designed our application to be as easy as possible, while gathering the necessary information to get you as competitive a quote as possible. To make the application process even easier, we suggest that you have a copy of your current policy handy.

**Where is NetQuote located?**

NetQuote is located in Denver, Colorado, but we help people save money on insurance in all 50 states and the District of Columbia.

**I am an insurance agent, and I would like to join your network. Who do I contact?**

Click here for more information on our lead services.

**I am interested in joining your affiliate network. Who do I contact?**

Click here for more information on our affiliate network.

About Us > Frequently Asked Questions



**Zip Code:**

**Insurance Type:**
Auto Insurance



**NetQuote Minute Newsletter**

- Informative monthly Insurance Newsletter
- Excellent resource for understanding your insurance
- Quick and easy tips for saving on your insurance premiums

**>> Sign-Up Today**

**Learn More About...**

- Auto Insurance
- Home Insurance
- Health Insurance
- Group Health Insurance
- Life Insurance
- Business Insurance

**Our Partners:**

Amica AUTO HOME LIFE

---

Home | About Us | Site Map | Agent Program | Affiliate Program
Management Team | Our History | Our Partners | News | Careers | FAQ's

Auto Insurance | Home Insurance | Health Insurance | Life Insurance | Group Health Insurance | Business Insurance

Privacy Policy | Terms of Use | Contact Us | © 2005 NetQuote, Inc. All Rights Reserved.

Case 1:07-cv-00630-DME-MEH    Document 10-4    Filed 04/13/2007    Page 10 of 11



About Us > Contact Us

## Contact Us



NetQuote is located in the heart of beautiful downtown Denver, Colorado. If you have any questions regarding NetQuote services please contact us using the information below.

### Address

1860 Blake Street, Suite 900
Denver, CO 80202

### E-Mail

To contact any of the individual NetQuote departments regarding questions you may have about our services please fill out the form below.

\* required fields

\* First Name:

\* Last Name:

\* Email Address:

Phone Number:

\* Comments:

Submit

### Phone

To speak to a customer service representative or to contact an individual department.

Please call **1.800.795.2886**

About Us > Contact Us



**Zip Code:**

**Insurance Type:**
Auto Insurance



**NetQuote Minute Newsletter**

- Informative monthly Insurance Newsletter
- Excellent resource for understanding your insurance
- Quick and easy tips for saving on your insurance premiums

**>> Sign-Up Today**

**Learn More About...**

- Auto Insurance
- Home Insurance
- Health Insurance
- Group Health Insurance
- Life Insurance
- Business Insurance

**Our Partners:**



---

Home | About Us | Site Map | Agent Program | Affiliate Program
Management Team | Our History | Our Partners | News | Careers | FAQ's
Auto Insurance | Home Insurance | Health Insurance | Life Insurance | Group Health Insurance | Business Insurance

Privacy Policy | Terms of Use | Contact Us | © 2005 NetQuote, Inc. All Rights Reserved.