# MostChoice

**Insurance, Mortgages, Real Estate, & More...**

For Agents | About Us | Privacy/Legal | Contact Us   Insurance | Mortgage | Real Estate | Annuities | Legal/CPA



**MostChoice Ranked #80**
**Inc. 500 2006**



- For Insurance Agents
- For Mortgage Brokers
- For Real Estate Professionals

- Insurance Lead Overview
- Life Insurance Leads
- Mortgage Life Insurance Leads
- Key Man Life Insurance Leads
- Annuity Leads
- Health Insurance Leads
- Self Employed Health Insurance Leads
- Impaired Health Insurance Leads
- Group Health Insurance Leads
- Long Term Care Insurance Leads
- Medicare Supplement Insurance Leads
- Disability Insurance Leads
- Auto Insurance Leads
- Homeowners Insurance Leads
- Business Insurance Leads
- General Liability Insurance Leads
- Professional Liability Insurance Leads
- Workers Compensation Insurance Leads
- Property Insurance Leads
- Refinance Mortgage Leads
- Mortgage Leads
- Real Estate Leads
- No-Call List Compliant Guarantee
- Life and Health Insurance Leads Overview
- Property and Casualty Insurance Leads Overview
- Mortgage Lead Overview
- Real Estate Lead Overview
- Tips for Successfully working Leads
- Lead Examples
- Lead FAQ

## Better Than Netquote.com Leads

Since 1999, we have helped thousands of agents succeed with highly qualified, timely Insurance Leads. All leads are:

- **From a solid company.** Ranked #80 in the Inc 500. In business since 1999. Not a "fly by night" company like most lead companies.
- **Super-Fresh.** Sent to you within 3 minutes of generation.
- **Customer Requested.** All leads have asked for a quote.
- **Database verified phone numbers.**
- **No setup fees or long-term contracts.**
- **Deposit Return Guarantee.** You are guaranteed to get good leads for your money.
- **No-Call List Compliant.** Guaranteed.
- **Recommended:** By the Wall Street Journal, Inc. Magazine, and other publications for agent friendly consumers and agents who want spam-free leads.

**Inc. Magazine:**
"With links posted on search engines like Google and Yahoo, Mostchoice.com prides itself on the fact that its only leads are from people who visit its site; the firm never solicits interest in the form of spam or pop-up ads. We want to generate closes, not just leads says CEO Martin Fleischman."

For current prices and more information, **with no obligation**, fill out the form below, or call (877) 601- 6678 x106 (M-F 9:00am - 6:00pm EST). Let us help you grow your business.

**Types of Individual Life, Health, and Annuity Leads Interested in:**

| | |
|---|---|
| ☐ Preferred Health Insurance Leads | ☐ Annuity Leads |
| ☐ Health Insurance Leads | ☐ Disability Insurance Leads |
| ☐ Self Employed Health Insurance Leads | ☐ Long Term Care Insurance Leads |
| ☐ Impaired Health Insurance Leads | ☐ Medicare Supplement Insurance Leads |
| ☐ Life Insurance Leads | ☐ Cancer Insurance Leads |
| ☐ Mortgage Life Insurance Leads | |
| ☐ Key Man Life Insurance Leads | |

**Types of Group Life and Health Insurance Leads Interested in:**

| | |
|---|---|
| ☐ Group Health Insurance Leads | ☐ Group Supplemental Insurance Leads |
| ☐ Group Life Insurance Leads | ☐ Group Long Term Care Insurance Leads |
| ☐ Group Disability Insurance Leads | ☐ 401K and Retirement Plan Leads |

**Types of Financial, Estate Planning and Investment Leads Interested in:**

| | |
|---|---|
| ☐ Annuity Leads(Also listed in L&H leads) | ☐ IRA/Investment Leads |
| ☐ Estate Planning Leads | ☐ 401K Rollover Leads |
| ☐ Financial Planning Leads | ☐ 401K Asset Allocation Leads |

**Types of Personal Lines Property and Casualty Leads Interested in:**

| | |
|---|---|
| ☐ Auto Insurance Leads - Preferred | ☐ Homeowners Insurance Leads - Preferred |
| ☐ Auto Insurance Leads - Standard | ☐ Homeowners Insurance Leads - Standard |
| ☐ Auto Insurance Leads - Substandard | ☐ Renters Insurance Leads |

**Types of Commercial Property and Casualty Leads Interested in:**

| | |
|---|---|
| ☐ General Liability Insurance Leads | ☐ Property Insurance Leads |
| ☐ Professional Liability Insurance Leads | ☐ Commercial Auto Insurance Leads |
| ☐ Workers Compensation Insurance Leads | ☐ Directors and Officers Insurance Leads |
| ☐ Business Insurance Leads | ☐ Crime Insurance Leads |
| ☐ BOP Leads | |

**Territory and Business Information:**

There are two ways to define your territory. The first, and best, way is by a central zip code, usually your office, and a radius around that zip code that you are capable of servicing. We suggest taking a radius that has a population of at least 250,000 people.

**Center Zip Code:** _____   **Radius:** _____

The second way is to describe the territory in the box below.

**Number of years in Business:** Select-->

**Submit**

**Latest News for: Better Than Netquote.com Leads**

Individual Insurance
- Health Insurance
- Life Insurance
- Term Life Insurance
- Whole Life Insurance
- Annuity
- Long Term Care
- Auto Insurance
- Homeowners Insurance
- Disability Insurance
- Medicare Supplement
- Cancer Insurance

Business Insurance
- General Liability
- Professional Liability
- Worker's Comp
- Property Insurance
- Business Owners Policy
- Commercial Auto
- Crime Insurance
- Directors and Officers
- Group Health
- Group Life
- Group Disability
- 401k Plans

Mortgage Rates
- Home Mortgage
- Refinance
- Home Equity Loan
- Debt Consolidation
- Home Improvement
- Second Mortgage

Real Estate
- Sell a Home
- Buy a Home
- Buy and Sell a Home
- Commercial Real Estate

Financial Planning
- Financial Planning
- Estate Planning
- 401k Rollover
- IRA

Legal & CPA
- Find a Lawyer
- Find a CPA

Insurance | Mortgage Rates | Real Estate | Investments & Annuities | Attorney/CPA Referrals | Whole Life Insurance
For Agents and Brokers | About Us | Privacy/Legal | Contact Us | Site Map | Homeowners Insurance | Site Menu
Annuity Sitemap | Life Insurance Sitemap | Health Insurance Sitemap | Long Term Care Insurance Sitemap | Medicare Supplement Sitemap
Auto Insurance Sitemap | Homeowners Insurance Sitemap | Mortgage Sitemap | Real Estate Sitemap | General Liability Insurance Sitemap
Real Estate Sitemap Continued | Business Insurance Sitemap | Professional Liability Sitemap | Group Health Insurance Sitemap
Insurance Leads Sitemap | Workers Compensation Insurance Sitemap

© 2005 MostChoice