

December 27, 2006

To: Christopher J. Dalton, Esq.
From: Wilson Lihn
Re: Netquote Civil Subpoena

Dear Mr. Dalton:

Attached are records you requested for the Netzero account that accessed the United Online proxy servers 64.136.27.226 and 64.136.26.227 during the dates and times you supplied in October and November, 2006: minch1@netzero.net.

These records are kept in the normal course of business for United Online.

Please note that the account is active and uses Netzero's paid email service.

Please feel free to call me if you have any questions about these records.

Regards,

Wilson Lihn
Custodian of Records
United Online

2 Executive Drive, Suite 820 • Fort Lee, New Jersey 07024 • phone 212.597.9000 • fax 212.597.9001 • www.untd.com

December 27, 2006

## Member Information
## All times Pacific

| | |
|---|---|
| **Member ID:** | minch1 |
| **Member ID Domain:** | netzero.net |
| **Member Name:** | Melissa Buchschacher |
| **Birth Date:** | May 02, 1971 |
| **Alt E-mail:** | *none* |
| **Status Code:** | Active |
| **Status Date:** | November 06, 2000 16:25:17 |
| **Profile Last Updated:** | June 23, 2006 19:04:00 |
| **Member Join Date:** | November 06, 2000 16:25:17 |
| **IP address of account creation:** | n/a |

## Address Information

| | |
|---|---|
| **Address:** | 147 angus trail |
| **City:** | atlanta |
| **State/Province:** | GA |
| **Country Code:** | US |
| **Zip/Postal:** | 30328 |
| **Home Phone:** | (404) 343-3023 |
| **Work Phone:** | |