Netquote Inc. v. Byrd                                                          Doc. 10 Att. 8

Jan 30 07 Case 1:07-cv-00630-DME-MEH    Document 10-9    Filed 04/18/2007    Page 1 of 2
.       Sent by:              1/30/2007  12:44:03 PM        Page 1 of 2



# Fax

| To: | Jim Altman | | From: | Wilson Lihn |
|---|---|---|---|---|
| Company: | | | Fax: | (212) 597-9125 |
| Fax: | 404-525-0339 | | Phone: | (212) 597-9647 |
| Re: | Minch1@netzero.net | | Date: | 1/30/2007 |

● Comments: *2* pages including cover sheet

Attached are records you requested for the Netzero account minch1@netzero.net.

These records are kept in the normal course of business for United Online.

Please note that the account is active and uses Netzero's paid email service.

Please feel free to call me if you have any questions about these records.

Regards,

Wilson Lihn
Custodian of Records
United Online

1

Dockets.Justia.com

January 30, 2007

## Member Information
## All times Pacific

| | |
|---|---|
| Member ID: | minch1 |
| Member ID Domain: | netzero.net |
| Member Name: | Melissa Buchschacher |
| Birth Date: | May 02, 1971 |
| Alt E-mail: | *none* |
| Status Code: | Active |
| Status Date: | November 06, 2000 16:25:17 |
| Profile Last Updated: | June 23, 2006 19:04:00 |
| Member Join Date: | November 06, 2000 16:25:17 |
| IP address of account creation: | n/a |

## Address Information

| | |
|---|---|
| Address: | 147 angus trail |
| City: | atlanta |
| State/Province: | GA |
| Country Code: | US |
| Zip/Postal: | 30328 |
| Home Phone: | (404) 343-3023 |
| Work Phone: | |

According to our records, on March 30, 2006, Melissa Buchschacher called to cancel her Platinum billed account, and the paid account was cancelled that day. The free account remained open.

On April 2, 2006, the billable account was reactivated. This is the credit card information we have associated with the account:

Brandon Byrd
147 angus trail
atlanta, GA 30328

Home telephone:   4043433023
Work telephone:   4043433023
minch1@netzero.net

Master Card 5287 2214