IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff;

v.

BRANDON BYRD,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2007.**

      For good cause shown, and in the interests of justice, the Unopposed Motion for Leave to Amend Complaint [Filed April 13, 2007; Docket #10] is **granted**.

      On or before April 19, 2007, the Plaintiff shall file its Third Amended Complaint with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Third Amended Complaint shall be in the same format and substance of that which was tendered with Plaintiff's Unopposed Motion for Leave to Amend Complaint on April 13, 2007.