

# Welcome

**Quick Start!**

**Type of Quote**
Choose...

**Zip Code**

[Start Quote]

OR CALL
TOLL FREE
866-301-2935

- Personal Auto
- Homeowners
- Life
- Motorcycle
- Health

- Agent Network

LocalInsurance.com is a FREE; NO OBLIGATION insurance quoting service that allows you to COMPARE insurance premium quotes from the best insurance companies across the country.

Fill out one of our quick questionnaires and combine the best of the Internet --CONVENIENCE - with the best of local service -- CONFIDENCE, SECURITY, and PERSONAL ATTENTION you deserve.

In today's world it is more important than ever to make smart and informed decisions about your insurance needs. That is why LocalInsurance.com works with independent insurance professionals nationwide. Independent agents are licensed and trained to help you assess your needs so that you can make the most informed decision possible. They also have the largest array of insurance companies anywhere assuring you the best selection and price available.

Save time and money by completing one of our quick insurance questionnaires and within minutes you could have several quotes from insurance professionals in your local area. Whatever insurance needs you may have, we've got you covered…everywhere!

Copyright© 2001 *LocalInsurance.com*, Inc. All rights reserved - v4





## About Us

LocalInsurance.com, Inc. was designed and created by a team of enthusiastic insurance professionals with over 15 years experience in the insurance industry. After many years working as insurance agents, we felt a strong need to open our own agency and focus on great customer service. The company we started has grown and done very well. We are now eager to share great service with many more customers.

The rapid expansion and popularity of the Internet has brought both great potential and confusion to many customers. With these advancements in technology, many companies are trying to build their businesses by themselves over the Internet. This has created numerous "quote" services and related insurance sites.

Access over the Internet to the many different insurance companies has become enormous…overwhelming in fact. The age-old question of "where do I start?" has never been bigger. Everyone is saying that they have the best rates. Who's right? The fact is, no <u>single</u> company has the best rates for absolutely every situation.

Each company tends to target a different type of customer. Some companies want very low risk customers, while others specialize in higher risks or cater to niche markets. What to do?

The best way to determine if you are getting the very best rates for your situation is to shop various insurance companies…the more the better. This can be a very exhausting and frustrating process.

LocalInsurance has made this process secure, easy, convenient, fast, accurate and extremely comprehensive. At your convenience, fill out our quick and easy insurance questionnaire. Within minutes of you submitting it, your questionnaire will be hand rated by literally hundreds of insurance companies with local insurance professionals in your area.

Independent insurance agents have access to the largest selection of insurance companies found anywhere! Many insurance companies that sell directly to the public, through the mail, over the phone or on the Internet also make their products available to you through independent insurance agents. There are also many quality insurance companies that do not sell directly to the public, through the mail, over the phone or on the Internet but do market their products exclusively through the independent insurance agent. Therefore, independent insurance agents have at their fingertips the largest selection of insurance companies.

Shopping is a great idea, but now you can do this through LocalInsurance. We send your information to a number of independent insurance agents in your area. They shop through all of their companies and give you one of their best quotes through our service. Now, you have access to the largest array of insurance companies anywhere, anytime, through LocalInsurance.



# Questions & Answers

**FREE SERVICE.** LocalInsurance is a FREE quoting service. Get Insurance quotes from the best companies across the country, FREE.

**NO OBLIGATIONS.** There are NO OBLIGATIONS to request quotes through LocalInsurance. Your information is not sold to anyone or used for any purpose other than providing you with quotes on your insurance.

**HUNDREDS OF COMPANIES...ONE QUESTIONNAIRE.** Fill out one insurance questionnaire and your quote request will be shopped through literally HUNDREDS of companies by our vast network of local insurance professionals.

**LOWEST PREMIUMS.** Our vast network of insurance professionals utilize a endless source of insurance companies which almost guarantees you the LOWEST PREMIUM possible.

**LOCAL, PERSONAL SERVICE.** LocalInsurance.com works with insurance professionals in your area. When you choose one of our companies, you will be choosing a company in your neighborhood that will provide you with the LOCAL, PERSONAL SERVICE that you deserve.

**ACCURATE.** LocalInsurance uses real live people to quote each request, insuring you the most accurate quotes on the internet. Also, our Auto Insurance Questionnaire has a complete vehicle database allowing you to choose your exact car, helping the agents quote more accurately.

**FAST, EASY QUESTIONNAIRES.** Fill out one of our insurance questionnaires in less time than it takes you to make one phone call. Our questionnaires are easy and user friendly. Our Auto Insurance Questionnaire even has a complete vehicle database that makes selecting the vehicle you drive easy and fast.

**LARGEST ARRAY OF INSURANCE COMPANIES.** Independent insurance agents have access to the LARGEST ARRAY OF INSURANCE COMPANIES anywhere. Independent insurance professionals is the easiest and most efficient way for insurance companies to market their products. Even though an insurance company may advertise and market directly to the public, it probably has independent insurance agents selling for them as well. So, by using LocalInsurance you can shop the LARGEST ARRAY OF INSURANCE COMPANIES anywhere.

**PRIVACY.** Your privacy is one of our greatest concerns at LocalInsurance. The information you provide us is used only to provide you with the best insurance quotes available. Rest assured that your information is kept confidential and is not sold to any other company for use. Your e-mail address isn't even made available to the insurance professionals we work with, unless you request it to be. In some instances we will ask for your telephone number, so the insurance professionals will be able to, if necessary, ask additional pertinent information regarding your insurance quote request. LocalInsurance has a contract with the independent insurance agents that protects your privacy.

**CONVENIENCE.** Shop for insurance when it's convenient for you, 24/7.

**How does LocalInsurance work?** You simply answer a few questions about your insurance needs by filling out one of our questionnaires. In return, you receive insurance quotes tailored to you...FREE of charge.

**Is my information kept private?** Yes. All information provided to this site is kept private and used exclusively in obtaining the best insurance premiums for you. We do not sell your personal information for solicitation of

non related products.

**What is LocalInsurance?** LocalInsurance is a Free quoting service that allows you to compare insurance quotes from the best insurance companies across the country. LocalInsurance does this by using a vast network of insurance professionals allowing you to shop for your insurance on the internet and buy insurance with the local, personalized service you deserve.

## Contact Us

**Quick Start!**

Type of Quote
Choose...

Zip Code

Start Quote

Personal Auto
Homeowners
Life
Motorcycle
Health

Agent Network

Mailing Address
LocalInsurance.com, Inc.
423 W. Fallbrook #105
Fresno, CA 93711
559-437-9255

Hours: (EST)
Monday - Friday
8:00am - 12:00pm
1:00pm - 5:00pm

Support
support@localinsurance.com