# MostChoice

Insurance, Mortgages, Real Estate, & More...

For Agents | About Us | Privacy/Legal | Contact Us    Insurance | Mortgage | Real Estate | Annuities | Legal/CPA



**MostChoice Ranked #80 Inc. 500 2006**



- n For Insurance Agents
- n For Mortgage Brokers
- n For Real Estate Professionals

- n Insurance Lead Overview
- n Life Insurance Leads
- n Mortgage Life Insurance Leads
- n Key Man Life Insurance Leads
- n Annuity Leads
- n Health Insurance Leads
- n Self Employed Health Insurance Leads
- n Impaired Health Insurance Leads
- n Group Health Insurance Leads
- n Long Term Care Insurance Leads
- n Medicare Supplement Insurance Leads
- n Disability Insurance Leads
- n Auto Insurance Leads
- n Homeowners Insurance Leads
- n Business Insurance Leads
- n General Liability Insurance Leads
- n Professional Liability Insurance Leads
- n Workers Compensation Insurance Leads
- n Property Insurance Leads
- n Refinance Mortgage Leads
- n Mortgage Leads
- n Real Estate Leads
- n No-Call List Compliant Guarantee
- n Life and Health Insurance Leads Overview
- n Property and Casualty Insurance Leads Overview
- n Mortgage Lead Overview
- n Real Estate Lead Overview
- n Tips for Successfully working Leads
- n Lead Examples
- n Lead FAQ

## Better Than Netquote.com Leads

Since 1999, we have helped thousands of agents succeed with highly qualified, timely Insurance Leads. All leads are:

- **From a solid company.** Ranked #80 in the Inc 500. In business since 1999. Not a "fly by night" company like most lead companies.
- **Super-Fresh.** Sent to you within 3 minutes of generation.
- **Customer Requested.** All leads have asked for a quote.
- **Database verified phone numbers.**
- **No setup fees or long-term contracts.**
- **Deposit Return Guarantee.** You are guaranteed to get good leads for your money.
- **No-Call List Compliant.** Guaranteed.
- **Recommended:** By the Wall Street Journal, Inc. Magazine, and other publications for agent friendly consumers and agents who want spam-free leads.

**Inc. Magazine:**
"With links posted on search engines like Google and Yahoo, Mostchoice.com prides itself on the fact that its only leads are from people who visit its site; the firm never solicits interest in the form of spam or pop-up ads. We want to generate closes, not just leads says CEO Martin Fleischman."

For current prices and more information, with no obligation, fill out the form below, or call (877) 601- 6678 x106 (M-F 9:00am - 6:00pm EST). Let us help you grow your business.

**Types of Individual Life, Health, and Annuity Leads Interested in:**

| ∈ Preferred Health Insurance Leads | ∈ Annuity Leads |
| ∈ Health Insurance Leads | ∈ Disability Insurance Leads |
| ∈ Self Employed Health Insurance Leads | ∈ Long Term Care Insurance Leads |
| ∈ Impaired Health Insurance Leads | ∈ Medicare Supplement Insurance Leads |
| ∈ Life Insurance Leads | ∈ Cancer Insurance Leads |
| ∈ Mortgage Life Insurance Leads | |
| ∈ Key Man Life Insurance Leads | |

**Types of Group Life and Health Insurance Leads Interested in:**

| ∈ Group Health Insurance Leads | ∈ Group Supplemental Insurance Leads |
| ∈ Group Life Insurance Leads | ∈ Group Long Term Care Insurance Leads |
| ∈ Group Disability Insurance Leads | ∈ 401K and Retirement Plan Leads |

**Types of Financial, Estate Planning and Investment Leads Interested in:**

| ∈ Annuity Leads(Also listed in L&H leads) | ∈ IRA/Investment Leads |
| ∈ Estate Planning Leads | ∈ 401K Rollover Leads |
| ∈ Financial Planning Leads | ∈ 401K Asset Allocation Leads |

**Types of Personal Lines Property and Casualty Leads Interested in:**

| ∈ Auto Insurance Leads - Preferred | ∈ Homeowners Insurance Leads - Preferred |
| ∈ Auto Insurance Leads - Standard | ∈ Homeowners Insurance Leads - Standard |
| ∈ Auto Insurance Leads - Substandard | ∈ Renters Insurance Leads |

**Types of Commercial Property and Casualty Leads Interested in:**

| ∈ General Liability Insurance Leads | ∈ Property Insurance Leads |
| ∈ Professional Liability Insurance Leads | ∈ Commercial Auto Insurance Leads |
| ∈ Workers Compensation Insurance Leads | ∈ Directors and Officers Insurance Leads |
| ∈ Business Insurance Leads | ∈ Crime Insurance Leads |
| ∈ BOP Leads | |

**Territory and Business Information:**

There are two ways to define your territory. The first, and best, way is by a central zip code, usually your office, and a radius around that zip code that you are capable of servicing. We suggest taking a radius that has a population of at least 250,000 people.

**Center Zip Code:** [      ]    **Radius:** [      ]

The second way is to describe the territory in the box below.

**Number of years in Business:** Select-->

[Submit]

**Latest News for: Better Than Netquote.com Leads**

**Individual Insurance**
- Health Insurance
- Life Insurance
- Term Life Insurance
- Whole Life Insurance
- Annuity
- Long Term Care
- Auto Insurance
- Homeowners Insurance
- Disability Insurance
- Medicare Supplement
- Cancer Insurance

**Business Insurance**
- General Liability
- Professional Liability
- Worker's Comp
- Property Insurance
- Business Owners Policy
- Commercial Auto
- Crime Insurance
- Directors and Officers
- Group Health
- Group Life
- Group Disability
- 401k Plans

**Mortgage Rates**
- Home Mortgage
- Refinance
- Home Equity Loan
- Debt Consolidation
- Home Improvement
- Second Mortgage

**Real Estate**
- Sell a Home
- Buy a Home
- Buy and Sell a Home
- Commercial Real Estate

**Financial Planning**
- Financial Planning
- Estate Planning
- 401k Rollover
- IRA

**Legal & CPA**
- Find a Lawyer
- Find a CPA

Case 1:07-cv-00630-DME-MEH     Document 13-4     Filed 04/16/2007     Page 3 of 5

Case 1:07-cv-00630-DME-MEH   Document 13-4   Filed 04/16/2007   Page 4 of 5

Case 1:07-cv-00630-DME-MEH   Document 13-4   Filed 04/16/2007   Page 4 of 5

Insurance  |  Mortgage Rates  |  Real Estate  |  Investments & Annuities  |  Attorney/CPA Referrals  |  Whole Life Insurance
For Agents and Brokers  |  About Us  |  Privacy/Legal  |  Contact Us  |  Site Map  |  Homeowners Insurance  |  Site Menu
Annuity Sitemap  |  Life Insurance Sitemap  |  Health Insurance Sitemap  |  Long Term Care Insurance Sitemap  |  Medicare Supplement Sitemap
Auto Insurance Sitemap  |  Homeowners Insurance Sitemap  |  Mortgage Sitemap  |  Real Estate Sitemap  |  General Liability Insurance Sitemap
Real Estate Sitemap Continued  |  Business Insurance Sitemap  |  Professional Liability Sitemap  |  Group Health Insurance Sitemap
Insurance Leads Sitemap  |  Workers Compensation Insurance Sitemap

© 2005 MostChoice