IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation

    Defendants.
_____

**WAIVER OF PERSONAL SERVICE AND ACCEPTANCE OF SERVICE**
_____

    I, Ryan Isenberg, Esq., as attorney for MostChoice.com, Inc., defendant in the above-captioned civil action, hereby acknowledge receipt of the Third Amended Complaint issued by counsel for NetQuote Inc on April 16, 2007. On behalf of MostChoice.com, Inc., I hereby waive personal service of the Third Amended Complaint in this action. I also hereby acknowledge receipt of a copy of the Third Amended Complaint, as filed by the plaintiff on April 16, 2007.

    I am authorized by MostChoice.com, Inc., to accept service of process, and do agree to accept service on behalf of MostChoice.com, Inc. MostChoice.com, Inc., retains all defenses or objections to the Third Amended Complaint, and any objections to venue and jurisdiction of the Court.

2

DATED: April 23, 2007

                                          s/ Ryan L. Isenberg
                                          Ryan L. Isenberg
                                          ISENBERG & HEWITT, P.C.
                                          7000 Peachtree Dunwoody Road
                                          Building 15, Suite 100
                                          Atlanta, Georgia  30328

## CERTIFICATE OF SERVICE

      I hereby certify that on this __23rd__ day of April, 2007, I electronically filed the foregoing **WAIVER OF PERSONAL SERVICE AND ACCEPTANCE OF SERVICE** with the Clerk of the Court using the ECF/CM electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

      Teresa L. Ashmore, Esq.
      Rachel L. Eichenbaum, Esq.
      HOLME ROBERTS & OWENS LLP
      1700 Lincoln Street, Suite 4100
      Denver, Colorado 80203
      Tracy.Ashmore@hro.com
      Rachel.Eichenbaum@hro.com


      Ryan L. Isenberg, Esq.
      ISENBERG & HEWITT, P.C.
      7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
      Atlanta, Georgia  30328
      ryan@isenberg-hewitt.com


      s/ Tracy E. Reed
      Tracy E. Reed

fb.us.1965941.01