IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation

Plaintiff,

v.

BRANDON BYRD,

Defendant.

---

### AFFIDAVIT OF BRANDON BYRD

---

**STATE OF GEORGIA**
**COUNTY OF FULTON**

NOW COMES before me, the undersigned officer duly authorized to administer oaths, Brandon Byrd, after being first duly sworn, deposes and says:

1. My name is Brandon Byrd. I am over the age of eighteen, competent to testify and have personal knowledge of the matters contained herein.

2. I have never been to the State of Colorado.

3. I am a resident of Sandy Springs, Georgia.

4. All of the submissions alleged by Netquote in its complaint were generated in Sandy Springs, Georgia. I did not know Netquote was located in Colorado.

5. A substantial number of the submissions were submitted to localinsurance.com, which is an affiliate of Netquote located in California.

6. According to its website, Netquote "matches" up a request for insurance with one or more agents.

**EXHIBIT A**

7.  According to its website, Netquote electronically transmits the request for insurance to the appropriate agent(s).

8.  I have never spoken with anyone or directly communicated with anyone from Netquote. All of the communication from Netquote has been the result of automated responses from the submissions.

FURTHER AFFIANT SAITH NOT.

                 s/Brandon Byrd
                 Brandon Byrd

Sworn to and subscribed before me
this the ___ day of March, 2007.

_____
Notary Public
My Commission Expires: