

**EXHIBIT C**

Dockets.Justia.com





Privacy Policy | SiteMap
© 2004 NetQuote, Inc. All Rights Reserved.



**Driver**
Please enter in some basic insurance information about this driver. Be as accurate as possible.

First Name: Ryan
Last Name: Isenberg
Date of Birth: Aug  3  1974
Gender: ⦿ Male  ○ Female
Marital status? Married
Relationship to Ryan? Self
Social Security Number: (Optional but helpful)
Drivers License Number: (Optional but helpful)

At what age did this driver first receive their license? 16
Has driver completed Behind-the-Wheel training in the last 5 years? ○ Yes ⦿ No
Is this driver a full-time student with GPA of 3.0 or above? ○ Yes ⦿ No
In the past 5 years has the driver's license been suspended or revoked? ○ Yes ⦿ No
Does the driver require an SR-22 or Financial Responsibility Statement? (If unsure, select No) ○ Yes ⦿ No
Has this driver had any incidents in the past 5 years? (including DUI convictions, tickets, accidents, or claims) ○ Yes ⦿ No
In which state is the driver currently licensed? GA
What is the driver's highest education level? Doctorate Degree
What is your occupation? Lawyer
In the past 5 years have you filed for bankruptcy? ○ Yes ⦿ No
How would you describe your credit rating? ○ Poor ○ Good ⦿ Excellent ○ Unsure
Do you need to add another person to be quoted? ○ Yes ⦿ No

Continue ➡

www.netquote.com



**Vehicle**

Please enter some basic insurance information about this vehicle. Be as accurate as possible.

| | |
|---|---|
| Vehicle Year: | 2006 |
| Vehicle Make: | TOYOTA |
| Vehicle Model: | PRIUS |
| ZIP code where vehicle is parked at night: | 30328 |
| Who is the primary driver of this vehicle? | Ryan |
| Is the vehicle primarily used for: | Commute Work |
| If used for commuting or business - average number of days per week used: | 5 |
| If vehicle is used for commuting or business - average one-way mileage: | 10 |
| Approximate annual mileage: | 12000 Miles |
| Is this vehicle leased? | ○ Yes ● No |
| Please select your desired Comprehensive deductible: | 250 |
| Please select your desired Collision deductible: | 250 |
| Do you need to add another vehicle to be quoted? | ○ Yes ● No |

[ Continue → ]

Privacy Policy | SiteMap
© 2004 NetQuote, Inc. All Rights Reserved.

netQuote®
Insurance Shopper

Start Saving | Insurance Info | Driver Info | Vehicle Info | Coverage Type | Join Final Page

**Final Page**
Your security is our first priority - Click submit for insurance savings

| Field | Value |
|---|---|
| First name: | Ryan |
| Last name: | Isenberg |
| Street Address: | |
| Apt or Unit: | |
| City: | Atlanta |
| County/Parish: | Fulton |
| State: | GA |
| ZIP Code: | 30328 |
| Current residence status? | --Select-- |

# of Years: 0
Years/months at current residence?
# of Months: 0

Please enter a valid E-mail address:

Check here to receive the NetQuote e-Newsletter with money-saving tips:  ☐    ⊘ NO JUNK MAIL

Home Telephone Number: (format: 212-555-1234)

Daytime Telephone Number:    Ext:

Are you interested in a multiple-policy discount (for auto and home insurance)?   ○ Yes  ○ No

**DISCLOSURE:** Where permitted by law, some insurance companies may confirm your information, through the use of consumer reports, which may include credit score and driving record.

By submitting this information, I request that insurance companies and NetQuote partners subscribing to the NetQuote service contact me via email, telephone or fax, using the information I have supplied, to provide quotes or to obtain additional information needed to provide quotes.

[ Submit ]    ✓ VeriSign Secured

www.netquote.com







## Coverage Type

Please select your Liability Protection. Not sure what to select? Leave your selection at "Standard Protection" since all companies responding to your request will be receiving the same information you'll be getting a true "apples to apples" comparison. Once you have received your quotes ask the insurance representative about the coverage amounts that are right for you."

**○ Superior Protection**

250,000 / 500,000 Bodily Injury
100,000 Property Damage
250,000 / 500,000 Under/Uninsured Motorist Bodily Injury

**○ Standard Protection**

100,000 / 300,000 Bodily Injury
50,000 Property Damage
100,000 / 300,000 Under/Uninsured Motorist Bodily Injury

**○ Basic Protection**

50,000 / 100,000 Bodily Injury
25,000 Property Damage
50,000 / 100,000 Under/Uninsured Motorist Bodily Injury

**○ State Minimum**

The minimum allowable limits in your state for Bodily Injury, Property Damage and Under/Uninsured Motorist Bodily Injury will be used.



Privacy Policy | SiteMap
© 2004 NetQuote, Inc. All Rights Reserved.

