**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227; and
MOSTCHOICE.COM, INC., a Georgia corporation,

Defendants.

## ENTRY OF APPEARANCE

　　　　Daniel D. Williams of the law firm of Faegre & Benson LLP enters his appearance in this action on behalf of Plaintiff Netquote, Inc.

Dated: May 7, 2007.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**FAEGRE & BENSON LLP**

　　　　　　　　　　　　　　　　　　　　　　*s/Daniel D. Williams*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Daniel D. Williams, #38445
　　　　　　　　　　　　　　　　　　　　　　FAEGRE & BENSON LLP
　　　　　　　　　　　　　　　　　　　　　　1900 Fifteenth Street
　　　　　　　　　　　　　　　　　　　　　　Boulder, CO 80302
　　　　　　　　　　　　　　　　　　　　　　(303) 447-7700 Telephone
　　　　　　　　　　　　　　　　　　　　　　(303) 447-7800 Facsimile
　　　　　　　　　　　　　　　　　　　　　　dwilliams@faegre.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF NETQUOTE, INC.**

## CERTIFICATE OF SERVICE

   I hereby certify that on May 7, 2007, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system and sent a copy via e-mail and United States mail, postage prepaid addressed to the following:

Teresa L. Ashmore, Esq.
Rachel L. Eichenbaum, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tracy.Ashmore@hro.com
Rachel.Eichenbaum@hro.com

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg. 15, Suite 100
Atlanta, Georgia 30328
ryan@isenberg-hewitt.com

                *s/Kathryn L. Westcott*