# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation

    Defendants.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

    COMES NOW Christopher P. Beall, counsel for Plaintiff NetQuote Inc, and asks that he be allowed to withdraw as counsel for Plaintiff NetQuote Inc on the grounds that he is withdrawing from the partnership of Faegre & Benson LLP to pursue employment with another law firm. Daniel D. Williams and David W. Stark, of Faegre & Benson LLP, will continue to represent NetQuote, Inc in this matter.

    Pursuant to D. C. Colo. L. Civ. R. 7.1.A, the undersigned states that he conferred by e-mail with counsel for Defendants in this action and is authorized to state Defendants do not oppose this motion.

Dated: May  8 , 2007,

    By  s/ Christopher P. Beall  
David W. Stark  
Daniel D. Williams  
Christopher P. Beall  
FAEGRE & BENSON LLP  
3200 Wells Fargo Center  
1700 Lincoln Street  
Denver, Colorado 80203  
Telephone:   (303) 607-3500  
Facsimile:   (303) 607-3600  
E-mail:   cbeall@faegre.com  

Attorneys for Plaintiff **NETQUOTE INC**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this __8th__ day of May, 2007, I served the foregoing **MOTION TO WITHDRAW AS COUNSEL** by electronic delivery, as an attachment to an email, to the following counsel of record:


  Ryan L. Isenberg, Esq.
  ISENBERG & HEWITT, P.C.
  7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
  Atlanta, Georgia  30328
  ryan@isenberg-hewitt.com


  Rachel L. Eichenbaum, Esq.
  HOLME ROBERTS & OWENS LLP
  1700 Lincoln Street, Suite 4100
  Denver, Colorado 80203
  Rachel.Eichenbaum@hro.com


            s/ Tracy Reed

fb.us.2020347.01