# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation

    Defendants.

## [Proposed] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Before the Court is the unopposed motion of NetQuote's counsel Christopher P. Beall to withdraw as attorney of record for Plaintiff NetQuote Inc in this matter, and being fully advised, the Court does hereby **GRANT** the motion. The Clerk is directed to remove Mr. Beall from the docket in this matter as an attorney of record for the plaintiff.

Dated: May ___, 2007

                                                                           Circuit Judge/Magistrate Judge

fb.us.2020679.01