IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is the Unopposed Motion to Withdraw as Counsel (Docket #19), filed by Christopher P. Beall. Mr. Beall seeks to withdraw as an attorney for Plaintiff. Other counsel appear of record on behalf of the Plaintiff, and therefore, the Plaintiff will not be unrepresented upon the withdrawal of Mr. Beall.

    Accordingly, while the motion is not in technical compliance with D.C.COLO.LCivR 83.3(D), since it contains no warning to the Plaintiff concerning responsibility for complying with all court orders and time limitations established by any applicable rules, based upon entry of appearance of other counsel for the Plaintiff, such a warning is not necessary. Further, the motion represents that counsel for the Defendants has been contacted and has no objection to the withdrawal.

Accordingly, it is hereby ORDERED that the Unopposed Motion to Withdraw as Counsel [Filed May 8, 2007; Docket #19] is **granted**.   Christopher P. Beall is hereby permitted to withdraw as attorney for the Plaintiff and shall have no further responsibility for representation of the Plaintiff.

Dated at Denver, Colorado, this 8th day of May, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge