**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227; and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

### NETQUOTE, INC.'S CORPORATE DISCLOSURE STATEMENT

---

    Plaintiff NetQuote, Inc. ("NetQuote"), through its counsel Faegre & Benson, LLP, and in accordance with Fed. R. Civ. P. 7.1, states as follows:

    (a)    NetQuote is a wholly owned subsidiary of NetQuote Holdings, Inc.

    (b)    No publicly held corporation owns 10% or more of the stock of NetQuote, Inc.

Dated: May 10, 2007.

Respectfully submitted,

**FAEGRE & BENSON LLP**

*s/David W. Stark*
David W. Stark, #4899
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3500 Telephone
(303) 607-3600 Facsimile
dstark@faegre.com

Daniel D. Williams, #38445
1900 Fifteenth Street
Boulder, Colorado 80302
(303) 447-770 Telephone
(303) 447-7800 Facsimile
dwilliams@faegre.com

**ATTORNEYS FOR PLAINTIFF NETQUOTE, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007, I electronically filed the foregoing NETQUOTE, INC'S CORPORATE DISCLOSRE STATEMENT with the Clerk of Court using the CM/ECF system and sent a copy via e-mail and United States mail, postage prepaid addressed to the following:

Teresa L. Ashmore, Esq.      Tracy.Ashmore@hro.com
Rachel L. Eichenbaum, Esq.   Rachel.Eichenbaum@hro.com
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Ryan L. Isenberg, Esq.      Ryan@isenberg-hewitt.com
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road
Bldg. 15, Suite 100
Atlanta, Georgia 30328

*s/ Kathryn L. Westcott*