



[About Us](#) > Contact Us

## Contact Us


NetQuote is located in the heart of beautiful downtown Denver, Colorado. If you have any questions regarding NetQuote services please contact us using the information below.

## Address

1860 Blake Street, Suite 900
Denver, CO 80202

## E-Mail

To contact any of the individual NetQuote departments regarding questions you may have about our services please fill out the form below.

\* required fields

\* First Name:

[                    ]

\* Last Name:

[                    ]

\* Email Address:

[                    ]

Phone Number:

[                    ]

\* Comments:

[                    ]

Submit

**Zip Code:**

[          ]

**Insurance Type:**

Auto Insurance  ▼



**NetQuote Minute Newsletter**

- Informative monthly [Insurance Newsletter](#)

- Excellent resource for understanding your insurance

- Quick and easy tips for saving on your insurance premiums

**>> Sign-Up Today**

**Learn More About...**

- [Auto Insurance](#)

- [Home Insurance](#)

- [Health Insurance](#)

- [Group Health Insurance](#)

- [Life Insurance](#)

- [Business Insurance](#)

**Our Partners:**

# EXHIBIT 1

Dockets.Justia.com

**Phone**

To speak to a customer service representative or to contact an individual department.

Please call **1.800.795.2886**

About Us > Contact Us

Home  |  About Us  |  Site Map  |  Agent Program  |  Affiliate Program
Management Team  |  Our History  |  Our Partners  |  News  |  Careers  |  FAQ's
Auto Insurance  |  Home Insurance  |  Health Insurance  |  Life Insurance  |  Group Health Insurance  |  Business Insurance
Privacy Policy  |  Terms of Use  |  Contact Us  |  © **2005 NetQuote, Inc. All Rights Reserved.**

# EXHIBIT 1