IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  07-cv-00630-DME-MEH | Date:  June 4, 2007 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| NETQUOTE, INC., | Daniel D. Williams |
| | David W. Stark |
| Plaintiff(s), | |
| v. | |
| BRANDON BYRD, | Teresa Ashmore |
| | Ryan L. Isenberg |
| Defendant(s). | |

### COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:**    9:20 a.m.

Court calls case.  Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Argument and discussion regarding discovery dispute and entering Protective Order.

**Settish Conference:**    **August 10, 2007, at 3:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  Counsel should **e-mail** confidential settlement statements with attachments and exhibits to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before August 3, 2007,** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

Dockets.Justia.com

**Final Pretrial Conference:**   **February 5, 2008, at 9:30 a.m.**  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Conference in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before January 29, 2008.**

Discovery dispute procedures are discussed.

Before filing any motions with the Court, counsel are directed to meet and confer regarding the motion and attempt to reach a resolution.

Counsel are reminded to update Rule 26(a)(1) disclosures as needed.

Scheduling Order signed and entered on June 4, 2007.

**Court in recess:**   9:40 a.m. **(Hearing concluded)**
**Total time in Court:** 0:20