Exhibit C

