## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

      **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

      **Defendants.**

---

## MOSTCHOICE.COM, INC.'S CORPORATE DISCLOSURE STATEMENT

---

Defendant Mostchoice.com, Inc., through its counsel Ryan L. Isenberg and in accordance with D.C.COLO.LCivR 7.4 states as follows:

    (a)     Mostchoice.com, Inc. is a privately held corporation.

    (b)     No publically held corporation owns 10% or more of the stock of

           Mostchoice.com, Inc.

Dated this 6th day of June, 2007.

                        **s/ Ryan Isenberg**
                        Ryan L. Isenberg, Esq.
                        Isenberg & Hewitt, P.C.
                        7000 Peachtree Dunwoody Road
                        Building 15, Suite 100
                        Atlanta, Georgia 30328
                        Telephone: 770-351-4400
                        Facsimile: 770-828-0100 (Fax)
                        Email: ryan@isenberg-hewitt.com

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2007, I served the foregoingMostchoice.com, Inc.'s Corporate Disclosure Statement by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Daniel D. Williams
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
cbeall@faegre.com

                                            **s/ Ryan Isenberg**