IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 13, 2007.**

    The Stipulated Protective Order [Filed June 12, 2007; Docket #29] is **denied without prejudice**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.F. The parties may submit an unopposed, joint, or stipulated motion and attach a proposed protective order to the motion. Simply filing the proposed order as a motion is insufficient.