# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

## STIPULATED MOTION FOR PROTECTIVE ORDER

---

Plaintiff NetQuote, Inc. ("NetQuote) and Defendant Brandon Byrd, through their respective counsel, pursuant to Fed .R. Civ. P. 26(c), hereby jointly move for the entry of the Stipulated Protective Order that is submitted herewith. In support thereof, the parties state as follows:

    1.    Plaintiff NetQuote has requested to make a forensic image of Brandon Byrd's hard drive for evidence relevant to the above-captioned lawsuit;

    2.    Defendant Brandon Byrd ("Byrd") initially objected to NetQuote's Request which resulted in the parties meeting and conferring concerning the concerns Byrd had about disclosing personal information on his computer hard drive;

      3.      The parties raised this issue with the Court at the scheduling conference on this matter on June 4, 2007;

      4.      The Court directed the parties to agree on the terms of a protective order within ten days;

      5.      The parties met and conferred concerning a proposed protective order and agreed to the terms of such an order; and

      6.      The parties' proposed protective order is being submitted along with this motion.

WHEREFORE, the parties jointly request that the Court enter the proposed Stipulated Protective Order in the form submitted with this Motion for the reasons set forth above and at the scheduling conference in this matter.

DATED:  June 15, 2007

| _s/ David W. Stark_ | _s/ Ryan L. Isenberg_ |
|---|---|
| David W. Stark<br>FAEGRE & BENSON LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, Colorado 80203<br>Telephone:     (303) 607-3500<br>Facsimile:      (303) 607-3600<br>E-mail:           dstark@faegre.com<br><br>Daniel D. Williams<br>FAEGRE & BENSON LLP<br>1900 Fifteenth Street<br>Boulder, Colorado 80302<br>Telephone:     (303) 447-7700<br>Facsimile:       (303) 447-7800<br>E-mail:           dwilliams@faegre.com<br><br>**Counsel for Plaintiff** | Ryan L. Isenberg<br>ISENBERG & HEWITT, P.C.<br>7000 Peachtree Dunwoody Road, Bldg 15, Suite 100<br>Atlanta, Georgia  30328<br>Telephone:     (770) 351-4400<br>Facsimile:      (678) 990-7737<br>E-mail:           ryan@isenberg-hewitt.com<br><br>Tracy L. Ashmore<br>Rachel L. Eichenbaum<br>HOLME ROBERTS & OWENS LLP<br>4400 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, Colorado 80203<br>Telephone:     (303) 866-0323<br>Facsimile:      (303) 866-0200<br>E-mail:           rachel.eichenbaum@hro.com<br><br> **Counsel for Defendants** |

## CERTIFICATE OF SERVICE

I certify that on this 15th day of June, 2007, I electronically filed the foregoing **STIPULATED PROTECTIVE ORDER RE: BANDON BYRD'S HARD DRIVE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com

Tracy L. Ashmore, Esq.
Rachel L. Eichenbaum, Esq.
HOLME ROBERTS & OWENS LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tracy.Ashmore@hro.com
Rachel.Eichenbaum@hro.com

<u>s/Cecil A. Kennedy</u>