# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

## JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO WRITTEN DISCOVERY REQUESTS

---

    NetQuote, Inc. and MostChoice.com, Inc. (the "Parties") respectfully submit this Joint Motion for Enlargement of Time pursuant to Fed. R. Civ. P. 6(b)(1) and D.C. Colo. L. Civ. R. 6.1.D, requesting an enlargement of time within which to respond to written discovery requests. In support of their Motion, the Parties state:

    1.    Pursuant to D.C. Colo. L. Civ. R. 6.1.D, the undersigned counsel certify that a copy of this Motion is being served upon their respective clients and all counsel of record.

1

2.      The Parties served their respective first sets of interrogatories and requests for production of documents on May 17, 2007, and their responses and currently due on June 19, 2007.[1]

3.      The Parties are currently gathering the information to give full and complete responses, and in order to accommodate previously scheduled summer vacations and the press of other business, agree to an enlargement of time to and including July 13, 2007, to respond to the written discovery requests.

4.      This is the first request by the Parties for an enlargement of time within which to respond to the discovery requests.

5.      There are no other Court-imposed deadlines that will be affected by this enlargement of time

WHEREFORE, the Parties respectfully request that the Court enter an Order allowing them up to and including July 13, 2007, to finalize and respond to the first sets of interrogatories and requests for production of documents.

DATED:  June 18, 2007

| _s/ David W. Stark_ | _s/ Ryan L. Isenberg_ |
|---|---|
| David W. Stark | Ryan L. Isenberg |
| FAEGRE & BENSON LLP | ISENBERG & HEWITT, P.C. |
| 3200 Wells Fargo Center | 7000 Peachtree Dunwoody Road, Bldg 15, |
| 1700 Lincoln Street | Suite 100 |
| Denver, Colorado 80203 | Atlanta, Georgia  30328 |
| Telephone:    (303) 607-3500 | Telephone:    (770) 351-4400 |
| Facsimile:    (303) 607-3600 | Facsimile:    (678) 990-7737 |
| E-mail:          dstark@faegre.com | E-mail:          ryan@isenberg-hewitt.com |

---

[1]  Plaintiff previously had served discovery requests on Defendant Byrd and Defendant Byrd has responded to those requests.

| | |
|---|---|
| Daniel D. Williams<br>FAEGRE & BENSON LLP<br>1900 Fifteenth Street<br>Boulder, Colorado 80302<br>Telephone: (303) 447-7700<br>Facsimile: (303) 447-7800<br>E-mail: dwilliams@faegre.com<br><br>**Counsel for Plaintiff** | Tracy L. Ashmore<br>Rachel L. Eichenbaum<br>HOLME ROBERTS & OWENS LLP<br>4400 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, Colorado 80203<br>Telephone: (303) 866-0323<br>Facsimile: (303) 866-0200<br>E-mail: rachel.eichenbaum@hro.com<br><br>**Counsel for Defendants** |

### CERTIFICATE OF SERVICE (NON CM/ECF PARTICIPANTS)

I hereby certify that on June 18, 2007, I served the foregoing **JOINT MOTION FOR ENLARGEMENT OF TIME** via U.S. mail, postage paid, addressed to the following persons at the given addresses:

Craig Shine
NetQuote, Inc.
1860 Blake St.
Denver, CO  80202

MostChoice.Com
5600 Roswell Road, Suite 275 North
Atlanta, GA  30342

Brandon Byrd
147 Angus Trail
Atlanta, GA 30328

s/Cecil A. Kennedy