# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

**ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO WRITTEN DISCOVERY REQUESTS**

---

    The Court, having considered the parties' Joint Motion for Enlargement of Time, hereby ORDERS that said Motion is GRANTED and further ORDERS that the parties shall have up to and including July 13, 2007, in which to respond to the first sets of interrogatories and requests for production of documents.

    DATED this _____ day of June, 2007.

                                      BY THE COURT:

                                      _____

                                      United States Magistrate Judge