IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

        Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and
64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

        Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 19, 2007.**


        The Joint Motion for Enlargement of Time to Respond to Written Discovery Requests [Filed June 18, 2007; Docket #38] is **granted**.  The parties' responses to pending written discovery requests are to be submitted on or before July 13, 2007.