IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS AND REPLY TO COUNTERCLAIM**

    Plaintiff NetQuote, Inc. ("NetQuote") respectfully submits this Unopposed Motion for Enlargement of Time pursuant to Fed. R. Civ. P. 6(b)(1), D.C. Colo. L. Civ. R. 6.1.D, and D.C. Colo. L. Civ. R. 7.1.A , requesting an enlargement of time within which to respond to Defendant MostChoice.Com, Inc.'s Motion to Dismiss and Counterclaim. In support of its Motion, NetQuote states as follows:

    1.    Pursuant to D.C. Colo. L. Civ. R. 7.1.A, counsel for NetQuote has conferred with Ryan Isenberg, counsel for Defendants, and NetQuote is authorized to state that Defendants have no objection to the relief requested in this Motion.

2. Pursuant to D.C. Colo. L. Civ. R. 6.1.D, the undersigned counsel certifies that a copy of this Motion is being served upon its client and all counsel of record.

3.. Defendant MostChoice.com ("MostChoice") served its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted on June 15, 2007, and NetQuote's response is currently due on July 5, 2007.

4. Defendant MostChoice served its Answer and Counterclaim on June 15, 2007, and NetQuote's response to the Counterclaim is currently due on July 9, 2007.

5. In order to accommodate a previously scheduled summer vacation and the press of other business, the parties agree to an enlargement of time to and including July 16, 2007, for NetQuote to respond to the Motion to Dismiss and to the Counterclaim.

4. This is the first request by the Plaintiff for an enlargement of time within which to respond to the Motion Dismiss and to the Counterclaim.

5. There are no other Court-imposed deadlines that will be affected by this enlargement of time.

WHEREFORE, Plaintiff NetQuote respectfully requests that the Court enter an Order allowing it up to and including July 16, 2007, to file its responses to the Motion to Dismiss and to the Counterclaim.

DATED: June 20, 2007

        _s/ David W. Stark_
        David W. Stark
        FAEGRE & BENSON LLP
        3200 Wells Fargo Center
        1700 Lincoln Street
        Denver, Colorado 80203
        Telephone:   (303) 607-3500
        Facsimile:    (303) 607-3600
        E-mail:       dstark@faegre.com

        Daniel D. Williams
        FAEGRE & BENSON LLP
        1900 Fifteenth Street
        Boulder, Colorado 80302
        Telephone:   (303) 447-7700
        Facsimile:    (303) 447-7800
        E-mail:       dwilliams@faegre.com

        **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS AND REPLY TO COUNTERCLAIM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Teresa L. Ashmore, Esq.
(Tracy.Ashmore@hro.com)
Rachel L. Eichenbaum, Esq.
(Rachel.Eichenbaum@hro.com)
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Ryan L. Isenberg, Esq.
(Ryan@isenberg-hewitt.com)
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road
Bldg. 15, Suite 100
Atlanta, Georgia 30328

              s/ Cecil A. Kennedy

## CERTIFICATE OF SERVICE (NON CM/ECF PARTICIPANTS)

I hereby certify that on June 20, 2007, I served the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS AND REPLY TO COUNTERCLAIM** via U.S. mail, postage paid, addressed to the following persons at the given addresses:

Craig Shine
NetQuote, Inc.
1860 Blake St.
Denver, CO 80202

MostChoice.Com
5600 Roswell Road, Suite 275 North
Atlanta, GA 30342

Brandon Byrd
147 Angus Trail
Atlanta, GA 30328

*s/Cecil A. Kennedy*