IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS AND REPLY TO COUNTERCLAIM**

---

The Court, having considered Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Motion to Dismiss and Reply to Counterclaim, hereby ORDERS that said Motion is GRANTED and further ORDERS that the Plaintiff NetQuote, Inc., shall have up to and including July 16, 2007 in which to file its responses to the Motion to Dismiss and to the Counterclaim.

DATED this _____ day of June, 2007.

BY THE COURT:

_____
United States Magistrate Judge