# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation

    Defendants.

## UNOPPOSED MOTION TO ALLOW LOCAL COUNSEL TO WITHDRAW

    Defendants, Brandon Byrd and Mostchoice.com, Inc., (collectively "Defendants") move the Court for entry of an Order allowing the withdrawal of Teresa Ashmore and Rachel Eichenbaum.

### Certificate of Compliance with D.C.Colo.LCivR 7.1

    The undersigned hereby certifies that she has conferred with counsel for the Plaintiff regarding this motion and is authorized to state that this motion is unopposed.

    1.    Teresa Ashmore and Rachel Eichenbaum of the law firm Holme Roberts & Owen LLP, together with Ryan Isenberg of Isenberg & Hewitt, P.C. have been counsel of record for Defendants.

    2.    As stated to the Court at the June 4, 2007 scheduling conference, Teresa Ashmore and Rachel Eichenbaum seek to withdraw as there is no longer a need for Defendants to incur the additional expense of local counsel when they are also represented by Mr. Isenberg.

3. Mr. Isenberg accepts responsibility for complying with all court orders and time limitations established by any applicable rules.

4. Pursuant to D.C. Colo.L.Civ.R 83.3.D, this motion has been served on all counsel of record and Defendants.

WHEREFORE, Defendants respectfully request this Court to enter an Order allowing the withdrawal of Teresa Ashmore and Rachel Eichenbaum.

Respectfully submitted this 20th day of June 2007.

                                            s/Teresa L. Ashmore
                                            Teresa L. Ashmore
                                            Rachel L. Eichenbaum
                                            HOLME ROBERTS & OWEN LLP
                                            1700 Lincoln Street, Suite 4100
                                            Denver, Colorado 80203-4541
                                            Telephone:    (303) 861-7000
                                            Facsimile:     (303) 866-0200
                                            E-Mail:  tracy.ashmore@hro.com
                                            E-mail:  rachel.eichenbaum@hro.com
                                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 20th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

David W. Stark
dstark@faegre.com

Daniel D. Williams
dwilliams@faegre.com

Ryan L. Isenberg
ryan@isenberg-hewitt.com

               s/Teresa L. Ashmore
               Teresa L. Ashmore

#1220921 v1