# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

 Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation

 Defendants.

## [PROPOSED] ORDER GRANTING
## MOTION TO ALLOW LOCAL COUNSEL TO WITHDRAW

 This matter comes before the Court on Defendant's Unopposed Motion to Allow Local Counsel to Withdraw. Having reviewed the motion and being fully advised, the Court GRANTS Defendant's motion to withdraw and

 ORDERS that Teresa Ashmore and Rachel Eichenbaum are hereby withdrawn as counsel of record in this action.

 DATED this ____ day of June, 2007.

 BY THE COURT:


 _____
 Judge

#1256306 v1