IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2007.**

    Defendants' Unopposed Motion to Allow Local Counsel to Withdraw [Filed June 20, 2007; Docket #45] is **granted**. Teresa Ashmore's and Rachel Eichenbaum's representation of Defendants is hereby **terminated**.