IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## DECLARATION OF CRAIG SHINE

I, Craig Shine, declare and state as follows:

1. I am the Vice President of Finance at NetQuote, Inc. ("NetQuote"). Accordingly, I am knowledgeable about NetQuote's business and operations, and I have personal knowledge about the subjects set forth in this Declaration based on my duties and responsibilities at NetQuote.

2. NetQuote, at great expense, has developed sophisticated, highly confidential, proprietary computer systems and internal procedures to detect false submissions. NetQuote considers these computer systems and internal procedures to be trade secrets and confidential commercial information.

3. The current proprietary computer systems and internal procedures used to insure the quality of leads are at the heart of NetQuote's business in a highly competitive industry.

4. NetQuote exercises diligence to maintain the confidential nature of the above referenced trade secrets and confidential commercial information. The company has taken great steps to protect these trade secrets and confidential commercial information. To that end, NetQuote has never revealed them to competitors. NetQuote also limits access to its facility to protect this information.

5. Disclosure of the specifics of the proprietary computer systems and internal procedures, which constitute trade secrets and confidential commercial information, would

EXHIBIT 1

expose NetQuote to future sabotage attacks by MostChoice. To date MostChoice continues to submit false leads and has expressed an intention to continue the practice.

6. NetQuote maintains a customer list. The customer list is the result of great time and expense invested by NetQuote. As such, the customer list constitutes confidential commercial information.

7. This customer list is among the company's most valuable assets, therefore, NetQuote goes to great lengths to keep the list confidential.

8. NetQuote would suffer substantial harm if the customer list were revealed to MostChoice.

9. NetQuote maintains and keeps confidential its financial information. NetQuote consider its financial information to be confidential commercial information. It does not disseminate this information publicly. Disclosure of NetQuote's financial information would give MostChoice a significant enormous competitive advantage in the small industry of which NetQuote and MostChoice are a part – the on-line insurance lead generation business. As such, the disclosure would cause substantial harm to NetQuote.

10. NetQuote and MostChoice are direct competitors in the on-line insurance lead generation business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2007

_____
Craig Shtine
Vice President of Finance
NetQuote, Inc.