

| | | |
|---|---|---|
| **MostChoice Ranked #80**<br>**Inc. 500 2006** | **Leads - Frequently Asked Questions** | **Insurance Leads: Get More Information**<br><br>**Mortgage and Real Estate Leads: Get More Information** |

- For Insurance Agents
- For Mortgage Brokers
- For Real Estate Professionals

- Insurance Lead Overview
- Life Insurance Leads
- Mortgage Life Insurance Leads
- Key Man Life Insurance Leads
- Annuity Leads
- Health Insurance Leads
- Self Employed Health Insurance Leads
- Impaired Health Insurance Leads
- Group Health Insurance Leads
- Long Term Care Insurance Leads
- Medicare Supplement Insurance Leads
- Disability Insurance Leads
- Auto Insurance Leads
- Homeowners Insurance Leads
- Business Insurance Leads
- General Liability Insurance Leads
- Professional Liability Insurance Leads
- Workers Compensation Insurance Leads
- Property Insurance Leads
- Refinance Mortgage Leads
- Mortgage Leads
- Real Estate Leads
- No-Call List Compliant Guarantee
- Life and Health Insurance Leads Overview
- Property and Casualty Insurance

How much does this cost?
Will my Agency Information be kept confidential?
What are you doing to generate leads?
What's the profile of a typical customer requesting a quote?
What are my obligations as a customer?
Will I be flooded with leads all at once?
How do I know you'll be able to constantly supply me with leads?
Are the leads any good - are they worth the price?
What's your definition of a "valid" lead?
How are different product leads from the same person sold?
My agency sells in multiple states - how many states may I receive quote requests in?
I only cover a specific area - how do I participate?
How do you send me the leads?
Can I participate as an individual agent rather than through my agency?
Who do I contact if I have a problem of any kind?
Do you accept all new applications for participation?

---

**How much does this cost?**  The costs vary depending on the type of lead purchased. We have numerous categories that let you define exactly what type of lead you want

**Will my Information be kept confidential?**  Yes. Only Mostchoice personnel will ever see your information..

**What are you doing to generate leads?**  We are official partners with the major search engines: MSN(Microsoft), Yahoo, Google, Business.com, and others. We are also recommended by the Wall Street Journal. These partnerships are the key to our success and are why we can generate such a high quality lead..

**What's the profile of a typical person filling out a form?** It varies dramatically depending on the type of lead. However, the demographic of a typical internet user is more affluent and educated than the average person. Further, because of how we generate our leads, they are even more affluent and educated.

**What are my obligations as a customer?** We ask that you be responsible in pursuing leads in a timely and professional manner - as you would with any potential client. Also, you must abide by the terms of the agreement.

**Will I be flooded with leads all at once?** No. You can give us daily, weekly, and monthly maximums so you can manage your workflow.

**How do I know you'll be able to constantly supply me with leads?**  We receive over 2000 leads a day. That is more than enough to satisfy most agents in most areas. Also, our lead volume is constantly growing.

**Are the leads any good - are they worth the price?** Definitely yes. 80% of the customers that start with us, renew with us. Therefore, they must be making more money than they are spending on

- Leads Overview
  - Mortgage Lead Overview
  - Real Estate Lead Overview
  - Tips for Successfully working Leads
  - Lead Examples
  - Lead FAQ

Individual Insurance
  - Health Insurance
  - Life Insurance
  - Term Life Insurance
  - Whole Life Insurance
  - Annuity
  - Long Term Care
  - Auto Insurance
- Homeowners Insurance
- Disability Insurance
- Medicare Supplement
- Cancer Insurance

Business Insurance
- General Liability
  - Professional Liability
  - Worker's Comp
  - Property Insurance
  - Business Owners Policy
  - Commercial Auto
  - Crime Insurance
  - Directors and Officers
  - Group Health
  - Group Life
  - Group Disability
  - 401k Plans

Mortgage Rates
- Home Mortgage
- Refinance
- Home Equity Loan
- Debt Consolidation
- Home Improvement
- Second Mortgage

Real Estate
  - Sell a Home
  - Buy a Home
  - Buy and Sell a Home
  - Commercial Real Estate

Financial Planning
  - Financial Planning
  - Estate Planning
  - 401k Rollover
  - IRA

the leads.

**What's your definition of a "valid" lead?**  We provide you with names and contact information for customers that have voluntarily initiated a request.  People are hard to get in touch with and we can't guarantee you that it will not take a lot of phone calls to reach someone. However, If you are not able to contact the customer due to a disconnected phone number, you will not be charged. Further, if someone is legally prohibited from completing the request they have made or it is an obviously ficticous lead, it is not a good lead.

**How are different product leads from the same person sold?**  You are only charged one time for any given customer. You are not charged for additional requests from the same person.

**My operate in multiple states - how many states may I receive leads in?**  You may receive leads in as many states as you wish.

**I only cover a specific area - how do I participate?**  Small areas are acceptable. We will do a check to make certain it is not too small and not take your money if it is a problem. However, do to our high volume of leads, this rarely happens.

**How do you send me the leads ?** Leads are delivered, on average, within 3 minutes of receipt. Leads may be sent by email(plain text) or email(plain text) with file attached for importation. FTP, HTML post and XML post are available for larger accounts. Importation formats are available for most contact management systems and databases.

**Can I participate as an individual rather than through my agency or brokerage?**  Yes.

**Who do I contact if I have a problem of any kind?**  You may call Agent Services toll free at 877-601-MOST, ext. 105. You may also email them as well.

**Do you accept all new applications for participation?**  Most of the time, but not always. It is important that we have a good fit with our customers.

For More Information on Insurance Leads, Click Here
For More Information on Mortgage or Real Estate Leads, Click Here

- Legal & CPA
  - Find a Lawyer
  - Find a CPA
- Annuity Sitemap
- Life Insurance Sitemap
- Health Insurance Sitemap
- Long Term Care Insurance Sitemap
- Medicare Supplement Sitemap
- Auto Insurance Sitemap
- Homeowners Insurance Sitemap
- Mortgage Sitemap
- Real Estate Sitemap
- General Liability Insurance Sitemap
- Real Estate Sitemap Continued
- Business Insurance Sitemap
- Professional Liability Sitemap
- Group Health Insurance Sitemap
- Insurance Leads Sitemap
- Workers Compensation Insurance Sitemap

For Agents and Brokers | About Us | Privacy/Legal | Contact Us | Site Map | Site Menu

© 2005 MostChoice