# EXHIBIT "A"

Dockets.Justia.com

| | | | | |
|---|---|---|---|---|
| 12.105.215.98 | 138.89.249.32 | 152.163.101.10 | 172.136.253.222 | 199.67.140.75 |
| 12.107.3.64 | 141.150.15.145 | 152.163.101.11 | 172.139.202.194 | 199.68.77.225 |
| 12.109.60.222 | 141.151.11.195 | 152.3.9.55 | 172.140.238.159 | 199.72.95.13 |
| 12.109.8.166 | 141.151.137.19 | 155.188.254.1 | 172.153.155.28 | 199.73.20.253 |
| 12.134.160.13 | 141.152.37.114 | 158.169.131.14 | 172.154.126.49 | 199.90.35.4 |
| 12.149.150.98 | 141.155.134.159 | 159.71.254.248 | 172.159.30.248 | 200.107.34.233 |
| 12.154.39.254 | 141.155.63.6 | 160.15.13.180 | 172.169.141.45 | 200.171.140.113 |
| 12.161.28.66 | 141.156.147.211 | 162.136.192.1 | 172.170.24.123 | 200.171.201.66 |
| 12.162.120.131 | 141.157.34.35 | 162.40.230.152 | 172.172.215.111 | 200.178.105.51 |
| 12.163.196.98 | 141.158.107.67 | 162.83.206.254 | 172.174.91.205 | 200.189.80.8 |
| 12.17.203.65 | 142.32.208.234 | 162.83.209.139 | 172.194.116.40 | 200.204.153.240 |
| 12.19.128.172 | 142.46.200.114 | 162.83.210.156 | 172.208.210.59 | 200.206.78.162 |
| 12.19.225.242 | 142.94.133.34 | 162.84.221.108 | 192.100.51.131 | 200.21.45.4 |
| 12.202.156.60 | 146.50.1.121 | 163.178.18.3 | 192.117.176.67 | 200.23.18.124 |
| 12.202.220.173 | 146.82.36.12 | 163.239.53.40 | 192.203.40.5 | 200.243.16.189 |
| 12.214.6.250 | 147.83.59.236 | 164.67.137.87 | 192.35.84.5 | 200.44.58.157 |
| 12.216.112.116 | 148.223.132.121 | 164.67.166.57 | 193.173.115.179 | 200.60.234.9 |
| 12.218.182.65 | 148.235.6.87 | 164.8.13.111 | 193.188.105.22 | 200.67.149.183 |
| 12.219.100.97 | 148.243.246.5 | 165.125.8.16 | 193.243.158.2 | 200.78.46.176 |
| 12.28.71.162 | 148.244.150.57 | 165.200.93.169 | 193.251.60.99 | 200.85.13.203 |
| 12.38.24.126 | 148.244.150.58 | 165.200.95.95 | 194.150.15.206 | 201.135.220.171 |
| 12.4.185.57 | 149.111.120.55 | 166.102.154.5 | 194.242.232.31 | 201.137.104.135 |
| 12.40.110.36 | 150.208.238.12 | 166.102.64.168 | 194.63.235.139 | 202.21.176.35 |
| 12.40.111.80 | 150.216.151.30 | 166.127.1.35 | 195.101.42.29 | 202.215.114.178 |
| 12.40.180.18 | 151.196.139.184 | 166.82.126.195 | 195.13.163.216 | 202.54.137.6 |
| 12.42.50.51 | 151.200.16.70 | 166.82.126.37 | 195.61.146.130 | 203.101.15.186 |
| 12.42.50.52 | 151.200.24.162 | 166.82.58.64 | 198.151.13.10 | 203.101.15.86 |
| 12.78.11.34 | 151.200.26.23 | 166.82.58.84 | 198.151.35.6 | 203.122.202.245 |
| 12.8.197.241 | 151.200.27.231 | 166.90.15.2 | 198.151.41.204 | 203.123.26.103 |
| 12.8.34.199 | 151.200.41.80 | 167.127.104.11 | 198.179.147.18 | 203.144.254.26 |
| 128.97.245.60 | 151.201.158.79 | 167.127.107.11 | 198.181.250.63 | 203.160.1.67 |
| 129.173.129.161 | 151.202.157.67 | 167.127.163.141 | 198.184.148.39 | 203.162.3.145 |
| 129.173.25.57 | 151.202.183.193 | 167.127.163.203 | 198.189.198.2 | 203.38.2.52 |
| 129.173.66.191 | 151.203.235.121 | 167.19.250.100 | 198.237.180.60 | 203.88.140.194 |
| 129.33.12.42 | 151.213.119.185 | 167.203.48.180 | 198.30.81.2 | 204.108.88.10 |
| 129.41.167.140 | 151.213.241.88 | 167.206.232.210 | 198.60.22.24 | 204.11.233.106 |
| 129.41.167.144 | 152.131.11.192 | 167.230.38.116 | 198.81.26.70 | 204.110.116.1 |
| 129.71.198.76 | 152.163.100.13 | 167.230.38.118 | 198.83.116.111 | 204.115.33.45 |
| 129.85.39.181 | 152.163.100.133 | 168.12.253.66 | 198.83.117.31 | 204.116.59.43 |
| 129.9.80.163 | 152.163.100.137 | 168.158.192.253 | 199.107.67.103 | 204.210.42.132 |
| 131.179.112.70 | 152.163.100.139 | 168.215.216.179 | 199.173.226.227 | 204.254.158.90 |
| 131.183.232.109 | 152.163.100.14 | 168.253.10.29 | 199.174.219.241 | 204.255.212.212 |
| 131.204.94.108 | 152.163.100.196 | 170.134.80.88 | 199.181.178.37 | 204.62.236.177 |
| 132.160.244.133 | 152.163.100.197 | 170.201.180.137 | 199.21.28.13 | 204.76.166.50 |
| 132.22.254.237 | 152.163.100.198 | 170.224.179.148 | 199.227.88.80 | 204.79.84.31 |
| 132.250.121.242 | 152.163.100.201 | 170.224.224.120 | 199.243.127.123 | 205.128.215.120 |
| 137.142.26.65 | 152.163.100.5 | 170.224.224.124 | 199.43.48.16 | 205.135.136.10 |
| 137.45.196.8 | 152.163.100.6 | 170.224.224.154 | 199.43.48.17 | 205.152.54.100 |
| 138.88.12.106 | 152.163.100.69 | 170.65.128.6 | 199.43.48.26 | 205.175.111.5 |
| 138.88.69.235 | 152.163.100.8 | 170.92.1.104 | 199.67.138.27 | 205.188.116.137 |

| | | | | |
|---|---|---|---|---|
| 205.188.116.139 | 207.19.142.213 | 208.61.132.99 | 216.148.246.85 | 217.14.219.34 |
| 205.188.116.14 | 207.19.142.224 | 208.61.23.120 | 216.159.247.234 | 217.153.79.130 |
| 205.188.116.196 | 207.19.142.28 | 208.62.7.133 | 216.161.186.129 | 217.172.231.70 |
| 205.188.116.197 | 207.19.142.50 | 209.113.186.34 | 216.162.84.110 | 217.43.65.206 |
| 205.188.116.198 | 207.19.143.23 | 209.114.224.6 | 216.163.247.1 | 217.68.102.69 |
| 205.188.116.199 | 207.19.143.33 | 209.136.100.94 | 216.163.255.1 | 217.95.181.119 |
| 205.188.116.202 | 207.19.143.44 | 209.144.58.69 | 216.175.79.234 | 217.95.200.165 |
| 205.188.116.6 | 207.19.143.60 | 209.167.50.22 | 216.177.186.207 | 217.97.78.140 |
| 205.188.116.68 | 207.19.143.94 | 209.179.199.135 | 216.184.165.130 | 218.107.0.193 |
| 205.188.116.69 | 207.200.116.130 | 209.183.183.155 | 216.194.2.126 | 218.107.0.251 |
| 205.188.116.71 | 207.200.116.133 | 209.186.86.254 | 216.194.21.138 | 218.19.44.3 |
| 205.188.116.74 | 207.200.116.204 | 209.189.213.2 | 216.194.21.204 | 218.71.33.5 |
| 205.188.116.9 | 207.200.116.7 | 209.191.171.207 | 216.194.21.227 | 219.136.168.178 |
| 205.188.117.67 | 207.200.116.73 | 209.205.171.212 | 216.194.21.230 | 219.208.36.15 |
| 205.188.117.8 | 207.203.88.15 | 209.206.192.15 | 216.194.22.10 | 220.186.165.27 |
| 205.196.182.23 | 207.213.145.240 | 209.210.24.212 | 216.194.22.49 | 220.186.5.58 |
| 205.209.139.100 | 207.250.64.15 | 209.240.205.60 | 216.194.23.141 | 220.244.224.44 |
| 205.211.160.1 | 207.255.18.251 | 209.247.222.110 | 216.194.3.95 | 222.96.174.20 |
| 205.254.147.8 | 207.31.251.140 | 209.247.222.28 | 216.194.7.137 | 24.0.205.196 |
| 206.165.19.10 | 207.31.30.48 | 209.30.177.82 | 216.194.7.160 | 24.1.205.39 |
| 206.195.19.41 | 207.69.136.201 | 209.30.87.239 | 216.194.7.205 | 24.1.23.166 |
| 206.195.19.42 | 207.69.137.135 | 209.49.255.243 | 216.194.7.229 | 24.10.205.6 |
| 206.195.19.43 | 207.69.137.200 | 209.69.221.56 | 216.194.7.252 | 24.106.244.30 |
| 206.195.19.45 | 207.69.137.201 | 209.78.214.253 | 216.194.7.84 | 24.11.107.21 |
| 206.195.19.46 | 207.7.231.130 | 209.86.122.188 | 216.194.7.89 | 24.123.1.98 |
| 206.195.19.47 | 208.131.182.28 | 210.165.31.213 | 216.196.213.3 | 24.127.155.127 |
| 206.195.193.254 | 208.138.129.22 | 210.214.88.219 | 216.204.44.226 | 24.127.60.229 |
| 206.210.17.33 | 208.143.23.141 | 210.214.88.56 | 216.216.97.138 | 24.129.12.53 |
| 206.210.27.33 | 208.17.215.244 | 210.5.233.131 | 216.218.105.249 | 24.129.201.189 |
| 206.213.251.31 | 208.18.17.131 | 211.133.243.203 | 216.22.96.162 | 24.13.241.55 |
| 206.227.128.12 | 208.184.157.10 | 212.0.150.9 | 216.222.97.1 | 24.141.119.61 |
| 206.28.73.193 | 208.19.114.25 | 212.145.145.2 | 216.224.239.31 | 24.147.161.210 |
| 206.54.156.254 | 208.20.33.23 | 212.40.34.30 | 216.231.37.19 | 24.147.217.172 |
| 206.54.207.216 | 208.20.33.36 | 212.48.108.2 | 216.237.228.61 | 24.15.202.129 |
| 207.105.55.25 | 208.20.33.78 | 212.64.210.199 | 216.253.18.90 | 24.152.242.221 |
| 207.114.147.112 | 208.238.104.14 | 213.10.22.181 | 216.26.187.50 | 24.153.223.78 |
| 207.132.131.54 | 208.242.126.156 | 213.149.35.189 | 216.43.77.234 | 24.159.125.117 |
| 207.161.51.156 | 208.242.126.232 | 213.149.35.198 | 216.60.21.4 | 24.159.127.128 |
| 207.172.220.185 | 208.242.126.65 | 213.149.35.221 | 216.64.73.106 | 24.159.189.175 |
| 207.172.67.4 | 208.242.126.82 | 213.152.66.195 | 216.64.85.90 | 24.161.38.155 |
| 207.173.169.202 | 208.242.127.115 | 213.224.83.20 | 216.68.152.113 | 24.163.66.250 |
| 207.178.157.194 | 208.242.127.174 | 213.232.240.1 | 216.68.161.106 | 24.165.237.255 |
| 207.178.218.91 | 208.242.127.47 | 213.67.39.221 | 216.68.77.2 | 24.171.36.142 |
| 207.179.243.128 | 208.242.127.72 | 216.107.95.79 | 216.69.162.113 | 24.173.34.220 |
| 207.179.243.163 | 208.242.127.86 | 216.116.163.57 | 216.70.41.50 | 24.174.22.24 |
| 207.19.142.131 | 208.247.105.190 | 216.12.216.166 | 216.77.31.67 | 24.174.28.9 |
| 207.19.142.135 | 208.251.143.49 | 216.126.141.40 | 216.78.134.33 | 24.174.61.32 |
| 207.19.142.153 | 208.35.38.11 | 216.143.176.2 | 216.84.38.123 | 24.175.211.221 |
| 207.19.142.18 | 208.41.189.50 | 216.148.246.149 | 217.110.35.24 | 24.175.249.233 |
| 207.19.142.195 | 208.47.185.164 | 216.148.246.151 | 217.128.114.17 | 24.186.111.206 |

| | | | | |
|---|---|---|---|---|
| 24.186.17.148 | 24.60.161.236 | 4.252.211.10 | 4.35.121.54 | 63.186.33.180 |
| 24.186.249.9 | 24.61.30.175 | 4.252.211.12 | 4.35.122.21 | 63.186.33.20 |
| 24.186.251.188 | 24.61.44.148 | 4.252.211.123 | 4.4.249.198 | 63.186.33.201 |
| 24.186.40.89 | 24.69.255.204 | 4.252.211.124 | 57.67.8.114 | 63.186.33.228 |
| 24.188.133.209 | 24.69.255.242 | 4.252.211.129 | 59.144.18.63 | 63.186.33.232 |
| 24.188.157.187 | 24.69.255.245 | 4.252.211.167 | 59.144.19.130 | 63.186.33.233 |
| 24.188.232.8 | 24.7.21.165 | 4.252.211.241 | 59.144.19.153 | 63.186.33.252 |
| 24.189.225.84 | 24.73.19.245 | 4.252.211.26 | 59.167.12.76 | 63.186.33.37 |
| 24.189.255.88 | 24.75.58.94 | 4.252.212.104 | 61.129.52.210 | 63.186.35.123 |
| 24.19.169.166 | 24.8.26.122 | 4.252.212.106 | 61.129.52.213 | 63.186.8.1 |
| 24.190.140.210 | 24.83.45.7 | 4.252.212.111 | 61.173.27.75 | 63.186.8.138 |
| 24.191.181.89 | 24.90.231.123 | 4.252.212.116 | 62.161.214.25 | 63.186.8.150 |
| 24.191.9.53 | 24.91.21.10 | 4.252.212.154 | 62.219.229.130 | 63.186.8.152 |
| 24.194.198.141 | 24.92.131.227 | 4.252.212.214 | 62.7.244.103 | 63.186.8.164 |
| 24.197.198.254 | 24.98.133.89 | 4.252.212.38 | 63.110.140.28 | 63.186.8.215 |
| 24.197.219.166 | 24.99.152.77 | 4.252.212.40 | 63.127.62.188 | 63.186.8.22 |
| 24.199.199.146 | 24.99.68.178 | 4.252.212.43 | 63.157.28.231 | 63.186.8.225 |
| 24.20.14.239 | 38.119.178.226 | 4.252.212.49 | 63.16.106.167 | 63.186.8.36 |
| 24.206.104.31 | 4.154.84.248 | 4.252.212.52 | 63.166.18.136 | 63.186.8.48 |
| 24.21.88.203 | 4.155.84.212 | 4.252.212.7 | 63.166.18.181 | 63.186.8.52 |
| 24.211.106.189 | 4.161.27.212 | 4.252.213.10 | 63.186.0.107 | 63.186.8.6 |
| 24.211.157.122 | 4.224.228.199 | 4.252.213.173 | 63.186.0.118 | 63.186.9.105 |
| 24.217.170.244 | 4.228.66.28 | 4.252.213.183 | 63.186.0.129 | 63.186.9.115 |
| 24.22.223.125 | 4.230.249.131 | 4.252.213.202 | 63.186.0.163 | 63.186.9.116 |
| 24.227.106.170 | 4.233.44.88 | 4.252.213.248 | 63.186.0.179 | 63.186.9.13 |
| 24.230.186.18 | 4.240.199.202 | 4.252.213.33 | 63.186.0.192 | 63.186.9.142 |
| 24.233.44.107 | 4.240.207.181 | 4.252.213.35 | 63.186.0.200 | 63.186.9.143 |
| 24.234.146.237 | 4.244.129.49 | 4.252.213.45 | 63.186.0.32 | 63.186.9.17 |
| 24.234.219.32 | 4.245.39.92 | 4.252.213.49 | 63.186.0.52 | 63.186.9.185 |
| 24.236.96.223 | 4.252.208.122 | 4.252.213.94 | 63.186.0.62 | 63.186.9.193 |
| 24.242.25.166 | 4.252.208.200 | 4.252.214.117 | 63.186.0.66 | 63.186.9.194 |
| 24.249.15.35 | 4.252.208.22 | 4.252.214.122 | 63.186.0.77 | 63.186.9.231 |
| 24.250.112.28 | 4.252.208.252 | 4.252.214.136 | 63.186.1.126 | 63.186.9.232 |
| 24.250.219.51 | 4.252.208.54 | 4.252.214.168 | 63.186.1.14 | 63.186.9.26 |
| 24.252.32.160 | 4.252.208.89 | 4.252.214.214 | 63.186.1.197 | 63.186.9.42 |
| 24.27.128.221 | 4.252.208.94 | 4.252.214.216 | 63.186.1.213 | 63.186.9.50 |
| 24.29.59.108 | 4.252.208.96 | 4.252.214.224 | 63.186.1.22 | 63.186.9.74 |
| 24.30.4.22 | 4.252.209.111 | 4.252.214.44 | 63.186.1.44 | 63.189.40.110 |
| 24.39.108.167 | 4.252.209.149 | 4.252.214.54 | 63.186.1.64 | 63.189.40.50 |
| 24.44.20.247 | 4.252.209.160 | 4.252.214.76 | 63.186.1.86 | 63.189.41.111 |
| 24.45.153.247 | 4.252.209.183 | 4.252.215.126 | 63.186.17.130 | 63.190.112.1 |
| 24.46.242.63 | 4.252.209.27 | 4.252.215.136 | 63.186.17.88 | 63.190.112.100 |
| 24.47.110.162 | 4.252.209.69 | 4.252.215.138 | 63.186.32.186 | 63.190.112.119 |
| 24.5.125.69 | 4.252.209.9 | 4.252.215.192 | 63.186.32.231 | 63.190.112.150 |
| 24.52.65.7 | 4.252.209.92 | 4.252.215.235 | 63.186.32.237 | 63.190.112.210 |
| 24.56.50.52 | 4.252.210.171 | 4.252.215.85 | 63.186.32.50 | 63.190.112.236 |
| 24.56.59.11 | 4.252.210.19 | 4.252.215.94 | 63.186.32.52 | 63.190.112.45 |
| 24.57.157.159 | 4.252.210.200 | 4.26.241.211 | 63.186.32.69 | 63.190.112.71 |
| 24.6.52.128 | 4.252.210.224 | 4.3.235.3 | 63.186.33.144 | 63.190.112.76 |
| 24.60.151.210 | 4.252.210.27 | 4.34.202.126 | 63.186.33.156 | 63.190.112.80 |

| | | | | |
|---|---|---|---|---|
| 63.190.113.128 | 64.12.116.198 | 64.157.224.131 | 65.174.40.114 | 65.41.124.107 |
| 63.190.113.15 | 64.12.116.199 | 64.157.224.132 | 65.184.65.76 | 65.41.13.214 |
| 63.190.113.204 | 64.12.116.201 | 64.157.224.133 | 65.185.13.127 | 65.41.137.31 |
| 63.190.113.226 | 64.12.116.202 | 64.157.224.134 | 65.19.150.207 | 65.43.151.38 |
| 63.190.113.58 | 64.12.116.5 | 64.160.151.6 | 65.19.150.208 | 65.45.98.66 |
| 63.190.113.61 | 64.12.116.6 | 64.160.33.4 | 65.19.150.214 | 65.54.98.100 |
| 63.190.72.215 | 64.12.116.67 | 64.180.244.75 | 65.19.150.217 | 65.54.98.24 |
| 63.190.73.125 | 64.12.116.68 | 64.186.100.111 | 65.19.150.229 | 65.6.165.191 |
| 63.190.96.101 | 64.12.116.69 | 64.186.100.51 | 65.19.150.235 | 65.6.18.100 |
| 63.190.99.148 | 64.12.116.8 | 64.192.42.222 | 65.19.150.236 | 65.6.32.97 |
| 63.191.104.116 | 64.12.116.9 | 64.207.17.142 | 65.19.150.241 | 65.60.87.130 |
| 63.191.104.131 | 64.12.117.5 | 64.207.63.129 | 65.19.150.243 | 65.61.137.122 |
| 63.191.104.156 | 64.12.117.8 | 64.21.237.173 | 65.19.150.250 | 65.61.164.44 |
| 63.191.104.16 | 64.123.132.134 | 64.232.36.90 | 65.19.227.69 | 65.61.164.55 |
| 63.191.104.183 | 64.123.132.215 | 64.236.243.16 | 65.190.111.63 | 65.61.164.57 |
| 63.191.104.87 | 64.123.203.226 | 64.32.189.98 | 65.199.102.7 | 65.67.77.104 |
| 63.191.105.161 | 64.124.85.170 | 64.32.226.137 | 65.2.214.214 | 65.70.197.180 |
| 63.191.105.25 | 64.124.85.193 | 64.42.105.90 | 65.2.234.117 | 65.78.156.197 |
| 63.191.105.49 | 64.124.85.202 | 64.52.116.190 | 65.2.240.240 | 65.8.60.163 |
| 63.191.105.50 | 64.124.85.203 | 64.52.25.2 | 65.2.246.26 | 65.82.31.28 |
| 63.191.105.66 | 64.124.85.204 | 64.60.16.162 | 65.2.33.79 | 65.82.99.3 |
| 63.191.105.95 | 64.124.85.205 | 64.60.168.51 | 65.2.61.11 | 65.9.157.81 |
| 63.191.105.97 | 64.124.85.206 | 64.62.175.133 | 65.200.193.65 | 65.9.216.93 |
| 63.193.55.107 | 64.124.85.208 | 64.65.133.29 | 65.201.109.194 | 66.0.18.17 |
| 63.20.104.122 | 64.124.85.209 | 64.69.94.154 | 65.202.86.3 | 66.11.200.242 |
| 63.20.13.216 | 64.124.85.91 | 64.7.107.74 | 65.204.107.186 | 66.114.212.101 |
| 63.20.19.188 | 64.124.85.92 | 64.7.9.186 | 65.208.190.237 | 66.119.33.156 |
| 63.20.22.38 | 64.124.85.93 | 64.75.214.5 | 65.217.160.77 | 66.119.34.60 |
| 63.20.60.58 | 64.124.85.94 | 64.8.76.130 | 65.219.110.130 | 66.125.17.172 |
| 63.20.70.89 | 64.124.85.95 | 64.83.44.226 | 65.229.115.136 | 66.137.233.9 |
| 63.20.73.73 | 64.124.85.98 | 64.88.211.86 | 65.229.115.162 | 66.143.177.127 |
| 63.202.127.186 | 64.124.85.99 | 65.10.129.176 | 65.229.115.175 | 66.147.31.165 |
| 63.205.199.76 | 64.124.92.199 | 65.10.226.250 | 65.229.115.208 | 66.147.93.29 |
| 63.206.201.57 | 64.125.108.114 | 65.10.238.179 | 65.229.115.210 | 66.15.145.131 |
| 63.206.232.69 | 64.126.70.251 | 65.10.241.111 | 65.229.115.40 | 66.156.178.25 |
| 63.211.154.170 | 64.136.26.235 | 65.10.243.7 | 65.229.115.47 | 66.159.253.41 |
| 63.225.223.226 | 64.136.27.225 | 65.10.255.149 | 65.229.115.73 | 66.161.143.210 |
| 63.230.192.52 | 64.136.27.229 | 65.102.188.170 | 65.229.115.90 | 66.161.5.186 |
| 63.231.101.250 | 64.140.65.66 | 65.102.253.114 | 65.24.202.170 | 66.162.244.6 |
| 63.239.132.102 | 64.140.74.226 | 65.105.187.162 | 65.24.205.173 | 66.169.149.216 |
| 63.241.72.171 | 64.147.9.217 | 65.11.66.32 | 65.24.229.180 | 66.169.239.33 |
| 63.251.87.214 | 64.151.17.8 | 65.116.143.82 | 65.241.115.2 | 66.17.20.209 |
| 63.66.47.145 | 64.157.224.120 | 65.117.248.202 | 65.245.49.245 | 66.17.20.87 |
| 63.78.28.225 | 64.157.224.121 | 65.121.126.46 | 65.27.244.186 | 66.172.226.93 |
| 63.99.211.212 | 64.157.224.122 | 65.121.211.209 | 65.32.201.66 | 66.177.140.214 |
| 64.118.148.234 | 64.157.224.123 | 65.13.95.228 | 65.33.185.37 | 66.182.9.131 |
| 64.12.116.134 | 64.157.224.126 | 65.15.238.222 | 65.33.187.33 | 66.184.154.29 |
| 64.12.116.136 | 64.157.224.128 | 65.151.170.228 | 65.34.184.15 | 66.186.249.119 |
| 64.12.116.139 | 64.157.224.129 | 65.160.122.217 | 65.35.173.76 | 66.188.215.237 |
| 64.12.116.14 | 64.157.224.130 | 65.162.202.249 | 65.40.167.248 | 66.189.217.36 |

| | | | | |
|---|---|---|---|---|
| 66.189.244.205 | 66.75.42.56 | 67.51.56.143 | 68.154.120.123 | 68.226.163.204 |
| 66.192.149.84 | 66.77.208.7 | 67.53.32.120 | 68.157.173.36 | 68.227.122.193 |
| 66.195.105.9 | 66.81.153.93 | 67.53.39.149 | 68.159.120.81 | 68.229.212.201 |
| 66.206.173.20 | 66.82.20.150 | 67.62.51.99 | 68.16.19.53 | 68.229.218.58 |
| 66.210.103.99 | 66.87.19.66 | 67.66.34.121 | 68.161.166.103 | 68.23.106.77 |
| 66.210.117.240 | 66.89.10.21 | 67.72.25.2 | 68.162.79.92 | 68.23.110.111 |
| 66.210.245.108 | 66.91.141.218 | 67.76.233.104 | 68.163.149.181 | 68.230.249.69 |
| 66.213.135.3 | 66.91.185.23 | 67.77.152.135 | 68.163.169.70 | 68.231.118.101 |
| 66.215.129.3 | 66.92.140.252 | 67.81.249.207 | 68.163.182.67 | 68.234.171.150 |
| 66.215.181.221 | 67.10.67.116 | 67.82.221.144 | 68.163.183.84 | 68.239.108.45 |
| 66.215.203.229 | 67.100.157.243 | 67.83.174.120 | 68.163.205.231 | 68.248.228.97 |
| 66.215.41.93 | 67.102.218.179 | 67.84.224.233 | 68.163.247.209 | 68.248.74.84 |
| 66.219.34.196 | 67.107.73.195 | 67.84.227.213 | 68.165.107.220 | 68.249.239.178 |
| 66.219.97.25 | 67.111.255.2 | 67.87.227.61 | 68.167.65.144 | 68.3.40.244 |
| 66.219.98.164 | 67.113.98.254 | 67.87.62.67 | 68.167.73.42 | 68.32.54.39 |
| 66.226.214.81 | 67.119.154.183 | 67.93.196.226 | 68.169.170.113 | 68.32.89.189 |
| 66.227.203.171 | 67.121.134.28 | 68.0.152.30 | 68.185.47.227 | 68.33.162.21 |
| 66.230.91.154 | 67.127.37.114 | 68.101.21.66 | 68.188.143.8 | 68.38.161.12 |
| 66.230.91.251 | 67.127.54.135 | 68.101.215.42 | 68.188.235.110 | 68.39.164.210 |
| 66.230.91.89 | 67.133.123.36 | 68.102.15.8 | 68.189.49.137 | 68.39.170.129 |
| 66.238.56.163 | 67.137.22.147 | 68.104.185.4 | 68.19.139.40 | 68.4.245.80 |
| 66.243.4.110 | 67.140.48.105 | 68.104.223.213 | 68.19.148.245 | 68.4.83.154 |
| 66.25.255.85 | 67.149.132.188 | 68.105.187.27 | 68.190.202.26 | 68.40.192.68 |
| 66.250.41.69 | 67.154.222.194 | 68.106.156.117 | 68.190.211.88 | 68.40.229.27 |
| 66.250.69.7 | 67.161.127.7 | 68.106.163.34 | 68.190.225.119 | 68.41.194.159 |
| 66.251.119.1 | 67.161.189.19 | 68.108.234.250 | 68.193.121.153 | 68.46.53.53 |
| 66.30.39.174 | 67.161.199.213 | 68.109.139.129 | 68.196.171.246 | 68.47.42.60 |
| 66.32.19.77 | 67.162.89.2 | 68.109.214.27 | 68.200.22.29 | 68.48.207.76 |
| 66.32.196.80 | 67.164.103.100 | 68.114.102.12 | 68.202.162.115 | 68.49.124.39 |
| 66.32.221.151 | 67.169.255.223 | 68.114.103.193 | 68.205.198.44 | 68.49.217.67 |
| 66.32.222.42 | 67.169.53.199 | 68.116.221.7 | 68.206.82.246 | 68.49.243.45 |
| 66.32.245.126 | 67.172.11.26 | 68.117.186.62 | 68.206.85.219 | 68.51.239.233 |
| 66.36.243.229 | 67.173.10.231 | 68.117.7.153 | 68.206.86.85 | 68.52.156.95 |
| 66.38.201.234 | 67.173.178.119 | 68.118.40.74 | 68.207.229.45 | 68.53.120.215 |
| 66.41.192.45 | 67.181.41.246 | 68.119.125.217 | 68.21.149.42 | 68.55.238.32 |
| 66.55.153.178 | 67.182.38.216 | 68.119.183.23 | 68.211.230.202 | 68.56.175.95 |
| 66.56.53.111 | 67.188.171.158 | 68.119.201.133 | 68.211.75.243 | 68.57.244.230 |
| 66.56.55.13 | 67.188.91.79 | 68.12.63.155 | 68.212.51.144 | 68.57.245.51 |
| 66.65.156.203 | 67.189.120.85 | 68.123.196.98 | 68.212.61.138 | 68.58.29.190 |
| 66.66.245.53 | 67.190.67.129 | 68.123.51.210 | 68.214.23.220 | 68.59.112.30 |
| 66.67.205.150 | 67.20.228.72 | 68.124.3.106 | 68.215.138.162 | 68.60.218.151 |
| 66.68.231.17 | 67.22.79.92 | 68.125.28.133 | 68.219.137.232 | 68.62.151.147 |
| 66.68.231.29 | 67.34.212.67 | 68.125.34.36 | 68.219.137.37 | 68.63.7.178 |
| 66.72.11.163 | 67.37.26.229 | 68.126.104.48 | 68.220.190.161 | 68.66.3.148 |
| 66.72.148.45 | 67.37.26.76 | 68.127.39.194 | 68.220.231.18 | 68.72.160.24 |
| 66.72.99.178 | 67.39.22.59 | 68.13.242.229 | 68.222.71.166 | 68.75.161.118 |
| 66.73.118.174 | 67.40.239.150 | 68.13.7.130 | 68.223.142.56 | 68.75.211.110 |
| 66.74.196.117 | 67.41.173.61 | 68.14.69.17 | 68.223.188.254 | 68.80.245.187 |
| 66.74.56.28 | 67.49.220.255 | 68.143.102.198 | 68.224.113.18 | 68.80.54.240 |
| 66.75.102.201 | 67.50.149.2 | 68.15.214.117 | 68.224.124.227 | 68.81.57.55 |

| | | | | |
|---|---|---|---|---|
| 68.85.171.38 | 69.154.22.235 | 69.3.30.48 | 70.97.40.122 | 82.228.41.75 |
| 68.85.236.243 | 69.154.23.13 | 69.34.2.199 | 71.0.149.241 | 82.229.244.15 |
| 68.88.96.52 | 69.154.53.117 | 69.34.52.180 | 71.101.38.157 | 82.229.75.94 |
| 68.89.178.244 | 69.161.154.6 | 69.37.157.179 | 71.102.64.52 | 82.230.93.115 |
| 68.89.20.132 | 69.162.58.7 | 69.37.158.107 | 71.105.117.144 | 82.231.196.50 |
| 68.9.111.9 | 69.166.198.206 | 69.4.157.150 | 71.106.179.60 | 82.65.170.22 |
| 68.91.145.111 | 69.168.2.83 | 69.44.153.162 | 71.110.240.32 | 82.65.196.13 |
| 68.91.217.193 | 69.169.194.239 | 69.61.44.254 | 71.112.225.42 | 82.83.8.59 |
| 68.92.54.9 | 69.170.119.46 | 69.65.91.2 | 71.96.27.58 | 82.83.8.92 |
| 68.93.177.239 | 69.171.6.209 | 69.68.217.5 | 71.96.67.206 | 83.151.49.10 |
| 68.95.48.189 | 69.172.45.90 | 69.76.209.59 | 71.96.89.210 | 83.17.161.82 |
| 68.97.91.17 | 69.174.220.112 | 69.79.22.125 | 71.99.148.22 | 83.17.226.230 |
| 68.99.140.95 | 69.177.37.25 | 69.8.156.195 | 72.11.86.126 | 83.192.100.177 |
| 69.0.126.46 | 69.18.160.194 | 69.91.2.130 | 72.14.194.31 | 83.198.152.126 |
| 69.0.27.171 | 69.18.162.174 | 69.92.149.90 | 72.14.67.32 | 83.198.23.160 |
| 69.105.18.198 | 69.180.7.173 | 69.92.179.245 | 72.244.101.254 | 83.235.235.52 |
| 69.105.66.157 | 69.182.126.95 | 69.92.32.90 | 80.14.135.17 | 84.128.101.60 |
| 69.106.220.159 | 69.182.161.243 | 70.104.151.169 | 80.15.132.11 | 84.57.197.101 |
| 69.108.104.105 | 69.192.47.81 | 70.104.225.110 | 80.201.238.95 | 84.57.199.193 |
| 69.108.104.244 | 69.2.89.248 | 70.105.68.98 | 80.244.132.217 | 84.57.200.106 |
| 69.108.112.3 | 69.202.97.200 | 70.107.152.159 | 80.53.113.150 | 84.57.200.27 |
| 69.108.73.76 | 69.203.115.114 | 70.108.72.135 | 80.53.117.254 | 85.98.47.226 |
| 69.110.128.19 | 69.208.187.23 | 70.112.150.141 | 80.53.220.178 | 86.132.20.242 |
| 69.110.185.108 | 69.208.213.222 | 70.114.246.168 | 80.53.255.174 | |
| 69.111.165.63 | 69.209.13.252 | 70.115.179.196 | 80.58.33.46 | |
| 69.111.41.11 | 69.210.173.138 | 70.119.110.198 | 80.58.34.107 | |
| 69.111.8.211 | 69.215.14.231 | 70.146.121.53 | 80.58.47.170 | |
| 69.115.114.68 | 69.22.216.75 | 70.146.125.140 | 80.58.49.107 | |
| 69.115.135.243 | 69.22.255.55 | 70.146.69.108 | 80.58.51.109 | |
| 69.118.171.171 | 69.22.63.54 | 70.149.106.70 | 80.68.100.22 | |
| 69.136.136.45 | 69.220.84.178 | 70.17.36.112 | 80.94.167.8 | |
| 69.139.135.202 | 69.225.31.138 | 70.176.56.163 | 80.95.80.26 | |
| 69.14.101.104 | 69.227.25.124 | 70.177.238.152 | 81.10.1.121 | |
| 69.140.0.247 | 69.228.36.217 | 70.178.114.133 | 81.155.166.119 | |
| 69.141.234.176 | 69.23.123.173 | 70.178.67.170 | 81.156.48.94 | |
| 69.142.147.160 | 69.231.129.36 | 70.18.182.54 | 81.168.201.95 | |
| 69.142.206.12 | 69.231.192.145 | 70.180.66.150 | 81.181.141.21 | |
| 69.142.40.73 | 69.231.192.55 | 70.181.52.32 | 81.191.125.156 | |
| 69.148.163.77 | 69.231.62.205 | 70.184.33.85 | 81.196.153.159 | |
| 69.148.19.246 | 69.233.194.244 | 70.190.46.150 | 81.199.85.79 | |
| 69.15.43.26 | 69.234.58.23 | 70.21.199.248 | 81.208.84.223 | |
| 69.15.43.28 | 69.241.226.223 | 70.212.149.51 | 81.223.18.67 | |
| 69.150.59.26 | 69.245.210.163 | 70.241.75.10 | 81.56.6.67 | |
| 69.151.164.113 | 69.245.3.71 | 70.243.232.17 | 81.72.129.41 | |
| 69.151.5.56 | 69.245.81.47 | 70.248.222.201 | 81.80.185.217 | |
| 69.151.56.76 | 69.248.210.5 | 70.32.156.237 | 82.102.47.78 | |
| 69.152.168.61 | 69.248.25.206 | 70.49.90.188 | 82.105.73.81 | |
| 69.152.247.231 | 69.251.3.108 | 70.60.214.206 | 82.135.202.161 | |
| 69.153.90.124 | 69.27.67.97 | 70.92.123.55 | 82.143.152.10 | |
| 69.154.17.65 | 69.29.59.173 | 70.92.9.160 | 82.191.190.66 | |