IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 26, 2007.**

    Defendant Mostchoice.com, Inc.'s Motion for Leave to Amend Counterclaims [filed July 23, 2007; Docket #53] is **denied without prejudice**, for failing to comply with D.C. Colo. LCiv R 7.1A. Defendant may re-file its Motion in compliance with this and other applicable rules.