

Pursuant to statute, annual financial statements are filed at the Division on or before March 1st of each year. The Division performs a review of all annual statements during the period of March 1st to June 1st of each year. Accordingly, at such time access to annual statements may be limited.

**III. Categories of Information Maintained by the Division**

The records maintained by the Division of Insurance fall into a number of categories. Depending on the pertinent statutory provisions, some or all of this information may not be subject to public inspection. These categories include, but are not limited to:

a) Corporate Files. These include articles of incorporation, Forms A, B, C & D filed under the insurance holding company statutes, § 10-3-801 to 10-3-814, C.R.S. (Please note that certain forms are confidential under § 10-3-807, C.R.S.)

b) Financial Records. These include annual, quarterly, and monthly financial statements filed under §§ 10-3-109 & 10-3-208, C.R.S. and premium tax returns filed under § 10-3-209, C.R.S. (Please note that certain information relating to such reports is confidential under § 10-3-208(6), C.R.S.)

c) Financial Examination Reports. Financial examination reports that have been completed and released under § 10-1-205, C.R.S. are available for inspection and copying and are available on the Division's website. (Please note, working papers and similar documents are confidential under § 10-1-205(8), C.R.S.)

d) Market Conduct Examination Reports. Market conduct examination reports that have been completed and released under § 10-1-205, C.R.S. are available for inspection and copying and are available on the Division's website. (Please note, working papers and similar documents are confidential under § 10-1-205(8), C.R.S.)

e) Consumer Complaints. Consumer complaints are confidential until the investigation of the complaint by the Division is concluded under § 10-1-205(8)(b), C.R.S.

f) Rate and Form Information. Includes, among other things, filings made under § 10-4-401 to 421, C.R.S. (Please note, memoranda and other material in support of actuarial opinions filed under § 10-7-114(1)(g), C.R.S. are confidential. Underwriting rules filed under § 10-4-418(2)(a), C.R.S. are also confidential.)

g) Licensing Information. Lists of authorized companies and licensed insurance producers, bail bonding agents, and public adjusters.

h) Miscellaneous Information. For example, premium comparison studies, company complaint ratios.

**IV. Confidential Documents**

The open records laws require the Division of Insurance to make certain of its records available for public inspection and copying. See § 24-72-204(1)(a). The open records laws also require the Division of Insurance to deny the right of inspection of certain records, for example, "trade secrets, privileged information, [and] confidential commercial and financial . . . data," and records protected under the common law governmental or "deliberative process" privilege. See § 24-72-204(3)(a), C.R.S.

In addition, the statutes which pertain specifically to the Division of Insurance require it to maintain the confidentiality of certain records under specific circumstances. These include, but are not necessarily limited, to the following:

a) Certain Form B filings (§ 10-3-807, C.R.S.);

b) Consumer complaints until the point at which the complaint is concluded by the Division of Insurance (§ 10-1-205(8)(b), C.R.S.);

c) Reports on financial and market conduct examinations prior to the point at which the report is formally released (§ 10-1-205(4), C.R.S.);

d) The working papers related to financial and market conduct examinations (§ 10-1-205(8), C.R.S.);

e) Certain information relating to companies placed under supervision by the Division (§ 10-3-414, C.R.S.); and

f) Underwriting rules (§ 10-4-418(2)(a), C.R.S.).