

2005.

Paul has a Bachelor of Arts and a Business School Degree from Queens University in Kingston, Ontario. He also completed his postgraduate studies in Toronto to become a Certified General Accountant and is a licensed insurance agent in all 50 states.

### Craig Shine
*Vice President and Treasurer*

Craig S. Shine serves as Vice President and Treasurer of NetQuote. Joining in January 2006, Craig leads the financial and accounting operations as well as a number of administrative functions. Not only does he manage the entire accounting process, but he's responsible for accounting systems, treasury operations, accounting policy and procedure, financial compliance, and monitoring the ongoing refinement of internal controls. Craig also oversees all taxes and audits, as well as budgeting and forecasting.

Prior to joining NetQuote, Craig served as the Vice President and Corporate Controller for The Laramar Group, a private real estate investment organization. Before that, he was the Director of Accounting for one of the world's leading resort development and operation organizations, Intrawest. Craig also managed the accounting and reporting operations for U S WEST, a Fortune 150 organization serving over 25 million customers in the Rocky Mountain region of the U.S.

Craig earned a B.S. in Accounting from The University of Colorado's Leeds School of Business; and is an active member of the American Institute of Certified Public Accountants (AICPA) and the Colorado Society of Certified Public Accountants (CSCPA).

### Marc Wheeler
*Vice President of Marketing and Business*

As Vice President of Marketing and Business, Marc Wheeler is responsible for brand marketing and business development initiatives for NetQuote. Marc brings to NetQuote more than twenty years experience in managing a broad range of consumer businesses within both traditional and online environments.

Prior to joining NetQuote, Marc served as Managing Partner for Strategic Options, where he provided consulting services for Web-based businesses on such issues as business strategy, product and cross-platform marketing. Clients included Mobil Travel Guide, Active Interest Media and WholeHealth Product.

Having started his career in consumer package goods, Marc held several marketing positions leading the branding and strategic marketing initiatives for national brands at Crown Zellerbach, Quaker Oats and Monsanto. Transferring his skills to the Internet world, Marc was also successful in building and managing the marketing initiatives for e-commerce businesses KBkids.com, ModernBride.com and eplans.com, from early stage start-up through acquisition.

Marc holds an MBA degree from Western Michigan University, with a B.A. in Political Science.