IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A

    Comes Now, the undersigned counsel for Defendant Mostchoice.com, Inc. who certifies that he has conferred with counsel for the Plaintiff regarding the proposed Motion for Leave to Amend Mostchoice's Counterclaim, and that Netquote opposes said motion. Specifically, after the Court dismissed the previously filed motion for leave to amend for failing to comply with this rule, the undersigned inquired by e-mail whether Netquote would consent or oppose leave. Netquote, throught its counsel responded that it opposed the foregoing motion.

    Dated this 30th day of July, 2007.

                                                     **s/ Ryan Isenberg**
                                                   Ryan L. Isenberg, Esq.
                                                   Isenberg & Hewitt, P.C.
                                                   7000 Peachtree Dunwoody Road
                                                   Building 15, Suite 100
                                                   Atlanta, Georgia 30328
                                                   Telephone: 770-351-4400
                                                   Facsimile: 770-828-0100 (Fax)
                                                   Email: ryan@isenberg-hewitt.com

dockets.Justia.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of July, 2007, I served the foregoing Certificate of Compliance with Local Rule 7.1A by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Daniel D. Williams
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
cbeall@faegre.com

                                                    **s/ Ryan Isenberg**