IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227; and
MOSTCHOICE.COM, INC., a Georgia corporation,

Defendants.

## ENTRY OF APPEARANCE

Teresa Taylor Tate of the law firm of Faegre & Benson LLP enters her appearance in this action on behalf of Plaintiff Netquote, Inc.

Dated: July 30, 2007.

                                                 Respectfully submitted,

                                                 *s/ Teresa Taylor Tate*

                                                 Teresa Taylor Tate
                                                 FAEGRE & BENSON LLP
                                                 1900 Fifteenth Street
                                                 Boulder, CO 80302
                                                 (303) 447-7700 Telephone
                                                 (303) 447-7800 Facsimile
                                                 ttate@faegre.com

                                               **ATTORNEYS FOR PLAINTIFF NETQUOTE, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that on July 30, 2007, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system and sent a copy via e-mail and United States mail, postage prepaid addressed to the following:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg. 15, Suite 100
Atlanta, Georgia 30328
ryan@isenberg-hewitt.com

                *s/Ann Shaffer*