**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS

    On August 6, 2007 this Court permitted Defendant to file its Amended Counterclaims. Defendant did so on August 6, 2007. Therefore, a reply in support of Plaintiff's Motion to Dismiss the Counterclaims is moot.

Dated: August 7, 2007                    Respectfully submitted,


*s/Daniel D. Williams*
Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Tel: (303) 447-7700 / Fax: (303) 447-7800
E-mail:  dwilliams@faegre.com

 David W. Stark
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel:  (303) 607-3500 / Fax:  (303) 607-3600
E-mail:  dstark@faegre.com


**Attorneys for Plaintiff NetQuote Inc.**

## CERTIFICATE OF SERVICE

     I certify that on this 7th day of August, 2007, I electronically filed the foregoing **PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com


                                  *s/Cecil A. Kennedy*