IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 07-cv-00630-DME-MEH          **FTR – Courtroom C203**
**Date:** August 7, 2007                          Cathy Coomes, Courtroom Deputy

NETQUOTE INC.,                                    Daniel D. Williams

        Plaintiff(s),

v.

BRANDON BYRD and                                  Ryan Lance Isenberg
MOSTCHOICE.COM, INC.,

        Defendant(s).

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC CONFERENCE – DISCOVERY DISPUTE**

**Court in session:**   2:40 p.m.

Court calls case. Appearances of counsel by telephone.

Discussion regarding the discovery dispute and status of the case.

**Court in recess:**   3:04 p.m.   (Hearing concluded)
Total time in court:   0:24