IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 14, 2007.**

    The Court scheduled a settlement conference (based on input from counsel) for August 10, 2007. Upon appearing for the conference, it became clear to the Court that neither party was prepared for the conference as the Court normally requires and as common sense dictates. Plaintiff's principal representative left the conference one-half hour after first speaking with the Court, and Plaintiff did not have enough information to accurately assess its damages. Defendant's representative and counsel both had flights to catch that left inadequate time to conduct a settlement conference, particularly in a case as complex as this. This left the Court with no option but to abort any attempt at settlement. The parties are directed to contact this Court's chambers to reschedule a settlement conference when it appears that fruitful negotiations can occur. Also, counsel are reminded that they are encouraged to contact the Court prior to a settlement conference in the event that it appears the conference will be premature.