# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
## TO SUBMIT EXPERT REPORTS

NetQuote, Inc. ("NetQuote") respectfully moves for an extension of time to submit its opening expert report(s). In support of its motion, it states as follows:

1.    NetQuote is seeking information concerning disgorgement damages from MostChoice but has not yet received it. The parties had a telephonic status conference with the Court to attempt to resolve this discovery dispute and are continuing to try to resolve it without resort to a motion to compel.

2.    Until MostChoice produces the disgorgement damages information, NetQuote's damages expert cannot complete his expert report.

3.    Initial expert reports in this matter currently are required to be exchanged on September 6, 2007.

4.	For the foregoing reason, NetQuote requests an extension until 30 days after the disgorgement damages information is provided for it to provide Defendants with its initial expert report(s).

5.	Pursuant to D.C. Colo. L. Civ. R. 7.1.A, NetQuote states that it raised this request for an extension at the Settlement Conference conducted by the Court on August 10, 2007. At the Settlement Conference, Magistrate Judge Hegarty informed undersigned counsel that the Defendants do not oppose this request.

6.	Pursuant to D.C. Colo. L. Civ. R. 6.1.D, undersigned counsel certifies that a copy of this Motion is being served upon NetQuote.

7.	This is the first request by NetQuote for an enlargement of time to submit expert reports.

WHEREFORE, NetQuote respectfully requests that the Court enter an order re-setting the deadline for NetQuote to provide its initial expert report(s) to 30 days after MostChoice produces the disgorgement damages information NetQuote seeks in its Interrogatory No. 10.

Dated: August 23, 2007                                         Respectfully submitted,


                                                                 _/s David W. Stark_____
                                                                 David W. Stark
                                                                 FAEGRE & BENSON LLP
                                                                 3200 Wells Fargo Center
                                                                 1700 Lincoln Street
                                                                 Denver, Colorado 80203
                                                                 Tel:  (303) 607-3500 / Fax:  (303) 607-3600
                                                                 E-mail:  dstark@faegre.com

                                                                 Daniel D. Williams
                                                                 Teresa Taylor Tate
                                                                 FAEGRE & BENSON LLP
                                                                 1900 Fifteenth Street
                                                                 Boulder, Colorado 80302
                                                                 Tel: (303) 447-7700 / Fax: (303) 447-7800
                                                                 E-mail:  dwilliams@faegre.com
                                                                          ttate@faegre.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I served the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE EXPERT REPORTS** was served via CM/ECF filing on:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com

and was served via U.S. mail, postage paid, addressed to the following persons at the given addresses:

Craig Shine
NetQuote, Inc.
1860 Blake St.
Denver, CO  80202

s/ *Daniel D. Williams*