# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

___

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT EXPERT REPORTS
___

    The Court, having considered Plaintiff NetQuote, Inc.'s Unopposed Motion for Enlargement of Time To Submit Expert Reports, hereby ORDERS that said Motion is GRANTED and FURTHER ORDERS that NetQuote has until 30 days after Defendant MostChoice produces the information requested in NetQuote's Interrogatory No. 10 to submit its opening expert reports.

    DATED this _____ day of August, 2007.

                                                                                  BY THE COURT:

                                                                      _____
                                                                      United States Magistrate Judge