IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 20, 2007.**

      The Unopposed Motion for Enlargement of Time to Submit Expert Reports ("Motion") [filed August 17, 2007; doc #69] is **granted in part and denied in part**. Pursuant to D.C. Colo. LCivR 6.1C, the parties must state a date certain for the requested extension of time, but failed to do so in their Motion. Therefore, for good cause shown, the Scheduling Order will be amended as follows:

| | |
|---|---|
| Expert witness disclosure: | September 21, 2007 |
| Rebuttal expert disclosure: | October 22, 2007 |
| Deadline to complete discovery: | November 20, 2007 |
| Deadline to file dispositive motions: | December 18, 2007 |

All other deadlines and conference dates listed in the Scheduling Order remain the same.