## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
## TO SUBMIT EXPERT REPORTS

NetQuote, Inc. ("NetQuote") respectfully moves for an extension of time to submit its opening expert reports. In support of its motion, it states as follows:

1.      NetQuote seeks a ten-day extension of time for it to provide its expert disclosures and for MostChoice to provide its rebuttal expert disclosures. NetQuote previously requested an extension of time for 30 days after certain discovery was produced for it to provide its opening expert disclosures. By order dated August 20, 2007, this Court granted the motion in part and denied it in part, providing NetQuote until September 21, 2007 to provide its expert disclosures and resetting other case deadlines.

2.      NetQuote seeks an additional 10-day extension, to and including October 1, 2007, for it to provide its expert disclosures because its damages expert needs the additional time to synthesize and analyze recently produced discovery, and otherwise to complete his analysis of

the facts in this case. NetQuote's damages expert has explained to undersigned counsel that his analysis has been delayed, not only because of the recently produced discovery materials, but also because of a deposition subpoena that he received in another matter. He has assured undersigned counsel that the ten additional days requested will be sufficient for him to be able to complete his analysis, subject only to any future supplements to his report based on additional discovery produced in the case.

3.  Undersigned counsel contacted counsel for MostChoice about this request and counsel agreed that, if this request is granted, MostChoice should be permitted to provide its rebuttal expert disclosures on or before November 1, 2007.

4.  Pursuant to D.C. Colo. L. Civ. R. 7.1.A, NetQuote states that it has consulted with counsel for MostChoice and that MostChoice does not oppose this request.

5.  Pursuant to D.C. Colo. L. Civ. R. 6.1.D, undersigned counsel certifies that a copy of this Motion is being served upon NetQuote.

6.  This is the second request by NetQuote for an enlargement of time to provide expert disclosures.

WHEREFORE, NetQuote respectfully requests that the Court enter an order re-setting the deadline for NetQuote to provide its initial expert disclosures to October 1, 2007 and resetting the time for MostChoice to file its rebuttal expert disclosures to November 1, 2007.

Dated: September 12, 2007               Respectfully submitted,


                                         /s David W. Stark_____
                                         David W. Stark
                                        FAEGRE & BENSON LLP
                                        3200 Wells Fargo Center
                                        1700 Lincoln Street
                                        Denver, Colorado 80203
                                        Tel:  (303) 607-3500 / Fax:  (303) 607-3600
                                        E-mail:  dstark@faegre.com

                                        Daniel D. Williams
                                        Teresa Taylor Tate
                                        FAEGRE & BENSON LLP
                                        1900 Fifteenth Street
                                        Boulder, Colorado 80302
                                        Tel: (303) 447-7700 / Fax: (303) 447-7800
                                        E-mail:  dwilliams@faegre.com
                                                 ttate@faegre.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, the foregoing **SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE EXPERT REPORTS** was served via CM/ECF filing on:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com


and was served via U.S. mail, postage paid, addressed to the following persons at the given addresses:

Craig Shine
NetQuote, Inc.
1860 Blake St.
Denver, CO  80202

                                                  s/ *Daniel D. Williams*