IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

_____

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT EXPERT REPORTS**
_____

    The Court, having considered Plaintiff NetQuote, Inc.'s Second Unopposed Motion for Enlargement of Time To Submit Expert Reports, hereby ORDERS that said Motion is GRANTED and FURTHER ORDERS that NetQuote has to and including October 1, 2007 to provide its expert witness disclosures and MostChoice has to and including November 1, 2007 to provide its rebuttal expert disclosures.

    DATED this _____ day of September, 2007.

                          BY THE COURT:

                          _____
                          United States Magistrate Judge