IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

     Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2007.**

     The Second Unopposed Motion for Enlargement of Time to Submit Expert Reports [filed September 12, 2007; doc #77] is **granted**. For good cause shown, the Scheduling Order will be amended as follows:

     Expert witness disclosure:     October 1, 2007

     Rebuttal expert disclosure:     November 1, 2007

All other deadlines and conference dates listed in the Scheduling Order remain the same.