IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC**, a Colorado corporation,

    Plaintiff,

v.

**BRANDON BYRD**, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

**MOSTCHOICE.COM, Inc.**, a Georgia corporation

    Defendants.

---

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS

---

Defendant Mostchoice.com, Inc. ("Mostchoice") respectfully submits this Unopposed Motion for Enlargement of Time pursuant to Fed. R. Civ. P. 6(b)(1), D.C. Colo. L. Civ R. 6.1.D, and D.C. Colo. L. Civ. R. 7.1.A, requesting am enlargement of time within which to respond to Plaintiff NetQuote, Inc.'s Motion to Dismiss. In support of its Motion, Mostchoice states as follows:

    1.    Pursuant to D.C. Colo L. Civ. R. 7.1.A, counsel for Mostchoice has confirmed with Daniel Williams, counsel for Plaintiff and is authorized to state that the Plaintiff has no objection to the relief requested in this Motion.

    2.    Pursuant to D.C. Colo. L. Civ. R. 6.1.D, the undersigned counsel certifies that a copy of this Motion is being served upon its client and all counsel of record.

    3.    Plaintiff NetQuote, Inc. ("NetQuote") served its Motion to Dismiss for Failure to

State a Claim Upon Which Relief Can Be Granted on August 23, 2007, and Mostchoice's response was due on September 13, 2007.

4. The request is based upon an oversight by counsel for Mostchoice, and the parties agree to an enlargement of time to and including September 21, 2007 for Mostchoice to respond to the Motion to Dismiss. Mostchoice had previously responded to a prior Motion to Dismiss for Failure to State a Claim before its Counterclaim was amended.

5. This is the first request by defendant Mostchoice for an enlargement of time within which to respond to the Motion to Dismiss.

6. There are no other Court-imposed deadlines that will be affected by this enlargement of time.

Wherefore, defendant Mostchoice respectfully requests that the Court enter an Order allowing it up to and including September 21, 2007, to file its responses to the Motion to Dismiss.

Dated this 14th day of September, 2007.

        **s/ Ryan Isenberg**
Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
Telephone: 770-351-4400
Facsimile: 770-828-0100 (Fax)
Email: ryan@isenberg-hewitt.com

### CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of September, 2007, I served the foregoing Defendant's Unopposed Motion for Enlargement of Time to Respond to Motion to Dismiss by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Daniel D. Williams
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
cbeall@faegre.com

                                                     **s/ Ryan Isenberg**