# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

## ORDER GRANTING ENLARGEMENT
## OF TIME TO RESPOND TO MOTION TO DISMISS

---

The Court, having considered Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted as to Defendant's Amended Counterclaim, hereby ORDERS that said Motion is GRANTED, and further ORDERS that Defendant Mostchoice.com shall have up to and including September 21, 2007 in which to file its responses to the Motion to Dismiss.

DATED this 14th day of September, 2007.

                                        BY THE COURT:

                                      *s/ David M. Ebel*

                                      United States Circuit Judge