|    | A       | B          | C        | D    | E   | F         | G             |
|----|---------|------------|----------|------|-----|-----------|---------------|
| 1  | ID      | siteDate   | siteTime | code | area | lead_type | Remote_Addr  |
| 2  | 2796356 | 10/22/2004 | 12:05:00 | 1833 | 13  | Click thru | 216.150.195.4 |
| 3  | 3029942 | 11/10/2004 | 12:53:00 | 3601 | 18  | Click thru | 216.150.195.4 |
| 4  | 3242810 | 11/29/2004 | 13:46:00 | 3090 | 109 | Click thru | 216.150.195.4 |
| 5  | 3242820 | 11/29/2004 | 13:47:00 | 3088 | 120 | Click thru | 216.150.195.4 |
| 6  | 3242810 | 11/29/2004 | 13:46:00 | 3090 | 109 | Click thru | 216.150.195.4 |
| 7  | 3242820 | 11/29/2004 | 13:47:00 | 3088 | 120 | Click thru | 216.150.195.4 |
| 8  | 2796356 | 10/22/2004 | 12:05:00 | 1833 | 13  | Click thru | 216.150.195.4 |
| 9  | 2784502 | 10/21/2004 | 14:30:00 | 1908 | 18  | Click thru | 216.150.195.4 |
| 10 | 2784496 | 10/21/2004 | 14:29:00 | 1908 | 18  | Click thru | 216.150.195.4 |
| 11 | 4069082 | 01/27/2005 | 18:06:00 | 3088 | 65  | Click thru | 216.150.195.4 |
| 12 | 4256095 | 02/04/2005 | 15:18:00 | 4014 | 13  | Click thru | 216.150.195.4 |
| 13 | 4689271 | 02/23/2005 | 17:17:00 | 1825 | 67  | Click thru | 216.150.195.4 |
| 14 | 4847690 | 03/02/2005 | 18:05:00 | 3088 | 120 | Click thru | 216.150.195.4 |
| 15 | 5250000 | 03/28/2005 | 15:56:00 | 6013 | 123 | Click thru | 216.150.195.4 |
| 16 | 5250010 | 03/28/2005 | 15:56:00 | 6013 | 123 | Click thru | 216.150.195.4 |
| 17 | 6099263 | 05/09/2005 | 10:57:00 | 1908 | 18  | Click thru | 216.150.195.4 |
| 18 | 6166334 | 05/13/2005 | 16:48:00 | 1908 | 18  | Click thru | 216.150.195.4 |
| 19 | 6192284 | 05/16/2005 | 17:31:00 | 3084 | 13  | Click thru | 216.150.195.4 |
| 20 | 6192291 | 05/16/2005 | 17:32:00 | 3084 | 13  | Click thru | 216.150.195.4 |
| 21 | 6548412 | 06/29/2005 | 17:56:00 | 1908 | 18  | Click thru | 216.150.195.4 |
| 22 | 6691343 | 07/28/2005 | 13:12:00 | 1837 | 118 | Click thru | 216.150.195.4 |
| 23 | 6691721 | 07/28/2005 | 14:21:00 | 1837 | 118 | Click thru | 216.150.195.4 |
| 24 | 6692227 | 07/28/2005 | 15:42:00 | 1837 | 118 | Click thru | 216.150.195.4 |
| 25 | 6711877 | 08/02/2005 | 14:35:00 | 1837 | 118 | Click thru | 216.150.195.4 |
| 26 | 6715556 | 08/03/2005 | 10:44:00 | 6013 | 123 | Click thru | 216.150.195.4 |

|    | H |
|----|---|
| 1  | **Remote_User** |
| 2  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 3  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322) |
| 4  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322) |
| 5  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322) |
| 6  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322) |
| 7  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322) |
| 8  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 9  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 10 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 11 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.2; .NET CLR 1.1.4322) |
| 12 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 13 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.2; .NET CLR 1.1.4322) |
| 14 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1) |
| 15 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; Q312461; SV1; FunWebProducts) |
| 16 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; Q312461; SV1; FunWebProducts) |
| 17 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 18 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.2; SV1; .NET CLR 1.1.4322) |
| 19 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 20 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 21 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

|    | I |
|----|---|
| 1  | **Script_Name** |
| 2  | /home_google.cfm |
| 3  | /health_sp.cfm |
| 4  | /ltc_goto.cfm |
| 5  | /lp_goto_agents.cfm |
| 6  | /ltc_goto.cfm |
| 7  | /lp_goto_agents.cfm |
| 8  | /home_google.cfm |
| 9  | /health_google.cfm |
| 10 | /health_google.cfm |
| 11 | /insuranceleads_goto.cfm |
| 12 | /home_msn.cfm |
| 13 | /ghealth_google.cfm |
| 14 | /lp_goto_agents.cfm |
| 15 | /insurance_kanoodle.cfm |
| 16 | /insurance_kanoodle.cfm |
| 17 | /health_google.cfm |
| 18 | /health_google.cfm |
| 19 | /home_goto.cfm |
| 20 | /home_goto.cfm |
| 21 | /health_google.cfm |
| 22 | /bus_google.cfm |
| 23 | /bus_google.cfm |
| 24 | /bus_google.cfm |
| 25 | /bus_google.cfm |
| 26 | /insurance_kanoodle.cfm |

|    | J |
|----|---|
| 1  | **referer** |
| 2  | http://web.ask.com/web?qsrc=6&q=Homeowners+Insurance&o=0&sitesrc=a |
| 3  | http://yellowpages.superpages.com/listings.jsp?SRC=&C=insurance&T=denver&PS=15&R=N&MC=1&STYPE |
| 4  | http://search.yahoo.com/search?p=long+term+care&toggle=1&ei=UTF-8&xargs=02u3hs9yoaKCstSjWzgFC1( |
| 5  | http://search.yahoo.com/search?p=long+term+care&toggle=1&ei=UTF-8&xargs=02u3hs9yoaKCstSjWzgFC1( |
| 6  | http://search.yahoo.com/search?p=long+term+care&toggle=1&ei=UTF-8&xargs=02u3hs9yoaKCstSjWzgFC1( |
| 7  | http://search.yahoo.com/search?p=long+term+care&toggle=1&ei=UTF-8&xargs=02u3hs9yoaKCstSjWzgFC1( |
| 8  | http://web.ask.com/web?qsrc=6&q=Homeowners+Insurance&o=0&sitesrc=a |
| 9  | http://www.google.com/search?hl=en&lr=&q=medical+insurance |
| 10 | http://www.google.com/search?hl=en&lr=&q=medical+insurance |
| 11 | http://search.yahoo.com/search?p=Annuity+Leads&ei=UTF-8&fr=FP-tab-web-t&fl=0&x=wrt |
| 12 | http://search.msn.com/results.aspx?FORM=MSNH&srch_type=0&q=home+insurance |
| 13 | http://www.google.com/search?hl=en&lr=&q=Group+Health+Insurance |
| 14 | http://search.msn.com/results.aspx?q=leads+for+insurance+agents&FORM=QBRE |
| 15 | http://www.eua.org/active/news.asp?topic=0 |
| 16 | http://www.eua.org/active/news.asp?topic=0 |
| 17 | http://www.google.com/search?hl=en&lr=&q=medical+insurance |
| 18 | http://www.google.com/search?hl=en&q=Health+Insurance+Quote |
| 19 | http://www.overture.com/d/search/?type=home&mkt=us&lang=en_US&Keywords=home+insurance |
| 20 | http://www.overture.com/d/search/?type=home&mkt=us&lang=en_US&Keywords=home+insurance |
| 21 | http://www.google.com/sponsoredlinks?q=medical+insurance&hl=en&lr=&start=0&sa=N |
| 22 | http://www.google.com/search?hl=en&q=business+insurance |
| 23 | http://www.google.com/search?hl=en&lr=&q=Business+Insurance+Quote |
| 24 | http://www.google.com/search?hl=en&q=business+insurance |
| 25 | http://www.google.com/search?hl=en&q=business+insurance&btnG=Google+Search |
| 26 | http://www.5mostpopular.com/a/opt.php?c=49da8c6d666560730322cb&d=b468630c32e639b5d06448&hs15( |

|    | K                        | L        |
|----|--------------------------|----------|
| 1  | lastvisit                | hitcount |
| 2  | {ts '2004-10-21 14:30:07'} | 16     |
| 3  | {ts '2004-11-10 12:53:57'} | 1      |
| 4  | {ts '2004-11-29 13:46:41'} | 1      |
| 5  | {ts '2004-11-29 13:46:41'} | 2      |
| 6  | {ts '2004-11-29 13:46:41'} | 1      |
| 7  | {ts '2004-11-29 13:46:41'} | 2      |
| 8  | {ts '2004-10-21 14:30:07'} | 16     |
| 9  | {ts '2004-10-21 14:29:59'} | 15     |
| 10 | {ts '2004-10-21 12:58:54'} | 14     |
| 11 | {ts '2005-01-27 18:06:44'} | 1      |
| 12 | {ts '2005-02-04 15:18:00'} | 1      |
| 13 | {ts '2005-02-23 17:17:51'} | 1      |
| 14 | {ts '2005-03-02 18:05:50'} | 1      |
| 15 | {ts '2005-03-28 15:56:07'} | 1      |
| 16 | {ts '2005-03-28 15:56:07'} | 2      |
| 17 | {ts '2005-02-04 15:18:00'} | 2      |
| 18 | {ts '2005-05-13 16:48:25'} | 1      |
| 19 | {ts '2005-05-16 17:31:58'} | 1      |
| 20 | {ts '2005-05-16 17:32:07'} | 4      |
| 21 | {ts '2005-06-29 17:56:44'} | 1      |
| 22 |                          |          |
| 23 |                          |          |
| 24 |                          |          |
| 25 |                          |          |
| 26 | 0=GG01-insurance         |          |