|    | A       | B          | C        | D      | E    | F         | G             |
|----|---------|------------|----------|--------|------|-----------|---------------|
| 1  | ID      | siteDate   | siteTime | code   | area | lead_type | Remote_Addr   |
| 2  | 844267  | 2007-01-11 | 16:42:00 | 1881   | 105  | Click thru | 208.49.110.34 |
| 3  | 1329095 | 2007-02-21 | 16:12:00 | 1852   | 105  | Click thru | 208.49.110.34 |
| 4  | 1330164 | 2007-02-21 | 17:12:00 | 1837   | 105  | Click thru | 208.49.110.34 |
| 5  | 1502770 | 2007-03-07 | 17:15:00 | 188000 | 105  | Click thru | 208.49.110.34 |
| 6  | 1590669 | 2007-03-15 | 00:11:00 | 182200 | 105  | Click thru | 208.49.110.34 |
| 7  | 1642756 | 2007-03-19 | 20:44:00 | 3105   | 105  | Click thru | 208.49.110.34 |
| 8  | 1653422 | 2007-03-20 | 14:11:00 | 1945   | 105  | Click thru | 208.49.110.34 |
| 9  | 1690758 | 2007-03-22 | 17:03:00 | 1837   | 105  | Click thru | 208.49.110.34 |
| 10 | 1690809 | 2007-03-22 | 17:07:00 | 1829   | 123  | Click thru | 208.49.110.34 |
| 11 | 1844402 | 2007-04-03 | 15:15:00 | 1829   | 123  | Click thru | 208.49.110.34 |
| 12 | 1892249 | 2007-04-06 | 15:33:00 | 1837   | 105  | Click thru | 208.49.110.34 |
| 13 | 2056974 | 2007-04-18 | 11:56:00 | 1837   | 105  | Click thru | 208.49.110.34 |
| 14 | 2270004 | 2007-05-01 | 12:01:00 | 1951   | 105  | Click thru | 208.49.110.34 |
| 15 | 2317419 | 2007-05-03 | 17:19:00 | 1951   | 105  | Click thru | 208.49.110.34 |
| 16 | 2347840 | 2007-05-06 | 12:26:00 | 1511   | 105  | Click thru | 208.49.110.34 |
| 17 | 2415465 | 2007-05-10 | 12:11:00 | 1837   | 105  | Click thru | 208.49.110.34 |
| 18 | 2604975 | 2007-05-23 | 10:58:28 | 188000 | 105  | Click thru | 208.49.110.34 |
| 19 | 2883307 | 2007-06-05 | 12:22:10 | 1248   | 105  | Click thru | 208.49.110.34 |
| 20 | 2885132 | 2007-06-05 | 13:33:11 | 1248   | 105  | Click thru | 208.49.110.34 |
| 21 | 2919816 | 2007-06-06 | 16:13:26 | 188000 | 105  | Click thru | 208.49.110.34 |
| 22 | 2919817 | 2007-06-06 | 16:13:27 | 188000 | 105  | Click thru | 208.49.110.34 |
| 23 | 2919818 | 2007-06-06 | 16:13:27 | 188000 | 105  | Click thru | 208.49.110.34 |
| 24 | 3497850 | 2007-07-13 | 16:58:19 | 1248   | 105  | Click thru | 208.49.110.34 |
| 25 | 598694  | 2007-08-21 | 17:03:06 | 1825   | 105  | Click thru | 208.49.110.34 |
| 26 | 598877  | 2007-08-21 | 17:10:46 | 1825   | 105  | Click thru | 208.49.110.34 |
| 27 | 633071  | 2007-08-23 | 12:10:58 | 1881   | 105  | Click thru | 208.49.110.34 |
| 28 | 863284  | 2007-09-07 | 10:52:55 | 1883   | 105  | Click thru | 208.49.110.34 |

|    | H |
|----|---|
| 1  | **Remote_User** |
| 2  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.2; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727) |
| 3  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727) |
| 4  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 5  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; .NET CLR 1.1.4322) |
| 6  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.507 |
| 7  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath |
| 8  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.507 |
| 9  | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; Alexa Toolbar) |
| 10 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.2; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727) |
| 11 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727) |
| 12 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727) |
| 13 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.507 |
| 14 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath |
| 15 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322) |
| 16 | Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.8.1.3) Gecko/20070309 Firefox/2.0.0.3 |
| 17 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath.2) |
| 18 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727) |
| 19 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Q312461; .NET CLR 1.1.4322) |
| 20 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; InfoPath.1) |
| 21 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath.2) |
| 22 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath.2) |
| 23 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath.2) |
| 24 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322) |
| 25 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath.2) |
| 26 | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727) |
| 27 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.2; SV1; .NET CLR 1.1.4322) |
| 28 | Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; .NET CLR 2.0.50727; InfoPath |

|    | I |
|----|---|
| 1  | **Script_Name** |
| 2  | /health-insurance.cfm |
| 3  | /life-insurance.cfm |
| 4  | /business-insurance.cfm |
| 5  | /health-insurance.cfm |
| 6  | /life-insurance.cfm |
| 7  | /disability-insurance.cfm |
| 8  | /health-insurance.cfm |
| 9  | /business-insurance.cfm |
| 10 | /insurance_google.cfm |
| 11 | /insurance_google.cfm |
| 12 | /business-insurance.cfm |
| 13 | /business-insurance.cfm |
| 14 | /health-insurance.cfm |
| 15 | /health-insurance.cfm |
| 16 | /life-insurance.cfm |
| 17 | /business-insurance.cfm |
| 18 | /health-insurance.cfm |
| 19 | /insurance-leads.cfm |
| 20 | /insurance-leads.cfm |
| 21 | /health-insurance.cfm |
| 22 | /health-insurance.cfm |
| 23 | /health-insurance.cfm |
| 24 | /insurance-leads.cfm |
| 25 | /group-health-insurance.cfm |
| 26 | /group-health-insurance.cfm |
| 27 | /health-insurance.cfm |
| 28 | /life-insurance.cfm |

|   | J |
|---|---|
| 1 | **referer** |
| 2 | http://www.google.com/search?hl=en&q=physicians+mutual |
| 3 | http://www.google.com/search?sourceid=navclient&aq=t&ie=UTF-8&rls=SUNA,SUNA:2006-19,SUNA:en&q=l |
| 4 | http://www.google.com/search?hl=en&q=Business+Insurance+quotes |
| 5 | http://www.google.com/search?hl=en&q=medicaid+Florida |
| 6 | http://www.google.com/search?hl=en&q=life+insurance&btnG=Google+Search |
| 7 |  |
| 8 | http://www.google.com/search?hl=en&q=health+insurance |
| 9 | http://www.google.com/search?hl=en&q=Business+Insurance+Quotes |
| 10 | http://www.google.com/search?hl=en&q=must+choice+insurance+leads&btnG=Google+Search |
| 11 | http://www.google.com/search?hl=en&q=mostchoice |
| 12 | http://www.google.com/search?sourceid=navclient&aq=t&ie=UTF-8&rls=SUNA,SUNA:2006-19,SUNA:en&q=l |
| 13 | http://www.google.com/search?hl=en&q=business+insurance |
| 14 | http://www.google.com/sponsoredlinks?hl=en&q=health+insurance |
| 15 | http://www.google.com/search?hl=en&q=Health+insurance |
| 16 |  |
| 17 | http://www.google.com/search?hl=en&q=business+insurance |
| 18 | http://www.google.com/search?q=www.amerigroup.com&rls=com.microsoft:en-us:IE-Address&ie=UTF-8&oe= |
| 19 | http://www.bestagency.com/index-17.htm |
| 20 | http://www.bestagency.com/index-17.htm |
| 21 | http://www.google.com/search?hl=en&q=medical+fees&btnG=Google+Search |
| 22 | http://www.google.com/search?hl=en&q=medical+fees&btnG=Google+Search |
| 23 | http://www.google.com/search?hl=en&q=medical+fees&btnG=Google+Search |
| 24 | http://www.bestagency.com/index-17.htm |
| 25 | http://www.google.com/search?hl=en&q=group+health+insurance |
| 26 | http://www.google.com/search?sourceid=navclient&ie=UTF-8&rls=SUNA,SUNA:2006-31,SUNA:en&q=group+ |
| 27 | http://www.google.com/search?hl=en&q=phoenix+health+plan |
| 28 | http://www.google.com/search?hl=en&q=companies+like+insureme |

|    | K | L |
|----|---|---|
|    | lastvisit | hitcount |
| 1  | lastvisit | hitcount |
| 2  | {ts '2007-01-11 16:42:08'} | 1 |
| 3  | {ts '2007-01-25 10:39:54'} | 4 |
| 4  | {ts '2007-02-21 17:12:10'} | 1 |
| 5  | {ts '2007-03-02 17:53:40'} | 6 |
| 6  | {ts '2007-03-15 00:11:06'} | 1 |
| 7  | {ts '2007-03-19 20:44:08'} | 1 |
| 8  | {ts '2007-02-20 15:03:33'} | 13 |
| 9  | {ts '2007-02-21 17:12:10'} | 2 |
| 10 | {ts '2007-03-22 17:07:04'} | 1 |
| 11 | {ts '2007-04-03 15:15:07'} | 1 |
| 12 | {ts '2007-04-06 13:59:42'} | 9 |
| 13 | {ts '2007-03-20 14:11:40'} | 14 |
| 14 | {ts '2007-05-01 12:01:19'} | 1 |
| 15 | {ts '2007-05-03 17:19:55'} | 1 |
| 16 | {ts '2007-05-06 12:26:11'} | 1 |
| 17 | {ts '2007-05-01 12:01:19'} | 2 |
| 18 | 2007-5-23 10:58:28 | 1 |
| 19 | 2007-6-5 12:22:10 | 1 |
| 20 | 2007-6-5 13:33:11 | 1 |
| 21 | 2007-6-6 16:13:26 | 1 |
| 22 | 2007-6-6 16:13:27 | 1 |
| 23 | 2007-6-6 16:13:27 | 1 |
| 24 | 2007-7-13 16:58:19 | 1 |
| 25 | 2007-8-21 17:3:6 | 1 |
| 26 | 2007-8-14 23:50:57 | 4 |
| 27 | 2007-8-23 12:10:58 | 1 |
| 28 | 2007-9-7 10:52:55 | 1 |