```
Lead Type: Health
Date Received: 2/13/2007

Contact Infomation:
  Name: Erik Jensen
  Address: [REDACTED]
  City: [REDACTED]
  State: CO
  Zip: [REDACTED]
  Primary Phone: [REDACTED]  Day,Evening
  Alternate Phone:
  Email: onenonesuch@yahoo.com

Insured Information:

        Sex     DOB        Height    Weight
        -----   ---------- ---------- ---------
  Primary:  [REDACTED]
  Spouse:   [REDACTED]
  Child 1:  [REDACTED]
  Child 2:
  Child 3:
  Child 4:

  Insureds that currently use tobacco: None
  Currently Insured: Yes
  If insured, carrier name: United Health Care
  Self Employed: Yes
  Occupation:

Policy Information:
  Full Time Student: No
  Duration of coverage needed: Not certain
  Diabetes: No
  Date coverage needed:

Health Conditions, Medications, and Other Information:

  Is anyone to be covered currently pregnant? No

        Other Health Conditions and Information:
        [REDACTED]
```

| Referer: | |
|---|---|
| http://www.mostchoice.com/ | |
| Keywords: | |
| | |
| IP Address | 208.49.110.34 |
| CLIENT.HitCount | 4 |
| CLIENT.LastVisit | {ts '2007-02-13 10:56:41'} |
| CLIENT.TimeCreated | {ts '2007-02-13 10:56:23'} |
| Lead Source: | MC Health |
| Lead Number: | 6502821 |

**Lead Type:** Life Insurance
**Date Received:** 2/20/2007

**Contact Information:**
**Name:** Danny Wilson
**Address:** ▮▮▮▮▮
**City:** ▮▮▮▮
**State:** CO
**Zip:** 80203

**Phone:** ▮▮▮▮▮
**Alternate Phone:**
**Email:** daniellwilkie@hotmail.com

**Insured Information:**
**Sex:** ▮▮▮
**Age/DOB:** ▮▮▮▮
**Height:** ▮8
**Weight:** 135
**Tobacco:** No

**Quote #1:** Amount: 100000   Type: Not Sure
**Quote #2:** Amount: 0        Type:

**Own or Rent Home:** Own

**Spouse:**

**Age/DOB:** ▮▮▮▮
**Height:** 5'10
**Weight:** 150
**Tobacco:** No

**Quote #1:** Amount: 175000   Type: 30 years
**Quote #2:** Amount: 0        Type:

**Health Problems and other information:**

| | |
|---|---|
| **Referer:** | http://www.mostchoice.com/ |
| **Keywords:** | |
| **IP Address** | 208.49.110.34 |
| **CLIENT.HitCount** | 4 |
| **CLIENT.LastVisit** | {ts '2007-02-20 14:43:02'} |
| **CLIENT.TimeCreated** | {ts '2007-02-20 14:42:33'} |
| **Lead Source:** | MostChoice.com |
| **Lead Number:** | 6512537 |

Lead Type: Auto Insurance
Date Received: 2/20/2007

Contact Infomation:
Name: Danny Wilkie
Address: [redacted]
City: [redacted]
State: CO
Zip: 80203
Primary Phone: [redacted]
Alternate Phone:
Email: daniellewilkie@hotmail.com

Number of Vehicles: 1
Number of Drivers: 0

Currently Insured/Insured last 30 days: Yes
If yes, carrier: Allstate County Mutual
Expiration Date: 02/02/2007
Time with carrier: 2 years 5 months
Time continuously insured: 4 years 6 months

Multiple Policy Discount Interest: Yes

Credit Rating: Excellent,Excellent
Judgements,bankruptcy or liens: No
Reposessions, Charge-Offs, or Collections: No,No
Have Health Insurance: Yes
Current Residence Ownership: Own
How long at Current Residence: 2 years 3 months
How long at Previous Residence: 2 years 3 months

Liability coverage for all vehicles:
0

Vehicle 1:
Year: 1999
Make: Ford
Model: Tuarus
Zip Code: 80203
Comprehensive Deductible: $50
Collision Deductible: $100
Vehicle Primary Use: Commute Work
Number of Commuting Days: 5
Number of Commuting Miles: 10
Number of Miles Driven Annually: 10000
Is the Vehicle Leased or Owned: No

| Referer: | |
|---|---|
| http://www.mostchoice.com/ | |
| Keywords: | |
| | |
| IP Address | 208.49.110.34 |
| CLIENT.HitCount | 10 |
| CLIENT.LastVisit | {ts '2007-02-20 14:46:29'} |
| CLIENT.TimeCreated | {ts '2007-02-20 14:42:33'} |
| Lead Source: | MostChoice.com |
| Lead Number: | 6512551 |

**Lead Type:** Life Insurance
**Date Received:** 3/2/2007

**Contact Information:**
**Name:** Mobile Shozy
**Address:** ███
**City:** ███
**State:** CO
**Zip:** 80439

**Phone:** ███
**Alternate Phone:** ███
**Email:** graydog@aol.com

**Insured Information:**
**Sex:** Male
**Age/DOB:** ███
**Height:** 5'6
**Weight:** 160
**Tobacco:** No

**Quote #1: Amount:** 0     **Type:** 30 Year Term Life Insurance
**Quote #2: Amount:** 0     **Type:**

**Own or Rent Home:** Rent

**Health Problems and other information:**

**Referer:**
http://www.mostchoice.com/

**Keywords:**

| | |
|---|---|
| IP Address | 208.49.110.34 |
| CLIENT.HitCount | 3 |
| CLIENT.LastVisit | {ts '2007-03-02 17:46:45'} |
| CLIENT.TimeCreated | {ts '2007-03-02 17:46:38'} |
| Lead Source: | MostChoice.com |
| Lead Number: | 6528187 |

**Lead Type:** Life Insurance
**Date Received:** 3/2/2007

**Contact Information:**
**Name:** Jennifer Haag
**Address:** ▮▮▮▮▮▮▮▮
**City:** ▮▮▮▮▮
**State:** CO
**Zip:** 80113

**Phone:** ▮▮▮▮▮▮▮▮
**Alternate Phone:**
**Email:** jennifer_haag@yahoo.com

**Insured Information:**
**Sex:** Female
**Age/DOB:** ▮▮▮▮▮▮
**Height:** 5'8
**Weight:** 165
**Tobacco:** No

**Quote #1: Amount:** 175000  **Type:** 30 Year Term Life Insurance
**Quote #2: Amount:** 0        **Type:**

**Own or Rent Home:** Own

**Health Problems and other information:**

**Referer:**
http://www.mostchoice.com/

**Keywords:**

| | |
|---|---|
| IP Address | 208.49.110.34 |
| CLIENT.HitCount | 4 |
| CLIENT.LastVisit | {ts '2007-03-02 17:51:41'} |
| CLIENT.TimeCreated | {ts '2007-03-02 17:51:24'} |
| Lead Source: | MC Life |
| Lead Number: | 6528193 |

Lead Type: Life Insurance
Date Received: 03/02/2007

Contact Information:
Name: Aaron Smith
Address: ███████
City: ███████
State: CO
Zip: 80133

Phone: (720) 154-8765
Alternate Phone:
Email: aaron@sparkywire.com

Insured Information:
Sex: Male
Age/DOB: ███████
Height: 6'0
Weight: 200
Tobacco: No

Quote #1: Amount: 625000  Type: 30 Year Term Life Insurance
Quote #2: Amount: 0       Type:

Own or Rent Home: Own

Health Problems and other information:

Referer:

Keywords:

| Field | Value |
|---|---|
| IP Address | 208.49.110.34 |
| CLIENT.HitCount | 8 |
| CLIENT.LastVisit | {ts '2007-03-02 18:02:57'} |
| CLIENT.TimeCreated | {ts '2007-03-02 17:56:49'} |
| Lead Source: | MC Insurance Leads |
| Lead Number: | 6528202 |

Lead Type: Life Insurance
Date Received: 05/18/2007

Contact Information:
Name: Test Tester
Address: 555 Nowhere St
City: Lost
State: MN
Zip: 55391

Phone: (612) 200-2000
Alternate Phone:
Email:

If replacing a policy, current carrier:

Insured Information:
Sex: Male
Age/DOB:
Height: 5'11&amp;quot;
Weight: 180
Tobacco: No
Medical Conditions:

Quote #1: Amount: 500000   Type: 30 Year Term Life Insurance
Quote #2: Amount: 0        Type:

Own or Rent Home:

Other information:

Referer:

Keywords:

| Field | Value |
|---|---|
| IP Address | 208.49.110.34 |
| CLIENT.HitCount | 4 |
| CLIENT.LastVisit | {ts '2007-05-18 18:25:48'} |
| CLIENT.TimeCreated | {ts '2007-05-18 18:25:01'} |
| Lead Source: | MC Life |
| Lead Number: | 6630081 |