# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC**, a Colorado corporation,

    Plaintiff,

v.

**BRANDON BYRD**, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

**MOSTCHOICE.COM, Inc.**, a Georgia corporation

    Defendants.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A

Comes Now, the undersigned counsel for Defendant Mostchoice.com, Inc. who certifies that he has conferred with counsel for the Plaintiff regarding its Motion for Leave to File a Second Amended Counterclaim.

Plaintiff does not oppose MostChoice's motion for leave to amend. Plaintiff reserves the right to move to dismiss pursuant to Rule 12 and/or to move for summary judgment on the amended counterclaims.

Dated this 21st day of September, 2007.

                                             **s/ Ryan Isenberg**
                                             Ryan L. Isenberg, Esq.
                                             Isenberg & Hewitt, P.C.
                                             7000 Peachtree Dunwoody Road
                                             Building 15, Suite 100
                                             Atlanta, Georgia 30328
                                             Telephone: 770-351-4400
                                             Facsimile: 770-828-0100 (Fax)
                                             Email: ryan@isenberg-hewitt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2007, I served the foregoing Certificate of Compliance with Local Rule 7.1A by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Daniel D. Williams
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
cbeall@faegre.com

                                                       **s/ Ryan Isenberg**