# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227; and
MOSTCHOICE.COM, INC., a Georgia corporation,

Defendants.

## ENTRY OF APPEARANCE

Heather Carson Perkins of the law firm of Faegre & Benson LLP enters her appearance in this action on behalf of Plaintiff Netquote, Inc.

Dated: September 26, 2007.

Respectfully submitted,

**FAEGRE & BENSON LLP**

*s/Heather Carson Perkins*

Heather Carson Perkins, #30168
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(303) 607-3500 Telephone
(303) 607-3600 Facsimile
dstark@faegre.com

**ATTORNEYS FOR PLAINTIFF NETQUOTE, INC.**

Civil Action No. 07-cv-00630-DME-MEH – ENTRY OF APPEARANCE                                    Page 1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2007, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system and sent a copy via e-mail and United States mail, postage prepaid addressed to the following:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg. 15, Suite 100
Atlanta, Georgia 30328
ryan@isenberg-hewitt.com

*s/Heather Carson Perkins*