**Exhibit "D" Reverse DNS**

# Reverse DNS Lookup

## Results

216.150.195.4 resolves to
"4.195.150.216.netquote.com"
Top Level Domain: "netquote.com"

To get registration information from the Internet "Whois" database for netquote.com:  [ Click ]

**Frequently Asked Questions**
**Return to Main Page**

*This is a free service provided as-is without any warranty or guarantee whatsoever. Feel free to use this service but please limit lookups to less than 75 per 24 hour period. Thanks for your understanding. --- Frank*

*There are costs, however, to providing this service.
Feel free to make a PayPal donation to help support it.*



### Ads by Google

**Reverse IP Address**
Quick & Easy Reverse IP Address Get Name Location In Mintues !
UnderCoverDetective.com

**Find IP Reverse Records**
Enter IP Address, Get Info Quick, Easy and Fast. Access Here!
www.SearchRecords.org

**Locate IP Address**
Get IP location, map, trace, track and traceroute any IP address.
whatismyipaddress.com

**IP Address Searches**
Unlimited IP Address Searches. Reverse Search & All Public Records
www.Web-Detective.com/ipaddress

**Reverse Dns Lookup**
Find out anything about anyone. All Reverse Searches are Free
NetSleuth.com



**Ads by Google**
Trace IP Address
Whois IP Lookup
DNS Whois
IP Traceroute
DNS Lookup Tool