IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS FRAUD COUNTERCLAIM**

On September 25, 2007 this Court permitted Defendant MostChoice.com, Inc. to file its Second Counterclaims (amended). Dkt. # 85. Defendant did so on September 26, 2007. Dkt. # 87. Therefore, Plaintiff's Motion to Dismiss the Fraud Counterclaims is moot.

2

Dated: September 28th, 2007                    Respectfully submitted,

*/s/ Teresa Taylor Tate*
David W. Stark
Heather Carson Perkins
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel: (303) 607-3500 / Fax: (303) 607-3600
E-mail: dstark@faegre.com
E-mail: hperkins@faegre.com

Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Tel: (303) 447-7700 / Fax: (303) 447-7800
E-mail: dwilliams@faegre.com
          ttate@faegre.com

**Attorneys for Plaintiff NetQuote Inc.**

## CERTIFICATE OF SERVICE

I certify that on this 28th day of September, 2007, I electronically filed the foregoing **PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS FRAUD COUNTERCLAIM** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com


*/s/ Teresa Taylor Tate*