# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

   Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

   Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY DESIGNATION

The Court, having considered Plaintiff's Motion to Maintain Highly Confidential – Attorneys' Eyes Only Designation for Documents NQ000160-NQ000204, hereby ORDERS that said Motion is GRANTED, and further ORDERS that NetQuote documents bates-stamped NQ000160-NQ000204 shall maintain the Highly Confidential—Attorney's Eyes Only designation.

Dated: _____, 2007

                                       BY THE COURT:

                                       _____
                                       United States Circuit Judge