## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A

    Comes Now, the undersigned counsel for Defendant Mostchoice.com, Inc. who certifies that he has conferred with counsel for the Plaintiff regarding its Motion for Additional Discovery and to Modify the Scheduling Order, and states that Netquote opposes said motion.

    Dated this 18th day of October, 2007.

                                        **s/ Ryan Isenberg**
                                        Ryan L. Isenberg, Esq.
                                        Isenberg & Hewitt, P.C.
                                        7000 Peachtree Dunwoody Road
                                        Building 15, Suite 100
                                        Atlanta, Georgia 30328
                                        Telephone: 770-351-4400
                                        Facsimile: 770-828-0100 (Fax)
                                        Email: ryan@isenberg-hewitt.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 18th day of October, 2007, I served the foregoing Local Rule 7.1 Certificate by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                                            **s/ Ryan Isenberg**