## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

## STIPULATION EXTENDING TIME

Pursuant to LR 6.1A, the parties stipulate to the extension of time within which Defendant Brandon Byrd may respond to Netquote's First Request for Admissions, which were otherwise due on October 31, 2007. In accordance with this stipulation, responses shall be due no later than November 7, 2007.

Dated this 29th day of October, 2007.

                                           **s/ Ryan Isenberg**
                                           Ryan L. Isenberg, Esq.
                                           Isenberg & Hewitt, P.C.
                                           7000 Peachtree Dunwoody Road
                                           Building 15, Suite 100
                                           Atlanta, Georgia 30328
                                           Telephone: 770-351-4400
                                           Facsimile: 770-828-0100 (Fax)
                                           Email: ryan@isenberg-hewitt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2007, 2007, I served the foregoing Stipulation Extending Time by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                                 **s/ Ryan Isenberg**