# EXHIBIT B

Dockets.Justia.com

| From: | Michael Levy [mike@mostchoice.com] |
|---|---|
| **Sent:** | Wednesday, September 06, 2006 6:23 PM |
| **To:** | 'Michael Andrew' |
| **Subject:** | RE: Updated California |
| **Attachments:** | ca-addresses-40-mile-radius.xls |

In two hours you only got streets and phones for 3 zips? Why so many streets? I dont need fancy. I need effective. Attached is what I put together in just 10 minutes to get him started, along with instructions. I want you to do this but have it put together for the remainder of the top 10 cities tommorrow by 3:00pm. Have Inga help you with the manual lookup of the addresses, areas and prefixes. It does not take long. NO MULTIPLE SHEET SPREADSHEETS. I DONT NEED EXCESS DATA. It just hurts the process. It is a denial of service attack. Randomly pick streets so that it does not look contrived and make sure the streets are short names that are easy to enter.

**From:** Michael Andrew [mailto:mandrew@mostchoice.com]
**Sent:** Wednesday, September 06, 2006 7:09 PM
**To:** mike@mostchoice.com
**Subject:** Updated California

I added some more data to this sheet from Melissa data – taking some of the zips I found, adding street names with ranges for addresses and phone numbers with ranges for that area.

I ran out of Melissa data queries for the day but let me know if this is in line with what you were thinking of. Maybe for the larger population areas I could grab more zip codes so we make sure we cover the major metros and then allow the bigger radius out in the country. That would probably be the most complete way of doing it.