# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

Defendants.

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION
## TO DEFENDANT BRANDON BYRD

Plaintiff NetQuote, Inc. ("NetQuote"), through its counsel Faegre & Benson LLP, and pursuant to Fed.R.Civ.P. 36, hereby requests that Defendant Brandon Byrd ("Byrd") serve answers to the following Requests for Admission on the undersigned attorneys within thirty (30) days of service hereof.

These requests are continuing and require supplemental responses as provided by Fed.R.Civ.P. 26(e) in the event that Byrd, Byrd's counsel, or anyone representing Byrd's interests becomes aware of any additional information sought by these requests between the time answers are served and the time of trial.

## INSTRUCTIONS

1. The response to each Request for Admission shall include such knowledge in your custody, possession or control, or the custody, possession or control of your attorneys herein. Where facts set forth in responses or portions thereof are supplied upon information and belief rather than actual knowledge, you shall so state and specifically describe or identify the source or sources of such information and belief.

2. In the event that your response to a Request for Admission is "not applicable" or any similar phrase or answer, explain in detail why the Request for Admission is not applicable.

3. In the event that your response to a Request for Admission is "do not know," "not in my possession" or "unknown" or any similar phrase or answer, explain in detail all efforts made by you to obtain the information or documents requested.

4. These Requests for Admissions shall be deemed continuing so as to require supplemental answers if you obtain further information or documents prior to trial.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that the documents labeled MC 1–MC 4805, contained on the CD attached hereto, are authentic copies of the insurance agent information Brandon Byrd received from NetQuote and/or Local Insurance in response to his submissions to the websites at www.netquote.com and www.localinsurance.com, or any other website operated by NetQuote.

Dated this 28th day of September, 2007.

/s/ Daniel D. Williams
David W. Stark
Heather Carson Perkins
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel: (303) 607-3500 / Fax: (303) 607-3600
E-mail: dstark@faegre.com
hperkins@faegre.com

Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Tel: (303) 447-7700 / Fax: (303) 447-7800
E-mail: dwilliams@faegre.com
ttate@faegre.com

**Attorneys for Plaintiff NetQuote Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, Inc., a Georgia corporation

    Defendants.

---

## BRANDON BYRD'S RESPONSE TO NETQUOTE'S FIRST REQUEST FOR ADMISSION

---

COMES NOW, Brandon Byrd and herein responds to Netquote, Inc.'s First Request for Admission and responds as follows:

1.

Brandon Byrd denies that the documents represented in the CD attached to Netquote's Request to Admit are authentic copies of the insurance information received from his submissions to the Netquote / Localinsurance websites.

[Signature on next page]

Dated this 7th day of November, 2007.

          **s/ Ryan Isenberg**
          Ryan L. Isenberg, Esq.
          Isenberg & Hewitt, P.C.
          7000 Peachtree Dunwoody Road
          Building 15, Suite 100
          Atlanta, Georgia 30328
          Telephone: 770-351-4400
          Facsimile: 770-828-0100 (Fax)
          Email: ryan@isenberg-hewitt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2007, I served the foregoing Response to Netquote's First Request for Admission to Brandon Byrd by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

          **s/ Ryan Isenberg**