# EXHIBIT F

**Williams, Daniel D.**

| | |
|---|---|
| **From:** | Ryan L. Isenberg, Esq. [ryan@isenberg-hewitt.com] |
| **Sent:** | Monday, May 21, 2007 1:23 PM |
| **To:** | Stark, David W.; Williams, Daniel D. |
| **Cc:** | 'Tracy Ashmore'; 'Rachel Eichenbaum' |
| **Subject:** | Netquote v. Byrd and Mostchoice |
| **Attachments:** | byrd docrequest responses.pdf; netquote docrequest.pdf; netquote interrogatories.pdf; byrd responses.pdf; lead_buyers.fp7 |

Attached are (1) Defendant Brandon Byrd's Responses to Request for Documents (2) Responses to Interrogatories (3) a database that is being produced as responsive to a request for documents (4) Defendant Brandon Byrd's Interrogatories and (5) Defendant Brandon Byrd's Request for Production of Documents.

Because of the size of the file, my client has uploaded responsive e-mails to the following link: Please download the information within 7 days so my client can remove the information from the server.

http://www.mostchoice-updates.com/localnq.rar

Thanks.


Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
770-351-4400 (Voice)
678-990-7737 (Fax)
www.isenberg-hewitt.com