# EXHIBIT G

Dockets.Justia.com

**Williams, Daniel D.**

**From:** Ryan L. Isenberg, Esq. [ryan@isenberg-hewitt.com]
**Sent:** Tuesday, July 17, 2007 3:37 PM
**To:** Williams, Daniel D.
**Subject:** Netquote v. Mostchoice

Dan – This link will allow you (or your client) to download the database. I understand that it is in its final form as Mostchoice has ceased making submissions to Netquote or localinsurance.com.

http://www.mostchoice-updates.com/localnq.rar


Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
770-351-4400 (Voice)
678-990-7737 (Fax)
www.isenberg-hewitt.com