# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

NETQUOTE, INC., A )
COLORADO CORPORATION, )
 )
       Plaintiff, )
 ) CIVIL ACTION FILE
   vs. )
 ) NO. 07-CV-00630-DME-MEH
BRANDON BYRD, AN INTERNET )
USER MAKING USE OF THE IP ) VOLUME II
ADDRESSES 64.136.27.226 )
AND 64.136.26.227 AND )
MOSTCHOICE.COM, INC., A )
GEORGIA CORPORATION, )
 )
       Defendants. )

CONFIDENTIAL: MAY BE SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

VIDEOTAPE DEPOSITION OF

MARTIN FLEISCHMANN

ATLANTA, GEORGIA

THURSDAY, OCTOBER 11, 2007

REPORTED BY: TANYA L. VERHOVEN-PAGE,
            CCR-B-1790

FILE NO. 425100

COPY

1     A    Yes.

2     Q    Have any of these investors -- strike that.

        Have any of these equity shareholders in MostChoice expressed to you concern or dismay that MostChoice was involved in sending thousands of false insurance quotation requests to NetQuote?

    A    No. I mean, they -- you know, they have been very pleased with how we've run and grown the company, and they trust, you know, what we're doing to run and grow the company, and, you know, I explained it was a project that Mike did to gather some intelligence about, you know, the depth of other place's networks, and that it was a relatively small -- you know, in the scheme of things, small effort that didn't have much of an impact, but that -- it was my sense that, you know, our competitor was trumping it up and trying to use it against us, and they said, yes, it's a difficult situation and, you know, good luck with it, but that was about the extent of it.

    MR. WILLIAMS: Mr. Levy, you're going to have to leave.

    MR. LEVY: No, I don't think so.

    MR. WILLIAMS: Okay. Let the

1  record reflect that Mr. Levy just put up
2  his middle finger and pointed it at me.
3  　　　　Now, Mr. Levy you have to leave.
4  　　　　MR. LEVY: No, I don't think so.
5  　　　　MR. WILLIAMS: Okay. We're going
6  to call the court now. That was just
7  unacceptable. Let's get the phone.
8  　　　　MR. ISENBERG: We're off the
9  record.
10 　　　　MR. WILLIAMS: No, we're on the
11 record. We're on the record. Let's get
12 the phone and call the court. You're not
13 going to have your client giving me the
14 finger in the middle of a deposition.
15 　　　　MR. LEVY: Then stop picking
16 fights.
17 　　　　MR. ISENBERG: Don't give him the
18 finger.
19 　　　　MR. WILLIAMS: We're staying on the
20 record. Either leave or we're calling
21 the court.
22 　　　　MR. ISENBERG: Call the judge.
23 　　　　MR. WILLIAMS: Okay. We'll go off
24 the record now, and I'll get the court on
25 the phone.