# EXHIBIT I

# Deposition of Angilla Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado
corporation,

     Plaintiff,

vs.

BRANDON BYRD, an internet user
making use of the IP Addresses
64.136.27.226 and 64.136.26.227,
and MOSTCHOICE.COM, INC., a
Georgia corporation,

     Defendants.

_____/

VIDEO DEPOSITION OF ANGILLA JONES

October 12, 2007
9:14 a.m. - 10:27 a.m.

7000 Peachtree-Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia  30328

Reported by:
Paula Parris, CCR-CVR
State of Georgia
Esquire Deposition Services
Atlanta Office  Job #425102
Phone - 800.787.5302
       404.872.7890



1  He'll be joining us momentarily.

2        MS. JONES:  Angilla Jones.

3            (Deponent sworn)

4        MS. TATE:  As a preliminary matter,

5  yesterday counsel had a telephone conference call

6  with Judge Hegarty in which Judge Hegarty ordered

7  that the corporate representative for MostChoice

8  shall be silent during the proceedings and

9  including no giggling or chuckling or laughing.

10 And so let the record reflect that.  And on those

11 terms, if we can all agree, we'll proceed.

12       MR. ISENBERG:  Well, I would probably --

13 You know, I think it's pretty clear, that that was

14 not to every corporate representative.  It was to

15 Mr. Levy particularly as the corporate

16 representative.  But I don't think we're going to

17 have any problems with that.

18       MS. TATE:  Very good.  Let's begin.

19            ANGILLA JONES,

20    having been duly sworn, was examined

21         and testified as follows:

22              EXAMINATION

23 BY MS. TATE:

24    Q.    Could you please state your name for the

25 record?