# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

 Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

 Defendants.

## ORDER GRANTING NETQUOTE'S MOTION TO REOPEN DEPOSITIONS
## AT THE FEDERAL COURTHOUSE

 The Court, having considered Plaintiff NetQuote, Inc.'s Motion To Reopen Depositions at Federal Courthouse and the response from Defendant MostChoice.com, Inc., hereby ORDERS that the Motion is GRANTED; and

 FURTHER ORDERS that the deposition of Michael Andrew shall be reconvened in my jury room at the Byron G. Rogers United States Courthouse in Denver, Colorado, on or before December 31, 2007 on a date and time that have been agreed to by counsel in this matter and approved in advance by my chambers; and

 FURTHER ORDERS that the Rule 30(b)(6) deposition of MostChoice.com, Inc. shall be reconvened in my jury room at the Byron G. Rogers United States Courthouse in Denver, Colorado, on or before December 31, 2007 on a date and time that have been agreed to by counsel in this matter and approved in advance by my chambers; and

FURTHER ORDERS that MostChoice.com, Inc. is to bring the following documents to the Rule 30(b)(6) deposition, printed on paper with individual Document Control Numbers on each page:

1) The contents of the two databases described in the e-mail from counsel for Defendants, Ryan Isenberg, Esq., dated May 21, 2007 (attached to Plaintiff's motion) titled "lead.buyers.fp7" and "http://www.mostchoice-updates.com/localnq.rar";

2) The updated database described in the e-mail from Mr. Isenberg dated July 17, 2007 (attached to Plaintiff's motion) titled "http://www.mostchoice-updates.com/localnq.rar";

3) any other web pages that Defendant Byrd or any other MostChoice employee saved to collect the information gained in response to Defendants' submissions to the www.NetQuote.com and www.LocalInsurance.com websites;

4) any other databases or lists of agent names and other information collected through Defendants' submissions to the www.NetQuote.com and www.LocalInsurance.com websites; and

5) all e-mail responses Defendant Byrd received from NetQuote, Local Insurance, or any insurance agent attempting to follow up with Defendant Byrd concerning the false insurance quotation requests that he submitted; and

FURTHER ORDERS that MostChoice.com, Inc. may be questioned at the reconvened Rule 30(b)(6) deposition on the following topics:

1) Any of the documents identified above that are to be brought to the deposition.

2) All documents produced by Defendants subsequent to commencement of the Rule 30(b)(6) deposition of MostChoice.com, Inc. on September 5, 2007.

3) The date when Defendants began submitting false insurance quotation requests to Plaintiff's websites, the frequency of such submissions, and the recipients of such submissions.

4) Defendants' efforts to collect and produce documents in this matter.

DATED this _____ day of December, 2007.

                                        BY THE COURT:

                                        _____
                                        United States Magistrate Judge