IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    **Defendants.**

_____

**MOTION TO FILE DOCUMENTS UNDER SEAL
IN CONNECTION WITH
DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO
MOSTCHOICE'S MOTION FOR ADDITIONAL DISCOVERY**

_____

COMES NOW, Mostchoice.com, Inc. and files this Motion to File Documents Under Seal in Connection with Defendants' Reply to Plaintiff's Response to Mostchoice's Motion for Additional Discovery and shows this Court the following:

1.

The Court entered a protective order [Dkt. #74] on 8/23/07.

2.

As part of the protective order, the parties have been granted the ability to designate certain documents as confidential and highly confidential, including documents produced and deposition transcripts.

3.

Defendant Mostchocice.com, Inc. wishes to file certain documents, and portions of deposition transcripts that have been designated as confidential or highly confidential. Section 10 of the protective order requires documents that have been so designated to be filed under seal pursuant to LR 7.3.

4.

Defendant's Reply Brief in this particular matter contains references to materials that have been designated confidential or highly confidential. Accordingly, defendant request permission to file both its Reply Brief and all exhibits thereto under seal.

Dated this 13TH day of November, 2007.

                                              **s/ Ryan Isenberg**
                                              Ryan L. Isenberg, Esq.
                                              Isenberg & Hewitt, P.C.
                                              7000 Peachtree Dunwoody Road
                                              Building 15, Suite 100
                                              Atlanta, Georgia 30328
                                              Telephone: 770-351-4400
                                              Facsimile: 770-828-0100 (Fax)
                                              Email: ryan@isenberg-hewitt.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13TH day of November, 2007, I served the foregoing Motion to File Documents under Seal by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                                      **s/ Ryan Isenberg**