# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    **Defendants.**

---

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A

---

Comes Now, the undersigned counsel for Defendant Mostchoice.com, Inc. who certifies that he has conferred with counsel for the Plaintiff regarding its Motion to File Documents and Reply Brief Under Seal.

Plaintiff's counsel has expressed that it should be entitled to review the documents that are proposed to be filed under seal, but due to other matters, travel related to this case, and the limited amount of time in which to file a reply brief, Defendant's counsel is concerned that there is not sufficient time to provide the information to Plaintiff's counsel for such additional review.

[Signature on next page]

Dockets.Justia.com

Dated this 13th day of November, 2007.

s/ Ryan Isenberg

Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
Telephone: 770-351-4400
Facsimile: 770-828-0100 (Fax)
Email: ryan@isenberg-hewitt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2007, I served the foregoing Local Rule 7.1 Certificate by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

s/ Ryan Isenberg
