# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    **Defendants.**

---

## ORDER GRANTING MOTION TO SEAL

---

The Court having reviewed the Defendant Mostchoice.com, Inc.'s Motion to Seal its Reply to Plaintiff's Response to Mostchoice.com's Motion for Additional Discovery, and having previously entered a protective order requiring that documents containing confidential materials be filed under seal [Dkt. #74] it hereby ORDERED that this motion is GRANTED.

The Clerk is directed to file the Defendant's Reply Brief Under Seal.

This the ___ day of _____, 2007.

                                        _____

                                        United States Magistrate Judge