IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2007.**

      Pending before the Court is Defendant's Motion for Leave to Take Additional Depositions, for Additional Time to Complete Written Discovery, and to Modify the Scheduling Order Accordingly [filed October 18, 2007; doc #93]. Defendant's Motion is hereby **granted in part and denied in part** as follows.

      Defendant's request to extend the discovery period is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 6.1C.

      Defendant's request for leave to take 150 hours of additional depositions (approximately 21 depositions at 7 hours each) is **denied** for failure to demonstrate good cause. Defendant will adhere to the limitations set forth in the Scheduling Order.

      Defendant's request for additional time to complete written discovery is **granted**. The Scheduling Order in this case originally identified November 5, 2007 as the discovery cutoff, and September 29, 2007 as the date by which all written discovery was to be served. However, since the filing of the Scheduling Order, this Court has, at the request of the parties, extended the discovery cutoff to November 20, 2007. *See* Doc. #71. Therefore, it is not unreasonable to extend the time for service of written discovery as well.

      Here, Defendant served its written discovery requests on October 3, 2007, just four days after the original deadline. Plaintiff shall respond to Defendant's requests (attached to Defendant's Motion at Exh. A and Exh. B) on or before **December 13, 2007**. Nothing in this order shall be construed to waive any objections (other than regarding timeliness of service) to which Plaintiff is entitled under the Federal Rules of Civil Procedure or the Scheduling Order with respect to Defendant's written discovery requests.