IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2007.**

    Defendant's Motion to File Documents Under Seal in Connection with Defendant's Reply to Plaintiff's Response to Mostchoice's Motion for Additional Discovery ("Motion") [filed November 13, 2007; doc #102] is hereby **granted**.

    Defendant Mostchoice is ordered to provide to Plaintiff's counsel copies of all documents filed under seal with its Motion on or before **November 19, 2007**.