Netquote Inc. v. Byrd	Doc. 108 Att. 1

# EXHIBIT A

Dockets.Justia.com



UNITED STATES | ENGLAND | GERMANY | CHINA

DANIEL D. WILLIAMS
DWilliams@faegre.com
(303) 447-7761

September 17, 2007

<u>Via E-mail and First Class Mail</u>

Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328

    Re:    <u>NetQuote, Inc. v. Brandon Byrd, et al.</u>

Dear Ryan:

    As you know, at the deposition of MostChoice earlier this month, MostChoice admitted that it continues to market to the NetQuote insurance agent customers whose identities it discovered through its false insurance quotation requests to the www.netquote.com and www.localinsurance.com websites. NetQuote requests that MostChoice immediately cease and desist from marketing to these insurance agents, via mass or targeted e-mail solicitation, telephone calls, or otherwise. MostChoice's continuing marketing activities are causing additional harm to NetQuote.

                         Best regards,

                         Daniel D. Williams

1900 FIFTEENTH STREET | BOULDER COLORADO 80302-5414

TELEPHONE 303-447-7700 | FACSIMILE 303-447-7800 | WWW.FAEGRE.COM