## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC**, a Colorado corporation,

      **Plaintiff,**

v.

**BRANDON BYRD**, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

**MOSTCHOICE.COM, Inc.**, a Georgia corporation

      **Defendants.**

---

## AFFIDAVIT OF MARTIN FLEISCHMANN

---

STATE OF GEORGIA
COUNTY OF FULTON

    NOW COMES before me, the undersigned officer duly authorized to administer oaths,

Martin Fleischmann, after being first duly sworn, deposes and says:

1.    My name is Martin Fleischmann.  I have competent to testify as to the matters herein, am over the age of eighteen, and have personal knowledge of the statements set forth below.

2.    I am and have been the President and C.E.O. of Mostchoice.com, Inc. since 2000.

3.    Mostchoice.com, Inc. is an exclusively web-based portal for generating insurance, and other types of leads on the internet and distributing those leads to agents based on pre-determined and pre-selected preferences.

4.    I am familiar with the competitors in the industry and otherwise know who the

Dockets.Justia.com

leaders are of the vast majority of Mostchoice's competition.

5. Based on my experience in this industry, in order to be considered an expert, it is necessary to have an understanding of all three aspects of the business, which include insurance sales, external information technology to generate leads, and internal information technology to filter and distribute leads.

6. Without an understanding of all three areas and how these areas are related and integrated, it is not sufficient to have three people with knowledge of each area because the understanding of the relationship between these areas creates a sum that is a value of more than the parts.

7. As a consequence, there are relatively few individuals, even within the industry who would qualify as an expert in this industry.

8. I am not aware of any individuals, who are not already associated or affiliated with an existing industry competitor who would be qualified as an expert in this industry.

9. Objectively, Michael Levy, the Chairman and Founder of Mostchoice.com, Inc. is among the few individuals with sufficient expertise in all three fields who would be an expert in this industry. He was an insurance sales agent, a Netquote customer, and has designed and deployed the Mostchoice website and database and lead disbursal system virtually on his own.

[Signature on next page]

## Affidavit of Martin Fleischmann Signature Page

_____
Martin Fleischmann

Sworn to and subscribed before me
this the 20th day of November, 2007.

_____
Notary Public
My Commission Expires: 2/23/10