## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    **Defendants.**

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A

    Comes Now, the undersigned counsel for Defendants who certifies that he has conferred with counsel for the Plaintiff regarding its Motion to for Relief from Protective Order, which the Plaintiffs have opposed.

    Dated this 21st day of November, 2007.

                                      **s/ Ryan Isenberg**
                                      Ryan L. Isenberg, Esq.
                                      Isenberg & Hewitt, P.C.
                                      7000 Peachtree Dunwoody Road
                                      Building 15, Suite 100
                                      Atlanta, Georgia 30328
                                      Telephone: 770-351-4400
                                      Facsimile: 770-828-0100 (Fax)
                                      Email: ryan@isenberg-hewitt.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 21st day of November, 2007, I served the foregoing Local Rule 7.1 Certificate by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                          **s/ Ryan Isenberg**