# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

_____

## MOTION TO FILE DOCUMENTS UNDER SEAL
## IN CONNECTION WITH
## DEFENDANTS' MOTION FOR RELIEF FROM PROTECTIVE ORDER

_____

COMES NOW, Mostchoice.com, Inc. and files this Motion to File Documents Under Seal in Connection with Defendants' Motion for Relief from Protective Order and shows this Court the following:

1.

The Court entered a protective order [Dkt. #74] on 8/23/07.

2.

As part of the protective order, the parties have been granted the ability to designate certain documents as confidential and highly confidential, including documents produced and deposition transcripts.

3.

Defendant Mostchocice.com, Inc. wishes to file certain documents, and portions of deposition transcripts that have been designated as confidential or highly confidential. Section 10 of the protective order requires documents that have been so designated to be filed under seal pursuant to LR 7.3.

4.

Accordingly, defendant request permission to file the Exhibits to its Motion for Relief from Protective Order under seal.

5.

Per LR 7.1A I have attempted to confer with counsel regarding this motion by providing copies of the documents that are intended to be filed under seal, but have not heard back and must therefore assume the motion will be opposed.

[Signature on next page]

Dated this 21st day of November, 2007.

               **s/ Ryan Isenberg**
               Ryan L. Isenberg, Esq.
               Isenberg & Hewitt, P.C.
               7000 Peachtree Dunwoody Road
               Building 15, Suite 100
               Atlanta, Georgia 30328
               Telephone: 770-351-4400
               Facsimile: 770-828-0100 (Fax)
               Email: ryan@isenberg-hewitt.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 21st day of November, 2007, I served the foregoing Motion to File Documents under Seal by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

               **s/ Ryan Isenberg**