## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

### STIPULATION OF DISMISSAL OF COUNTERCLAIMS

---

Pursuant to Fed. R. Civ. P. 41(a)(1)&(c), all parties to this action jointly stipulate and agree to the dismissal with prejudice of the amended counterclaims filed in this action by Defendant MostChoice.com, Inc. ("MostChoice") alleging "Defamation" and "Tortious Interference." These counterclaims are set forth in Paragraphs 23 through 37 of the Amended Counterclaim filed by MostChoice on August 6, 2007. *See* Dkt. # 62.

Respectfully submitted this 27th day of November, 2007.

 _/s Daniel D. Williams_  
David W. Stark  
Heather Carson Perkins  
FAEGRE & BENSON LLP  
3200 Wells Fargo Center  
1700 Lincoln Street  
Denver, Colorado 80203  
Telephone: (303) 607-3500  
Facsimile: (303) 607-3600  
E-mail: dstark@faegre.com  
hperkins@faegre.com  

Daniel D. Williams  
Teresa Taylor Tate  
FAEGRE & BENSON LLP  
1900 Fifteenth Street  
Boulder, Colorado 80302  
Telephone: (303) 447-7700  
Facsimile: (303) 447-7800  
E-mail: dwilliams@faegre.com  
ttate@faegre.com  

**Counsel for Plaintiff NetQuote, Inc.**

 /s Ryan L. Isenberg___  
Ryan L. Isenberg  
ISENBERG & HEWITT, P.C.  
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100  
Atlanta, Georgia 30328  
Telephone: (770) 351-4400  
Facsimile: (678) 990-7737  
E-mail: ryan@isenberg-hewitt.com  

**Counsel for Defendants MostChoice.com, Inc. and Brandon Byrd**

# CERTIFICATE OF SERVICE

      I certify that on this 27th day of November, 2007, I electronically filed the accompanying **STIPULATION OF DISMISSAL OF COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Ryan L. Isenberg, Esq.
    ISENBERG & HEWITT, P.C.
    7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
    Atlanta, GA 30328
    ryan@isenberg-hewitt.com


                                                                             /s Daniel D. Williams