# EXHIBIT "A"

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.        Civil Action No. 07-cv-00630-DME-MEH

BRANDON BYRD, an internet user making use of the
IP Addresses 64.136.27.226 and 64.136.26.227 and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

PORTIONS OF THIS TRANSCRIPT ARE DESIGNATED AS
CONFIDENTIAL AND ATTORNEYS' EYES ONLY

VIDEOTAPED 30(b)(6) DEPOSITION OF

CRAIG SHINE

September 25, 2007
9:02 a.m.

1700 Lincoln Street, Suite 3200
Denver, Colorado 80203

Marchelle Hartwig, Certified Shorthand Reporter
and Notary Public within Colorado

1  lead -- her illegitimate lead or leads to
2  MostChoice?
3          MR. WILLIAMS:  Objection to form.
4      A.     Well, I don't know the answer to
5  that. However, when we characterize it as
6  "illegitimate," I do think there was a
7  legitimate business reason she did what she
8  did.
9      Q.     (BY MR. ISENBERG)  Tell me what
10 that legitimate business reason is.
11     A.     I believe she submitted her
12 application with valid, true, genuine data, so
13 it wasn't fictitious data, to my knowledge.
14 I believe it was an application using her
15 husband's valid, genuine information, and I
16 believe it was related to her efforts to
17 understand both the consumer experience and
18 I'm sure there were some other reasons for it
19 that I'm not specifically aware of.
20     Q.     Do you know what the range of
21 Internet protocol addresses that NetQuote uses
22 would be?
23     A.     Not off the cuff.  Those are long
24 numbers and I'm afraid I can't recall the
25 numbers themselves for the IP addresses.

1    Q.    Who would have that information?
2    A.    I know John Marosi has a list of
3    the IP addresses that NetQuote both uses and
4    has access to.
5    Q.    Who was in charge of NetQuote's
6    pay per click marketing efforts going back to
7    2005?
8    A.    At all times those efforts were
9    part of our marketing organization. However,
10   the individuals responsible may have changed
11   for that stretch of time. Would you like me
12   to tell you every person that I know of that
13   worked in that area?
14   Q.    I guess what I would like to know
15   who is was responsible for that going back to
16   2005 as opposed to every individual that may
17   be involved in it.
18   A.    And I'm sorry, you are specific to
19   pay per click, correct?
20   Q.    That's correct.
21   A.    Well, if I work backwards,
22   currently the pay per click marketing that
23   NetQuote does is handled by a team of
24   individuals, including Alberto Canas, Matt
25   Brarowski, that's about B-r-a- -- I'll butcher