# EXHIBIT "B"

Dockets.Justia.com

Methodology:

1)  IP address 64.12.116.7 is an AOL cache proxy address that on 09-27-2006 was assigned to the cache proxy of MostChoice insurance pages, primarily health. AOL users who request a health insurance page from a Mostchoice.com server are assigned this IP address.
2)  On 9-27-2006 IP address 64.12.116.7 requested several Insurance pages. The only other request from this IP address on this day was: http://www.mostchoice.com/better-than-netquote-leads.cfm.
3)  It has been admitted by netquote that they use IP address 216.150.195.4.
4)  The vast majority of requests from IP address 216.150.195.4 have used User-Agents enabled with the following runtime version of .Net: "NET CLR 1.1.4322'
5)  Netquote uses a .Net webserver and related systems.
6)  The User-Agent used to make both the insurance and the netquote page requests was: "Mozilla/4.0 (compatible; MSIE 6.0; AOL 9.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322)."
7)  This user agent uses the same runtime version as the IP address admitted by Netquote.
8)  This user agent represents a very small portion of user agents used to make requests to mostchoice webservers.
9)  It is highly likely that the same user who requested at least one of the insurance pages requested the netquote page.
10) The netquote insurance page is a very low volume page. To date, 90+ percent of all users accessing this page are parties, or related, to the lawsuit. To date, there is no known insurance agent that has accessed the better-than-netquote-leads.cfm webpage.
11) Netquote Employees have testified that they input health insurance forms on the mostchoice website.
12) In an email between Netquote employees, said employees discussed the difficulties of tracking AOL cache proxies, even when Mostchoice was using Juno, and not AOL. This indicates an existing knowledge of how to submit forms without being tracked. It further indicates that this was an activity they were familiar with.
13) It is highly likely that Netquote and/or netquote employees use AOL.
14) It is highly likely that it was a netquote employee that requested the better-than-netquote-leads.cfm page which would reveal that netquote employees are in the practice of using the AOL service and AOL cache proxies to hide their requests.
15) It is highly likely that netquote employees use IP addresses other than those provided by netquote. To date, it has been discovered that John Marosi and Xin Zhou both have networks registered in their own names that were not provided by Netquote. Further, John Marosi runs a consulting company, which was not revealed by Netquote.
16) It is highly likely that any request to the better-than-netquote-leads.cfm page made with the same version of .net is likely a netquote employee.
17) It is highly likely that any request made to any page using an IP address that requested the better-than-netquote-leads.cfm page and using the same version of .Net is a netquote employee and therefore is click-fraud.