# EXHIBIT "E"

Dockets.Justia.com

# Ryan Isenberg

**From:** Tate, Teresa Taylor [TTate@faegre.com]
**Sent:** Thursday, November 08, 2007 12:51 PM
**To:** Ryan L. Isenberg, Esq.
**Cc:** Perkins, Heather Carson; Williams, Daniel D.; Kennedy, Cecil A.
**Subject:** RE: Follow Up re: Duree Spreadsheets

Ryan:

We have no objection to producing Steve Duree's spreadsheets in Excel format. We do not have the spreadsheets in Excel format at the moment; Mr. Duree only provided the pdf versions that we produced to you. As you know, Mr. Duree is out of the country until December 3, 2007. We will produce the spreadsheets upon receiving them after his return to the country.

Best,
Teresa

---

**From:** Ryan L. Isenberg, Esq. [mailto:ryan@isenberg-hewitt.com]
**Sent:** Thursday, November 08, 2007 10:24 AM
**To:** Tate, Teresa Taylor
**Subject:** Follow Up

What is the status on my request for the spreadsheets?

Ryan L. Isenberg, Esq.

Isenberg & Hewitt, P.C.

7000 Peachtree Dunwoody Road

Building 15, Suite 100

Atlanta, Georgia 30328

770-351-4400 (Voice)

678-990-7737 (Fax)

www.isenberg-hewitt.com