## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC**, a Colorado corporation,

    Plaintiff,

v.

**BRANDON BYRD**, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

**MOSTCHOICE.COM, Inc.**, a Georgia corporation

    Defendants.

---

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A

---

    Comes Now, the undersigned counsel for Defendant Mostchoice.com, Inc. who certifies that he has conferred with counsel for the Plaintiff regarding its Renewed Motion for Additional Discovery, to Identify a Rebuttal Expert, and to Continue the Final Pre-Trial Conference and states that Netquote opposes said motion.

    Dated this 30th day of November, 2007.

                                             s/ Ryan Isenberg
                                             Ryan L. Isenberg, Esq.
                                             Isenberg & Hewitt, P.C.
                                             7000 Peachtree Dunwoody Road
                                             Building 15, Suite 100
                                             Atlanta, Georgia 30328
                                             Telephone: 770-351-4400
                                             Facsimile: 770-828-0100 (Fax)
                                             Email: ryan@isenberg-hewitt.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, I served the foregoing Local Rule 7.1 Certificate by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                              **s/ Ryan Isenberg**