IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC**, a Colorado corporation,

    Plaintiff,

v.

**BRANDON BYRD**, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

**MOSTCHOICE.COM, Inc.**, a Georgia corporation

    Defendants.

_____

UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL
IN CONNECTION WITH
DEFENDANTS' RENEWED MOTION FOR ADDITIONAL DISCOVERY
_____

COMES NOW, Mostchoice.com, Inc. and Brandon Byrd, and files this Motion to File Exhibit "F" Under Seal in Connection with its Renewed Motion for Additional Discovery and shows this Court the following:

1.

The Court entered a protective order [Dkt. #74] on 8/23/07.

2.

As part of the protective order, the parties have been granted the ability to designate certain documents as confidential and highly confidential, including documents produced and deposition transcripts.

3.

Defendant Mostchoice wishes to file as Exhibit "F" to the motion referenced herein a document that has been designated as Attorneys Eyes Only. Section 10 of the protective order requires documents that have been so designated to be filed under seal pursuant to LR 7.3.

4.

Plaintiff's Counsel has no objection to this motion.

Dated this 30th day of November, 2007.

        **s/ Ryan Isenberg**
Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
Telephone: 770-351-4400
Facsimile: 770-828-0100 (Fax)
Email: ryan@isenberg-hewitt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, I served the foregoing Motion to File Documents under Seal by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

        **s/ Ryan Isenberg**