# Exhibit "A"

Dockets.Justia.com

## Ryan Isenberg

**From:** Williams, Daniel D. [DWilliams@faegre.com]
**Sent:** Wednesday, November 28, 2007 5:07 PM
**To:** Williams, Daniel D.; Ryan Isenberg
**Cc:** Eurich, Debbie K.; Tate, Teresa Taylor; Perkins, Heather Carson; Kennedy, Cecil A.
**Subject:** RE: Supplemental Discovery Information

Ryan, my e-mail below was premature. After redoubling its search efforts, NetQuote was able to locate one e-mail string between Mr. Coppock and Mr. Doria. It is attached, and it supplements our previous document productions.

Best regards, Dan

Daniel D. Williams
Faegre & Benson LLP
1900 Fifteenth Street
Boulder, CO 80302-5414
tel. 303-447-7761
fax. 303-447-7800
dwilliams@faegre.com

This message and any attachments are intended as a CONFIDENTIAL, PRIVATE communication. If you are not the intended recipient, please do not read, copy or use it, and do not disclose it to others. Kindly notify the sender identified immediately above if you received this message in error, and then delete the message from your system. Thank you.

---

**From:** Williams, Daniel D.
**Sent:** Wednesday, November 21, 2007 9:06 AM
**To:** 'Ryan Isenberg'
**Subject:** RE: Supplemental Discovery Information

Ryan, we have confirmed that NetQuote does not have any communications between Mr. Coppock and Mr. Doria.

Best regards, Dan

---

**From:** Ryan Isenberg [mailto:Ryan@Isenberg-Hewitt.com]
**Sent:** Tuesday, November 20, 2007 5:16 PM
**To:** Williams, Daniel D.
**Subject:** Supplemental Discovery Information

<<...>> <<...>> <<...>>

Dan

Please find attached Mostchoice's Supplemental Discovery Information relating to Netquote's use of incentivized leads, the identity of individuals who are familiar with Netquote's leads, and the Mostchoice click fraud data that we discussed, with the methodology used to determine that the clicks originated from Netquote.

Ryan L. Isenberg, Esq.

Isenberg & Hewitt, P.C.

7000 Peachtree Dunwoody Road

Building 15, Suite 100

Atlanta, Georgia 30328

770-351-4400 (Voice)

678-990-7737 (Fax)

www.isenberg-hewitt.com

12/3/2007