Exhibit "B"

Dockets.Justia.com

