Exhibit "E"

Dockets.Justia.com

