IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    **Defendants.**

_____

**MOTION TO FILE DOCUMENTS UNDER SEAL
IN CONNECTION WITH
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REOPEN DEPOSITIONS**
_____

COMES NOW, Mostchoice.com, Inc. and files this Motion to File Documents Under Seal in Connection with Defendant's Response to Plaintiff's Motion to Reopen Depositions and shows this Court the following:

1.

The Court entered a protective order [Dkt. #74] on 8/23/07.

2.

As part of the protective order, the parties have been granted the ability to designate certain documents as confidential and highly confidential, including documents produced and deposition transcripts.

Dockets.Justia.com

3.

Defendant Mostchoice.com, Inc. wishes to file a portion of a deposition transcript under file that has been designated as attorney's eyes only. Section 10 of the protective order requires documents that have been so designated to be filed under seal pursuant to LR 7.3.

4.

Pursuant to LR 7.1A I have attempted to confer with opposing counsel regarding this motion by providing a copy of the intended transcript portion.

Dated this 3rd day of December, 2007.

                                        **s/ Ryan Isenberg**
                                        Ryan L. Isenberg, Esq.
                                        Isenberg & Hewitt, P.C.
                                        7000 Peachtree Dunwoody Road
                                        Building 15, Suite 100
                                        Atlanta, Georgia 30328
                                        Telephone: 770-351-4400
                                        Facsimile: 770-828-0100 (Fax)
                                        Email: ryan@isenberg-hewitt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd Day of December, 2007, I served the foregoing Motion to File Documents under Seal by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                                      **s/ Ryan Isenberg**