IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 6, 2007.**

    Pending before the Court is Defendants' Motion to File Documents Under Seal in Connection with Defendants' Response to Plaintiff's Motion to Reopen Depositions ("Motion") [filed December 3, 2007; doc #130]. It is unclear from the Motion whether Plaintiff opposes the request for relief; therefore, Plaintiff is **ordered** to file a response to the Motion **on or before December 14, 2007**.