## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## NETQUOTE'S RESPONSE TO MOSTCHOICE'S MOTION TO FILE EXHIBIT TO RESPONSE BRIEF UNDER SEAL

Plaintiff NetQuote, Inc. ("NetQuote"), through undersigned counsel, responds to Defendant MostChoice.com, Inc.'s Motion To File Documents Under Seal In Connection With Defendant's Response To Plaintiff's Motion To Reopen Discovery, Dkt. # 130 ("Motion"), follows:

    1.    On December 3, 2007, MostChoice filed a document under seal in support of a response brief it was filing on that date. Dkt. # 131.

    2.    Plaintiff NetQuote does not oppose the filing of this document under seal and consents to the Motion filed by MostChoice requesting that this document remain under seal.

Dated: December 6, 2007                    Respectfully submitted,

    _/s Daniel D. Williams_____
Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Tel: (303) 447-7700 / Fax: (303) 447-7800
E-mail:    dwilliams@faegre.com
                ttate@faegre.com

David W. Stark
Heather Carson Perkins
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel:  (303) 607-3500 / Fax:  (303) 607-3600
E-mail:    dstark@faegre.com
                hperkins@faegre.com

**Attorneys for Plaintiff NetQuote, Inc.**

## CERTIFICATE OF SERVICE

I certify that on this 6th day of December, 2007, I electronically filed the accompanying **NETQUOTE'S RESPONSE TO MOSTCHOICE'S MOTION TO FILE EXHIBIT TO RESPONSE BRIEF UNDER SEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com

_/s Daniel D. Williams_