# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

## CORRECTED STIPULATION OF DISMISSAL OF COUNTERCLAIMS
---

Pursuant to Fed. R. Civ. P. 41(a)(1)&(c), all parties to this action jointly stipulate and agree to the dismissal with prejudice of the second amended counterclaims filed in this action by Defendant MostChoice.com, Inc. ("MostChoice") alleging "Defamation" and "Tortious Interference." These counterclaims are set forth in Paragraphs 36 through 43 of the Second Amended Counterclaim filed by MostChoice on September 26, 2007. *See* Dkt. # 87.

Respectfully submitted this 6th day of December, 2007.

| | |
|---|---|
| /s Daniel D. Williams | /s Ryan L. Isenberg |
| David W. Stark | Ryan L. Isenberg |
| Heather Carson Perkins | ISENBERG & HEWITT, P.C. |
| FAEGRE & BENSON LLP | 7000 Peachtree Dunwoody Road, Bldg 15, Suite 100 |
| 3200 Wells Fargo Center | |
| 1700 Lincoln Street | Atlanta, Georgia 30328 |
| Denver, Colorado 80203 | Telephone: (770) 351-4400 |
| Telephone: (303) 607-3500 | Facsimile: (678) 990-7737 |
| Facsimile: (303) 607-3600 | E-mail: ryan@isenberg-hewitt.com |
| E-mail: dstark@faegre.com | |
| hperkins@faegre.com | |

Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Telephone: (303) 447-7700
Facsimile: (303) 447-7800
E-mail: dwilliams@faegre.com
ttate@faegre.com

**Counsel for Plaintiff NetQuote, Inc.**

**Counsel for Defendants MostChoice.com, Inc. and Brandon Byrd**

# CERTIFICATE OF SERVICE

I certify that on this 6th day of December, 2007, I electronically filed the accompanying **STIPULATION OF DISMISSAL OF COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com


    /s Daniel D. Williams