# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

### NOTICE OF VIDEOTAPED DEPOSITION OF JOHN DORIA

---

TO:   THE ABOVE NAMED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on **November 16, 2007, commencing at 2:30 p.m.**, and continuing from day to day thereafter until completed, at the Summit Court Reporting Satellite Office, 500 Office Center Drive, Suite 400, Fort Washington, Pennsylvania 19034, Plaintiff will take the videotaped deposition of **John Doria** upon oral examination before a notary public, certified shorthand reporter, or any other officer authorized by law to take depositions in the State of Pennsylvania. The deposition will be taken before a person authorized to administer oaths, and shall be recorded by videotape and stenographic means. This deposition is being taken for the purpose of discovery, for use at trial or for such other purposes as are permitted under the rules of Court.

Dated: November 7, 2007	Respectfully submitted,

                                      _/s Daniel D. Williams_
David W. Stark
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel: (303) 607-3500 / Fax: (303) 607-3600
E-mail: dstark@faegre.com

Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Tel: (303) 447-7700 / Fax: (303) 447-7800
E-mail: dwilliams@faegre.com
        ttate@faegre.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2007, the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF JOHN DORIA** was served via e-mail and U.S. mail, first class postage prepaid, on the following:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com


                                                 *s/ Daniel D. Williams*