# EXHIBIT C



# MINITRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO. 07-cv-00630-DME-MEH

---

VIDEODEPOSITION OF:
STEPHEN A. DUREE
EXAMINATION DATE: NOVEMBER 2, 2007

---

NETQUOTE INC., a Colorado corporation,

Plaintiff,

v.

BRANDON BYRD, an Internet user making us of the IP addresses 64. 136 .27 .226 and 64. 136. .26 .227, and,

MOSTCHOICE.COM, INC., a Georgia corporation,

Defendants.

---

## APPEARANCES

HEATHER CARSON PERKINS, ESQ.
RYAN L. ISENBERG, ESQ.

Page 48

1 of aggregate size of a particular account, all of
2 these matters being subjectively considered as I
3 visually scanned account by account, as set forth
4 on the Exhibit 3 series.
5     Q    And you have that --
6     A    3.3, I mean, series.
7     Q    And you have that in front of
8 you?
9     A    Yes.
10    Q    Can I put that up on the screen,
11 see if I can make it big enough for someone other
12 than Superman to read it?
13    A    I don't mean to be facetious, but
14 you would have been better to have printed it on
15 8 1/2-by-17 paper than what you're trying.
16         MS. PERKINS: Here, you can take
17 my copy.
18         THE DEPONENT: I want to, in case
19 we have to look at it together, put it there.
20         Before you get too far into this, you
21 need to tell us what page you're on.
22         MR. ISENBERG: This is SD -20.
23         MS. PERKINS: SD -20.
24         MR. ISENBERG: And I'm really not
25 concerned with the name of the customer. I don't

Page 49

1 think that has anything to do with anything I
2 want to ask.
3         Let me see. Now, this is Exhibit 2.
4 All right.
5     Q    (BY MR. ISENBERG) All right.
6 I'm on SD -23.
7         MS. PERKINS: Okay.
8     Q    (BY MR. ISENBERG) All right.
9 Looking -- let me see -- looking at the top, I
10 guess the first -- the first customer that's
11 identified up there is HSBC. Is that -- do you
12 see that?
13    A    The very top line is, yes.
14    Q    Okay. And is this one of the
15 customers that you did a visual scan for?
16    A    Yes, but it's also a national.
17    Q    Okay. So tell -- tell me the
18 difference in -- in what you did for the national
19 accounts versus the local accounts in determining
20 whether or not there was a correlation between
21 Mr. Byrd's submissions and the customer
22 terminating.
23    A    With respect to the national
24 accounts, the two already identified, I
25 identified them through my procedures, as did the

Page 50

1 company itself; as did NetQuote.
2         It's my understanding that the causal
3 link between the malicious applications and the
4 loss of these accounts will be otherwise
5 established, and I have been asked to assume that
6 they were 100 percent impacted.
7     Q    With respect to the national
8 accounts only?
9     A    Correct.
10    Q    Okay. So it was the local
11 accounts that you did the visual inspection on,
12 primarily, to reach your conclusion?
13    A    To reach a conclusion that they
14 should be included in the population of those
15 primarily impacted.
16    Q    Are you able to point in this
17 exhibit or a following exhibit where the local
18 account analysis begins?
19    A    Exhibit 3.2, starting on SD0028,
20 is a listing of month-by-month activity for those
21 accounts that are classified as terminated or had
22 July '07 zero revenues; and there are 21 pages of
23 that exhibit.
24         If you go to Exhibit SD0049, there is a
25 similar listing of those accounts that were

Page 51

1 classified as inactive, and the format and
2 process in Exhibit 3.2 and 3.3 is similar.
3         The classification of whether they were
4 impacted or were not was done by a visual scan,
5 and in each instance, the summary line, which is
6 set forth in bold on those two exhibits, was
7 carried forward to Exhibit 3.1 and then further
8 summarized into Exhibit 2.
9     Q    Okay. All right. So let's take
10 a look at, I guess, back to SD -23, then. It's
11 -- this -- this contains the summary of those
12 bold items that we just talked about?
13    A    The summary lines which are set
14 forth in bold on the prior exhibits or the
15 downstream exhibits are brought forward as a line
16 item and sorted in Exhibit 2. -- 3.1 setting --
17 set forth on SD -23 through -27, probably. Yes.
18    Q    All right. So my understanding,
19 then, is that you were able to make a visual
20 determination that the customers represented in
21 3.1 were -- their relationship ended as a result
22 of the malicious leads?
23    A    Not quite.
24    Q    Okay. In the -- in the aggregate
25 -- I understand that you totaled that amount out