# EXHIBIT D

# netQUOTE

| Start Saving | Applicant Info | Medical History | Coverage Type | Final Page |

**Final Page**
Your security is our first priority - Click submit for insurance savings

| Field | Value |
|---|---|
| Street Address: | 5600 Roswell Road |
| Apt or Unit: | |
| City, State, ZIP Code: | Atlanta / GA / 30342 |
| Please enter a valid **E-mail address**: | mlevy3@mostchoice.cc |
| Check here to receive the NetQuote e-Newsletter with money-saving tips: | ☐ |
| Home Telephone Number: (format: 212-555-1234) | 4045319858 |
| Daytime Telephone Number: | 4045319858   Ext: |

NO JUNK MAIL

DISCLOSURE: Where permitted by law, some insurance companies or their agents may confirm your information, through the use of consumer reports, which may include credit score and driving record.

By submitting this information, I request that insurance companies or their agents and NetQuote partners subscribing to the NetQuote service contact me via email, telephone or fax, using the information I have supplied, to provide quotes or to obtain additional information needed to provide quotes.

Submit

Privacy Policy | SiteMap
© 2007 NetQuote, Inc. All Rights Reserved.



▸ Thank you for completing the application process.

# You've Been Matched!



⦿ Your Application ID is -32
**Application Type:** Life

## Next Steps

**1** **Check your email.** You will receive an email with a list of your matching agents.
This email will serve as the "receipt" of your application. You will also find a link to your matching agents and resources to help you get the best deal.

**2** **Talk to your agents.** You will receive personal contact from your matching agents via phone and email.

> ▸ Get the most accurate quote – Making contact with your agents gives them the opportunity to confirm your information or ask any additional questions needed to give you the best quote possible.
>
> ▸ Get the best quote – Be sure to connect with all your agents. The more agents you have competing for your business, the better chance you have to save money on your policy.

**3** **Get the right price.** Have your current policy handy so you're comparing "apples-to-apples" and be sure to read the information below.

> ▸ **What to Know When Talking to an Agent**
> Asking these 5 questions will help you and your matching agents determine the best auto policy for you.
> Read More
>
> ▸ **Tips to Help You Save Money on Life Insurance**
> Simple tips on how to increase your opportunity for savings.
> Read More
>
> ▸ **Buyers' Guide For Life Insurance**
> Need a bit more information? This guide will help you research, understand, and select the right policy for your insurance needs.
> Read More

## Additional Insurance Savings

NetQuote provides the most complete choice of insurance options and we're ready to help you find the best deals with all types of insurance.

▸ Auto Insurance Quotes
▸ Home Insurance Quotes
▸ Health Insurance Quotes

**netQUOTE eNewsletter**

FREE monthly newsletter with fun tips and insurance advice.

Sign Up



Mostchoice Supp. Doc. Prod. 0111     11/20/2007 12:09 PM

Privacy Policy   |   Site Map
© 2004 NetQuote, Inc. All Rights Reserved.

