IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2007.**

    Defendants' unopposed Motion to File Documents Under Seal in Connection with Defendants' Response to Plaintiff's Motion to Reopen Depositions ("Motion") [filed December 3, 2007; doc #130] is hereby **granted**. The Clerk of the Court is directed to maintain under seal the document found under doc #131.