# EXHIBIT D

# Tate, Teresa Taylor

| | |
|---|---|
| **From:** | Tate, Teresa Taylor |
| **Sent:** | Tuesday, October 16, 2007 4:41 PM |
| **To:** | 'Ryan L. Isenberg, Esq.' |
| **Cc:** | Perkins, Heather Carson; Williams, Daniel D.; Kennedy, Cecil A.; Eurich, Debbie K.; Shaffer, Ann P. |
| **Subject:** | Redacted Expert Report |
| **Attachments:** | Duree Redacted Report SD 1R - SD 81R (2).pdf |

Ryan:

Attached please find the redacted version of the Report on NetQuote's Damages Resulting from Byrd/MostChoice Submission of Malicious Applications to NetQuote and the Related Effects on NetQuote and Its Business. Please note that the document is designated confidential.

Feel free to contact me should you have any questions.

Best,
Teresa

12/7/2007