# EXHIBIT E

# Tate, Teresa Taylor

**From:** Tate, Teresa Taylor
**Sent:** Wednesday, October 24, 2007 4:00 PM
**To:** 'Ryan L. Isenberg, Esq.'
**Cc:** Williams, Daniel D.
**Subject:** Redacted documents and cost sharing

Ryan:

I wanted to follow up with you regarding engaging the third party vendor to review the customer lists and cost sharing. As we discussed on Monday, please let me know as soon as possible whether MostChoice would like to move forward with this.

Also, Dan asked me to respond to your email of October 23, 2007 regarding the specific redactions you proposed. The redactions are acceptable to us provided that you remove the attorneys eyes only designation and mark the redacted documents as confidential. Then you may share them with your client per the Protective Order; please provide a copy to us as well.

Best,
Teresa



LAWYER BIOGRAPHIES | PRACTICE EXPERIENCE | CONTACT US

Faegre & Benson LLP

**Teresa Taylor Tate**
Associate
**Faegre & Benson LLP**
1900 Fifteenth Street
Boulder, CO 80302-5414
303-447-7743 / FAX 303-447-7800
TTate@faegre.com

Biography | Download My Contact Info as V-Card | http://www.faegre.com/

COLORADO | MINNESOTA | IOWA | LONDON | FRANKFURT | SHANGHAI

12/7/2007