**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

# MEMORANDUM

TO: File 07-cv-00630-DME-MEH

FROM: Sarah Saunders

SUBJECT: Sealing of Plaintiff's Response to Mostchoice's Motion to Modify Protective Order, or For Relief from Protective Order (Document #142)

DATE: December 11, 2007

    Pursuant to the instruction of Magistrate Judge Hegarty's chambers this date, the exhibits A and B, filed December 11, 2007, were sealed. Counsel will be filing a Motion to Seal.

(Rev. 10/02)