IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## UNOPPOSED MOTION TO FILE ATTACHMENTS TO NETQUOTE RESPONSE BRIEF CONCERNING PROTECTIVE ORDER UNDER SEAL

Plaintiff NetQuote, Inc. ("NetQuote"), through undersigned counsel, moves to file Exhibits A and B accompanying its Response To MostChoice's Motion To Modify Protective Order, or for Relief From Protective Order, under seal, and in support of its motion, states as follows:

1. On December 11, 2007, Plaintiff filed its Response To MostChoice's Motion To Modify Protective Order.

2. Portions of Exhibits A and B accompanying the Response Brief contain materials that the parties have designated as Attorneys Eyes Only under the Protective Order in this action.

3. The Protective Order requires that materials designated as Attorneys Eyes Only be filed under seal. (Protective Order ¶ 10 (Dkt. # 74).) Accordingly, Plaintiff respectfully

requests that Exhibits A and B to their Response Brief filed on this date be maintained under seal.

4.      Pursuant to D.C.Colo.L.Civ.R. 7.1(A), undersigned counsel contacted counsel for Defendants to determine if Defendants would oppose this motion and counsel for Defendants stated that Defendants do not oppose the relief requested.


Dated:  December 11, 2007                                   Respectfully submitted,


    *s/Daniel D. Williams*
Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Tel: (303) 447-7700 / Fax: (303) 447-7800
E-mail:   dwilliams@faegre.com
           ttate@faegre.com

David W. Stark
Heather Carson Perkins
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel:  (303) 607-3500 / Fax:  (303) 607-3600
E-mail:   dstark@faegre.com
           hperkins@faegre.com

**Attorneys for Plaintiff NetQuote, Inc.**

## **CERTIFICATE OF SERVICE**

      I certify that on this 11th day of December, 2007, I electronically filed the accompanying **UNOPPOSED MOTION TO FILE ATTACHMENTS TO NETQUOTE RESPONSE BRIEF CONCERNING PROTECTIVE ORDER UNDER SEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Ryan L. Isenberg, Esq.
    ISENBERG & HEWITT, P.C.
    7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
    Atlanta, GA 30328
    ryan@isenberg-hewitt.com

                                          *s/Daniel D. Williams*_____