# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO FILE ATTACHMENTS TO NETQUOTE'S RESPONSE BRIEF CONCERNING PROTECTIVE ORDER UNDER SEAL**

---

The Court, having considered the Unopposed Motion to File Attachments to NetQuote's Response Brief Concerning Protective Order Under Seal, hereby ORDERS that the Motion is GRANTED, and Exhibits A and B shall be maintained under seal.

DATED this _____ day of December, 2007.

                BY THE COURT:

                _____
                United States Magistrate Judge