IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 14, 2007.**

      Plaintiff's Unopposed Motion to File Attachments to Netquote Response Brief Concerning Protective Order Under Seal ("Motion") [filed December 11, 2007; doc #145] is **granted**. The Clerk of the Court is directed to maintain under seal the documents found at doc #142-2 and doc #142-3.