IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC**, a Colorado corporation,

   Plaintiff,

v.

**BRANDON BYRD**, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

**MOSTCHOICE.COM, Inc.**, a Georgia corporation

   Defendants.

_____

UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL
IN CONNECTION WITH
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND
MOTION TO EXCLUDE EXPERT TESTIMONY
_____

   COMES NOW, Mostchoice.com, Inc. and files this Motion to File Documents Under Seal in Connection with Defendants' Motion for Summary Judgment and Motion to Exclude Expert Testimony and shows this Court the following:

1.

   The Court entered a protective order [Dkt. #74] on 8/23/07.

2.

   As part of the protective order, the parties have been granted the ability to designate certain documents as confidential and highly confidential, including documents produced and deposition transcripts.

3.

Defendants wish to file a memorandum of law in support of its motion for summary judgment, a motion to exclude plaintiff's expert witness, exhibits and deposition transcript excerpts that have been designated by the plaintiff as confidential or highly confidential. Section 10 of the protective order requires documents that have been so designated to be filed under seal pursuant to LR 7.3.

4.

Accordingly, defendants request permission to file the following under seal

(1) Memorandum of Law in Support of Motion for Summary Judgment

(2) Motion to Exclude Plaintiff's Expert Witness

(3) Master Exhibits and Deposition Transcripts to be considered for both (1) and (2)

5.

Defendants have conferred with counsel for the plaintiff pursuant to LR 7.1 and the plaintiff does not oppose this motion.

[Signature on next page]

Dated this 14TH day of December, 2007.

                                             **s/ Ryan Isenberg**
                                             Ryan L. Isenberg, Esq.
                                             Isenberg & Hewitt, P.C.
                                             7000 Peachtree Dunwoody Road
                                             Building 15, Suite 100
                                             Atlanta, Georgia 30328
                                             Telephone: 770-351-4400
                                             Facsimile: 770-828-0100 (Fax)
                                             Email: ryan@isenberg-hewitt.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of December, 2007, I served the foregoing Motion to File Documents under Seal by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                             **s/ Ryan Isenberg**