# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

___

## ORDER GRANTING MOTION TO SEAL
___

The Court having reviewed Defendants Unopposed Motion to Seal its Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Motion to Exclude Expert Witness, and the Exhibits and Transcript Excerpts in support thereof, and having previously entered a protective order requiring that documents containing confidential materials be filed under seal [Dkt. #74] it hereby ORDERED that this motion is GRANTED.

The Clerk is directed to file the following documents under seal.

(1)    Memorandum of Law in Support of Motion for Summary Judgment

(2)    Motion to Exclude Plaintiff's Expert Witness

(3)    Master Exhibits and Deposition Transcripts to be considered for both (1) and (2)

This the ___ day of _____, 2007.

                                                                                      _____
                                                                                    United States Magistrate Judge