## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

     **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

     **Defendants.**

---

### MOTION FOR SUMMARY JUDGMENT

---

COME NOW, Defendants Mostchoice.com, Inc. and Brandon Byrd and file this their Motion for Summary Judgment. Defendants show that there are not issues of material fact in dispute and that judgment is warranted as a matter of law in their favor. In support of this motion, Defendants rely upon all pleadings of record, a Memorandum of Law in Support Hereof, a Motion to Exclude the Plaintiff's Expert Witness, and Exhibits and Depositions, which have been filed with the Court.

WHEREFORE, Defendants pray that this motion be granted, or in the alternative, be granted in part should the Court find that appropriate.

[Signature on next page]

Dated this 14th day of December, 2007.

**s/ Ryan Isenberg**
Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
Telephone: 770-351-4400
Facsimile: 770-828-0100 (Fax)
Email: ryan@isenberg-hewitt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2007, I served the foregoing Motion for Summary Judgment by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

**s/ Ryan Isenberg**
