IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, Inc., a Georgia corporation

    Defendants.

---

### DECLARATION OF MICHAEL LEVY UNDER 28 U.S.C. § 1746

---

1.  My name is Michael Levy. I am over the age of 18 and have personal knowledge of the matters discussed herein.

2.  I am a founder of Mostchoice.com and have been an officer of Mostchoice.com, Inc. since its inception.

3.  I am and have been a licensed insurance agent.

4.  In my capacity as an officer of Mostchoice.com, I monitor internet forums where insurance agents comment on lead generations companies such as Mostchoice, Netquote, and others. One such forum is located at www.insurance-forums.net.

5.  The agent comments at insurance-forums.net is an important resource for monitoring the lead quality of industry competitors including Netquote.

6. Attached as Exhibit 1 to this affidavit are web pages from insurance-forums.net that refer to Netquote.

7. These forums remain available on the internet.

8. I am personally familiar with following internet websites: (1) www.quickrewards.net (2) www.treasuretrooper.com (3) www.opinionnaire.com (4) www.cashcrate.com (5) www.sattelitesweeps.com and (6) www.mypoints.com

9. Each web site listed in paragraph 7 above, provides incentives in the form of cash or prizes to complete various forms. Specifically, and for instance, I joined treasuretrooper.com which serves the purpose of allowing individuals to "take surveys, sample products, signup for free trials, join clubs, register for credit cards and get paid for it all."

10. A Netquote insurance application was completed through the treasuretrooper.com website, and the process is attached as Exhibit 2. .

11. For completing the Neqtuote application as described in paragraph 9 above, I was compensated with a "platinum coin," which (if you earn enough) can be redeemed for prizes including an iPhone or an x-box.

12. I have attached copies of the other websites identified in paragraph 7 above as Exhibit 3 that, similar to treasuretrooper.com compensate individuals for completing Netquote's application.

13. I declare under penalty or perjury that the foregoing is true and correct to the best of my knowledge.

Sworn to and subscribed before me this the 11th day of December, 2007.

Notary Public - My commission expires:

Michael A. Levy