# EXHIBIT 1
# Levy. Decl.

Dockets.Justia.com

## Ryan Isenberg

**From:**    Saved by Windows Internet Explorer 7
**Sent:**    Sunday, September 02, 2007 5:55 PM
**To:**      Saved by Windows Internet Explorer 7
**Subject:** Netquote Anyone - Insurance Agent Forum



📁 Insurance Agent Forum  >  Insurance Agents and Brokers Forum  >  General Insurance Agent Discussions
└📁 **Netquote Anyone**

| Register | FAQ | Members List | Calendar | Today |
|----------|-----|--------------|----------|-------|

Welcome to the **Insurance Agent Forum**.

You are currently viewing our boards as a guest which gives you limited access to view mos
features. By joining our **free** community you will have access to post topics, communicate p
respond to polls, upload content and access many other special features. Registration is fast
**join our community today**!

If you have any problems with the registration process or your account login, please contact

This is a discussion on **Netquote Anyone** within the General Insurance Agent Discussions fo
Brokers Forum category.

Has anyone tried them? I just called them and they offered me 25 free leads, but had to cor

« i-Relay | USPC leads »



**Post Reply**

---

05-22-2007, 11:00 AM

**AGENTZERO**
**New Member**

Join Date: May 2007
Posts: 1

**Netquote Anyone**

Has anyone tried them?

I just called them and they offered me 25 free leads, but had to
They commented that I could reduce my number of leads after t

---

05-22-2007, 11:04 AM

*STIBROKER@AUSTIN.RR.COM*

**Guru**

[x] STIBROKER@AUSTIN.RR.COM's Avatar

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

$25 worth of free internet health leads.

**CALL STIBROKER FOR YOUR**

---

05-22-2007, 02:08 PM

**djs**
**Expert**

Join Date: Mar 2007
Posts: 153

Quote:

> Originally Posted by **AGENTZERO** 
> *Has anyone tried them?*
>
> *I just called them and they offered me 25 free leads, but ha
> services. They commented that I could reduce my number o*

I've known agents to swear by netquote leads, others who can't
internet leads, not just netquote.

Netquote advantages are they are pretty well 'qualified' leads, n
sources. They also provide more information than some other so

The problem is, you have to be quick to respond to a quote requ
way to position yourself. If your looking at health, remember tha
be doing a high pressure close before you talk to the client. They
that, especially if you come across the same (again, this is true
insureme seem to be worse).

Depending on what you sell (P&C or health or life), I would not r
or insureme. They are a bit like being with the lions and tigers a
pricey for a lead (not outrageous). With internet leads, I like to l
doesn't work for me. 90 days seems a bit to long, even with 25

Your experience will vary greatly depending on where you are, v
your product pricing is for your market.

Dan





---

05-22-2007, 02:27 PM

**somarco**
**Guru**



Join Date: Sep 2006
Location: Atlanta
Posts: 1,766

  

> Quote:
> 
> Netquote advantages are they are pretty well 'qualified' lead
> other sources.

Since when?

Three years ago I would agree with that statement.

Six months ago I fired them for the low quality of leads they gen
bad leads. If so, why did I still get diabetics, currently pregnant,

> Quote:
> 
> you have to be quick to respond to a quote request, day or
> position yourself. If your looking at health, remember that s
> be doing a high pressure close before you talk to the client.
> after that, especially if you come across the same (again, th
> netquote and insureme seem to be worse).

I never call my leads until 3 - 5 days afterward. By then they ha

explaining my services & the way I work. They also have a no ol
another 1800 available on request).

By the time I call they are completely beat up by the high press
someone who will not push them into making a decision RIGHT |

> Quote:
>
> 90 days seems a bit to long, even with 25 free leads.

If you live in a metro area, pick 1 - 2 zip codes near your home.
buggers.

I scaled down my NQ leads to one zip code before firing them. C
increased their price from $6.50 to $10 without warning.

There are plenty of folks that will offer quality leads for $8 or so

If you want volume, NQ is someone to consider.

If you want value, look elsewhere.

_____
*The doctor is in. Five cents please.*
You can find me here





---

05-22-2007, 02:45 PM

**arnguy**
**Guru**

Join Date: Sep 2006
Location: USA
Posts: 905



Somarco, where would you suggest one look? 





---

05-22-2007, 02:50 PM

**CHUMPS FROM OXFORD**
**Guru**



I have used NetQuote for about 7-8 years. I have slowly been sl
other lead sources. I pay $8.50 per lead, so it is profitable. But t



Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



yesterday, I called someone about an hour after I received the l
"applied" for coverage on the NetQuit site. (Yes...I know I typed

I'm hoping to get the business anyway (Agent of record letter),
———————————————
And several butcher's aprons.



---

☐ 05-22-2007, 03:14 PM

**somarco**
Guru



Join Date: Sep 2006
Location: Atlanta
Posts: 1,766





Check out **Hometown Quotes.**

Call Ambrosha at 615-599-5506 x104 and mention my name (B
and give me a $500 finders fee.

OK, not really, but I do get a small credit on my lead account fo

Lead volume has been sufficient for my needs (some days way t
industry. You can apply filters to keep out most undesirable lea
leads than with other sources.

Really not anyone else I can recommend at this time & I have tr

Maybe Chumps will share some of his knowledge on who the go
———————————————
*The doctor is in. Five cents please.*
You can find me here



---

☐ 05-22-2007, 04:56 PM

*STIBROKER@AUSTIN.RR.COM*



Guru



 STIBROKER@AUSTIN.RR.COM's Avatar

Quote:

> Originally Posted by **CHUMPS FROM OXFO**
> *Just yesterday, I called someone about an h*
> *time, the prospect had "applied" for coverag*

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

and you did not get an agent of record letter.....







---

☐ 05-22-2007, 05:15 PM

**CHUMPS FROM OXFORD**
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



Quote:

> Originally Posted by **STIBROKER@AUSTIN.RR.COM** 
> *and you did not get an agent of record letter......you are no*

???

Another is Leadco.biz. My experience is limited with them, but n
solid, especially with the new system where the consumer picks
_____
And several butcher's aprons.

 

---

☐ 05-22-2007, 05:41 PM

*STIBROKER@AUSTIN.RR.COM*



**Guru**

 STIBROKER@AUSTIN.RR.COM's Avatar

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490



Quote:

> Originally Posted by **CHUMPS FROM OXFO**
> *???*

whats the problem........





□ 05-22-2007, 08:44 PM

**CHUMPS FROM OXFORD**
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

Quote:

> Originally Posted by **STIBROKER@AUSTIN.RR.COM** ▶
> *whats the problem........*

I have no idea what you are talking about.

C'mon Washburn. Beat TB tonight.
_____
And several butcher's aprons.

□ 05-22-2007, 10:04 PM

*STIBROKER@AUSTIN.RR.COM*
**Guru**

STIBROKER@AUSTIN.RR.COM's Avatar

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

Quote:

> Originally Posted by **CHUMPS FROM OXFO**
> *I have no idea what you are talking about.*

what kind of case did you lose....life or health...
_____

**CALL STIBROKER FOR TOUR**

□ 05-22-2007, 11:34 PM

**Peelerinsurance.com**
**Expert**

somebody mention hometown quotes???? what a joke, read t



Join Date: Nov 2006
Posts: 129

check that... now im up to 15 spam mesg.... look here is where i will st
http://www.insurance-forums.net/
----- Original Message ----- **From:** Charles F. Peeler Jr.
**To:** agents@hometownquotes.com
**Sent:** Tuesday, May 22, 2007 10:25 PM
**Subject:** spam spam spam

i am an agent with 15 years of health insurance experience... i am look
chance to produce hassle free.... i entered in a dummy quote with a co
address i have and upon hitting submit have gotten atleast 7 spam off
companies... what a joke... let me spell it again... j. o. k. e. i will spread
board i am on... piss off

charles peeler



  

---

05-23-2007, 06:32 AM

## somarco
**Guru**



Join Date: Sep 2006
Location: Atlanta
Posts: 1,766





Peeler -

Suggest you send that to Paul Cioffo (paul@hometownquotes.co
than anything.

They have some rogue affiliates that are putting up crap sites to
conversations with them about the declining quality and they are

They have a more liberal credit policy than anyone.

_____
*The doctor is in. Five cents please.*
You can find me here



 

---

05-23-2007, 06:45 AM

## bluemarlin08
**Expert**



I tried netquote with little success, however my experience has

Join Date: May 2007
Posts: 222

buying health leads. Because the leads are relatively cheap, lots
insurance related firms for various reasons. I have much better
better and I don't have to phone as many people and talk with f
prepared for the onslaught of phone calls, most from out of stat





---

📄 05-23-2007, 09:25 AM

## CHUMPS FROM OXFORD
**Guru**





Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

Quote:

> Originally Posted by **STIBROKER@AUSTIN.RR.COM** 
> *what kind of case did you lose....life or health.....*

Health. Family of 6 (2 smoking adults). Aetna was their best opt
the day I received the lead. They mentioned they hit the "apply"
them by the lead company.

I explained that I was offering the same thing and they could ha
a hard copy and we'll tak about the agent of record letter next w

I hate when that happens.
————————————————
And several butcher's aprons.





---

📄 05-23-2007, 10:47 AM

## *STIBROKER@AUSTIN.RR.COM*



❌

**Guru**

❌ STIBROKER@AUSTIN.RR.COM's Avatar

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

Quote:

> Originally Posted by **CHUMPS FROM OXFO**
> *Health. Family of 6 (2 smoking adults). Aetn*
> *them and left a message the day I received*
> *"apply" button on the "screen" that was give*
>
> *I explained that I was offering the same thi*
> *no cost. So I sent them a hard copy and we*

*next week.*

*I hate when that happens.*

In that situation you find out what plan they ap|
can tell them we can change to the right plan….|
on aetna (hsa) and the kids on a co~pay plan s|
important it is not just buying a health plan bec|
after year…….you are hiring an insurance broke|
after year and help get your claims paid down th|
this….also I will look at what you are doing with|
you might need down the line……SOOOOOO….t|
your agent and I will track this and make sure w|
interest…..(but that is why I do not buy leads fr|
lead I am buying….and able to turn your leads |
weekends….thats when I take my leads…)





---

 05-23-2007, 11:42 AM

**cadylou**
**Expert**

Join Date: Dec 2006
Location: Kansas City
Posts: 113



sti - when you say "turn leads on & off", do you mean that you u
the course of a day? or do you have to set the service for "vaca|
if they do allow you to turn it off & on in the course of a day.



---

 05-23-2007, 11:53 AM

*STIBROKER@AUSTIN.RR.COM*


**Guru**



Quote:

Originally Posted by **cadylou** 
*sti - when you say "turn leads on & off", do|*
*allows you to do that in the course of a day|*

STIBROKER@AUSTIN.RR.COM's Avatar



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

Yes….
_____

05-23-2007, 11:53 AM

**cadylou**
**Expert**

Join Date: Dec 2006
Location: Kansas City
Posts: 113

So, can I ask - who do you use?

05-23-2007, 11:54 AM

*STIBROKER@AUSTIN.RR.COM*

**Guru**

STIBROKER@AUSTIN.RR.COM's Avatar

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

Quote:
> Originally Posted by **cadylou**
> *So, can I ask - who do you use?*

$25 worth of free internet health leads.
_____

05-23-2007, 12:02 PM

**cadylou**
**Expert**



Join Date: Dec 2006
Location: Kansas City
Posts: 113

thx

---

05-23-2007, 12:04 PM

**CHUMPS FROM OXFORD**
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

InsureMe allows you to do that. NetQuote does not.
_____
And several butcher's aprons.

---

05-23-2007, 12:09 PM

**CHUMPS FROM OXFORD**
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

I must say this about VIMO. I don't like them. They also plug co
leads to you. I just ran a sample lead last week. Sure, the client
also gets a Norvax style quote with a chance to "apply now."

I asked VIMO about this with no response.
_____
And several butcher's aprons.

---

05-23-2007, 12:31 PM

*STIBROKER@AUSTIN.RR.COM*



**Guru**

 STIBROKER@AUSTIN.RR.COM's Avatar

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

> Quote:
>
> Originally Posted by **CHUMPS FROM OXFO**
> *I must say this about VIMO. I don't like the*
> *same time they sell the leads to you. I just*
> *client gets the names of agents that will call*
> *with a chance to "apply now."*
>
> *I asked VIMO about this with no response.*

but it is buried at the bottom and by the time I
all because 50% are going in spam filers….



 

 Post Reply

Insurance Agent Forum > Insurance Agents and Brokers Forum > General Insurance Agent Discussions

« i-Relay | USPC leads »

## Similar Threads for: Netquote Anyone

| Thread | Thread Starter | Forum |
|---|---|---|
| Just signed up for NetQuote Free Leads… | Alsky | Individual Health Insur |
| Netquote Admits Fraud… | CHUMPS FROM OXFORD | General Insurance Age |

All times are GMT -4. The time now is 05:54 PM.

Powered by vBulletin® Version 3.6.7
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.
Content Relevant URLs by vBSEO 3.0.0

2006-2007, Insurance Forums

**Ryan Isenberg**

**From:** Saved by Windows Internet Explorer 7

**Sent:** Sunday, September 02, 2007 5:55 PM

**To:** Saved by Windows Internet Explorer 7

**Subject:** Netquote Anyone - Page 2 - Insurance Agent Forum

Insurance Agent Forum > Insurance Agents and Brokers Forum > General Insurance Agent Discussions
Netquote Anyone

| Register | FAQ | Members List |
|----------|-----|--------------|

Welcome to the **Insurance Agent Forum**.

You are currently viewing our boards as a guest which gives you limited access to view most
topics, communicate privately with other members (PM), respond to polls, upload content an
**community today**!

If you have any problems with the registration process or your account login, please contact

This is a discussion on **Netquote Anyone** within the General Insurance Agent Discussions fo

Perhaps. But if they input the info at 9:00 p.m. on a Saturday…they'll be checking EHealth.

« i



 05-23-2007, 02:23 PM

## CHUMPS FROM OXFORD
**Guru**

 Default

Perhaps. But if they input the info at 9:00 p.m. on a Saturday…

Your point is valid. But I think I'll hold off on them for now.
_____
And several butcher's aprons.

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



 05-23-2007, 04:02 PM

### STIBROKER@AUSTIN.RR.COM
 Moderator
**Guru**



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490



Quote:

Originally Posted by **Peelerinsurance.com**
*somebody mention hometown quotes???? w*

*check that... now im up to 15 spam mesg.... look h*
*----- Original Message ----- From: Charles I*
**To:** agents@hometownquotes.com
**Sent:** Tuesday, May 22, 2007 10:25 PM
**Subject:** spam spam spam

*i am an agent with 15 years of health insurance ex*
*dummy quote with a correct email address into an*
*related companies... what a joke... let me spell it a*

*charles peeler*

Whats worse is home town is trying to sell the s

**Sent:** Tuesday, May 22, 2007 9:47 PM
**Subject:** [SPAM] Your Health Insurance Quotes



Hi todd, Thank you for visiting HometownQuo
local agents for all of insurance needs.
To view the agents you were matched with jus
our partners, can provide you with instant, onl
If you want to increase your savings even mo
Simply click here to save even more money to
Thanks again,
HometownQuotes.Com Customer Service



*Last edited by STIBROKER@AUSTIN.RR.COM : 05-23-200*

STIBROKER@AUSTIN.RR.COM is online now

---

☐ 05-23-2007, 11:09 PM

## CHUMPS FROM OXFORD
**Guru**

☒ Default

Wow. Seven agents, including the dreaded EHealth. Rediculous.

_____

And several butcher's aprons.

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

---

☐ 05-24-2007, 12:04 AM



## K-Dub
**Expert**



Join Date: Sep 2006
Location: Colorado
Posts: 239



 Default

Garbage!! I will never let anyone I know buy these worthless lea

_____

**Kris Willy**
**Colorado Health Solutions**
**http://www.coloradohealthsolutions.com/**

 

---

05-24-2007, 12:00 PM

## Hunter
**Super Genius**



Join Date: Feb 2007
Posts: 18

 Default

After reviewing some of the comments on this thread about Hon

Bob – Thank you very much for your kind words. Please give Am
questions or offer suggestions – anything to help agents with th

Mr. Peeler – We DO NOT sell consumer data. It's as simple as th
know what name you used when you filled out the bogus inform

Scott (STIBroker) – Yes, we have a relationship with Ehealth. Ho
you or any other agent, especially when the consumer is forced
empathize with the desire to not have a lead going to 100 agent
presented on our Thank You page as well. Please keep in mind t
consumer experience, consumers are not going to be as respons

To conclude, I am willing to put my money where my mouth is.

Until the end of June I will be offering...

$100 in free leads.
No commitment.
No contract.
No credit card.

Mention promo code ***Forum Deal.***

Give us a shot to prove what Somarco and the other agents we
we can part as friends...no questions asked.

_____

Hunter Ingram
CEO
HometownQuotes.com
615-599-5506





05-24-2007, 02:23 PM

*STIBROKER@AUSTIN.RR.COM*



**Guru**



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

 Default

[quote=Hunter;19336]
Scott (STIBroker) – Yes, we have a relationship
is a threat to you or any other agent, especially
quote...........

I am interested to know what name you used w
quote."

.[ /quote]

Hi todd, Thank you for visiting HometownQuo
local agents for all of insurance needs.
To view the agents you were matched with jus
our partners, can provide you with instant, onl
If you want to increase your savings even mor
Simply click here to save even more money to
Thanks again,
HometownQuotes.Com Customer Service

is this not the email that you send the clie
agency's and a link to YOUR ehealth site



**eHealth Insurance for Instant Quotes**,.....,,

co's listed at the bottom.....but really....I

these leads run the rates OR hit apply link

wanting to know what was the name pe



*Last edited by STIBROKER@AUSTIN.RR.COM : 05-24-200*

STIBROKER@AUSTIN.RR.COM is online now

---

05-24-2007, 06:00 PM

**Peelerinsurance.com**
**Expert**



 Default

Join Date: Nov 2006
Posts: 129

well, well, well….. if it walks like a duck, quacks like a duck a
consumer data…. well, something was done with it but since
FACT: within about a minn. of hitting submit i got about 10 sp
just fill in the blanks.

FACT: About an hour later i got hit with another round of bom

FACT: the email address i used has only been given to one pe

FACT: your "thank you" page had about 8 companies to choo

FACT: the next day i started reciving quotes from a company

FACT: your in bed with ehealth insurance and somehow you a

COULD BE FACT: a friend of mine has used u for some time a
contiuned to say they didnt send me the lead… they bumped

FACT IS FACT!!!! YOU GOT BUSTED!!!!! LOL

JUST ADMIT IT, CHANGE YOUR POLICY AND MOVE ON… OR I

i know of at least 2 agents who have sent you letters to canc





---

05-24-2007, 06:17 PM

*STIBROKER@AUSTIN.RR.COM*



**Guru**



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

 Default

I like this statement made to the client......

***"Over the next 24 hours, we will help you f***

looks like one might be a local but the rest are
hommie's).......and not even a link to his site...

we have BOB......in CARROLLTON, TX 75010

http://howellhealthinsurance.com/

then we have health benefits direct....with a 8(

http://www.healthbenefitsdirect.com/aboutus.a

then we have....Franklin, TN 37067

https://www.ehealthinsurance.com/ehi/Allianc
28Male%
29&smoker1=&bdatem2=5&bdated2=22&bda

does not seem that we are getting that homet



*Last edited by STIBROKER@AUSTIN.RR.COM : 05-24-200*

 STIBROKER@AUSTIN.RR.COM is online now

---

05-24-2007, 06:57 PM

**K-Dub**
**Expert**



How come he hasn't replied yet??

It's people this this that give ALL other internet lead sites a bad



Join Date: Sep 2006
Location: Colorado
Posts: 239





You should be proud!
_____
**Kris Willy**
**Colorado Health Solutions**
**http://www.coloradohealthsolutions.com/**



---

☐ 05-24-2007, 10:13 PM

## Expat
**Super Genius**



Join Date: May 2007
Location: Dallas Texas
Posts: 65



 Default    **Hometown Quotes Fiasco**

Scott (STIBroker) – Yes, we have a relationship with Ehealth. Ho
you or any other agent, especially when the consumer is forced
empathize with the desire to not have a lead going to 100 agent
presented on our Thank You page as well. Please keep in mind t
consumer experience, consumers are not going to be as respons

This is not true, the quote automatically appears just

  

---

☐ 05-25-2007, 12:06 AM

## CHUMPS FROM OXFORD
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

 Default

I have mixed emotions about this. I think Hunter is a good guy a
quote today. Seven responses including EHealth and none of the
"immediate" quotes with EHealth.

And by the way…for those of you that didn't know how EHealth
the initial quote, EHealth quotes a preferred rate from every car
It's mentioned in very tiny print.

Smoltz is a warrior.
_____
And several butcher's aprons.



05-25-2007, 06:59 AM

**somarco**
Guru

Join Date: Sep 2006
Location: Atlanta
Posts: 1,766

Default

Not just eHealth, the Norvax engine (used by eHealth and others
unless you indicate you are a tobacco user. The plans may APPE
stripped down version of the plan selected.

The concept behind Norvax is to show the best possible rate eve

The fools who use eHealth and apply online are in for a big surpr

Of course this is not just eHealth, the quote mills and many age
and all the other junk products with limited benefits in a run & g

I would imagine the placement rate for eHealth and similar oper

As for HTQ, I have used them for about a year. They are not per

Yes, they do sell to the quote mills & telemarketing shops but sc
3x to make a profit so the more buyers they have the more mon

Most of the issues raised about HTQ has to do with rogue affiliat
quick to rectify the situation and terminate the affiliate.

There is more customer service from HTQ than any other lead sc
will continue to use them.

NQ priced themselves out of the business and Vimo forgot the id
_____
*The doctor is in. Five cents please.*
You can find me here

05-25-2007, 08:41 AM

*STIBROKER@AUSTIN.RR.COM*
Moderator
Guru

Default

Quote:

Originally Posted by **somarco**



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

> *Most of the issues raised about HTQ has to*

no.....its if the agent can not get the lead with in


Quote:
> Originally Posted by **somarco** 
> *Vimo forgot the idea is to serve their client*

well out of all the lead co's I have tried they are
leads).....1st one...45 min convo and feel good
answering machine....and a crack family in hous




*Last edited by STIBROKER@AUSTIN.RR.COM : 05-25-200*

 STIBROKER@AUSTIN.RR.COM is online now



---

05-25-2007, 10:35 AM

### *Melmunch3*

**Founder**

**Guru**

I have to agree with Bob here, hometown's leads have done ver
quality is much better than some of the other companies that w

Also, Hunter is really a very stand-up guy. He has been around
leads company. He has never tried to spam or promote his own

The ehealth thing is not so cool, but I think that the overall closi
national indy agent, then a local captive, then a call center, and

Join Date: Aug 2006
Location: Silver Spring, MD
Posts: 746





---

05-25-2007, 12:35 PM



**somarco**
**Guru**

Join Date: Sep 2006
Location: Atlanta
Posts: 1,766

Default

Too busy to respond earlier, Ed, but yes. Smoltz is something el

But so is Maddox & Glavine has really grown into his own as a p

—————————————
*The doctor is in. Five cents please.*
You can find me here

---

05-25-2007, 12:38 PM

**somarco**
**Guru**

Join Date: Sep 2006
Location: Atlanta
Posts: 1,766

Default

Quote:

if the agent can not get the lead with in min's on the phone

I always wait 2 - 3 days before calling. By then they have receiv
know I am not going to pound them like everyone else and are

May not work for everyone, but works for me.

—————————————
*The doctor is in. Five cents please.*
You can find me here

---

05-25-2007, 02:52 PM

**STIBROKER@AUSTIN.RR.COM**

⭐ Moderator
**Guru**

Default

Quote:

Originally Posted by **Expat** ▸
*This is not true, the quote automatic*



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

STIBROKER@AUSTIN.RR.COM is online now

so your in the same town as peeler and buy htq
max leads for the day.....
_____

*Last edited by STIBROKER@AUSTIN.RR.COM : 05-25-200*

---

05-27-2007, 02:16 AM

**happy**
**Super Genius**

Join Date: Apr 2007
Posts: 42

Default

I wonder why the hometownquotes' website has been down for

---

05-27-2007, 08:02 AM

**somarco**
**Guru**

Join Date: Sep 2006
Location: Atlanta
Posts: 1,766

Default

They have been doing some upgrades, but I have been able to l
_____

*The doctor is in. Five cents please.*
You can find me here

---

06-02-2007, 12:26 AM

## CHUMPS FROM OXFORD
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

 Default

UPDATE:

I signed up for Hunter's offer (10 free leads at $10 each). After

*For the most part, information is accurate (phone numbers, ad

*Applicants seem friendly and somewhat interested

*Despite what the applicant is told on the website, they do NOT
well since I apologize for all of the out of town calls they are get

*Filters seem to be working although the "expecting parent" filte

*The site guarantees only five agents will contact them. I have r

Overall…the current grade is B-. Of course, I'm a tough grader.

Final grade in about two weeks. And here comes Clemons…

———————————————
And several butcher's aprons.





---

06-02-2007, 06:57 AM

## somarco
**Guru**



Join Date: Sep 2006
Location: Atlanta
Posts: 1,766





 Default

Quote:
————————————————
I apologize for all of the out of town calls they are getting. I

That is a good line. I might have to steal it.

———————————————
*The doctor is in. Five cents please.*
You can find me here



📃 06-02-2007, 09:36 AM

### CHUMPS FROM OXFORD
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



❌ Default

Feel free. Sometimes, I also tell them if they don't recognize the
_____
And several butcher's aprons.

📃 06-02-2007, 09:59 AM

### *STIBROKER@AUSTIN.RR.COM*
⭐ Moderator
**Guru**

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

❌ STIBROKER@AUSTIN.RR.COM is online now

❌ Default

I tell them that their name was sold to 4 differen
plan but rather hiring an agent to look after you
year at renewal time and do you want johnny co
to choose from the same insurance co's for his o
stranger....the way I get paid is when you pay y
you happy and try to get your claims get paid…
turn in my resume…..
_____
**CALL STIBROKER FOR YOUR**

📃 06-02-2007, 10:22 AM

### somarco
**Guru**

📝

Quote:
> the way I get paid is when you pay your prem. each month
> to get your claims get paid…

That's good too, and similar to what I tell folks.



Join Date: Sep 2006
Location: Atlanta
Posts: 1,766





Rather than saying the carrier pays me a percentage, I simply s
*so you do not have to pay extra for my services. This is like pay*

Of course I have to remember that almost no one I talk to reme
up your tank while another checked the tires. Another checked y

I can't recall when I have seen a full service pump anywhere an

———————————————
*The doctor is in. Five cents please.*
You can find me here





---

☐ 06-02-2007, 10:43 AM

*healthagent*



**Guru**



Join Date: Sep 2006
Posts: 3,538





I think NJ is one of the few states left standing where attendant

———————————————
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/

 

---



Insurance Agent Forum > Insurance Agents and Brokers Forum > General Insurance Agent Discussions

« i

Similar Threads for: Netquote Anyone

Thread                                                         Thre

Just signed up for NetQuote Free Leads…                                    Alsky

Netquote Admits Fraud…                                                     CHUMPS FROM

All times are Gl

Powered

Copyright ©200

Content Re

2006

**Ryan Isenberg**

**From:**     Saved by Windows Internet Explorer 7
**Sent:**     Sunday, September 02, 2007 5:55 PM
**To:**       Saved by Windows Internet Explorer 7
**Subject:** Netquote Anyone - Page 3 - Insurance Agent Forum



Insurance Agent Forum  >  Insurance Agents and Brokers Forum  >  General Insurance Agent Discussions
**Netquote Anyone**

| Register | FAQ | Members List | Calendar | Today |
|----------|-----|--------------|----------|-------|

Welcome to the **Insurance Agent Forum**.

You are currently viewing our boards as a guest which gives you limited access to view most features. By joining our **free** community you will have access to post topics, communicate p respond to polls, upload content and access many other special features. Registration is fast **join our community today**!

If you have any problems with the registration process or your account login, please contact

This is a discussion on **Netquote Anyone** within the General Insurance Agent Discussions f Brokers Forum category.

Originally Posted by somarco I can't recall when I have seen a full service pump anywhere a

**« i-Relay | USPC leads »**

 Post Reply

---

🗋 06-02-2007, 03:47 PM

**Newby**
**Expert**



Join Date: Apr 2007
Location: Southern Indiana
Posts: 206

 Newby is offline



Quote:

> Originally Posted by **somarco** 
>
> *I can't recall when I have seen a full service pump anywhere*
> *uniform coming to pump my gas.*

We have a full service station right down the street from me and
never go there and they get very little business. It seems weird
else pumps your gas.

  

---

🗋 06-03-2007, 04:40 PM

**arnguy**
**Guru**

Join Date: Sep 2006
Location: USA
Posts: 905





In NJ it is the law that stations cannot be self-service. I believe
such a law, perhaps Oregon (but I am not sure).

  

---

🗋 06-03-2007, 04:53 PM

*healthagent*
 Moderator
**Guru**





It must also be a low in NJ that you can't make a left turn.
_____
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/

---

Join Date: Sep 2006
Posts: 3,538





---

☐ 06-03-2007, 04:56 PM

**salpro22**
**Guru**



Join Date: Dec 2006
Location: Maryland
Posts: 1,460





You guys better watch out what you say about the the fir
state. Self service is a PITA and if somebody is kind enou
windows while I listen to Techno on the radio, that is a g

_____
The reasonable man adapts himself to the world; the unr
the world to himself. Therefore, all progress depends on
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/



---

☐ 06-03-2007, 05:02 PM

*healthagent*

**Guru**



Join Date: Sep 2006
Posts: 3,538





You need to save the tip money to pay the $178.25 worth of toll
increments and every 1/8th mile.

_____
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/



---

☐ 06-03-2007, 05:12 PM

## salpro22
**Guru**



Join Date: Dec 2006
Location: Maryland
Posts: 1,460



Don't get me started on taxes John. My birth has nothing to do state.... 😎

I have places narrowed down to Charlotte, NC and Austin, TX no start hunting again or a ranch with lots of cattle so i can have fr

The reasonable man adapts himself to the world; the unreasona world to himself. Therefore, all progress depends on the unreas (George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/

salpro22 is offline

---

06-03-2007, 11:30 PM

## Alsky
**Expert**

Join Date: Mar 2007
Location: South Carolina
Posts: 140



Quote:

> Originally Posted by **john_petrowski** 
> *You need to save the tip money to pay the $178.25 worth o*
> *cent increments and every 1/8th mile.*

John, you sure you were in Jersey? Jersey turnpike has only one toll road I can think of unless you're referring to the Garden Sta May.

Born and raised in Jersey and loved it! and miss it! looking to bu back. Ahhh, the Jersey shore, the Casinos, the Restaurants and

Alsky is offline

---

06-04-2007, 01:56 AM

## JSF
**Expert**



Quote:



Join Date: Apr 2007
Location: North Carolina
Posts: 134

Originally Posted by **salpro22** 
*I have places narrowed down to Charlotte, NC and Austin, T*
*gun and start hunting again or a ranch with lots of cattle so*

Watcha gonna hunt in Charlotte, squirrel? Everything else was h
wanna hunt, just leave the .38 in the car, it'll just make a grizzly

😎

Just kiddin' with ya, come on down to NC we'd sure be glad to h

**Shepherd Field**
*Nature has established patterns originating in the return of events, but only for the most part. -- G*
*Under similar conditions, the occurrence (or non-occurrence) of an event in the future will follow the*
*Ars Conjectandi 1713*

JSF is offline

06-04-2007, 08:31 AM



**Guru**

Join Date: Sep 2006
Posts: 3,538

Quote:

Originally Posted by **Alsky** 
*John, you sure you were in Jersey? Jersey turnpike has only*
*major toll road I can think of unless you're referring to the G*
*Wildwood or Cape May.*

*Born and raised in Jersey and loved it! and miss it! looking t*
*sanity back. Ahhh, the Jersey shore, the Casinos, the Resta*
*reminiscing.*

I ran an office in Freehold for about 1 1/2 years - Garden State
feet - thrown 35 cents into the basket. Drive another 10 feet - a
a left turn in that state - have to do that clover leaf crap.

Actually, fantastic state. I really wish some investor would re-bu

Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/

*Last edited by healthagent : 06-04-2007 at 08:33 AM.*



06-04-2007, 08:33 AM

**Melmunch3**

Founder

**Guru**

Join Date: Aug 2006
Location: Silver Spring, MD
Posts: 746

Melmunch3 is offline

Every time I drive through NJ, I am SHOCKED that there are stil

06-04-2007, 08:44 AM

*STIBROKER@AUSTIN.RR.COM*

Moderator

**Guru**

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490







06-04-2007, 08:48 AM

**salpro22**
**Guru**



Join Date: Dec 2006
Location: Maryland
Posts: 1,460



Quote:

> Originally Posted by **Melmunch3**
> *Every time I drive through NJ, I am SHOCKED that there are*

It does boggle your mind.

――――――――――――

The reasonable man adapts himself to the world; the unreasona
world to himself. Therefore, all progress depends on the unreaso
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/



salpro22 is offline

06-04-2007, 09:22 AM

**CHUMPS FROM OXFORD**
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

CHUMPS FROM OXFORD is offline

As a kid, we used to go to Atlantic City (before the casino
so it was a fun trip.

We have gone to Cape May three of the last four years an

Beats Beirut any day of the year.
_____
And several butcher's aprons.

06-04-2007, 09:31 AM

**Melmunch3**
**Founder**
**Guru**

Join Date: Aug 2006
Location: Silver Spring, MD
Posts: 746

Melmunch3 is offline

Even on these days?

06-04-2007, 09:34 AM

**healthagent**



**Guru**



Join Date: Sep 2006
Posts: 3,538



Ok, so how much is round trip from Baltimore to Beruit the week

_____

Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/



---

06-04-2007, 09:40 AM

## salpro22
**Guru**



Join Date: Dec 2006
Location: Maryland
Posts: 1,460



[x] salpro22 is offline



I was just thinking the same thing. 

_____

The reasonable man adapts himself to the world; the unreasona
world to himself. Therefore, all progress depends on the unreaso
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/



---

06-04-2007, 09:46 AM

## *healthagent*


**Guru**



This is more along the line of what you need JR

http://russianbrides.com/

_____

Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/



Join Date: Sep 2006
Posts: 3,538





---

06-04-2007, 09:52 AM

## Alsky
**Expert**

Join Date: Mar 2007
Location: South Carolina
Posts: 140



Quote:

> Originally Posted by **CHUMPS FROM OXFORD** 
> *As a kid, we used to go to Atlantic City (before the casinos).*
> *away, so it was a fun trip.*
>
> *We have gone to Cape May three of the last four years and*
> *place.*
>
> *Beats Beirut any day of the year.*

Save yourself the airfare to Beirut… while in Jersey, visit Beautif
best place to live in the entire USA is Moorestown, NJ and just a
the country.

 Alsky is offline



---

06-04-2007, 10:00 AM

## salpro22
**Guru**





Quote:

> Originally Posted by **john_petrowski** 
> *This is more along the line of what you need JR*
>
> *http://russianbrides.com/*

Join Date: Dec 2006
Location: Maryland
Posts: 1,460


HaHa, I am more of an Italian, German, Irish, Middle-Eastern ty
German/French gal I've got.

IF any of you want to see an interesting documentary rent this r
Order-Wife-Jose-Canseco/dp/B000AL72RI/ref=pd_bbs_sr_1/002
ie=UTF8&s=dvd&qid=1180965588&sr=8-1
_____
The reasonable man adapts himself to the world; the unreasona
world to himself. Therefore, all progress depends on the unreaso
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/

 salpro22 is offline



---

06-04-2007, 10:15 AM

*healthagent*
 Moderator
**Guru**



Join Date: Sep 2006
Posts: 3,538





German and French? So she doesn't shower for 2 weeks and sla
_____
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/



---

06-04-2007, 10:33 AM

*STIBROKER@AUSTIN.RR.COM*
 Moderator
**Guru**



hey guys ..... netquote's called and wants their
_____




Join Date: Sep 2006
Location: TEXAS
Posts: 1,490



---

06-05-2007, 09:28 AM

## CHUMPS FROM OXFORD
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



Quote:

> Originally Posted by **john_petrowski**
> *Ok, so how much is round trip from Baltimore to Beru*

$1485 was the best airfare I could find through Ali Air Lin
I'm not sure why.
_____
And several butcher's aprons.

CHUMPS FROM OXFORD is offline

---

06-05-2007, 09:53 AM

## salpro22
**Guru**



Join Date: Dec 2006
Location: Maryland
Posts: 1,460

Quote:

> Originally Posted by **CHUMPS FROM OXFORD**
> *$1485 was the best airfare I could find through Ali Air Line.
> I'm not sure why.*

Can we get a group discount? I'm planning a Safara to Africa for
discount out!

_____

The reasonable man adapts himself to the world; the unreasona
world to himself. Therefore, all progress depends on the unreaso
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/

salpro22 is offline



06-15-2007, 10:46 AM

## CHUMPS FROM OXFORD
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



Earlier in this thread, Hunter, from Hometown leads offere
payment, no obligation, no credit card on file.

I accepted the offer. At $10 a pop, I have received nine le
observation:

*For the most part, the information has been accurate. Mc

*I have one sale in nine leads (maybe more to come), so
(which, I guess is infinitesimal since I did not pay anything

* I requested two lead credits and one was honored. In bc
Apparently, you have to pay extra for that filter. That part

*In almost every case, NONE of the other agents are local
that's a bad thing for me. But, just odd, since Hometown a

Overall…I give them a grade of "B" and I may continue wi
Regardless, I appreciate Hunter making this generous offe
_____
And several butcher's aprons.

*Last edited by CHUMPS FROM OXFORD : 06-15-2007 at 10:47 AM. Re
him up.*

CHUMPS FROM OXFORD is offline



06-15-2007, 10:49 AM

## somarco
**Guru**





Chumps -

Who is an "A" in your book?

_____

*The doctor is in. Five cents please.*
You can find me here

Join Date: Sep 2006
Location: Atlanta
Posts: 1,766





somarco is offline

 

**Post Reply**



Insurance Agent Forum > Insurance Agents and Brokers Forum > General Insurance Agent Discussions

« i-Relay | USPC leads »

## Similar Threads for: Netquote Anyone

| Thread | Thread Starter | Forum |
|---|---|---|
| Just signed up for NetQuote Free Leads… | Alsky | Individual Health Insur |
| Netquote Admits Fraud… | CHUMPS FROM OXFORD | General Insurance Age |

All times are GMT -4. The time now is 05:55 PM.

C

Powered by vBulletin® Version 3.6.7
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.
Content Relevant URLs by vBSEO 3.0.0

2006-2007, Insurance Forums

**Ryan Isenberg**

**From:** Saved by Windows Internet Explorer 7
**Sent:** Sunday, September 02, 2007 5:56 PM
**To:** Saved by Windows Internet Explorer 7
**Subject:** Netquote Anyone - Page 4 - Insurance Agent Forum

 Insurance Agent Forum > Insurance Agents and Brokers Forum > General Insurance Agent Discussions
Netquote Anyone

| Register | FAQ | Members List | Calendar | Today |
|----------|-----|--------------|----------|-------|

Welcome to the **Insurance Agent Forum**.

You are currently viewing our boards as a guest which gives you limited access to view most
features. By joining our **free** community you will have access to post topics, communicate p
respond to polls, upload content and access many other special features. Registration is fast
**join our community today**!

If you have any problems with the registration process or your account login, please contact

This is a discussion on **Netquote Anyone** within the General Insurance Agent Discussions fo
Brokers Forum category.

No "A's in my book yet. Except when I make the calls. I'm an A-. And I bet you are too!...

« i-Relay | USPC leads »



**Post Reply**

06-15-2007, 11:35 AM

### CHUMPS FROM OXFORD
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

No "A's in my book yet. Except when I make the calls. I'm an A-

And I bet you are too!
—————————
And several butcher's aprons.

07-01-2007, 11:23 PM

### joshril
**Guru**

Join Date: Oct 2006
Posts: 319

How does Netquote's billing work? Do they just bill your card for
seems that's how they used to do it. Is there a cap before they

07-02-2007, 02:18 AM

### CHUMPS FROM OXFORD
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

They send you a statement around the second of the month (for
charged around the 5th of the month.
—————————
And several butcher's aprons.



□ 07-02-2007, 02:22 AM

**joshril**
**Guru**

Join Date: Oct 2006
Posts: 319

Quote:

> Originally Posted by **CHUMPS FROM OXFORD** ▸
> *They send you a statement around the second of the month*
> *card is charged around the 5th of the month.*

Hmm… fairly interesting… let's say I get 50 leads per week fror
$2000 per month… They will just bill me the entire $2000… no
card?

If there is no cap, that would definitely be a plus for Netquote! V
especially new agents. I have a new agent starting up with abou
and if they just bill once per month, he could def look at NetQuo
telemarketing leads I provide him.

□ 07-02-2007, 08:34 AM

**healthagent**
⭐ Moderator
**Guru**

DAY 3: BEGINING TO
SUSPECT THIS IS NOT
ANTARTICA

Join Date: Sep 2006
Posts: 3,538

I do believe there's a cap. If not, some agent could get 400 lead
Netquote would be left hanging. For what it's worth, they had pr
around.

Despite their promises to you on the phone about leads being st
key word driven, they are shared with around 8 agents and use
leads - including email blasting and banner ads.
_____
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/

□ 07-02-2007, 02:48 PM

## LGilmore
**Super Genius**

Join Date: Jun 2007
Posts: 50



I just fired them "again" for about the fourth time a few minutes
They expect you to eat the crap leads far too much. I started us
names, addresses don't jive too often. They assure me they've "
have, and what did they say "they are just waiting for somebody

After about 30 minutes of arguing with someguy this morning ov
had it. Why am I arguing with somebody I pay?

I was using them before I found this forum and I gave them a g
ready to fight for credits on questionable leads. They will not tel
you have to "trust" them.

It's one thing to eat leads that you contact that aren't interested
that gives you no indication that person lives there and the reve



07-03-2007, 12:32 AM

## Alsky
**Expert**

Join Date: Mar 2007
Location: South Carolina
Posts: 140



Quote:

> Originally Posted by **john_petrowski** 
> *I do believe there's a cap. If not, some agent could get 400*
> *and Netquote would be left hanging. For what it's worth, the*
> *worst leads around.*
>
> *Despite their promises to you on the phone about leads bein*
> *being key word driven, they are shared with around 8 agent*
> *generate leads - including email blasting and banner ads.*

Who would you all consider to be the best internet lead compan





07-03-2007, 01:12 AM

## LGilmore
**Super Genius**

Join Date: Jun 2007



At least hometown quote when I have a legit arguement, they s

Posts: 50

enough to credit a lead to keep the business. Netquote just piss
then calls you back and credits a $100 bucks every so often. It j
as they can find.

As I said, I just want to know they've actually got ahold of the n
expect me to believe them. Just bogus.

I don't think theres a best out there, just some work with you be



 

---

07-03-2007, 03:27 AM

## CHUMPS FROM OXFORD
**Guru**



I'm not crazy about NetQuote, but I still use them. InsureMe jus
higher than NetQuote.

_____
And several butcher's aprons.



Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



  

---

07-03-2007, 06:54 AM

## somarco
**Guru**



So at 20% higher than NQ, why would anyone use InsureMe? An

_____
_The doctor is in. Five cents please._
You can find me here



Join Date: Sep 2006
Location: Atlanta
Posts: 1,766







---

 07-03-2007, 08:06 AM

## dmiller90
**Super Genius**

Join Date: Apr 2007
Posts: 20



I have used this Company for over two months now and have be
Leads, and the Volume they are able to establish. They advertise
Companies have switched all thier efforts to Yahoo, due to cost.
http://www.usinsuranceonline.com/ this is the only website they
Email Spam, and of course all the other terrible ways to generat
the leads http://www.allwebleads.com/ Shared with only 3 Agen
competition that HTQ has in most areas. Company is located in
Hope this helps!!!





---

 07-03-2007, 08:17 AM

## healthagent
 Moderator

**Guru**



Well I went there to see the scoop. Lord, it's bad enough that m
after they hit submit. These guys actually take you right to the E
sure Ehealth appreciates your support.

Join Date: Sep 2006
Posts: 3,538



Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/

 

---

☐ 07-03-2007, 08:34 AM

**dmiller90**
**Super Genius**

Join Date: Apr 2007
Posts: 20



John, they all do that anymore,(Do you ever have positive input
quotes and not getting real information is over my friend, HTQ o
just over shared. People want rates and plans when they hit sub
the site, They still need help, and once again, so many options,
representing the Top Plans with the Best rates, GR (My States) i

  

---

☐ 07-03-2007, 08:39 AM

*healthagent*





**Guru**



Join Date: Sep 2006
Posts: 3,538



Nothing positive to say when a company takes my money and d
be a level playing field - everyone paid $8 a pop, client submitte
This is not an equal shot.
_____
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/



---

07-03-2007, 11:42 AM

*healthagent*



**Guru**



Join Date: Sep 2006
Posts: 3,538



Actually, after the two calls I got you might do well with this ser
Benefits Direct. I told him I wanted family coverage and was int
and explained their maternity benefit. That would be interesting
asked about anyone else with maternity and he said Assurant bu
with maternity?" He said no. Now, qualify this with that fact that
carrier in Maryland. A blatant lie.

So I baited him along - told him I already received a call and tha
offered maternity. Without skipping a beat he told me they had

So I just couldn't stand it and acted like I was on the GR site loc

"Hey, I'm on the site right now and notice that Golden Rule doe:
stunned, said he had to check on that. Came back on the phone
"Maybe I should be the agent and you should be selling hotdogs

If that's your competition you'll do great.
_____
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/



---

07-03-2007, 12:34 PM

## trvlnut
**Expert**

Join Date: May 2007
Location: Phoenix, AZ
Posts: 107

dmiller-How much are the filters?

---

07-04-2007, 12:49 PM

## senior-advisor-indiana
**Guru**

Join Date: Mar 2007
Location: Fort Wayne, IN
Posts: 1,702

Thats funny John.

_____

I think I was put here to annoy the world. 

---

07-04-2007, 03:10 PM

## CHUMPS FROM OXFORD
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

I run into HealthBenefits a lot. I swear they deliberately quote in types of plans, if not prodded to provide better policies.

_____

And several butcher's aprons.

---

07-04-2007, 04:05 PM



### healthagent




**Guru**



Join Date: Sep 2006
Posts: 3,538



The agent who called me recommended Copay Select, he just di
maternity benefit in MD. He also blatantly lied about being affilia
and lied about waiting periods for Aetna and Carefirst's maternit

This is a main reason I'm not on shared leads anymore. Frustrat
phone with that client and have to say "No, Aetna and Carefirst
Beth" and now I'm left to proove that I'm not the liar. Wasted en
to exclusive leads or just being at my pool.

_____
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/



---

☐ 07-04-2007, 06:26 PM

### producer
**Super Genius**

Join Date: Nov 2006
Posts: 45



John, Your experience with this situation means nothing… becau
truth… but 99% of everyone else (prospects) who deals with the
unlicensed, green, idiots trust their word, and if you were not so
trusting your agent, and thinking you had maternity.

God… I hate boiler rooms… NOONE there has ANY experience.

I know this for a fact!!!!!!!They pay a $500 per week draw… rec
the draw before you make a dime. I swear to you, they have "ag
6% commission on a 9 month advance…

$80,000 - $24,000 (draw) = $56,000 AV at 6% = $2519 + $2,0

Instead of a true 20% commission and 12 month advance… The
month!!!!!!!!

But hey… they get a "salary", and benefits………WTF IDIOT!!!!!

They are blowing off the doors of production expectations, with l
"agents" squat… The agents there either "drink the kool aid" or

You would think they would not be competition, but I spoke with
been poisoned by HBD "agents" and they ALL think that they ha
deductible… WQe all know that they added suite solutions to the
$100 plan deductible period! When I spoke to them, I tried to pr



ae desperate to believe the $100 lie, so I told them… "good luck
you cant argue with stupidity……



---

07-04-2007, 07:07 PM

**healthagent**

**Guru**



Join Date: Sep 2006
Posts: 3,538





I have caught two of them with no license. This was a little while
noticed they knew next to nothing. I asked where they were lice
While on the phone with them I hit their DOI website, ran a sear
immediately. The other said that he didn't have to hold an insura
through the company.
_____
Give a man a fish and he'll eat for a day. Teach a man to fish an

http://healthinsuranceagency.blogspot.com/

 

---

07-09-2007, 01:16 PM

**Marc**
**New Member**

Join Date: Jun 2007
Posts: 7



 **Netquote experience - maybe my last one!**

I got a lead for a gentleman from netquote yesterday, called hin

I got the lead at least 24 hours after he filled in the information,
form on netquote it is instantaneous. This guy wasn't even inter
he went to a site w w w. free360deal . c o m to get a free xbox
he had to participate in / buy 3 goods or services listed. One of
it and started to fill out the form but got distracted and never co
netquote website. i havent taken the time to call them yet but it
out of ten you never get to talk to - where did they come from?

 

---

07-09-2007, 02:47 PM

**Melmunch3**

**Founder**

**Guru**



Join Date: Aug 2006
Location: Silver Spring, MD
Posts: 746

That is very interesting. Most lead companies claim to not allow
with incentive deals.

---

07-09-2007, 02:53 PM

*STIBROKER@AUSTIN.RR.COM* 

**Moderator**

**Guru**

Join Date: Sep 2006
Location: TEXAS
Posts: 1,490

tells me that they are buy leads from an out sou



Quote:

> Originally Posted by **Melmunch3**
> *That is very interesting. Most lead companie*
> *marketers to generate leads with incentive*



---

07-09-2007, 03:24 PM

*healthagent*

**Moderator**

**Guru**



I'm sure once Netquote's made aware of it they'll terminate thei
you.

_____

Give a man a fish and he'll eat for a day. Teach a man to fish an



Join Date: Sep 2006
Posts: 3,538



http://healthinsuranceagency.blogspot.com/





Insurance Agent Forum > Insurance Agents and Brokers Forum > General Insurance Agent Discussions

« i-Relay | USPC leads »

### Similar Threads for: Netquote Anyone

| Thread | Thread Starter | Forum |
|---|---|---|
| Just signed up for NetQuote Free Leads… | Alsky | Individual Health Insur |
| Netquote Admits Fraud… | CHUMPS FROM OXFORD | General Insurance Age |

All times are GMT -4. The time now is 05:55 PM.

C

Powered by vBulletin® Version 3.6.7
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.
Content Relevant URLs by vBSEO 3.0.0

2006-2007, Insurance Forums

**Ryan Isenberg**

| | |
|---|---|
| **From:** | Saved by Windows Internet Explorer 7 |
| **Sent:** | Sunday, September 02, 2007 5:56 PM |
| **To:** | Saved by Windows Internet Explorer 7 |
| **Subject:** | Netquote Anyone - Page 5 - Insurance Agent Forum |

Insurance Agent Forum > Insurance Agents and Brokers Forum >
General Insurance Agent Discussions

Us
Na
Pas

# Netquote Anyone

Register        FAQ        Members List        Calendar        Today's

Welcome to the **Insurance Agent Forum**.

You are currently viewing our boards as a guest which gives you limited acce
access our other features. By joining our **free** community you will have acces
privately with other members (PM), respond to polls, upload content and acc
Registration is fast, simple and absolutely free so please, **join our communi**

If you have any problems with the registration process or your account login,

This is a discussion on **Netquote Anyone** within the General Insurance Age

Insurance Agents and Brokers Forum category.

SOOOOOO….did you ask the guy who his health insurance was with…..but r
free xbox on the …

« <u>i-Relay</u> | <u>USPC leads</u> »



Pa

---

🔲 07-09-2007, 04:22 PM

*STIBROKER@AUSTIN.RR.COM*

**Guru**



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490





SOOOOOO….did you ask the guy who his hea
really if he was doing this for a free xbox on
work with…..I had always heard that the free
Meoff to check it out and yes…its a trap….go
Jack gave up after five rounds of your almost
ipod…..

_____



*Last edited by STIBROKER@AUSTIN.RR.COM*



---

🔲 07-09-2007, 05:33
PM

*healthagent*

**Guru**

As costs rise for the lead companies they have two ch

1) Keep the price the same and get creative with lead
2) Raise the rates
_____
Give a man a fish and he'll eat for a day. Teach a mar
boat all day.




http://healthinsuranceagency.blogspot.com/

Join Date: Sep 2006
Posts: 3,538





---

 07-09-2007, 06:48 PM

**somarco**
**Guru**



Join Date: Sep 2006
Location: Atlanta
Posts: 1,766



Quote:

> get a free xbox 360 and part of the qualification w
> in / buy 3 goods or services listed.

This is referred to as dual registration.

The folks filling out the other info have no intention of
the free Xbox.

Kinda like the "win a free car" deals at the mall.

_____

*The doctor is in. Five cents please.*
You can find me here



---

 07-09-2007, 08:01 PM

*healthagent*

**Guru**



Interesting side note to the "win a free car." When I w



promotion - but a new Grand Prix in the mall and peo
We also got a visit from a MVA rep some time later ar
and details for who won the car.

_____

Give a man a fish and he'll eat for a day. Teach a mar
boat all day.

[http://healthinsuranceagency.blogspot.com/](http://healthinsuranceagency.blogspot.com/)



Join Date: Sep 2006
Posts: 3,538



---

🔲 07-11-2007, 04:21 PM

Marc
**New Member**

Join Date: Jun 2007
Posts: 7

 **X Box Guy**

STI, he was actually pretty cool and after being kind e
he got to submitting his info he said he would be inter
concerns me is the people that i never even get to tal
of them got to the site this way?




---

🔲 07-11-2007, 04:42 PM

*STIBROKER@AUSTIN.RR.COM*

**Guru**



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490



Quote:

> Originally Posted by **Marc** ▸
> *he said he would be interested in some qu*

at that point you should qualify him even bef

_____



                                    

📁 07-11-2007, 08:08 PM

[CHUMPS FROM OXFORD](#)
**Guru**

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



Ironically…this morning I called one of my NQ leads.
some options and then she said," Actually, I am just c
I went to "freelaptop.com" and to get the laptop, I ne
questionnaires."

I told NQ about it and they will "check on it." They sai
sure this type of thing does NOT happen.

Of course, I assume that she will not get a free laptop

And here's another horror story:

I thought Leadco.org was legit. I now wonder. They u

[http://insureco.org/](http://insureco.org/)

After your information is keyed in, it does not ASK yo
EHEALTH…it automatically sends you there!!! Give me
buys their leads and resells it to another 3-5 people. S
agents. This is not what the owner tells you when he
————————————————
And several butcher's aprons.

                        

📁 07-11-2007, 08:22 PM

*STIBROKER@AUSTIN.RR.COM*

⭐ **Moderator**
**Guru**

Quote:

Originally Posted by **CHUMPS FROM OXF**



Join Date: Sep 2006
Location: TEXAS
Posts: 1,490



*Actually, I am just doing this pick because*
*"freelaptop.com" and to get the laptop,*

dahammmm.....there are stupid people in the
chuck that email address....





---

07-11-2007, 10:47 PM

*healthagent*

 **Moderator**

**Guru**



Join Date: Sep 2006
Posts: 3,538





Why do you guys put up with this shared lead garbage

Give a man a fish and he'll eat for a day. Teach a man
boat all day.

http://healthinsuranceagency.blogspot.com/



---

07-11-2007, 11:06 PM

*STIBROKER@AUSTIN.RR.COM*

 **Moderator**

**Guru**



because if done right can get some great clie

> Quote:
>
> Originally Posted by **john_petrowski**
> *Why do you guys put up with this shared*





Join Date: Sep 2006
Location: TEXAS
Posts: 1,490





---

 07-11-2007, 11:08 PM

**CHUMPS FROM OXFORD**
**Guru**



Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000





I can't speak for everyone, but despite my complaints
only buy local leads and warn the prospect to NEVER

The two prospecters I have (Jami and a local admin p
And of course, the call-ins are nice.
_____
And several butcher's aprons.



---

 07-12-2007, 08:53 AM

*healthagent*
Moderator
**Guru**



For me it's also a quality of life issue. I have better th
energy constantly trying to warn people. And no news
than you think - these are the people you never get ir
your calls, won't return your message, won't reply to



Join Date: Sep 2006
Posts: 3,538

*The discount card people let them to believe it's "op
time all pre-ex conditions are accepted! There ar
and up to 80% of your hospitalization is covered
doctor!

*The Mega agent calls; **"We offer plans that YOU c
time to sit down with you - I'd personally never
information over the phone, would you? Sir, som
home and sell you a policy online. We'd rather m

*The call center is on the phone 1.4 seconds after the
Right Start or Copay Saver for **"$192 a month for y

I'm not giving them a dime to fund crap like that. Yes
over crumbs. I want the whole cake.
_____
Give a man a fish and he'll eat for a day. Teach a man
boat all day.

http://healthinsuranceagency.blogspot.com/





 07-12-2007, 10:31 AM

**K-Dub**
**Expert**



Join Date: Sep 2006
Location: Colorado
Posts: 239





Even if you do happen to chose a shared internet lead
books? 6 months? Now what's your return?
_____
**Kris Willy**
**Colorado Health Solutions**
**http://www.coloradohealthsolutions.com/**



 07-12-2007, 10:31 AM

**CHUMPS FROM OXFORD**
**Guru**



All valid points. That's why I always warn prospects o
operations and out-of-town agents. They don't all list
OK, and that's what counts.

Of course, I'll still whine about shared leads any time

The two prospectors also do a good job but it's a bit e
_____
And several butcher's aprons.

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



 07-12-2007, 10:35 AM

**CHUMPS FROM OXFORD**
**Guru**



Kris…also a good point. Some stay for six months…s
almost a decade. They get plenty of service (local) an
often, if they change carriers, they want me to write t

And of course, there are always the ones that drop th
_____
And several butcher's aprons.

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000



 07-12-2007, 12:00 PM

*healthagent*





**Guru**



Join Date: Sep 2006
Posts: 3,538



In general, just far too many young singles on shared
money - but one of the best things about being indep
own business and can use any method that works. I'm
getting my phone to ring. That's not a perfect world e
family w/o coverage and the wife is 2 months pregnar

―――――――――――――――
Give a man a fish and he'll eat for a day. Teach a mar
boat all day.

http://healthinsuranceagency.blogspot.com/



---

☐ 07-12-2007, 03:27 PM

salpro22
**Guru**



Join Date: Dec 2006
Location: Maryland
Posts: 1,460



Quote:

> Originally Posted by **john_petrowski** ⧉
> *In general, just far too many young singles on sha*
> *put my money - but one of the best things about b*
> *running your own business and can use any metho*
> *focused now on getting my phone to ring. That's r*
> *rung today - young family w/o coverage and the w*
> *actually, I can help her.*

How?

―――――――――――――――
The reasonable man adapts himself to the world; the
trying to adapt the world to himself. Therefore, all pro
unreasonable man.
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/

 

 07-12-2007, 03:39 PM

*healthagent* 

**Guru**



Join Date: Sep 2006
Posts: 3,538



MHIP and MCHIP.
_____

Give a man a fish and he'll eat for a day. Teach a man
boat all day.

http://healthinsuranceagency.blogspot.com/

  

---

 07-12-2007, 06:20 PM

salpro22
**Guru**



Join Date: Dec 2006
Location: Maryland
Posts: 1,460



Quote:

Originally Posted by **john_petrowski** ▶
*MHIP and MCHIP.*

Good man. I have never seen one dollar from MHIP a
get $100 for an application. Does MCHP pay as good?
_____

The reasonable man adapts himself to the world; the
trying to adapt the world to himself. Therefore, all pro
unreasonable man.
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/



---

📄 07-12-2007, 07:27 PM

[somarco](#)
**Guru**



Join Date: Sep 2006
Location: Atlanta
Posts: 1,766





I have i-leads that are going on 3 years. Others dropp
picked up group coverage.

The source of the leads has nothing to do with longev
leads so I see no difference.

My i-leads are all filtered. I don't get them unless the
major illnesses, are not pregnant, older than 26 and y

My referrals come in all colors & sizes.

_____

*The doctor is in. Five cents please.*
[You can find me here](#)



---

📄 07-12-2007, 10:44 PM

*healthagent*
⭐ **Moderator**
**Guru**



Join Date: Sep 2006
Posts: 3,538



Quote:

> Originally Posted by **salpro22** ▸
> *Good man. I have never seen one dollar from MHI*
> *supposed to get $100 for an application. Does MC*

I've been paid by MHIP - it's a whopping $150 and I'll
But it's not about the money when it comes to stuff li
going without coverage during her entire pregnancy s
They looked into group but just the husband and wife
employees so they didn't qualify. Because I walked in
have coverage in about 3 weeks and that's why I enjo

———————————
Give a man a fish and he'll eat for a day. Teach a man
boat all day.

http://healthinsuranceagency.blogspot.com/

 

---

 07-12-2007, 10:52
PM

**salpro22**
**Guru**



Join Date: Dec 2006
Location: Maryland
Posts: 1,460



Quote:

> Originally Posted by **john_petrowski**
> *I've been paid by MHIP - it's a whopping $150 and*
> *months. But it's not about the money when it com*
> *thought she was going without coverage during he*
> *didn't have coverage. They looked into group but*
> *the store - two part-time employees so they didn't*
> *there with my flyer she'll now have coverage in ab*
> *enjoy what I do.*

I agree with helping people out as long as it doesn't ta
The past 3 weeks I have been average 1 out of every
uninsurable and it is either off to PA's lovely programs
lot more in the way of programs to help out the uninsu
need to get a second mortgage.

Rate 3 or 4 with Anthem in VA is the price of a nice m
of the Carolina's. That is tough!

I'm looking forward to coming back to MD. I heard the
who apparently is focusing on branding his agency ne
put a GPS tracking mechanism on his car and I will ha
following him into the businesses he visits singing an

loompa" song from Willy Wonka 

———————————
The reasonable man adapts himself to the world; the

trying to adapt the world to himself. Therefore, all pro
unreasonable man.
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/

 

---

■ 07-12-2007, 11:56 PM

*healthagent*

**Guru**



Join Date: Sep 2006
Posts: 3,538





I'm sure other states have programs but I'm not awar
to MHIP. It's nice to talk to unisurable people and say
premiums are extremely affordable.

And yes JR - stay the hell out of my area 
_____
Give a man a fish and he'll eat for a day. Teach a man
boat all day.

http://healthinsuranceagency.blogspot.com/

  

---

■ 07-14-2007, 02:40 PM

djs
**Expert**

Join Date: Mar 2007
Posts: 153



Quote:

> Originally Posted by **healthagent** ▶
> *They looked into group but just the husband and w*
> *time employees so they didn't qualify. Because I w*
> *she'll now have coverage in about 3 weeks and th*

You must have different group rules out east. In Calif

eligible, husband and wife, with a business makes a g
long as they both are involved in the business. Small

Heck, I've done a group of 1, where the employee of
other group health coverage.

Dan

  

---

 07-14-2007, 03:28 PM

[arnguy](#)
**Guru**

Join Date: Sep 2006
Location: USA
Posts: 905



In the 5-county Philadelphia, PA area you can count a
two if the spouse is actually involved in the business.
plan is available to a group of one if the insured is a s
professional in specific categories they can select any
it is a group of one, An example of a professional wou
agent. Keystone is part of Independence Blue Cross. I
even less stringent. A sole proprietor can select from
plans offeres by BX of Northeastern PA.

  

---

  Pa

[Insurance Agent Forum](#) > [Insurance Agents and Brokers Forum](#) > [General](#)

« [i-Relay](#) | [USPC leads](#) »

Similar Threads for: Netquote Anyone

| Thread | Thread Starter | Forur |
|---|---|---|

Just signed up for NetQuote Free Leads...    Alsky                              Individual Health Ins

Netquote Admits Fraud...    CHUMPS FROM OXFORD    General Insurance A

All times are GMT -4. The time now is 05:56 P

Powered by vBulletin® Version 3.6.7
Copyright ©2000 - 2007, Jelsoft Enterprises L
Content Relevant URLs by vBSEO 3.0.0

2006-2007, Insurance Forums

## Ryan Isenberg

**From:**     Saved by Windows Internet Explorer 7
**Sent:**     Sunday, September 02, 2007 5:54 PM
**To:**       Saved by Windows Internet Explorer 7
**Subject:** Netquote Anyone - Page 6 - Insurance Agent Forum



Insurance Agent Forum > Insurance Agents and Brokers Forum > General Insurance Agent Disc
**Netquote Anyone**

| Register | FAQ | Members List | Calendar |
| --- | --- | --- | --- |

Welcome to the **Insurance Agent Forum**.

You are currently viewing our boards as a guest which gives you limited access to view most
**free** community you will have access to post topics, communicate privately with other mem
many other special features. Registration is fast, simple and absolutely free so please, **join**

If you have any problems with the registration process or your account login, please contact

This is a discussion on **Netquote Anyone** within the General Insurance Agent Discussions f
category.

The latest with NetQuote: Lately, I average around 3-5 leads per day with NetQuote. Yester

« i-Relay | USPC leads »



 07-24-2007, 11:19 AM

## CHUMPS FROM OXFORD
**Guru**

 **Re: Netquote Anyone**

 CHUMPS FROM OXFORD's Avatar

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

 CHUMPS FROM OXFORD is offline

The latest with NetQuote:

Lately, I average around 3-5 leads per day with NetQuote.
I suspected something was not right. It wasn't. Most of the
were in fact interested in the "free giveaway." One person
that).

I called NQ and they'll "look into it." This might be the fina

I make money on NQ, but…
_____
And several butcher's aprons.

---

 07-24-2007, 11:20 AM

## salpro22
**Guru**

 salpro22's Avatar

Join Date: Dec 2006
Location: Maryland
Posts: 1,460



 **Re: Netquote Anyone**

Is the return worth the headache?
_____
The reasonable man adapts himself to the world; the unreasona
Therefore, all progress depends on the unreasonable man.
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/

---

 07-24-2007, 01:04 PM

## CHUMPS FROM OXFORD
**Guru**

 CHUMPS FROM OXFORD's Avatar

 **Re: Netquote Anyone**

Hard to say. I'm used to headaches. I have been with NQ a
We'll see.
_____
And several butcher's aprons.

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000





---

🗋 07-24-2007, 03:12 PM

## djs
**Expert**

Join Date: Mar 2007
Posts: 153

 Re: Netquote Anyone

Quote:

> Originally Posted by **salpro22** 
> *Is the return worth the headache?*

What lead source doesn't come with headaches? If those had be
market for insurance leads, it would be great.

As long as they fix it, it's not that big a deal. If they don't fix it,

Dan

 djs is offline

  

---

🗋 07-24-2007, 04:06 PM

## salpro22
**Guru**

 salpro22's Avatar

Join Date: Dec 2006
Location: Maryland
Posts: 1,460

 Re: Netquote Anyone

Quote:

> Originally Posted by **djs** ▸
> *What lead source doesn't come with headaches? If those ha*
> *the market for insurance leads, it would be great.*
>
> *As long as they fix it, it's not that big a deal. If they don't fi*
>
> *Dan*

Exactly right, but to each their own. Some people prefer differer
_____
The reasonable man adapts himself to the world; the unreasona
Therefore, all progress depends on the unreasonable man.
(George Bernard Shaw 1856-1950)

http://healthyagent.blogspot.com/

---

☐ 07-30-2007, 01:00 AM

**joshril**
**Guru**

Join Date: Oct 2006
Posts: 319

📝 **Re: Netquote Anyone**

I make money with NQ as well, but the lead quality gets worse a
strict.. I am going to use them one more month and then fire th

---

☐ 08-22-2007, 04:29 PM

**CHUMPS FROM OXFORD**
**Guru**

 CHUMPS FROM OXFORD's Avatar

Join Date: Mar 2007
Location: Tyre, Lebanon
Posts: 1,000

📝 **Re: Netquote Anyone**

[quote=STIBROKER@AUSTIN.RR.COM;19350]

> Quote:
>
> Originally Posted by **Hunter** 
> *Scott (STIBroker) – Yes, we have a relationship with E*
> *agency (with no outbound calls being made) is a threa*
> *consumer is forced to fill out a complete insurance app*
>
> *I am interested to know what name you used when yo*
> *agents should have to pay for your "dummy quote."*
>
> .[ /quote]



*Hi todd, Thank you for visiting HometownQuotes.Co*
*next 24 hours, we will help you find the best local ag*

*To view the agents you were matched with just click*
*accurate quotes.* eHealth Insurance, *one of our partn*
*view online quotes click this link to* visit eHealth Insu
*If you want to increase your savings even more, you*
Insurance Quotes *as well.*
*Simply* click here *to save even more money today.*
*Thanks again,*
*HometownQuotes.Com Customer Service*

**View My**

**Visit eHealth Insuranc**

*is this not the email that you send the client when th*
**are taken to a page that list two agency's and a l**
**LINK YOU HAVE THE RATES RAN FOR THEM W**
**Instant Quotes,......,so are you in the lead selling**
**with 4 other lead co's listed at the bottom.....bu**
**people that are competing against me.....I am su**
**link your not going to turn the case over to one o**
**as wanting to know what was the name peeler**
**about you but VIMO credits ba**

A late followup....I took up the offer of the $100 credit with
The quality of the leads was OK, but not great. And yes...E
customer would get along with other lead companies.

I'm not here to "dog" Hometown, but I did not find them to
different.
_____
And several butcher's aprons.





---

📄 08-22-2007, 05:21 PM

**somarco**
**Guru**

 **Re: Netquote Anyone**

 somarco's Avatar

Join Date: Sep 2006
Location: Atlanta
Posts: 1,766





Nope. The HTQ leads in GA are lousy. So are all the other lead v
more. Cut commissions to a level 2%. I am just barely hanging
the new agent licensing board by the end of the day.

Things looking **grim** . . .

_____
*The doctor is in. Five cents please.*
You can find me here





---

08-22-2007, 07:06 PM

**Alsky**
**Expert**

Join Date: Mar 2007
Location: South Carolina
Posts: 140



 Re: Netquote Anyone

Mentions Esurance? No wonder no one ever answered their phor



---

08-22-2007, 11:37 PM

**TXINSURANCE**
**Expert**

Join Date: Aug 2007
Posts: 180



 Re: Netquote Anyone

NQ is complete garbage.

I recently reactivated my account and received about 100 leads

They fight me on EVERY return.

Leads are junk I offered them $2 per lead, no returns and they c

I put NQ leads valued at around $2 per lead.



---

 Post Reply

Insurance Agent Forum  >  Insurance Agents and Brokers Forum  >  General Insurance Agent Discussions

« i-Relay | USPC leads »

## Similar Threads for: Netquote Anyone

| Thread | Thread Starter | |
|---|---|---|
| Just signed up for NetQuote Free Leads… | Alsky | Individual H |
| Netquote Admits Fraud… | CHUMPS FROM OXFORD | General Ins |

All times are GMT -4. The time now is 05:54

Powered by vBulletin® Version 3.6.7
Copyright ©2000 - 2007, Jelsoft Enterprises
Content Relevant URLs by vBSEO 3.0.0

2006-2007, Insurance Forums