# EXHIBIT 2
## Levy Decl.

Dockets.Justia.com



HOME    HOW IT WORKS    FAQ    FORUM    CONTACT    ADVERTISE

**MEMBERS**

Register
Testimonials
Comics
Goodies

**ANNOUNCEMENTS**

**Sept 25th:**
Payday! Payouts reach
over 6 figures this
month! Proof.

**Sept 15th:**
TT launches Canadian
member section with
dozens of offers just for
Canada residents!

**Sept 15th:**
New pearl game
Launched!

**Sept 1st:**
iPhone given away to
referral contest winner!

# Welcome to TreasureTrooper.com!

Take surveys, sample products, signup for free trials,
join clubs, register for credit cards and get paid for it
all. There are over $2000 in offers!

Shop at hundreds of name brand stores and get
rebates from us for every purchase. It's shopping
you're already doing... why not get paid for it?

Play mini-games for pearls, discover gems, find gold
coins and trade them in for bonus prizes! Participate
in free contests & treasure hunts for even more cash!

Tell your friends and receive 20% of what they earn
and 5% from your second level referrals. The earning
potential is unlimited!

**ACCOUNT**

EMAIL

PASSWORD

Login

lose your password?
need to register?





**REGISTER NOW!**



Copyright © 2005-2007 TreasureTrooper.com.
All Rights Reserved.

TERMS OF SERVICE | PRIVACY POLICY



Mostchoice Supp. Doc. Prod. 0084

**HOME          HOW IT WORKS          FAQ          FORUM          CONTACT          ADVERTISE**

*MEMBERS*

Register

Testimonials

Contact

Goodies

*ANNOUNCEMENTS*

**Sept 25th:**
**Payday! Payouts reach**
**over 6 figures this**
**month! Proof.**

**Sept 15th:**
**TT launches Canadian**
**member section with**
**dozens of offers just for**
**Canada residents!**

**Sept 15th:**
**New pearl game**
**Launched!**

**Sept 1st:**
**iPhone given away to**
**referral contest winner!**

## Register

Email:

Confirm Email:

Choose Password: (min. 6 chars)

Confirm Password:

**Please enter your mailing address:**

First Name:

Last Name:

Street Address Line 1:

Street Address Line 2: (Optional)

City:

State:

ZIP:

Country:                     United States

**How would you like to be paid?**

◉ Check
○ PayPal (Must be a U.S. Verified address in order to receive payment)
   PayPal Address: Optional

☐ I have read and agree to the Terms of Service.     Sign Up

*ACCOUNT*

**EMAIL**

**PASSWORD**

Login

lose your password?
need to register?







Copyright © 2005-2007 TreasureTrooper.com.
All Rights Reserved.

TERMS OF SERVICE | PRIVACY POLICY



**HOME**     **HOW IT WORKS**     **FAQ**     **FORUM**     **CONTACT**     **ADVERTISE**

**MEMBERS**

Cash Offers
Cash Shopping
Cash Surveys
Trading Hut
My Treasure
My Profile

**ANNOUNCEMENTS**

**Sept 25th:**
**Payday! Payouts reach**
**over 6 figures this**
**month!** Proof.

**Sept 15th:**
**TT launches Canadian**
**member section with**
**dozens of offers just for**
**Canada residents!**

**Sept 15th:**
**New pearl game**
**Launched!**

**Sept 1st:**
**iPhone given away to**
**referral contest winner!**

HEY TROOPER! WEL-
COME TO YOUR NEW
MEMBERS AREA!
CLICK THE CASH
OFFERS BUTTON TO
THE LEFT TO START
EARNING THE
BIG BUCKS.

IF MY CALCULATIONS
ARE CORRECT, YOU
SHOULD CHECK OUT
CASH SURVEYS AND
GET 75 CENTS FOR
EVERY QUICK SURVEY
THAT YOU COMPLETE!

JACK, EVERYONE
KNOWS THAT CASH
SHOPPING IS WHERE
IT'S AT. GET CASH
BACK ON ALL THE
STUFF YOU BUY
ALREADY!

COME VISIT MABUTU
AT TRADING HUT.
MABUTU SELL MANY
GOODIES INCLUDING
IPOD. MABUTU NOT
KNOW WHAT IPOD IS,
BUT IT SHINY.

**ACCOUNT**

Welcome back,
Mike

Log Out

BURIED TREASURE!!!

GOT GUILD?

JACK'S JACKPOT

GO VIP!!

Ads by Yahoo!



Copyright © 2005-2007 TreasureTrooper.com.
All Rights Reserved.

TERMS OF SERVICE | PRIVACY POLICY



Mostchoice Supp. Doc. Prod. 0087



# Special Offers for Mike!

## Thanks for registering. Help us keep this list of surveys free by choosing "yes" to some of our sponsors below!

Choose YES for offers you like; NO for offers you don't. Then click on the SUBMIT button below.



**Free College Scholarships.net** - Money doesn't grow on trees...that's why you need $10,000 from FreeCollegeScholarships.net!


○ yes ○ no



**netQuote** - Compare FREE life insurance quotes. Get the coverage you need to protect your family.

◉ yes ○ no



**Columbia House** - 5 DVDS for $1 each when you join!


◉ yes ○ no



**DuPont™ Corian®** - Kitchens and bathrooms made beautiful. Find out more!

◉ yes ○ no



**Craftmatic** - Get a 30% OFF certificate towards a Craftmatic Monaco Adjustable Bed! Made in the USA.


◉ yes ○ no



**ASAP Mobility** - Get a new power wheelchair for little or no cost—you can become mobile again!

◉ yes ○ no



**Carloan.com** - FREE application! GOOD CREDIT, BAD CREDIT...Need a new car? Get one!


◉ yes ○ no



**American Home Shield®** - Get a FREE quote on a home warranty. You can't afford NOT to protect your most valuable asset!

◉ yes ○ no



**FreeGiftWorld** - Choose a free plasma TV, Console, iPod, or laptop—when you complete sponsor's offer!


◉ yes ○ no



**Direct TV** - Get a FREE DVR, FREE 4-Room System and FREE Installation!

◉ yes ○ no



**My Choice Is - Auto Warranty** - Buy Direct and Save up to 60%!

◉ yes ○ no

**Mobility Alliance** - A Power Wheelchair can be yours at little or NO cost. FREE Home Delivery!

◉ yes ○ no

Mostchoice Supp. Doc. Prod. 0088     11/20/2007 11:49 AM



## Special Offers Verification

**Review your information below and click the SUBMIT button to send your requests to our sponsors or SKIP and you will complete your registration.**

**1 of 1 Offers Selected**

net**QUOTE**     **netQuote** - Compare FREE life insurance quotes. Get the coverage you need to protect your family.



Do you have any pre-existing medical conditions? | -- Select -- | required

**First Name** | Mike | required

**Last Name** | Levy | required

**Birthday** | Jan | / | 22 | / | 1968 | required

**Gender** | --Select-- | required

**Height** | --Select -- | Feet | -- Select-- | Inches required

**Weight** | | lbs required

Have you used any tobacco products in the past 12 months? | -- Select -- | required

Have you been diagnosed with any of the following in the past 10 years? (Check all that apply.)

☐ AIDS/HIV

☐ Alzheimer's Disease

☐ Heart Disease

☐ Cancer

☐ Kidney Disease

☐ Liver Disease

☐ Pulmonary Disease

☐ Mental Illness

☐ Stroke

**Do you have any immediate relatives who have ever had heart disease?**

-- Select --   required

**Do you have any immediate relatives who have had any form of cancer?**

-- Select --   required

**Are you a private pilot or student pilot? Or do you engage in scuba diving, sky diving, rock climbing, motorized racing, or any other hazardous hobby or job?**

-- Select --   required

**Please select the type of coverage. Select at least one policy type, coverage amount, and option.** required

☐ Term

☐ Permanent

☐ Other

**Address** | 5600 Roswell Road    line 1 required

     line 2

**City** | Atlanta    required

**State** | GA    required

**Zip Code** | 30342   required

**E-Mail Address** | mlevy3@mostchoice.com   required

**Home Phone Number** | ☐ - ☐ - ☐   required

**Daytime Phone Number** | ☐ - ☐ - ☐   required

**Please only submit this form if you are interested in getting information about life insurance. Selecting this offer will not increase your chances of receiving free gifts or other incentives.**

By clicking on the SUBMIT button you consent
to sharing your information with the offer sponsors.

Submit   Skip

**Privacy Policy**             powered by **CoolSavings**



Copyright © 2005-2006 TreasureTrooper.com.
All Rights Reserved.

TERMS OF SERVICE | PRIVACY POLICY





Start Saving     Applicant Info     Medical History     Coverage Type     Final Page

## Applicant Information
Please enter some basic insurance information about this applicant. Be as accurate as possible.

Date of Birth:   | Month | Day | Year |

Gender:   ○ Male   ○ Female

Height:   | feet | inches |

Weight:   |   pounds





Privacy Policy | SiteMap
© 2007 NetQuote, Inc. All Rights Reserved.

Mostchoice Supp. Doc. Prod. 0109      11/20/2007 12:07 PM



| Start Saving | Applicant Info | Medical History | Coverage Type | Final Page |

## Final Page
Your security is our first priority - Click submit for insurance savings

Street Address: 5600 Roswell Road

Apt or Unit:

City, State, ZIP Code: Atlanta   GA   30342

Please enter a valid **E-mail address**: mlevy3@mostchoice.cc

Check here to receive the NetQuote e-Newsletter with money-saving tips: ☐   NO JUNK MAIL

**Home Telephone Number**: (format: 212-555-1234) 4045319858

**Daytime Telephone Number**: 4045319858   Ext:

DISCLOSURE: Where permitted by law, some insurance companies or their agents may confirm your information, through the use of consumer reports, which may include credit score and driving record.

By submitting this information, I request that insurance companies or their agents and NetQuote partners subscribing to the NetQuote service contact me via email, telephone or fax, using the information I have supplied, to provide quotes or to obtain additional information needed to provide quotes.

Submit

Privacy Policy | SiteMap
© 2007 NetQuote, Inc. All Rights Reserved.



► Thank you for completing the application process.

# You've Been Matched!





Your Application ID is -32
**Application Type:** Life

## Next Steps

**Check your email.** You will receive an email with a list of your matching agents.
This email will serve as the "receipt" of your application. You will also find a link to your matching agents and resources to help you get the best deal.

**Talk to your agents.** You will receive personal contact from your matching agents via phone and email.

  ► Get the most accurate quote – Making contact with your agents gives them the opportunity to confirm your information or ask any additional questions needed to give you the best quote possible.

  ► Get the best quote – Be sure to connect with all your agents. The more agents you have competing for your business, the better chance you have to save money on your policy.

**Get the right price.** Have your current policy handy so you're comparing "apples-to-apples" and be sure to read the information below.

  ► **What to Know When Talking to an Agent**
Asking these 5 questions will help you and your matching agents determine the best auto policy for you.
Read More

  ► **Tips to Help You Save Money on Life Insurance**
Simple tips on how to increase your opportunity for savings.
Read More

  ► **Buyers' Guide For Life Insurance**
Need a bit more information? This guide will help you research, understand, and select the right policy for your insurance needs.
Read More

## Additional Insurance Savings

NetQuote provides the most complete choice of insurance options and we're ready to help you find the best deals with all types of insurance.

  ► Auto Insurance Quotes
  ► Home Insurance Quotes
  ► Health Insurance Quotes

net**QUOTE** eNewsletter

FREE monthly newsletter with fun tips and insurance advice.



Privacy Policy | Site Map
© 2004 NetQuote, Inc. All Rights Reserved.



Mostchoice Supp. Doc. Prod. 0112



**HOME**    **HOW IT WORKS**    **FAQ**    **FORUM**    **CONTACT**    **ADVERTISE**

**MEMBERS**

Cash Offers

Cash Shopping

Cash Survey

Trading Hut

My Treasure

My Profile

**ANNOUNCEMENTS**

**Sept 25th:**
**Payday! Payouts reach over 6 figures this month!** Proof.

**Sept 15th:**
**TT launches Canadian member section with dozens of offers just for Canada residents!**

**Sept 15th:**
**New pearl game Launched!**

**Sept 1st:**
**iPhone given away to referral contest winner!**

# Thank You!!

You have marked as completed the offer **NetQuote Life Insure** (#2709).

Once we receive confirmation that you have fulfilled this offer, 1.0 platinum coins will be added to your account, which can be traded for goodies at Mabutu's Trading Hut. In the meantime, you may view your pending offers by clicking the My Pending Offers link on the My Treasure page.

Note that it takes an absolute minimum of one day for us to receive the confirmation. Some offers may take up to a week or more.

### !! Bonus Game !!

For every offer that you successfully complete, you earn the chance to find a valuable pearl. Click the button below to play, wait for the game to load completely, and good luck!

[ Play Now ]

**ACCOUNT**

**Welcome back, Mike**

[Log Out]









Ads by Yahoo!



Copyright © 2005-2007 TreasureTrooper.com.
All Rights Reserved.

TERMS OF SERVICE | PRIVACY POLICY





**HOME**    **HOW IT WORKS**    **FAQ**    **FORUM**    **CONTACT**    **ADVERTISE**

**MEMBERS**

Cash Offers

Cash Shopping

Cash Survey

Trading Hut

My Treasure

My Profile

**ANNOUNCEMENTS**

**Sept 25th:**
**Payday! Payouts reach over 6 figures this month!** Proof.

**Sept 15th:**
**TT launches Canadian member section with dozens of offers just for Canada residents!**

**Sept 15th:**
**New pearl game Launched!**

**Sept 1st:**
**iPhone given away to referral contest winner!**

## My Pending Offers

The following offers have been marked "Done" but have not yet been verified. The dollar amount, number of gold coins, and pearls shown will be added to your account once we receive confirmation that you have completed the corresponding offer.

Whether you won a pearl is indicated by a checkmark or cross. If you originally missed your chance to play the pearl-finding game after completing an offer, you may play now by clicking on the PLAY icon next to that offer.

**Notice:** Do not click the offer link again, unless you think you did the offer incorrectly and want to retry. Clicking the offer link will reset your "Claim Date."

NetQuote Life Insure    Complete the form with accurate information. (Claimed 2007-11-20).    1   

**1 offers pending.**

Ads by Yahoo!

**ACCOUNT**

Welcome back, **Mike**

Log Out











Copyright © 2005-2007 TreasureTrooper.com.
All Rights Reserved.

TERMS OF SERVICE | PRIVACY POLICY



Mostchoice Supp. Doc. Prod. 0114    11/20/2007 12:10 PM