# EXHIBIT 3
Levy Decl.

Dockets.Justia.com





**Meet Satellite Sweeps Winners!**

**Sheryl**
Lees Summit, MO

"Wow! I have never won anything before, and I'm Irish!"



**Enter your email below for your chance to win**

**ENTER NOW**

By entering I agree to the membership agreement and sweepstakes rules of this site and agree to receive emails from SatelliteSweeps with more opportunities to win. We will never share your email address with third parties.

Already a member?
Click here.

Neither SatelliteSweeps.com nor its parent company, ScotInteractive, Inc. are directly affiliated with XM Satellite Radio Inc. or Sirius Satellite Radio Inc. The logos and products found on this site are the property of their respective owners and ScotInteractive does not, in any way, claim to represent or own any of the trademarks or rights. Neither XM Satellite Radio Inc. nor Sirius Satellite Radio Inc. owns, endorses, or promotes ScotInteractive, Inc. or SatelliteSweeps.com.

 Get 10 Points just for entering your email address

Click: 1 Entry
Complete Offer: 4 Points

 Get 4 Points just for entering your email address

Click: 1 Entry
Complete Offer: 24 Points

 Get 24 Points when you request free information about receiving cash for your gold

Click: 1 Entry
Complete Offer: 20 Points

 Get 20 Points when you join CellRewards.com for FREE

Click: 1 Entry
Complete Offer: 32 Points

 Get 32 Points when you request FREE information about an extended warranty for your vehicle

Click: 1 Entry
Complete Offer: 25 Points

 Get 25 Points when you try Thirty Plus Match for FREE

Click: 1 Entry
Complete Offer: 276 Points

 Get 276 Points when you sign up for Blockbuster Online for only $9.99

Click: 1 Entry
Complete Offer: 10 Points

 Get 10 Points and a Free $250 Gift Card when you join Prize America for FREE

 Get 10 Points just for entering your email address

Click: 1 Entry
Complete Offer: 4 Points

 Get 4 Points just for entering your email address

Click: 1 Entry
Complete Offer: 8 Points

 Get 8 Points just for entering your email address

Click: 1 Entry
Complete Offer: 10 Points

 Get 10 Points and reduce your car payment for FREE

Click: 1 Entry
Complete Offer: 40 Points

 Get 40 Points when you get a free auto insurance quote

Click: 1 Entry
Complete Offer: 10 Points

 Get 10 Points just for entering your email address

Click: 1 Entry
Complete Offer: 320 Points

 Get 320 Points when you try The New York Times for 4 weeks for only $4

Click: 1 Entry
Complete Offer: 8 Points

 Get 8 Points when you join PaidSurveys.com for FREE





### Win A Thunderbird Sports Convertible!
Complete the questionnaire for your entry.

### Wanted - Movie, Music or Game Enthusiasts!
* **Do you enjoy watching movies, listening to music or playing games? If so, you are invited to join an exclusive panel dedicated to providing opinions about new movies, songs and games. Help influence new products in the Entertainment Industry, and receive opportunities to win prizes through our Instant Win game every time you take a survey! Join the Choozz panel today!**
  - ○ Yes, I want to join Choozz
  - ○ No, thank you

### What's Your Favorite Flavor?
* **Choose your favorite flavor of new ORBIT Fruit-Flavored Gum and receive 12 packs FREE! Vote now - limited time offer!**
  - ○ Yes, I'd like to vote for my favorite flavor
  - ○ No, thank you

### Free Trial!


* Save, search, print and archive faxes just like any other file on your PC. Use your PC and Internet connection - no new equipment or software needed. Try our service FREE for 30 days now.
  - ○ Yes, I would like to sign up for the free trial
  - ○ No, thank you

**Tailored to your interests and needs, please tell us how you would like to receive more information about the topics listed below. (check all that apply)**

|  | Special Offers, Coupons & Samples | Catalogs | Online Newsletter |
|---|---|---|---|
| Clothing | ☐ | ☐ | ☐ |
| Craft Supplies | ☐ | ☐ | ☐ |
| Gardening | ☐ | ☐ | ☐ |
| Gift Baskets | ☐ | ☐ | ☐ |
| Home Décor/Housewares | ☐ | ☐ | ☐ |
| Pets | ☐ | ☐ | ☐ |
| Prescriptions | ☐ | ☐ | ☐ |
| Sports Equipment | ☐ | ☐ | ☐ |
| Wine | ☐ | ☐ | ☐ |

Mostchoice Supp. Doc. Prod. 0053

**Given the opportunity, would you take a survey if you were rewarded with a Free Apple® iPod® nano for your participation?**

○ Yes
○ No

**Keep Your Number – Get a Better Plan!**



Get a FREE Sprint PCS Cell Phone! Plus FREE Shipping, FREE Long Distance and FREE Nights and Weekends! No credit card needed. New Sprint activations only.

○ Yes, please contact me with the details
○ No, thank you

* **Since 1989, NetQuote® has provided consumers with a free, simple and effective way to fulfill their insurance shopping needs. If you're paying too much for Auto Insurance, NetQuote® may be able to significantly reduce your monthly premium. Request a FREE quote and start saving today!**

○ Yes, I'd like to request a FREE auto insurance quote
○ No, thank you

**Win $5,000 From Shopper's Voice!**

☑ **Yes, enter me to win $5,000 cash and receive valuable money saving coupons and special offers from Shopper's Voice and its partner companies in the mail and by email.**

Sweepstakes Rules | Shopper's Voice Privacy Policy

**Get your Bachelor's or Master's Degree online in as little as 15 Months!***

* **Take your Career to New Heights! At CTU (nationwide program), you can earn a Bachelor's or Master's degree in as little as 15 months!* Plus, earn Professional Certificates** throughout your degree at no additional cost. What are you waiting for? Contact CTU Online now, and get your degree in months... not years!**

○ Yes, please have CTU contact me via phone or email
○ No, thank you

**Inventors - New Product Ideas Wanted!**

* **Do You Have a New Product Idea or Invention? We help inventors design, develop, and present their product ideas to corporations. The next product you see in a store could be yours. Click yes to receive our brochure by mail. We deliver professional results!**

○ Yes, I would like to hear more from Davison
○ No, thank you

[Get your entry!]

· Privacy Policy · Official Rules · About Us · Contact Us · Winners

Mostchoice Supp. Doc. Prod. 0055





# S.A.N.Q.L.D. Inc.

**E-BUSINESS AND I-MARKETING DEALS; GIVEAWAYS; CONTESTS; AND OTHER PROMOTIONAL OFFERS**






- Earn $500 in 5 minutes! Click Here and Get Paid!!!
- Earn $500 in 5 minutes! Click Here and Get Paid!!!
- Earn CASH referring friends. Win prizes. Register FREE!!!
- FREE Gas and Earn Double Rewards!!!
- FREE $25 Kmart Gift Card!!!
- Get $2 for signing up. Get Paid to search!!!
- Get Paid $17.00 BP Visa
- EARN FREE GAS with the Platinum BP Visa Card! Take advantage of the



complete. LoanWeb is a FREE service! Complete a simple loan application and Get Paid!

Get Paid $6.00 Lord of the Rings

Get The Lord of the Rings Trilogy for FREE! Plus, get 5 more books for $1. Order now and Get Paid!

Get Paid $6.00 123Inkjets.com

Are you low on ink? Save 50-75% Off Retail Prices on Quality Inkjet Cartridges & Laser Toner + FREE Shipping! WIN $1000 CASH! Click here!

Get Paid $1.50 NetQuote

Get a FREE quote on auto, home, life, health, and business insurance from the nations oldest and largest insurance quote service. It's Fast, Free and Easy! Submit a quote request and Get Paid!

Get Paid $0.45 GroupLotto.com

Free Lottery entries from GroupLotto in the $10 million jackpots, become a winner in our $50,000 Magazine Lovers Sweeps and receive other exciting promotions via email from GroupLotto and our partners. Register Now!

Get Paid $6.00 MyHealthySavings-Gas

Claim a FREE $25 Pre-Paid Gas Card! Sign up today for



- Home
- Join Free
- FAQ
- Forum
- Contact

## Welcome to CashCrate!

Do you know that companies are paying top-dollar to have users like you try their products and services for free? At CashCrate, we pass that money on to you. Simply complete free offers and get paid without spending a dime!

Email: 
Password: 
☐ Remember Me
[Login]

### How It Works

### Join For Free

### Latest News

**Sign-up for Free**

Unlike other companies, we will never charge you any fees.

**Complete Free Offers**

Get paid to complete surveys, join free websites, and more.

**Refer Others**

Increase your revenue with our two tier referral program!

**Get Paid!**

Payments are sent every month by check like clockwork!

More Questions? See our FAQ.

First Name: 
Last Name: 
Email: 
Password: 
Confirm Pass: 
Country: United States
☐ I agree to the Terms of Service
[Join!]

**November 17th**

Bonus Daily Survey

**November 12th**

Contest Standings Updated

**November 1st**

November Contest Announced

**September 3rd**

September Contest Announced

Copyright © 2006-2007 CashCrate.com. All rights reserved.
Privacy Policy | Terms of Service | Report Abuse

- Home
- Join Free
- FAQ
- Forum
- Contact

## Welcome Mike

- November's Earnings: $0.00
- Pending Earnings: $0.00
- Points: 0

- Complete Offers
- Go Shopping
- Referral Info
- Earnings
- My Account
- Message Center
- Support
- Prize Shop
- Logout

## Thanks for signing up!

You're almost ready to being making money. All we need to know is where to send your check! Your earnings are paid automatically at the end of the month when you make $10 or more.

---Enter Your Information---

First Name: Mike
Last Name: Levy
Phone Number: 4045319858
Address Line 1: 5600 Roswell Road
Address Line 2:
City: Atlanta
State: Georgia
Zip/Postal Code: 30342
Country: United States
[Done!]

Copyright © 2006-2007 CashCrate.com. All rights reserved.
Privacy Policy | Terms of Service | Report Abuse

- Home
- Join Free
- FAQ
- Forum
- Contact

# Welcome Mike

- November's Earnings: $0.00
- Pending Earnings: $0.00
- Points: 0

- Complete Offers
- Go Shopping
- Referral Info
- Earnings
- My Account
- Message Center
- Support
- Prize Shop
- Logout

## Members Area

### Start making money!

If you're new, see our short tutorial to help you get started. Otherwise, find an offer that you want to complete and click on it. Once you've completed it, submit it using the 'Submit' button to the right of the offer. After it's confirmed, the money will be added to your earnings. Try our highest rated offers first.

Remember to use only true information when completing offers or your account will be terminated.

- Cash Offers
- Points Offers
- Daily Survey

## Cash Offers

Do these offers to earn cash.

Show: [All Offers]  Sort by: [Rating]  [Go!]

Pending Offers | Completed Offers

# Points Offers

Do these offers to earn points.

Show: [All Offers]   Sort by: [Rating]   [Go!]

Pending Offers | Completed Offers

# Daily Survey

Get paid for completing your free Daily Surveys.
You may take two new surveys every 24 hours!

[Go!]

| Offer | Description | Payout | Cost | |
|---|---|---|---|---|
| eBay | Sign-up for free and win an auction. | $8.00 | $0.00 | [Submit] |
| Paid Surveys Unlimited | Register for free. | $0.75 | $0.00 | [Submit] |
| My Smoking Rewards | Participate in the survey. | $4.00 | $0.00 | [Submit] |
| Lightspeed | Join the research panel and confirm your email. | $0.75 | $0.00 | [Submit] |
| JoinSurveys | Fill out the one page sign-up form. | $0.50 | $0.00 | [Submit] |
| Survey Spot | Register for free. | $0.75 | $0.00 | [Submit] |
| USA Prizes | Register for free. | $0.75 | $0.00 | [Submit] |
| I Credit Experts | Complete the form. | $0.65 | $0.00 | [Submit] |
| Recipe Rewards | Register for free. | $0.40 | $0.00 | [Submit] |
| 10k Scholarships | Register for free. | $0.80 | $0.00 | [Submit] |
| Survey4Profit | Register for free. | $0.50 | $0.00 | [Submit] |
| Prevacid | Fill out the form with valid information. | $0.75 | $0.00 | [Submit] |
| Health Quotes | Fill out the form with valid information. | $1.00 | $0.00 | [Submit] |
| SurveyClub | Join their free club. | $0.60 | $0.00 | [Submit] |
| MyPoints | Sign-up for free and confirm your account. | $0.85 | $0.00 | [Submit] |
| PublicOpinionGroup | Participate in the survey. | $1.00 | $0.00 | [Submit] |
| Atlas Credit Group | Register for free. | $0.40 | $0.00 | [Submit] |
| SendEarnings | Register, confirm your email, fill out your profile. | $0.75 | $0.00 | [Submit] |
| Free PC Magazine | Fill out the form. | $0.50 | $0.00 | [Submit] |

| Mini Vacation | Complete the survey. | $1.35 | $0.00 |  |

- Pages:
- [1](#)
- [2](#)
- [3](#)
- [4](#)
- [5](#)
- [6](#)
- [7](#)
- [8](#)
- [9](#)
- [10](#)
- [11](#)
- [>>](#)

- 💳 = A credit card is required to complete this offer.
- **Payout** = How much you'll receive for completing the offer.
- **Cost** = How much the offer will cost you in shipping charges, processing fees, etc.

Copyright © 2006-2007 CashCrate.com. All rights reserved.
Privacy Policy | Terms of Service | Report Abuse



