IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

___

**Proposed Order Granting Defendant's Motion for Summary Judgment**
___

    The Court having read and considered the Defendants' Motion for Summary Judgment, and brief in support thereof, and having reviewed all matters of record, including the briefs of both parties, the Court finds that there are no issues of material fact in dispute and that judgment as a matter of law in favor of the defendants is appropriate. Accordingly, the Court GRANTS the Defendants' Motion for Summary Judgment.

    This the ____ day of _____, 2008.

                                                      _____
                                                    Judge, United States District Court
                                                    District of Colorado