IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC**, a Colorado corporation,

    Plaintiff,

v.

**BRANDON BYRD**, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

**MOSTCHOICE.COM, Inc.**, a Georgia corporation

    Defendants.

───────────────────────────────────────────────────────────

**Exhibits and Deposition Transcript Excerpts Filed in Support of
Defendants' Motion for Summary Judgment
and Motion to Exclude Expert Witness**

───────────────────────────────────────────────────────────

| | |
|---|---|
| A-1 | Byrd Submission Example |
| A-2 | Ex. 223/NQ101 |
| A-3 | Ex. 203/SD3794 |
| A-4 | Ex. 215/SD512 |
| A-5 | Ex. 215/SD517 |
| A-6 | Ex. 218/NQ2502-2504 |
| A-7 | SD2510 |
| A-8 | Ex. 100/NQ160-163 |
| A-9 | SD168-SD190 |
| A-10 | Ex. 100/NQ164 |
| A-11 | Ex. 100/NQ164, SD2489 |
| A-12 | Ex. 100/NQ165, SD 2482 |
| A-13 | Ex. 100/NQ166, SD2511 |
| A-14 | Ex. 201/SD 454-455 |
| A-15 | Ex. 202/SD103 |
| A-16 | Ex. 201/SD 467-468 |
| A-17 | Ex. 201/SD 459 |
| A-18 | Ex. 200/SD28-48 |
| A-19 | Ex. 203/SD3795 |
| A-20 | NQ 2512 |
| A-21 | Ex. 200/SD29 |

A-22   Duree Report (complete) SD1-81
A-23   2006 Quist Report (complete) SD450-506
A-24   2007 Quist Report (complete) SD82-167

**Deposition Transcript Excerpts**

1. Michael Levy
2. Brandon Byrd
3. Craig Shine
4. John Marosi
5. Cynthia Lorraine Capozzi
6. Paul Goott
7. John Doria
8. Paul Ford
9. Stephen A. Duree
10. Scott Striegel
11. Quin Zhou
12. Gregg Coccari

[signature on next page]

Dated this 14th day of December, 2007.

    **s/ Ryan Isenberg**
Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
Telephone: 770-351-4400
Facsimile: 770-828-0100 (Fax)
Email: ryan@isenberg-hewitt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2007, I served the foregoing Exhibit List by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

    **s/ Ryan Isenberg**