## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## NETQUOTE'S MOTION FOR SUMMARY JUDGMENT
## ON MOSTCHOICE'S COUNTERCLAIM

Plaintiff NetQuote, Inc. ("NetQuote"), through undersigned counsel, moves pursuant to Fed. R. Civ. P. 56 for summary judgment on the sole remaining counterclaim of Defendant MostChoice.com, Inc. ("Mostchoice"). In support of its motion, NetQuote submits the accompanying Brief in Support of Netquote's Motion for Summary Judgment on Mostchoice's Counterclaim.

Dated: December 18, 2007         Respectfully submitted,

  /s Daniel D. Williams_____
Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Tel: (303) 447-7700 / Fax: (303) 447-7800
E-mail:    dwilliams@faegre.com
               ttate@faegre.com

David W. Stark
Heather Carson Perkins
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Tel:  (303) 607-3500 / Fax:  (303) 607-3600
E-mail:    dstark@faegre.com
               hperkins@faegre.com

**Attorneys for Plaintiff NetQuote, Inc.**

# **CERTIFICATE OF SERVICE**

I certify that on this 18th day of December, 2007, I electronically filed the accompanying **NETQUOTE'S MOTION FOR SUMMARY JUDGMENT ON MOSTCHOICE'S COUNTERCLAIM** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

> Ryan L. Isenberg, Esq.
> ISENBERG & HEWITT, P.C.
> 7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
> Atlanta, GA 30328
> ryan@isenberg-hewitt.com

*/s Daniel D. Williams*