IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

     Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2007.**

     Defendants' Unopposed Motion to File Documents Under Seal in Connection with Defendants' Motion for Summary Judgment and Motion to Exclude Expert Testimony [filed December 14, 2007; doc #148] is hereby **granted**. The Clerk of the Court is directed to maintain under seal the documents found under docs #150, 151 and 152.