## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and
64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2007.**

      Pending before the Court are Plaintiff's Motion to Reopen Depositions at Federal Courthouse [doc #100], Defendants' Motion to Modify Protective Order or for Relief from Protective Order [doc #112], and Defendant's Motion for Additional Time to Obtain Non-Party Discovery, to Continue the Final Pretrial Conference, and to Identify a Rebuttal Expert Witness [doc #124].

      Pursuant to 28 U.S.C. § 636(b)(1)(A), these matters have been referred to this Court for resolution. The parties are directed to appear before the Court in person for oral argument regarding the above matter on Friday, **December 28, 2007, at 9:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. See D.C. Colo. LCivR 83.2B.