IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. **07-cv-00630-DME-MEH** | Date: December 28, 2007 |
| Courtroom Deputy: Ellen E. Miller | **FTR – Courtroom C203** |

| | |
|---|---|
| NETQUOTE, INC., a Colorado corporation, Plaintiff(s); | Daniel D. Williams<br>Heather C. Perkins |
| v. | |
| BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and MOSTCHOICE.COM, INC. a Georgia corporation, Defendant(s). | Ryan L. Isenberg |

## COURTROOM MINUTES / MINUTE ORDER

**Hearing:**   MOTIONS  HEARING

**Court in session:**   9:00 a.m.

Court calls case.  Appearances of counsel. Also present are Plaintiff representative Craig Shine and Defendant representative Michael Levy.

Opening statements by the Court.

Argument and discussion regarding the pending motions.

**It is ORDERED:**   Plaintiff's MOTION TO REOPEN DEPOSITIONS AT FEDERAL COURTHOUSE [Docket No. **100**, Filed November 12, 2007] is **GRANTED IN PART and DENIED IN PART.**

The Motion is granted in that Plaintiff may reopen the depositions of Michael Andrew and the 30(b)(6) deponent.  Each deposition shall be limited to two (2) hours, absent leave of court.

The Motion is denied in that the depositions will not be taken at the federal courthouse in Denver. The depositions will take place in Atlanta, Georgia.

Defendant shall print out the three thousand five hundred twenty-one (3521) documents and have them to Plaintiff's counsel **no later than** three (3) days prior to the reopened depositions.

Plaintiff's counsel shall provide a copy of the binder containing copies of Mr. Byrd's e-mails **no later than** three (3) days prior to the reopened depositions.

All discovery shall be completed prior to the preparation of the proposed Final Pretrial Order.

**It is ORDERED:** Defendant Mostchoice.com, Inc.'s MOTION FOR ADDITIONAL TIME TO OBTAIN NON-PARTY DISCOVERY, TO CONTINUE THE FINAL PRE-TRIAL CONFERENCE, AND TO IDENTIFY A REBUTTAL EXPERT WITNESS [Docket No. **124,** Filed November 30, 2007] is **GRANTED IN PART and DENIED IN PART.**

The Motion is granted in that the FINAL PRETRIAL CONFERENCE set February 05, 2008 at 9:30 a.m. is **vacated** and **RESET** to **FEBRUARY 20, 2008** at **9:30 a.m.** in Courtroom C203, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

The Motion is granted in that the deadline for Mostchoice to designate a Rebuttal Expert is extended to **JANUARY 15, 2008.**

The Motion is granted in that Mostchoice may serve SBLI and AOL with a subpoena to produce certain documents. Subpoenas to SBLI and AOL must be served **on or before** January 04, 2008.

**It is ORDERED:** Defendants' MOTION TO MODIFY PROTECTIVE ORDER, OR FOR RELIEF FROM PROTECTIVE ORDER [Docket No. **112,** Filed November 21, 2007] is **DENIED WITHOUT PREJUDICE.**

Plaintiff trial exhibits shall be disclosed **no later than** January 31, 2008.

Hearing concluded.

**Court in recess:** 10:12 a.m.

Total time in court: 01:12