# EXHIBIT 2

1   No. 202, and want to ask you if this is the 2007

2   report we talked about previously.

3       A   I believe so.

4       Q   The 2006 report, does it assume

5   that the company is worth what it was paid?

6       A   No.

7       Q   Is it considered an independent

8   valuation of the value of the business?

9       A   Not on the face of the document,

10  but in the procedures that are performed in

11  tandem by the CPA firm, Price Waterhouse Coopers,

12  and the valuation firm, Quist, in conjunction

13  with FASB 142, there is a determination of asset

14  impairment. That test was met or the financial

15  statements would be different than they, I

16  believe, are. And so there was a determination

17  that there was not impairment by the date of the

18  audit report: Calendar Year in 2006. That is not

19  a function of the work underlying Deposition

20  Exhibit 200, but is a tandem exercise or activity

21  that did happen.

22      Q   All right. Tell me, if you will,

23  what's meant by "impairment."

24      A   A determination that the assets

25  -- the recorded value of the assets cannot be

1 recovered by the going-concern operation of the

2 entity, meaning that they are therefore impaired.

3    Q   So if I understood, I think, the

4 beginning of your answer to my question, the 2006

5 Quist evaluation disclaims in its contents that

6 it is not an independent valuation, but the

7 procedures that were used in conjunction with the

8 Price Waterhouse audit would suggest that it

9 could be treated that way?

10    A   No.

11    Q   Okay.

12    A   The Quist valuation known as

13 Exhibit 200 is independent. It is not a

14 determination of value; it is an allocation of

15 purchase price. For purposes of value, if the

16 value wasn't there by year end, the date of the

17 audit, there are other procedures that would have

18 identified that.

19    Q   And you -- you referred to

20 Exhibit 200. Is it -- is your report --

21    A   201. I'm sorry.

22    Q   So the 2007 report, is that an

23 independent evaluation of the value of NetQuote?

24    A   Yes.

25    Q   Okay. Tell me what parts of the

1    is derived by other values on that schedule, but

2    you'd see the formulas themselves, yes.

3         Q    So as I understand it, the Quist

4    report assumes that the life span of NetQuote's

5    customers is seven years; is that correct?

6         A    It assumes that the decay factor

7    runs out that amount of time. That's not to say

8    that every customer that is there will be gone in

9    seven years, but as a simplifying assumption,

10   that is the assumption they made.

11        Q    And that's based on represen-

12   tations from NetQuote's management?

13        A    That implicitly is true.

14        Q    Did you have an opportunity --

15   well, let me strike that.

16        Did you receive information from

17   NetQuote or from its counsel that would allow you

18   to determine the number of customers that in fact

19   have been with NetQuote for seven years?

20        A    I don't know if I -- if -- within

21   the computer media that I received, if I could

22   determine that number. I know that several have

23   been because of the start dates that are

24   identified for some, but I don't believe I've had

25   access to media that addresses each and every

1    Q    Okay. How did you pick 50 and

2    75 percent as the numbers to apply to your

3    calculation?

4        MS. PERKINS: Object to the form,

5    ambiguous.

6        You can answer if you understand.

7    A    It was largely subjective,

8    recognizing that some of these customers left for

9    other reasons and selected percentages that

10    judgmentally are representative of the magnitude

11    of impairment that I think exists and may be

12    helpful to the jury when it ultimately decides on

13    that issue, but providing enough information that

14    if the jury thinks some other percentage is

15    appropriate, the jury can so select.

16    Q    (BY MR. ISENBERG) Has anyone

17    from NetQuote shared with you any written

18    opinions from Internet-based insurance forums

19    criticizing the quality of NetQuote's leads after

20    it was bought by its current owners?

21    A    No.

22    Q    Are you aware of whether there is

23    a difference in the quality of leads between

24    those that are generated through affiliates and

25    those that are generated through organic search-

1  engine searches?

2     A   Define "organic."

3     Q   When I go to Google and I type in

4  "auto insurance" and "NetQuote" comes up in the

5  list of natural results that aren't being paid

6  for, that would be an organic listing.

7     A   As you define it, okay.

8     Q   Okay. So as I've defined it, are

9  you aware of a difference in the quality of leads

10 that are generated through that method of

11 generating leads versus using affiliates?

12    A   I have an impression that those

13 that come directly to NetQuote have some higher

14 utility. As to -- in the margin, to what extent

15 that is, I don't know, but those have some

16 preference.

17    Q   And are you aware that NetQuote

18 has affiliates that offer things other than

19 insurance for which the visitor to the website

20 also gets an insurance quote?

21    A   Perhaps you can clarify your

22 question with an example.

23    Q   And I'll say, for instance --

24 because this is an impression I have and I'm not

25 certain, so I'm using it as an example; and it