IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## UNOPPOSED MOTION TO FILE NETQUOTE'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS UNDER SEAL

    Plaintiff NetQuote, Inc. ("NetQuote"), through undersigned counsel, moves to file its Response to Defendants' Motion for Summary Judgment and accompanying exhibits under seal, and in support of its motion, states as follows:

    1.    On December 14, 2007, Defendants filed their Motion for Summary Judgment and accompanying exhibits under seal.

    2.    Significant portions of the Response and exhibits accompanying the Response contain materials that the parties have designated as Attorneys Eyes Only or Confidential under the Protective Order in this action.

    3.    The Protective Order requires that materials designated as Attorneys Eyes Only or Confidential be filed under seal. (Protective Order ¶ 10 (Dkt. # 74).) Accordingly, Plaintiff

respectfully requests that the Response to Defendants' Motion for Summary Judgment and accompanying exhibits be maintained under seal.

4. Pursuant to D.C.Colo.L.Civ.R. 7.1(A), undersigned counsel contacted counsel for Defendants to determine if Defendants would oppose this motion and counsel for Defendants stated that Defendants do not oppose the relief requested.

Dated: January 3, 2008						Respectfully submitted,

          *s/Daniel D. Williams*
          Daniel D. Williams
          Teresa Taylor Tate
          FAEGRE & BENSON LLP
          1900 Fifteenth Street
          Boulder, Colorado 80302
          Tel: (303) 447-7700 / Fax: (303) 447-7800
          E-mail:   dwilliams@faegre.com
                      ttate@faegre.com

          David W. Stark
          Heather Carson Perkins
          FAEGRE & BENSON LLP
          3200 Wells Fargo Center
          1700 Lincoln Street
          Denver, Colorado 80203
          Tel:  (303) 607-3500 / Fax:  (303) 607-3600
          E-mail:   dstark@faegre.com
                      hperkins@faegre.com

**Attorneys for Plaintiff NetQuote, Inc.**

# **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of January, 2008, I electronically filed the accompanying **UNOPPOSED MOTION TO FILE NETQUOTE'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS UNDER SEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com

*s/Daniel D. Williams*_____