IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## ORDER GRANTING NETQUOTE'S UNOPPOSED MOTION TO FILE ITS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS UNDER SEAL

    The Court, having considered NetQuote's Unopposed Motion to File its Response to Defendants' Motion for Summary Judgment and Exhibits under Seal, hereby ORDERS that the Motion is GRANTED, and the Response to the Motion for Summary Judgment and accompanying exhibits shall be maintained under seal.

    DATED this _____ day of January, 2008.

                                      BY THE COURT:

                                      _____
                                      United States District Judge