IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and
64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2008.**

Plaintiff's Unopposed Motion to File Netquote's Response to Defendants' Motion for Summary Judgment and Exhibits Under Seal [filed January 3, 2008; doc #165] is hereby **granted**. The Clerk of the Court is directed to maintain under seal the documents found under doc #166.

Dockets.Justia.com