# EXHIBIT "A"

# Mostchoice Click Fraud Damages without AOL Data 01

| Clicks | ExcessLds | SumClick | CPC | Cost |
|---|---|---|---|---|
| 88 | | 88 | 3.08 | 271.04 |
| 2 | 3 | 5 | 0.93 | 4.65 |
| 1 | 2 | 3 | 1.25 | 3.75 |
| 1 | | 1 | 1.25 | 1.25 |
| 10 | | 10 | 1 | 10 |
| 43 | | 43 | 2.07 | 89.01 |
| 8 | | 8 | 0.8 | 6.4 |
| 4 | | 4 | 0.87 | 3.48 |
| 1 | | 1 | 0.6 | 0.6 |
| 5 | 1 | 6 | 0.5 | 3 |
| 11 | | 11 | 1.57 | 17.27 |
| 1 | | 1 | 1.25 | 1.25 |
| 2 | | 2 | 0.7 | 1.4 |
| 2 | | 2 | 1.11 | 2.22 |
| 0 | 1 | 1 | 1.5 | 1.5 |
| 1 | | 1 | 1.25 | 1.25 |
| 27 | | 27 | 1.25 | 33.75 |
| 1 | | 1 | 1.25 | 1.25 |
| 1 | | 1 | 1.25 | 1.25 |
| 2 | | 2 | 1.25 | 2.5 |
| 10 | | 10 | 1.05 | 10.5 |
| 1 | | 1 | 9.21 | 9.21 |
| 1 | | 1 | 6.64 | 6.64 |
| 1 | | 1 | 1.24 | 1.24 |
| 12 | | 12 | 3.32 | 39.84 |
| 1 | | 1 | 2.73 | 2.73 |
| 3 | 1 | 4 | 2.11 | 8.44 |
| 63 | | 63 | 3.4 | 214.2 |
| 7 | | 7 | 1.78 | 12.46 |
| 1 | | 1 | 1.41 | 1.41 |
| 1 | | 1 | 1.72 | 1.72 |
| 17 | | 17 | 0.3 | 5.1 |
| 8 | | 8 | 0.3 | 2.4 |
| 46 | | 46 | 3.18 | 146.28 |
| 34 | 73 | 107 | 0.5 | 53.5 |
| 266 | 1441 | 1707 | 0.48 | 819.36 |
| 729 | | 729 | 0.25 | 182.25 |
| 184 | | 184 | 0.26 | 47.84 |
| 5 | | 5 | 0.35 | 1.75 |
| 5 | 5 | 10 | 2.6 | 26 |
| 1 | | 1 | 1.77 | 1.77 |
| 75 | | 75 | 1.16 | 87 |
| 6 | 7 | 13 | 2.07 | 26.91 |
| 4822 | | 4822 | 0.25 | 1205.5 |
| 1 | | 1 | 0.24 | 0.24 |
| 1 | | 1 | 5.56 | 5.56 |
| 33 | | 33 | 0.3 | 9.9 |
| 28 | | 28 | 0.32 | 8.96 |
| 3 | | 3 | 6.8 | 20.4 |
| 7 | | 7 | 1.19 | 8.33 |
| 1 | | 1 | 1.19 | 1.19 |
| 16 | | 16 | 0.3 | 4.8 |
| 14 | | 14 | 0.29 | 4.06 |
| 1 | | 1 | 0.57 | 0.57 |

# Mostchoice Click Fraud Damages without AOL Data 02

| | | | | |
|---:|---:|---:|---:|---:|
| 11 | | 11 | 3.28 | 36.08 |
| 2 | | 2 | 3.5 | 7 |
| 266 | | 266 | 0.25 | 66.5 |
| 172 | | 172 | 0.32 | 55.04 |
| 1 | | 1 | 5.25 | 5.25 |
| 1 | | 1 | 0.66 | 0.66 |
| 52 | | 52 | 0.27 | 14.04 |
| 39 | | 39 | 0.27 | 10.53 |
| 240 | | 240 | 5.3 | 1272 |
| 2 | | 2 | 5.25 | 10.5 |
| 1 | 21 | 22 | 1.25 | 27.5 |
| 1 | 4 | 5 | 0.38 | 1.9 |
| 63 | | 63 | 2.5 | 157.5 |
| 34 | | 34 | 1.17 | 39.78 |
| 33 | 24 | 57 | 2.91 | 165.87 |
| 11 | | 11 | 0.79 | 8.69 |
| 8 | 2 | 10 | 1.33 | 13.3 |
| 3 | | 3 | 1.58 | 4.74 |
| 3 | 1 | 4 | 1.97 | 7.88 |
| 40 | 95 | 135 | 2.49 | 336.15 |
| 55 | | 55 | 0.25 | 13.75 |
| 36 | | 36 | 1.71 | 61.56 |
| 2 | 60 | 62 | 0.38 | 23.56 |
| 7 | | 7 | 2.39 | 16.73 |
| 7 | | 7 | 1.27 | 8.89 |
| 16 | | 16 | 3.51 | 56.16 |
| 7 | | 7 | 1.98 | 13.86 |
| 2 | | 2 | 1.25 | 2.5 |
| 17 | | 17 | 1.72 | 29.24 |
| 2 | | 2 | 4.45 | 8.9 |
| 3 | | 3 | 1.11 | 3.33 |
| 5 | | 5 | 0.4 | 2 |
| 4 | | 4 | 1.15 | 4.6 |
| 1 | | 1 | 2.94 | 2.94 |
| 4 | | 4 | 0.42 | 1.68 |
| 1 | | 1 | 1.17 | 1.17 |
| 3 | | 3 | 3.78 | 11.34 |
| 2 | | 2 | 2.63 | 5.26 |
| 7 | | 7 | 0.76 | 5.32 |
| 2 | | 2 | 4.33 | 8.66 |
| 34 | | 34 | 0.86 | 29.24 |
| 43 | | 43 | 3.46 | 148.78 |
| 80 | 393 | 473 | 5.19 | 2454.87 |
| 5 | | 5 | 2.25 | 11.25 |
| 0 | 7 | 7 | 1.25 | 8.75 |
| 2 | | 2 | 2.25 | 4.5 |
| 17 | | 17 | 2.25 | 38.25 |
| 11 | | 11 | 2.25 | 24.75 |
| 5 | | 5 | 1.5 | 7.5 |
| 3 | | 3 | 1.5 | 4.5 |
| 2 | | 2 | 1.5 | 3 |
| 18 | | 18 | 3.73 | 67.14 |
| 9 | | 9 | 1.5 | 13.5 |
| 1 | | 1 | 1.5 | 1.5 |
| 14 | | 14 | 1.5 | 21 |

# Mostchoice Click Fraud Damages without AOL Data 03

| | | | | |
|---:|---:|---:|---:|---:|
| 1 | | 1 | 1.5 | 1.5 |
| 2 | | 2 | 1.5 | 3 |
| 1 | | 1 | 1.5 | 1.5 |
| 4 | | 4 | 6.82 | 27.28 |
| 358 | 30 | 388 | 3.53 | 1369.64 |
| 0 | 1 | 1 | 2 | 2 |
| 2 | | 2 | 2.64 | 5.28 |
| 1 | | 1 | 2.18 | 2.18 |
| 0 | 3 | 3 | 2.5 | 7.5 |
| 0 | 1 | 1 | 0.92 | 0.92 |
| 5 | | 5 | 3.83 | 19.15 |
| 1 | | 1 | 0.92 | 0.92 |
| 2 | 3 | 5 | 3.45 | 17.25 |
| 2 | | 2 | 3.09 | 6.18 |
| 1 | | 1 | 2.06 | 2.06 |
| 0 | 1 | 1 | 2.25 | 2.25 |
| 1 | | 1 | 1.99 | 1.99 |
| 11 | 29 | 40 | 1.41 | 56.4 |
| 1 | 7 | 8 | 1.11 | 8.88 |
| 48 | | 48 | 5.42 | 260.16 |
| 3 | | 3 | 12.21 | 36.63 |
| 0 | 12 | 12 | 1.25 | 15 |
| 8469 | | | | **$ 10,643.44** |

# Mostchoice Click Fraud Damages without AOL Data 04

```
Methodology:

1)      IP address 64.12.116.7 is an AOL cache proxy address that on
09-27-2006 was assigned to the cache proxy of MostChoice insurance pages,
primarily health. AOL users who request a health insurance page from a
Mostchoice.com server are assigned this IP address.
2)      On 9-27-2006 IP address 64.12.116.7 requested several Insurance
pages. The only other request from this IP address on this day was:
http://www.mostchoice.com/better-than-netquote-leads.cfm.
3)      It has been admitted by netquote that they use IP address
216.150.195.4.
4)      The vast majority of requests from IP address 216.150.195.4 have
used User-Agents enabled with the following  runtime version of .Net: "NET
CLR 1.1.4322'
5)      Netquote uses a .Net webserver and related systems.
6)      The User-Agent used to make both the insurance and the netquote page
requests was: "Mozilla/4.0 (compatible; MSIE 6.0; AOL 9.0; Windows NT 5.1;
SV1; .NET CLR 1.1.4322)."
7)      This user agent uses the same runtime version as the IP address
admitted by Netquote.
8)      This user agent represents a very small portion of user agents used
to make requests to mostchoice webservers.
9)      It is highly likely that the same user who requested at least one of
the insurance pages requested the netquote page.
10)     The netquote insurance page is a very low volume page. To date, 90+
percent of all users accessing this page are parties, or related, to the
lawsuit. To date, there is no known insurance agent that has accessed the
better-than-netquote-leads.cfm webpage.
11)     Netquote Employees have testified that they input health
insurance forms on the mostchoice website.
12)     In an email between Netquote employees, said employees discussed the
difficulties of tracking AOL cache proxies, even when Mostchoice was using
Juno, and not AOL. This indicates an existing knowledge of how to submit
forms without being tracked. It further indicates that this was an activity
they were familiar with.
13)     It is highly likely that Netquote and/or netquote employees use AOL.
14)     It is highly likely that it was a netquote employee that requested
the better-than-netquote-leads.cfm page which would reveal that netquote
employees are in the practice of using the AOL service and AOL cache proxies
to hide their requests.
15)     It is highly likely that netquote employees use IP addresses other
than those provided by netquote. To date, it has been discovered that John
Marosi and Xin Zhou both have networks registered in their own names that
were not provided by Netquote. Further, John Marosi runs a consulting
company, which was not revealed by Netquote.
16)     It is highly likely that any request to the
better-than-netquote-leads.cfm page made with the same version of .net is
likely a netquote employee.
17)     It is highly likely that any request made to any page using an IP
address that requested the better-than-netquote-leads.cfm page and using the
same version of .Net is a netquote employee and therefore is click-fraud.
```