IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

vs.

BRANDON BYRD, an internet user making
use of the IP Addresses 64.136.27.226 and
64.136.26.227, and MOSTCHOICE.COM, INC.,
a Georgia corporation,

    Defendants.                             /

\*\*THIS TRANSCRIPT IS CONFIDENTIAL AND PORTIONS OF\*\*
THE TRANSCRIPT ARE DESIGNATED ATTORNEY EYES ONLY

CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF

MICHAEL LEVY

September 6, 2007

Volume II

Building 15, Suite 100
7000 Peachtree-Dunwoody Road
Atlanta, Georgia

Reported By:
F. Renee Finkley, RPR, CRR,
Georgia CCR-B-2289
Esquire Deposition Services
Atlanta Office Job No. 424831B
Phone - 404-872-7890

1   A.   For a year or so, yeah.
2   Q.   Did MostChoice take any steps to make sure
3   that no NetQuote customer received more than one of
4   MostChoice's false lead requests?
5   A.   Did we take any steps to make sure --
6   well, by definition, we can't know what's coming up
7   until after we submit the information. So there's --
8   basically, what our steps were was only submit one
9   per ZIP code per any type of insurance, but I don't
10  know what territories people are in.
11  Q.   You gave that instruction for the purpose
12  of trying to canvass to get a complete list of all of
13  NetQuote's insurance agent customers?
14  A.   Yeah, we're just interested in finding the
15  customers in the most expedient way possible.
16  Q.   There weren't any particular steps to make
17  sure no NetQuote customer got more than one false --
18  false quotation request?
19  A.   Right, we -- the only step is that we do
20  not repeatedly submit to the same ZIP code with the
21  same type of insurance.
22  Q.   And the purpose of that was because it
23  wasn't expedient for MostChoice, right?
24  A.   It would be redundant and, you know,
25  again, I don't believe for a second that any of these