IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC, a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, Inc., a Georgia corporation

    Defendants.

---

## AFFIDAVIT OF RYAN ISENBERG

---

STATE OF GEORGIA
COUNTY OF FULTON

NOW COMES before me, the undersigned officer duly authorized to administer oaths, Ryan Isenberg, after being first duly sworn, deposes and says:

1.

My name is Ryan Isenberg. I am over the age of 18 and have personal knowledge of the contents of this affidavit.

2.

I am counsel of record for Mostchoice.com in the above-styled action.

3.

Netquote has filed a motion for summary judgment in which it has offered in support of its motion that Mostchoice only "identifies 25 clicks in 2004-2005, and 27

Dockets.Justia.com

clicks in 2007." (Dkt. # 158, Mot. at 9).

4.

Mostchoice has analyzed its internal data and records relating to internet traffic and concluded that it was likely that Netquote was using America Online internet protocol proxy addresses to engage the alleged click fraud, which Mostchoice found to include thousands of clicks as per Exhibit "A" to this motion.

5.

A copy of the subpoena has been attached as Exhibit B to the motion.

6.

Mostchoice needs the data provided in response and sufficient time to analyze such data in order to determine if there is additional evidence to support its conclusions and claim for damages.

FURTHER AFFIANT SAITH NOT.

Ryan L. Isenberg

Sworn to and subscribed before me this the 7th day of January, 2008.

Notary Public

Notary Public, Cherokee County, Georgia
My Commission Expires Sept. 27, 2009