## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    **Defendants.**

---

## PROPOSED ORDER
---

    The Court having read and considered Mostchoice.com, Inc.'s Motion for Relief Under FRCP § 56(f) it is hereby ORDERED that said motion is GRANTED and that Mostchoice shall notify the Court upon receipt of the data in response to its subpoena to America Online, and shall file any supplemental evidence within fifteen (15) thereof with the Court for consideration of Plaintiff Netquote's Motion for Summary Judgment.

 

                                                                                                _____

                                                                                                Judge, United States District Court