IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 07-cv-00630-DME-MEH         Date:   January 10, 2008
Courtroom Deputy: Cathy Coomes               **FTR – Courtroom C203**

---

NETQUOTE INC.,                                Daniel D. Williams

     Plaintiff,

vs.

BRANDON BYRD and                              Ryan Lance Isenberg
MOSTCHOICE.COM, INC.,

     Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC HEARING – DISCOVERY DISPUTE**

**Court in session:**   9:45 a.m.

Court calls case. Appearances of counsel by telephone.

Argument and discussion regarding Defendants' request for extension of time to submit expert reports and depositions.

**ORDERED:**  1.   Defendants' expert will be designated by **January 15, 2008.**

           2.   The expert's report will be due by **January 22, 2008.**

           3.   The expert's depositions will be completed by **February 13, 2008.**

**Court in recess:**   9:56 a.m.   (Hearing concluded)
**Total time in court:**  0:11