IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

  **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

  **Defendants.**

_____

**ORDER GRANTING MOTION TO SEAL**
_____

The Court having reviewed Defendants Unopposed Motion to Seal its Reply Briefs and exhibits relating to Defendants' Motions for Summary Judgment and to Exclude Plaintiff's Expert Witness, and having previously entered a protective order requiring that documents containing confidential materials be filed under seal [Dkt. #74] it hereby ORDERED that this motion is GRANTED.

The Clerk is directed to file the Reply Brief in Support of Motion for Summary Judgment following documents under seal.

This the ___ day of _____, 2008.

  _____
  United States Magistrate Judge