IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

_____

**Supplemental Exhibits and Deposition Transcript Excerpts Filed in Support of Defendants' Motion for Summary Judgment and Motion to Exclude Expert Witness**

_____

A-25   NQ1573-1574
A-26   SD 23 (Excerpt)
A-27   NQ2624-NQ2633
A-28   SD578-SD579
A-29   NQ Response to Interrog. 5-1
A-30   Summary of NQ Documents
A-31   NQ5868-5869

**Deposition Transcript Excerpts**
(Reply Briefs Only)

1.    Quin Zhou
2.    Brandon Byrd
3.    John Marosi
4.    Mary Bro
5.    Martin Fleischmann
6.    Stephen Duree

[signature on next page]

Dated this 18th day of January, 2008.

                              **s/ Ryan Isenberg**
                              Ryan L. Isenberg, Esq.
                              Isenberg & Hewitt, P.C.
                              7000 Peachtree Dunwoody Road
                              Building 15, Suite 100
                              Atlanta, Georgia 30328
                              Telephone: 770-351-4400
                              Facsimile: 770-828-0100 (Fax)
                              Email: ryan@isenberg-hewitt.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 18th day of January, 2008 I served the foregoing Supplemental Exhibit List by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                              **s/ Ryan Isenberg**