# EXHIBIT 1

Marissa Gahafer
Senior Paralegal
Marissa.Gahafer@corp.aol.com



January 14, 2008

**VIA FACSIMILE**

Ryan Isenberg, Esq.
Isenberg & Hewitt
7000 Peachtree Dunwoody Road Bldg 15
Suite 100
Atlanta, GA 30328

Re: Subpoena to AOL LLC ("AOL") (Netquote v Mostchoice.com)

Dear Mr. Isenberg:

AOL is in receipt of the subpoena issued from the United States District Court for the Eastern District of Virginia to AOL LLC in the matter captioned Netquote v Mostchoice.com. This letter is to formally notify you that AOL does not have information regarding sites that our members may access on the world wide web or www.mostchoice.com..

Very truly yours,

Marissa E. Gahafer

22000 AOL Way    Dulles, VA   20166   USA    Tel 703 265 6962    Fax 703 265 2306



# Facsimile Cover

To: Ryan Isenberg  
From: Marissa Gahafer  
Paralegal Specialist  
Direct: 703-265-6962  
Fax: 703-265-2306

Fax: 770-828-0100  
Pages: 2 (including cover)

Phone:  
Date: Jan 14, 2008

Re: Netquote v Mostchoice  
CC:

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

**PRIVILEGED AND CONFIDENTIAL**
This message contains information which may be privileged and/or confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete all copies.