IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

___

**PROPOSED ORDER GRANTING
UNOPPOSED MOTION TO FILE REBUTTAL EXPERT REPORT**
___

The Court having read and considered Defendants' Motion to File Rebuttal Expert Report, it is ORDERED that said motion is GRANTED and that Defendants may file its Rebuttal Expert Report and that Plaintiff may file a short Response after receiving the deposition transcript of Mr. Zyla.

This the ___ day of January, 2008.

                                                  _____
                                                Judge, United States District Court