IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

   Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

   Defendants.

_____

**ORDER GRANTING MOTION TO SEAL**
_____

The Court having reviewed the Defendant Mostchoice.com, Inc.'s Unopposed Motion to File Rebuttal Expert Report Under Seal and having previously entered a protective order requiring that documents containing confidential materials be filed under seal [Dkt. #74] it hereby ORDERED that this motion is GRANTED.

The Clerk is directed to file the Defendants' Rebuttal Expert Report Under Seal.

This the ___ day of _____, 2007.

                                                   _____
                                                   United States Magistrate Judge