IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

**NETQUOTE INC, a Colorado corporation,**

    **Plaintiff,**

**v.**

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    **Defendants.**

---

**MOSTCHOICE.COM, INC.'S WITHDRAWAL OF ITS MOTION FOR RELIEF UNDER FRCP § 56(f)**

---

COMES NOW, Mostchoice.com, Inc. and herein files this Withdrawal of its Motion for Relief under FRCP §56(f) and shows this Court the following:

1.

Mostchoice filed a Motion for Relief under FRCP §56(f) as part of its Response to Plaintiff's Motion for Summary Judgment as to Defendant Mostchoice.com, Inc.'s counterclaim [Dkt. #171].

2.

Mostchoice served its subpoena upon America Online as contemplated by the Order entered on December 28, 2007. (Dkt. #163).

4.

Mostchoice has recently received a reply to the Subpoena from America Online, which

indicated that it had no data responsive thereto.

5.

Because there will be no additional data or documents to obtain pursuant to said subpoena, Mostchoice no longer needs relief under FRCP § 56(f).

6.

As a consequence, Mostchoice.com, Inc. hereby withdraws its Motion [Dkt. #171].

Dated this 31ST day of January, 2008.

        s/ Ryan Isenberg
Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, Georgia 30328
Telephone: 770-351-4400
Facsimile: 770-828-0100 (Fax)
Email: ryan@isenberg-hewitt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2008, I served the foregoing Notice of Withdrawal of Motion for Relief under FRCP 56 by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather Carson Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

        s/ Ryan Isenberg