IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2008.**

    Defendants' [conditionally] Unopposed Motion to File Rebuttal Expert Report [filed January 23, 2008; doc #189] is hereby **granted**. Because Defendants' expert report is filed in support of their Motion to Exclude Expert Testimony [doc #151], Plaintiff is granted leave to file a Surreply to the Motion to Exclude **on or before February 22, 2008**.