IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

    Defendants.

---

## ENTRY OF APPEARANCE

---

Melvin L. Hewitt, Jr. of the law firm of Isenberg & Hewitt, P.C. enters his appearance in this action on behalf of defendants Mostchoice.com, Inc and Brandon Byrd.

Dated this 5th day of February, 2008.

                Respectfully submitted,

                **s/ Melvin L. Hewitt, Jr.**
                Melvin L. Hewitt, Jr., Esq.
                Isenberg & Hewitt, P.C.
                7000 Peachtree Dunwoody Road
                Building 15, Suite 100
                Atlanta, Georgia 30328
                Telephone: 770-351-4400
                Facsimile: 770-828-0100 (Fax)
                Email: mel@isenberg-hewitt.com

                ATTORNEY FOR DEFENDANTS

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2008, I served the foregoing Entry of Appearance by electronic delivery, as an attachment to an email, to the following counsel of record:

David W. Stark
Heather C. Perkins
Daniel D. Williams
Theresa T. Tate
FAEGRE & BENSON LLP
dwilliams@faegre.com

                                          **s/ Melvin L. Hewitt, Jr.**