# EXHIBIT B

# Defendants' Witness List

Will Call Witness(es)

1. Michael Levy – Mostchoice chairman familiar with technology issues, Byrd project, click fraud and insurance and on-line lead generation industry.

May Call Witnesses

| | | |
|---|---|---|
| 1 | Greg Coccari | Neqtuote CEO - familiar with Netquote liability / damages claims |
| 2 | Craig Shine | Netquote CFO - familiar with Netquote liability / damages claims |
| 3 | Paul Ford | Netquote President - familiar with Netquote liability / damages claims |
| 4 | Heather Delaney | Netquote national accounts manager familiar with issues relating to national accounts |
| 5 | Danielle Wilkie | E-mail Marketing Manager for Netquote |
| 6 | Shirley Villacis | Netquote local accounts customer service manager |
| 7 | Aaron Broome | Netquote Director of Local Sales & Service familiar with receipt of Byrd leads |
| 8 | Cynthia Capozzi | Netquote former CIO - familiar with how Netquote handled lead blocking |
| 9 | Amy Jensen | Netquote Technology Project Manager familiar with HSBC interface and submissions to Mostchoice |
| 10 | Quinn Zhou | Netquote Director of Technology Development familiar with Netquote lead database and filtering systems |
| 11 | John Marosi | Netquote Director of Technology Operations familiar with Netquote lead filtering systems |
| 12 | Albert Cansas | Netquote Affiliate Manager familiar with issues relating to affiliates |
| 13 | John Kidd | Local agent claimed by Netquote to have terminated because of Byrd's leads / familiar with why he left Netquote |
| 14 | Jason Dummer | Local agent claimed by Netquote to have terminated because of Byrd's leads / familiar with why he left Netquote |
| 15 | Martin Fleischmann | Mostchoice CEO familiar with Mostchoice operations, click fraud, and lead industry |
| 16 | Mark Zyla | Rebuttal Expert Witness familiar with the methods and calculations used by Netquote's expert. |
| 17 | Any Witness | necessary for impeachment |
| 18 | Any Witness | necessary for rebuttal |
| 19 | Any Witness | necessary for authentication of documents |
| 20 | Any Witness | Listed by Netquote |

Deposition Witnesses

|   | **Local Agents** | **Nature of Testimony** |
|---|---|---|
| 1 | David Klatt | Relationship and Reason for Termination with Neqtuote |
| 2 | Don Ferrentino | Relationship and Reason for Termination with Neqtuote |
| 3 | Kevin Nemec | Relationship and Reason for Termination with Neqtuote |
| 4 | Omitted | Within 100 Miles of courthouse |
| 5 | Marc Jackson | Relationship and Reason for Termination with Neqtuote |
| 6 | Will Smoltino | Relationship and Reason for Termination with Neqtuote |
| 7 | Ted Zentek | Relationship and Reason for Termination with Neqtuote |
| 8 | Steve Griffin | Relationship and Reason for Termination with Neqtuote |
| 9 | Patrick Sinks | Relationship and Reason for Termination with Neqtuote |
| 10 | Mark Mallia | Relationship and Reason for Termination with Neqtuote |
| 11 | Chris Duncan | Relationship and Reason for Termination with Neqtuote |
| 12 | Dennis Dennis | Relationship and Reason for Termination with Neqtuote |
| 13 | Sunil Kumar | Relationship and Reason for Termination with Neqtuote |
| 14 | Andrew Walker | Relationship and Reason for Termination with Neqtuote |
| 15 | Charla Gawelko | Relationship and Reason for Termination with Neqtuote |
| 16 | Gregory Capece | Relationship and Reason for Termination with Neqtuote |
| 17 | Orlando Alban | Relationship and Reason for Termination with Neqtuote |
| 18 | Ed Macek | Relationship and Reason for Termination with Neqtuote |
| 19 | Kevin Brumfiel | Relationship and Reason for Termination with Neqtuote |
| 20 | Tony Jones | Relationship and Reason for Termination with Neqtuote |
| 21 | Manny Rubiera | Relationship and Reason for Termination with Neqtuote |
| 22 | Bill Cummings | Relationship and Reason for Termination with Neqtuote |
| 23 | Kirk Preston | Relationship and Reason for Termination with Neqtuote |
| 24 | John Treadwell | Relationship and Reason for Termination with Neqtuote |
| 25 | Charles Thomas | Relationship and Reason for Termination with Neqtuote |
| 26 | Tom Tantullo | Relationship and Reason for Termination with Neqtuote |
| 27 | David Gordon | Relationship and Reason for Termination with Neqtuote |
| 28 | Omar Ochoa | Relationship and Reason for Termination with Neqtuote |
| 29 | Michael Kougl | Relationship and Reason for Termination with Neqtuote |
| 30 | Martin Hendricks | Relationship and Reason for Termination with Neqtuote |
| 31 | Allen White | Relationship and Reason for Termination with Neqtuote |
| 32 | Vincent Elenterio | Relationship and Reason for Termination with Neqtuote |
| 33 | Howard Delaney | Relationship and Reason for Termination with Neqtuote |
| 34 | Kelvin Wooten | Relationship and Reason for Termination with Neqtuote |
| 35 | Kathy Jennings | Relationship and Reason for Termination with Neqtuote |
| 36 | Derek Lafargue | Relationship and Reason for Termination with Neqtuote |
| 37 | Elizabeth Ezquivel | Relationship and Reason for Termination with Neqtuote |
| 38 | Ron Reinberger | Relationship and Reason for Termination with Neqtuote |
| 39 | David Squires | Relationship and Reason for Termination with Neqtuote |
| 40 | Davon Hall | Relationship and Reason for Termination with Neqtuote |
| 41 | Denise Kendle | Relationship and Reason for Termination with Neqtuote |

| # | Name | Description |
|---|------|-------------|
| 42 | Stacy Mensik | Relationship and Reason for Termination with Neqtuote |
| 43 | Steven Catti | Relationship and Reason for Termination with Neqtuote |
| 44 | Aaron Timmins | Relationship and Reason for Termination with Neqtuote |
| 45 | Susannah Warren | Relationship and Reason for Termination with Neqtuote |
| 46 | Michael Stulz | Relationship and Reason for Termination with Neqtuote |
| 47 | Rick Murphy | Relationship and Reason for Termination with Neqtuote |
| 48 | Floyd Parker | Relationship and Reason for Termination with Neqtuote |
| 49 | Anthony Clark | Relationship and Reason for Termination with Neqtuote |
| 50 | Andrew Burger | Relationship and Reason for Termination with Neqtuote |
| 51 | Lewis Smith | Relationship and Reason for Termination with Neqtuote |
| 52 | Stanford Black | Relationship and Reason for Termination with Neqtuote |
| 53 | Ann Thomasson | Relationship and Reason for Termination with Neqtuote |
| 54 | Sarah Gehring | Relationship and Reason for Termination with Neqtuote |
| 55 | Chris Jordan | Relationship and Reason for Termination with Neqtuote |
| 56 | Heidi Gonzalez | Relationship and Reason for Termination with Neqtuote |
| 57 | Gerald Raleigh | Relationship and Reason for Termination with Neqtuote |
| 58 | Vikalp Chopra | Relationship and Reason for Termination with Neqtuote |
| 59 | Janet Williams | Relationship and Reason for Termination with Neqtuote |
| 60 | Jonathan Deering | Relationship and Reason for Termination with Neqtuote |
| 61 | Chris Yaeger | Relationship and Reason for Termination with Neqtuote |
| 62 | David Romine | Relationship and Reason for Termination with Neqtuote |
| 63 | Kevin McNulty | Relationship and Reason for Termination with Neqtuote |
| 64 | Greg McNulty | Relationship and Reason for Termination with Neqtuote |
| 65 | Lonnie Goldman | Relationship and Reason for Termination with Neqtuote |
| 66 | Dean Skidmore | Relationship and Reason for Termination with Neqtuote |
| 67 | Kola Owolabi | Relationship and Reason for Termination with Neqtuote |
| 68 | Kenneth Kelly | Relationship and Reason for Termination with Neqtuote |
| 69 | Cliff Bassett | Relationship and Reason for Termination with Neqtuote |
| 70 | Fredrick Njoku | Relationship and Reason for Termination with Neqtuote |
| 71 | Linus Otto | Relationship and Reason for Termination with Neqtuote |
| 72 | Bianca Disantis | Relationship and Reason for Termination with Neqtuote |
| 73 | Daniel Sherwood | Relationship and Reason for Termination with Neqtuote |
| 74 | William Frank Richardson | Relationship and Reason for Termination with Neqtuote |
| 75 | Shirley Dziedzic | Relationship and Reason for Termination with Neqtuote |
| 76 | Kelvin Reid | Relationship and Reason for Termination with Neqtuote |
| 77 | Donald Marquez | Relationship and Reason for Termination with Neqtuote |
| 78 | Fred Prine | Relationship and Reason for Termination with Neqtuote |
| 79 | Walter Freeman | Relationship and Reason for Termination with Neqtuote |
| 80 | Darrius Geter | Relationship and Reason for Termination with Neqtuote |
| 81 | Adam Fink | Relationship and Reason for Termination with Neqtuote |
| 82 | Randy Gee | Relationship and Reason for Termination with Neqtuote |
| 83 | Richard Hyde | Relationship and Reason for Termination with Neqtuote |
| 84 | Tom Kearney | Relationship and Reason for Termination with Neqtuote |
| 85 | Jorge Palza | Relationship and Reason for Termination with Neqtuote |
| 86 | David Cordle | Relationship and Reason for Termination with Neqtuote |

| # | Name | Note |
|---|---|---|
| 87 | Theresa Crowley | Relationship and Reason for Termination with Neqtuote |
| 88 | Salim Ali | Relationship and Reason for Termination with Neqtuote |
| 89 | Ryan Hite | Relationship and Reason for Termination with Neqtuote |
| 90 | Lawrence Vecchio | Relationship and Reason for Termination with Neqtuote |
| 91 | Indira Jaskic | Relationship and Reason for Termination with Neqtuote |
| 92 | Manuella Moreira | Relationship and Reason for Termination with Neqtuote |
| 93 | Eric Royer | Relationship and Reason for Termination with Neqtuote |
| 94 | Troy Ness | Relationship and Reason for Termination with Neqtuote |
| 95 | Tim Spinker | Relationship and Reason for Termination with Neqtuote |
| 96 | Bruce Frost | Relationship and Reason for Termination with Neqtuote |
| 97 | Tracy Martin | Relationship and Reason for Termination with Neqtuote |
| 98 | Omitted | Within 100 Miles of courthouse |
| 99 | Nada Vance | Relationship and Reason for Termination with Neqtuote |
| 100 | Tom Cocagne | Relationship and Reason for Termination with Neqtuote |
| 101 | Robert McGraw | Relationship and Reason for Termination with Neqtuote |
| 102 | Sheneequa Becker | Relationship and Reason for Termination with Neqtuote |
| 103 | Adrianna Yett | Relationship and Reason for Termination with Neqtuote |
| 104 | Wanetta Morrow | Relationship and Reason for Termination with Neqtuote |
| 105 | Pam Russ | Relationship and Reason for Termination with Neqtuote |
| 106 | Jeff Marshall | Relationship and Reason for Termination with Neqtuote |
| 107 | Tommy Jones | Relationship and Reason for Termination with Neqtuote |
| 108 | James Smith | Relationship and Reason for Termination with Neqtuote |
| 109 | Tammy Kline | Relationship and Reason for Termination with Neqtuote |
| 110 | Jimmie Gerhardt Sr. | Relationship and Reason for Termination with Neqtuote |
| 111 | Kelly Roberts | Relationship and Reason for Termination with Neqtuote |
| 112 | Donelle Keen | Relationship and Reason for Termination with Neqtuote |
| 113 | Jonathan Antes | Relationship and Reason for Termination with Neqtuote |
| 114 | Tracy Haugabook | Relationship and Reason for Termination with Neqtuote |
| 115 | Ryan Harvey | Relationship and Reason for Termination with Neqtuote |
| 116 | Tina Smith | Relationship and Reason for Termination with Neqtuote |
| 117 | Larry Emig | Relationship and Reason for Termination with Neqtuote |
| 118 | Jodi Bertschinger | Relationship and Reason for Termination with Neqtuote |
| 119 | Kathy Glenn | Relationship and Reason for Termination with Neqtuote |
| 120 | Keith Hargrove | Relationship and Reason for Termination with Neqtuote |
| 121 | Tom Brooke | Relationship and Reason for Termination with Neqtuote |
| 122 | John Fox | Relationship and Reason for Termination with Neqtuote |
| 123 | Erick Adams | Relationship and Reason for Termination with Neqtuote |
| 124 | Ismael Marquez | Relationship and Reason for Termination with Neqtuote |
| 125 | Jesse Borjesson | Relationship and Reason for Termination with Neqtuote |
| 126 | Jeffrey Burks | Relationship and Reason for Termination with Neqtuote |
| 127 | Tom Moore | Relationship and Reason for Termination with Neqtuote |
| 128 | Tom Czaja | Relationship and Reason for Termination with Neqtuote |
| 129 | Sherry Jefferson | Relationship and Reason for Termination with Neqtuote |
| 130 | Geraldine Dipmore | Relationship and Reason for Termination with Neqtuote |
| 131 | Dennis Van Dyke | Relationship and Reason for Termination with Neqtuote |
| 132 | Jamey Young | Relationship and Reason for Termination with Neqtuote |

| | | |
|---|---|---|
| 133 | Seth Szilagyi | Relationship and Reason for Termination with Neqtuote |
| 134 | Joe Fernandez | Relationship and Reason for Termination with Neqtuote |
| 135 | Brent Uhlig | Relationship and Reason for Termination with Neqtuote |
| 136 | Manuel Pinilla | Relationship and Reason for Termination with Neqtuote |
| 137 | Edward Small | Relationship and Reason for Termination with Neqtuote |
| 138 | Jeannie Hulse | Relationship and Reason for Termination with Neqtuote |
| 139 | Patrick Rohan | Relationship and Reason for Termination with Neqtuote |
| 140 | Cecil Horton | Relationship and Reason for Termination with Neqtuote |
| 141 | Amy Salo | Relationship and Reason for Termination with Neqtuote |
| 142 | Paul Mangano | Relationship and Reason for Termination with Neqtuote |
| 143 | Tracie Grayson | Relationship and Reason for Termination with Neqtuote |
| 144 | Joshua Dobson | Relationship and Reason for Termination with Neqtuote |
| 145 | Carla Moose | Relationship and Reason for Termination with Neqtuote |
| 146 | Margi Diny | Relationship and Reason for Termination with Neqtuote |
| 147 | Bill Diersen | Relationship and Reason for Termination with Neqtuote |
| 148 | Paul May | Relationship and Reason for Termination with Neqtuote |
| 149 | Chip Caldwell | Relationship and Reason for Termination with Neqtuote |
| 150 | Melvin Paerkins | Relationship and Reason for Termination with Neqtuote |
| 151 | Richard Dierker | Relationship and Reason for Termination with Neqtuote |
| 152 | Verdis Hall | Relationship and Reason for Termination with Neqtuote |
| 153 | Ryan Kramer | Relationship and Reason for Termination with Neqtuote |
| 154 | Bill Ferris | Relationship and Reason for Termination with Neqtuote |
| 155 | Carl Cease | Relationship and Reason for Termination with Neqtuote |
| 156 | David Hayes Sr | Relationship and Reason for Termination with Neqtuote |
| 157 | Dennis Hollarn | Relationship and Reason for Termination with Nequtote |
| | **End Local Agents** | |
| 158 | Paul Goot | HSBC Representative – Relationship and Termination with Neqtuote |
| 159 | John Doria | Former SBLI employee – Relationship and Termination with Netquote |
| 160 | Mary Bro | Responsible for running HSBC Call Center |
| 161 | Jeff Beck / Mark Gatch | Former Netquote customer familiar with Netquote lead quality |
| 162 | Matt Goldberg | Former Netquote customer familiar with Netquote lead quality |
| 163 | Patrick Weisner | Former Netquote customer familiar with Netquote lead quality |
| 164 | Brian Zimmerman | Former Netquote customer familiar with Netquote lead quality |
| 165 | Chad Garrell | Former Netquote customer familiar with Netquote lead quality |
| 166 | Donna Graham | Former Netquote customer familiar with Netquote lead quality |
| 167 | Robert Vineyard | Former Netquote customer familiar with Netquote lead quality |
| 168 | Tim Lett | Former Netquote customer familiar with Netquote lead quality |
| 169 | Mark Zyla | Mostchoice rebuttal expert witness (live or by deposition) |
| 170 | Scott Streigl | Netquote President Emeritus familiar with CI Direct and HSBC |
| 171 | Stephen Duree | Netquote's expert witness as to causation re: local accounts and damages |
| 172 | Caroline Sellers | Mostchoice operations manager familiar with Mostchoice operations |
| 173 | Erick Sullivan | Mostchoice salesman familiar with selling on-line insurance leads |