# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 07-cv-00630-DME-MEH | Date: February 20, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

NETQUOTE INC.,

    Plaintiff,

vs.

BRANDON BYRD and
MOSTCHOICE.COM, INC.,

    Defendants.

Daniel D. Williams
Heather Carson Perkins
Teresa Taylor Tate

Ryan Lance Isenberg

## COURTROOM MINUTES/MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session:**     9:35 a.m.

Court calls case. Appearances of counsel.

The proposed Final Pretrial Order was reviewed.

Discussion regarding remaining discovery issues and preservation depositions of experts.

The Court will not sign the Final Pretrial Order at this time.

**ORDERED:**  The Final Pretrial Conference set for this date is VACATED and RESET to **March 21, 2008, at 9:30 a.m.**  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed supplemental Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before March 20, 2008.**

**ORDERED:**  Any motion to be filed by Defendants with regard to preservation depositions is to be filed by **February 25, 2008.**  Plaintiff's to the motion is to be filed by **March 3, 2008.**  Defendants' Reply, if any, is to be filed by **March 7, 2008.**

Discussion regarding confidential information to be produced.

**Court in recess:**     10:20 a.m (Hearing concluded)
**Total time in court:**  0:45