## Page 1

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2
3  NETQUOTE, INC., a Colorado
   corporation,
4
        Plaintiff,     CIVIL ACTION FILE
5
   vs.                 NO.
6                      07-CV-00630-DME-MEH
   BRANDON BYRD, an internet
7  user making use of the IP
   Addresses 64.136.27.226
8  and 64.136.26.227, and
   MOSTCHOICE.COM, INC., a
9  Georgia corporation,
10      Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~

11
12
13
        VIDEOTAPED DEPOSITION OF
14
        MARK LAWRENCE ZYLA, CPA/ABV
15
16      February 13, 2008
        9:02 a.m.
17
18  600 Peachtree Street, NE, Suite 5300
            Atlanta, Georgia
19
20  Deborah P. Longoria, CCR B-1557, RPR

## Page 2

1        APPEARANCES OF COUNSEL
2  On behalf of the Plaintiff:
      FAEGRE & BENSON
3     HEATHER CARSON PERKINS, Esq.
      DANIEL D. WILLIAMS, Esq.
4     1900 15th Street
      Boulder, Colorado 80302
5     303.447.7700
      Hperkins@faegre.com
6     Dwilliams@faegre.com
7  On behalf of the Defendants:
      ISENBERG & HEWITT, P.C.
8     RYAN L. ISENBERG, Esq.
      Building 15, Suite 100
9     7000 Peachtree-Dunwoody Road
      Atlanta, Georgia 30328
10    770.351.4400
      Ryan@isenberg-hewitt.com
11
   Also Present:
12    Patrick Gilmore, Videographer

## Page 3

1  Videotaped Deposition of Mark Lawrence Zyla
2          February 12, 2008
3
4  MR. WILLIAMS:
5  MS. PERKINS:
6  MR. ISENBERG:
7      VIDEOGRAPHER: This is Tape No. 1 to the
8  videotaped deposition of Mark Zyla in the matter
9  of NetQuote, a Colorado corporation versus
10 Brandon Byrd and MostChoice.com, Inc., a Georgia
11 corporation, being heard before you district
12 outer did district of Colorado. Civil action
13 number 0 citizen -- CV -- 00630-dash D ME dash
14 ME H this deposition is being held at Troutman
15 Sanders 600 Peachtree Street, Atlanta, Georgia,
16 30308 and on February 13th, 2008, at 9:04 a.m.
17     My name is Patrick Gilmore. Debbie
18 Longoria is the court reporter.
19     Counsel, will you please introduce
20 yourselves. And then the witness will be sworn.
21     MS. PERKINS: Good morning. Heather
22 Perkins, Faegre & Benson on behalf of NetQuote,
23 Inc.
24     MR. WILLIAMS: Dan Williams, Faegre &
25 Benson, on behalf of the plaintiff, NetQuote.

## Page 4

1      MR. ISENBERG: Ryan Isenberg On behalf of
2  defendants.
3      MARK LAWRENCE ZYLA, having been first duly
4  sworn, was examined and testified as follows:
5  EXAMINATION
6  BY-MS.PERKINS:
7  Q.  Good morning, Mr. Zyla.
8  A.  Good morning.
9  Q.  Could you please state and spell your name
10 for the record.
11 A.  Sure. It's Mark Lawrence Zyla. And my
12 last name is spelled Z-y-l-a.
13 Q.  And I take it you have been deposed
14 before?
15 A.  I have yes.
16 Q.  All right. Then you get the abridged
17 version of the rules for the deposition. As you
18 know, we have a court reporter here and so it's
19 important that I don't talk over you and you don't
20 talk over me. Do you understand that rule?
21 A.  I do.
22 Q.  And because wave court reporter here and
23 huh and huh-uh don't translate well in this written
24 transcript. If you could answer yes or no questions
25 yes or no please.

EXHIBIT 1

1    A.   I would assume that yes.
2    Q.   Is there any industry guidance or
3 literature that would in fact require a firm
4 preparing a valuation for purposes of incorporating
5 it into financial statements that would require that
6 valuation firm to perform that testing?
7    A.   Are you asking from valuation perspective
8 or.
9    A.   Have evaluation perspective check this
10 area with audio) there is valuation texts that may
11 discuss that but I don't know of any particular
12 standard that says you have to do that.
13    Q.   And then what about in this audit context?
14    A.   Under SAS 101 I believe it's incumbent
15 upon the auditors when auditing fair value
16 measurements to test management's assumptions.
17    Q.   Would you expect a valuation firm that is
18 doing a valuation for use in connection with
19 financial statements that will be audited to test
20 management's assertions?
21    A.   I would think that that would be a part of
22 their practice, yes.
23    Q.   So you would company those relatively
24 standard practice in the valuation industry?
25    A.   I would think so, yes.

90

1    MS. PERKINS:  Okay.  This is actually a
2 good moment for a break because I'm about to
3 switch subject areas to if you guys wanted the
4 take a few?
5    VIDEOGRAPHER:  Ten tape 21059 off the
6 record.
7    (Discussion off the record.)
8    (Recess from TIME ^ a.m. ^ p.m. to TIME
9 ^ a.m. ^ p.m.).
10    VIDEOGRAPHER:  Start tape No. 3 it's
11 1110:00 a.m. back on the record.
12    Q.   (By Ms. Perkins) Agreement now right
13 before we took the break we were stalk can about
14 testing of management connections in in connection
15 with a projection in incomes a business valuation?
16    A.   Yes.
17    Q.   And correct me if I'm wrong but I believe
18 you testified that if you were performing a valuation
19 and you knew that valuation was going to be
20 incorporated into financial statements that were
21 going to be audited that you would conduct some
22 testing of those projections?
23    A.
24    Q.   Correct?
25    A.   That he can yes.

91

1    Q.   Why was that?
2    A.   Because the auditors are required under
3 SAS 101 to test management's projections so in -- I
4 know that that may be a request this they're auditing
5 our work product to I would to be able to answer that
6 and explain there's how we did it.
7    Q.   Would you typically keep working papers to
8 be testing of management projections?
9    A.   Typically what we would do is look at
10 historical trends and then look at the projections
11 and make sure that they're align there's is nothing
12 unusual.  And we'll include that that's actually part
13 of your work papers and we'll also sometimes look at
14 the value drivers an projections in terms of either a
15 margin or discount rate and we'll run some a table
16 that says okay if you changed these value drivers by
17 a certain amount here is the impact is.
18    Q.   Would you also look at industry and
19 testing the reasonableness of the projections?
20    A.   We could yes.
21    Q.   Would it just depends on a particular case
22 had you would or would not do that?
23    A.   That's correct yes.
24    Q.   By the way when I said SAS 101 is that
25 statement on auditing standards 101?

92

1    A.   That's correct yes.
2    Q.   Let's go to your report which is in front
3 of you still.  And I'd like I to list the opinions
4 that you have in this case.
5    A.   You want me just describe each of my
6 opinions?
7    Q.   Yes.  Just give me a list of your what
8 opinions are.
9    A.   Well, they're listed in if summary under
10 Roman tool of my of my report I say that there's
11 there's I believe that there's three that Mr. Duree's
12 damage calculations for lost customer relationship is
13 incorrect for three primary reasons.
14    The first is because he relied on
15 primarily on a findings of fair value based on an
16 analysis and other valuation firm did in relation to
17 a purchase price allocation in my first opinion and I
18 list three reasons why I believe that that's
19 incorrect.
20    Q.   Are those three reasons that you list
21 opinions of themselves or are those why you think
22 that's incorrect?
23    A.   They support my general opinion I just
24 stated.
25    Q.   Okay.

97

1  A.  The Faye if a FASB describes it a market
2  participant it's the value not to that specific owner
3  of the asset nextly. It's the value -- assumption
4  that would be used in estimating fair value would be
5  utilized by a concept market market participants
6  which means other market that potential acquires for
7  that particular asset.
8  Q.  So it's what somebody who is actually
9  participating in the market nor an asset would pay
10 for acquire that asset?
11 A.  That's correct yes.
12 Q.  Saturday market participant always going
13 to be willing to pay more for a given asset?
14 A.  Not necessarily.
15 Q.  Why are are not?
16 A.  It would depend on the assumptions that
17 are utilized I mean when a common market participant
18 might -- how they would utilize that particular
19 asset, with that common body of participants, how
20 they would use that asset. So it's not to a specific
21 user.
22 Q.  Does the market participant assume that --
23 or does the concept of market participant assume that
24 the market participant has more information than an
25 fair value market buyer?

98

1  A.  They're totally different concepts.
2  Q.  Okay. How so?
3  A.  Well, fair market value again is the
4  standard for tax purposes tithes hypothetical value,
5  willing buyer, willing seller, would be willing to
6  pay for a particular asset. Market participants is
7  an exit value so it's not necessarily what would be
8  inquired at it's what it would be told so the in
9  market place, first thing.
10     The second thing is that market
11 participants -- the fair market value may possibly
12 include synergies under circumstances. Fair value,
13 unlikely, unless it's a market participant synergy
14 might not include gin geez in terms of the valuation
15 so there are some differences possibly.
16 Q.  So would you consider most MostChoice to
17 be a market participant in the online lead generation
18 industry?
19 A.  Yes. Likely to be market participant for
20 a specific asset.
21 Q.  Okay.
22 A.  Yes.
23 Q.  All right. And so would using market
24 participant assumption is the value for a customer
25 relationship something that MostChoice would be

99

1  willing to pay as a market participant to acquire
2  that relationship?
3  A.  Well, it's assumptions in using and
4  estimating fair value would be assumptions that a
5  market participants one of which MostChoice may be,
6  would utilize in estimating the value of that asset.
7  Q.  How did the do the concept of fair value
8  relate to how NetQuote would have out utilized the
9  asset ^ ck?
10 A.  Well, again there may be synergies that
11 NetQuote obtained in using the asset. And how they
12 utilize has they add has they bring to a table that
13 of that other market participants may or may not
14 utilize that same particular asset. So market
15 participants may use a different set of assumptions.
16 Q.  Why is fair value inappropriate for
17 calculating damages in your view?
18 A.  Well, in my view that calculating damages
19 should be to the specific damage so the value to the
20 entity that's actually being damaged my comment is
21 utilizing information based on fair value is based on
22 concepts of marketplace participants to I may or may
23 not be specific to the entity being damaged.
24 Q.  If it is specific to the entity being
25 damaged, is a fair value analysis appropriate?

100

1  A.  It could be. My criticism is though is it
2  doesn't appear that degree degree didn't actual
3  consider that at all.
4  Q.  But is it fair to say that if it were
5  actually specific to NetQuote that that objection
6  would be overcome?
7  A.  That is something that a damage expert
8  should consider yes.
9  Q.  Okay. Now, have you ever encountered a
10 client that placed a different value on an asset than
11 that that was reported on that are financial
12 statements?
13 A.  I'm not sure I understand that question.
14 Q.  Say you have a trademark and the customer
15 thinks it's worth $10 million but it's carried on
16 their financial statements at $1 million.
17 A.  Sure, that could happen all the time.
18 Q.  And had a climate's value is higher than
19 the financial statement value, does the client get to
20 record that difference?
21 A.  Depending on the purposes of the
22 valuation.
23 Q.  If it's not in connection with the sale,
24 can a client just add the $9 million to their
25 financial statements because they think the tray mark

105

1  Q. So is 207 line number for example in the
2  case of an am tiesable intangible asset would remain
3  the same on the balance sheet and then they would
4  rise charge or amortization?
5  A. That's one way to show it yes.
6  Q. Okay. Unless there is impairment
7  recognized?
8  A. I believe that's the case, yes. Or
9  there's a subsequent acquisition or a change in
10 reporting, it could probably happen. But what you
11 describe is typical.
12 Q. Now, let's go back to your first opinion
13 and we were on subpart one. What facts, exhibits did
14 you base that conclusion on?
15 A. I looked at the Quist valuation and I
16 looked at Mr. Duree's analysis.
17 Q. Okay. Anything else?
18 A. Just the general documents we described if
19 terms of background information about how that
20 standard is applied.
21 Q. Anything else?
22 A. Not that irrelevant.
23 Q. Okay. Now, let's talk about the second
24 subpart of first opinion that you articulated. What
25 is your second reason under the first opinion?

106

1  A. My second reason is that the date of
2  damage at least according to the third amend amend
3  complaint began on October 9th, 2006, Mr. Degree
4  utilizes data from the purchase price allocation that
5  began on August 16th, 2005. So by utilizing that
6  data he doesn't adjust to for if a fact if an its
7  more has been a year later so he consequently by not
8  making that adjustment overstates his conclusion.
9  Q. Does that conclusion assume this the value
10 of the customer relationships has decreased?
11 A.
12 Q. In that period between August 2, 0005 and
13 October 2006?
14 A. D D.
15 A. Well, has that conclusion assumes is that
16 even if one were to assume is that seven-year life
17 arbitration year later those clients typically
18 wouldn't have a seven-year life on the settles. And
19 that directly relates to a value.
20 Q. Could you explain that?
21 A. Sure. The Quist analysis utilizes an they
22 estimate or assume a seven-year life of the customers
23 that were existing as of the date of ago incision for
24 their analysis and purchase price allocation.
25 Mr. Degree uses revenues from that same analysis to

107

1  estimate his multiples starting point for his
2  multiple for the damage analysis. My point is that
3  the date of the purchase price allocation was
4  August 16th, 2005. That is assumed a seven-year
5  life. If one were to move that forward, those
6  customers wouldn't still have a seven-year life under
7  the Quist analysis.
8  Q. A customer that assisted as of August 5,
9  2006 would not have a seven-year life?
10 A. That's correct.
11 Q. So if a customer joined the company,
12 started working with NetQuote after that date, would
13 that time period have started to run as to that
14 customer?
15 A. Rights it could be. But again by my
16 comment is Mr. Duree didn't seem so take that into
17 consideration.
18 Q. Has impact would it had if he had taken
19 that into account?
20 A. Well if the life is shorter just
21 mathematically the value would be much less. Or
22 would be less.
23 Q. Did you quantify what the difference would
24 be and the damages result based upon that life issue?
25 A. I did not, no.

108

1  Q. And what facts or evidence did you rely
2  upon in reaching that conclusion?
3  A. The conclusion listed in B?
4  Q. Yeah in B.
5  A. I looked he Quist valuation report and
6  their assumptions and their valuation I also looked
7  at Mr. Duree's report.
8  Q. Anything else else?
9  A. Again the general documents that we
10 discussed.
11 Q. Okay.
12 A. And by general documents, you mean the
13 other documents that are listed in the index to the
14 notebook that you produced.
15 A. Yes.
16 Q. Okay. Now, let's look at the third
17 opinion or third subpart to opinion one.
18    And what's your opinion there?
19 A. My opinion is that the Quist analysis uses
20 an assumed seven-year life for a customer
21 relationship as of the date of acquisition. And that
22 may be an approach for financial reporting purposes.
23 My comment is that it may not be appropriate for a
24 damage calculation because one would have to consider
25 the turnover actual expected turnover of those

109

1 customers not an assumed life for financial purposes.
2 Q. Now, as part of doing allege valuation
3 under 141, have you ever attempted to determine an
4 expected life for a customer?
5 A. I have, yes.
6 Q. And how many occasions have you done that?
7 A. Multiple occasions. I don't know offhand.
8 Q. What kind of data did you ask for there
9 your client to perform that analysis, typically you
10 look at a for a period of time the customers that
11 existed that started as of a certain date, customers
12 that have left during a time period and you just
13 trace that over periods of time?
14 Q. And did you consider actual attrition data
15 in arriving at that life?
16 A. For reporting purposes or?
17 Q. Yes.
18 A. It's something that one would consider. I
19 may not actually been a remaining useful life for
20 financial reporting purposes.
21 Q. Okay. Do you consider industry retention
22 rates for customers in doing that sort of an
23 analysis?
24 A. You do because that goes the a market
25 participant assumption.

110

1 Q. Would you expect a repetitive valuation
2 firm to consider that information?
3 A. I would think that they would consider
4 that as part of your analysis yes.
5 Q. Do you consider developments in technology
6 as impacts as has an impact on customer relationships
7 in doing that analysis?
8 A. How do you happen in.
9 Q. Do you consider whether or not technology
10 is permitting the company to hold onto a customer
11 longer as part of that analysis?
12 A. That may be manager that one could would
13 consider in estimating remaining life.
14 Q. Would you consider the companies's empty
15 as relates to retention of customers?
16 A. You could but again, the concept is market
17 participant, not specific to an individual entity so
18 electronics they have market participant would
19 realize the same remaining useful life, then I think
20 it would be appropriate, something one would
21 consider.
22 Q. But you would consider something other
23 than straight attrition data in looking at 141
24 valuation of customers that is correct?
25 A. Is that correct attrition date is just one

111

1 of the things that one would look at at. It would
2 have to be under a market participant assumption for
3 remaining useful life.
4 Q. How would you ultimately make
5 determination of a life for a given customer?
6 A. We don't. Etc. up to management.
7 Q. Okay. Is there any guidance in literature
8 for estimating customer lives?
9 A. Yeah. In FAS 142 there's some discussion
10 on how one would discriminate remaining useful life.
11 There is also in evaluating text there's some remain
12 useful life.
13 Q. Do you have any idea has the actually life
14 is for NetQuote's customers?
15 A. I saw some data that management had
16 internally indicated that the remaining life for a
17 national accounts was about three years or eye and a
18 half years in that local accounts was less.
19 Q. And what data was that?
20 A. It was in the document I think related to
21 a June know apps.
22 Q. If the life of the customer relationships
23 is greater than seven years, would that increase the
24 damages?
25 A. It would have to depend on the

112

1 contributory charges and the revenue and the
2 resulting cash flow from that customer. So to
3 determine whether or not that would bin increase the
4 damages so there's other things.
5 Q. Holding all other things constant.
6 A. Typically the longer the life is. If
7 there was positive cash throw just mathematically
8 that would increase the number.
9 Q. Have you ever conducted an audit of
10 financial statements into which a results of a 141
11 valuation were incorporated?
12 A. I have not done any audit work.
13 Q. Okay. Do you have any understanding of
14 has sort of activities what sort of tests an auditor
15 would do to test assumptions about the customer's
16 life?
17 A. Yes, I have some idea of that.
18 Q. And what would those be?
19 A. Well, in general, auditors look at,
20 consider the market participant assumption. So they
21 look at what other primary indication they hook at
22 what other similar companies with some more tiesing
23 those same customers at that's one consideration.
24 Q. Would you expect PricewaterhouseCoopers to
25 have done so in connection with their financial

113

1 statements?
2 A. I would think so yes.
3 Q. Neck they can.
4 Q. Is there anything else you would have
5 expected PwC to do in connection with its evaluation
6 with Quist business valuation report?
7 A. Oh, there's a lot of things they would
8 have done.
9 Q. Provide some examples, please.
10 A. Sure. Typically they bring in a valuation
11 specialist themselves as part of the audit team to
12 review the outside experts report.
13 Q. So it would be your expectation that PwC
14 would actually have an expert review that specific
15 report?
16 A. That's common yes.
17 Q. All right. What other things would you
18 expect?
19 A. You're it's very general. You mean in
20 terms of how?
21 Q. With respect to to customer relationships,
22 what sort of audit procedures would you expect the
23 auditors to do in validating the conclusions with
24 respect to to a value of customer relationships?
25 A. I've never audited customer relationships

114

1 I can tell from you a valuation standpoint you think
2 some questions that we were typically were asked.
3 Q. What kind of questions do you get from if
4 auditor?
5 A. Typically we we're asked an if projections
6 whether we tested them, they asked about the
7 contributory charges to make sure we accurately
8 consider contributory charges. We asked typically
9 about how we determine the length of our analysis in
10 the projection period, our discount rate is usually
11 they typically ask antibiotic that. How we determine
12 that and how that rate compares to other rates of
13 return.
14 Q. Is it fair to say that you wouldn't accept
15 expect an auditor just to accept a valuation
16 performed under FAS 141 without question?
17 A. My understanding is of SAS 101 they would
18 have to test that.
19 Q. Okay. Now, you don't express in your
20 report a conclusion about what an appropriate useful
21 life for a customer relationships is do you?
22 A. No, I do not.
23 Q. And did you have an opinion on that?
24 A. No I don't have an opinion of the life.
25 Q. From the standpoint of professional

115

1 standards as an auditor is is is permitted to also
2 conduct a FAS 141 valuation far company?
3 A.
4 Q. For a the same company?
5 A. Are you let me see if I understand your
6 question. Are you asking if a company auditor that
7 is auditing their client if they're allowed to do the
8 valuation? Analyze?
9 Q. Correct.
10 A. No they're not.
11 Q. Why is is that?
12 A. There's an independence issue.
13 Q. What did you mean by that?
14 A. Meaning that they would would be auditing
15 their own words. They're not allowed to that.
16 Q. Is there a different standard of
17 independence for attestation work compared to
18 valuation work?
19 A. I'm not sure I follow that question.
20 Q. That wasn't a very good question.
21 Attestation attestation?
22 Q. Do you have any opinion on the reasonable?
23 A. Of the projections that were used in Quist
24 as valuation of NetQuote's's relationships.
25 A. Only in this con ten that for fair value

116

1 reporting that under FAS 141 they have to be based on
2 a market participant assumption.
3 Q. And what is that opinion?
4 A. The opinion is that that Mr. Duree should
5 have considered that in his damage calculation.
6 Q. So record the clear should have considered
7 has exactly?
8 A. Sorry. In my review of Mr. Duree's damage
9 analyze it doesn't appear that he considered
10 management projection under 141 have to be prepared
11 under a market participant assumption. And
12 therefore, it may be incorrect in a damage
13 calculation.
14 Q. Now, in that third subpart to your first
15 opinion, what are the facts, exhibits, documents that
16 you relied upon in arriving at that conclusion?
17 A. Are you referring to C?
18 Q. Yes.
19 A. I looked at Mr. Duree' analysis I looked
20 at the Quist valuation and then again the general
21 documents that we've been referring to.
22 Q.
23 A. And also I looked at the Juno app memo
24 that had particular significance.
25 Q.

117

1   A.   And also while I'm thinking about it,
2   Mr. Duree's deposition I want to include that's as
3   something I consider considered in all of these
4   opinions.
5   Q.   Anything else?
6   A.   Not offhand, no.
7   Q.   Do you agree that SAS 73 permits an
8   auditor to rely upon the work of an expert under
9   certain circumstances?
10   A.   My understanding of SAS 73 is that an
11   outside expert's work product can be relied on as
12   audit evidence in estimating -- or in preparing
13   financial statements.
14   Q.   In order to rely upon Quist valuation as
15   audit evidence, do you have an understanding of what
16   PwC was required to do from a procedure standpoint?
17   A.   Not -- not having audited -- been an
18   auditor, I don't know the exact procedures. I do
19   know from a valuation specialist what typically
20   happens.
21   Q.   Okay. And what from your perspective is
22   in valuation typically happens?
23   A.   Well, what typically happens in these
24   engagements, again they typically bring in a
25   valuation expert as parts of the audit team who

118

1   reviews the work product of the management's outside
2   expert.
3   Q.   Does the auditor typically gain an
4   understanding of the valuation specialist's
5   competence?
6   A.   Yes that's part of it.
7   Q.   What about experience?
8   A.   Yes that's part of it as well.
9   Q.   Does the does the accounting firms's
10   expert doctor methods and a-assumption that were
11   applied?
12   A.   Yes they do.
13   Q.   And whether those methods and assumption
14   were reliable?
15   A.   Yes.
16   Q.   So would you agree that auditing standards
17   would have required PricewaterhouseCoopers to obtain
18   an understanding of Quist's methods and assumption to
19   be able to issue an clean opinion?
20   A.   From my valuation perspective? That's
21   seems to be typically the methodology.
22   Q.   Okay. And from your perspective as a
23   doing business valuation, would you agree that Price
24   Waterhouse Coopers was required to test the data that
25   Quist used?

119

1   A.   My understanding of SAS 101, that they
2   would have to test management's data.
3   Q.   And from your perspective in valuation,
4   would you expect or would you believe that PwC would
5   be required to independently evaluate the conclusions
6   that Quist reached in its valuation to determine
7   their reasonableness?
8   A.   What do you mean by that? I'm not
9   following you.
10   Q.   Would you agree that PwC could not rely
11   for the Quist report as audit evidence for the value
12   of the assets unless it determined that Quist had
13   reached a reasonable valuation for those intangible
14   assets?
15   A.   As part of the process that we just we've
16   been discussing, yes I would agree with that
17   statement.
18   Q.   Okay. Have you ever used to results of a
19   valuation of 141 valuation in your work as an expert
20   witness?
21   A.   I don't think so.
22   Q.   Let's take a look at?
23       (Exhibit-279 was marked for
24   identification.)
25   Q.   (By Ms. Perkins) I'm handing you what's

120

1   been marked as Exhibit 279.
2       And I'll represent that that is excerpts
3   from the treatise valuation for financial reporting.
4       And did you coauthor this text?
5   A.   I did, yes.
6   Q.   Now, taking a look if you would, there are
7   page numbers in the upper corners?
8   A.   Uh-huh.
9   Q.   On Page 154?
10   A.   Uh-huh.
11   Q.   You see part G where it says customer
12   relationships?
13   A.   Yes.
14   Q.   And what are these steps basically that
15   are listed there?
16   A.   Has this appears to be is a checklist of
17   just general information data quest.
18   Q.   And is this the type of data that you
19   would expect someone performing a 141 valuation to
20   collect as part of that process?
21   A.   In general yes.
22   Q.   And this is actually suggested prom
23   program for gathering that information?
24   A.   That's correct yes.
25   Q.   Though this is like a practitioner's aide

121

1  to arrest property tax first tear no the use in
2  gather data to perform the valuation?
3     A. Yeah it's a sample information request.
4     Q. If a firm performing the type of valuation
5  followed these procedures and gathered this
6  information, would you consider the valuation the
7  customer relationships of to be reliable for
8  financial statement purposes?
9     A. This these this is just a checklist of
10 just general information so it doesn't have anything
11 to do with methodologies or assumptions, things like
12 that, so it I don't have enough information to answer
13 that question.
14    Q. Okay. Taking, flipping forward a couple
15 of pages, or further on to Page 156, what is
16 contained on pages 156 through 159?
17    A. That's a model audit program from the
18 AICPA's IPR ^ practice aide.
19    Q. So this is a program for auditing firm
20 like PwC to use as a practitioner's aid in coming up
21 with its audit of evaluation or 141?
22    A. The AICPA issued a practice aid related
23 specifically to valuation of in-process research and
24 development. As part of that practice, they list a
25 program to help monitors with one would need to look

122

1  at what kind of procedures that they would go through
2  and its reprinted in this - -the text.
3     Q. If an auditor followed a model audit
4  program such as this, would that be from your
5  perspective in valuation an adequate audit as to a
6  given 141 valuation?
7     A. I'm an valuation specialist, so I don't
8  know. I have no idea.
9     Q. Since we've been talking about the actual
10 quit report why don't we taking a look at it. I'm
11 handing you will has been previously marked as
12 Exhibit 2 '01.
13
14    A. I have it.
15    Q. And this the report that you were refer
16 referring to as the allocation of the purchase price
17 resort?
18    A. Yes appears to be.
19    Q. Okay. And Mr. Duree reviewed this as
20 apart of his work in the case?
21    A. Yes he appeared to rely heavily on the
22 report.
23    Q. And you would agree that this report
24 wasn't prepared in connection with the litigation?
25    A. I agree.

123

1     Q. Would you agree that this report was
2  prepared as NetQuote ordinary operations in financial
3  reporting obligations?
4     A. I'm not sure has that means.
5     Q. Did NetQuote have to prepare this report
6  or did NetQuote have 0 retain one so someone to prep
7  in valuation?
8     A. No. They could have done it internally.
9     Q. Oh, I see. So was the analysis contained
10 in this report something that NetQuote had to do as
11 part of its ordinary accounting function?
12    A. As part of the acquisition, they would
13 have to, under FAS 141, list the fair value of the
14 acquired assets on the balance sheet.
15    Q. So they had to an analysis to be able to
16 do that?
17    A. I would think so, yes.
18    Q. Okay. Now, you understand that the values
19 in this report for the intangible assets have been
20 incorporated by NetQuote into its financial
21 statements as of the date of this report?
22    A. I believe that's case, yes.
23    Q. Okay. Did you talk with anyone a Quist to
24 determine what procedures they followed in preparing
25 this report?

124

1     A. Did I not.
2     Q. Do you have any experience with Quist?
3     A. I'm familiar with their name but not a lot
4  of direct experience, no.
5     Q. Not a lot direct experience. Do you have
6  any?
7     A. Other than that I know name I'm just
8  familiar from various industry organizations things
9  like that.
10    Q. Do you consider Quist to be a reputable
11 valuation firm?
12    A. Yes, I do.
13    Q. Do you consider PwC to be a reputable
14 accounting firm?
15    A. I do.
16    Q. And in Europe experience, does PwC adhere
17 to an appropriate professional standards in
18 conducting auditses?
19    A. In my experience yes audits fix fix.
20    Q. If an auditor performed the kinds of
21 inquiry that we've been talking about of a FAS 141
22 analysis, would you consider that to be reliable
23 audit evidence of a the value of though intangible
24 assets?
25    A. I'm not sure I follow that question.

129

1 customers actually received more than one false
2 application from Byrd?
3     A. Oh, I don't know. I assume -- I believe
4 that some of the of them did actually in review some
5 of the documents.
6     Q. And does this mean that a company could
7 never recover nor type of conduct if the customer
8 losses were within its normal attrition rate?
9     MR. ISENBERG: Object to the form.
10     THE WITNESS: No, no. The point of my
11     opinion is that within the attrition rate that's
12     already considered in his analysis, that 159
13     could possibly be in that normal attrition.
14     Q. (By Ms. Perkins) So you're not saying
15 that these 159 didn't actually receiving applications
16 from Byrd?
17     A. No. I'm saying that I don't think that
18 Mr. Duree actually in my review of his deposition his
19 report actually demonstrated causation of those
20 specific accounts.
21     Q. And do you have an opinion as to causation
22 on those specific accounts?
23     A. I do not, no.
24     Q. Now, going back to that opinion No. 2 as I
25 guess I've come to call it, on has facts and evidence

130

1 did you rely to reach that conclusion?
2     A. I looked at Mr. Duree's report I looked at
3 highway deposition and I went through his analysis to
4 estimate which accounts may have been impacted from
5 Mr. Byrd. I did not find where Mr. Duree specific
6 specifically said that these accounts were impacted.
7 He did a visual analysis and some purported
8 statistical analysis, but he didn't actually point
9 and said this account left because of this alleged
10 action.
11     Q. And you don't have an opinion on whether
12 or not a given account left because of the action?
13     A. No. My opinion is Mr. Duree should have
14 sheen causation.
15     Q. Okay. Anything else else that you relied
16 upon in arriving at your conclusion?
17     A. May have been some of the supporting
18 documents that I looked through.
19     Q. Do you recall specifically which
20 supporting documents those would have been?
21     A. I don't, not at this point.
22     Q. Anything else?
23     A. Nothing that comes to mind.
24     Q. Is there anything else that you could look
25 at to refresh your recollection on that?

131

1     A. Other than just thumbing through some of
2 the documents to see if it strikes me but no.
3     Q. I may have you do that during a break but
4 okay let's turn to your third opinion what is your
5 third opinion?
6     A. My third opinion is that I don't agree
7 with the Mr. Mr. Duree ace methodology in calculating
8 his damage estimate.
9     Q. All right. What specifically don't you
10 agree with?
11     A. Well there's a number of things. One,
12 Mr. Duree calculates a multiple of what he pure sorts
13 to be a value of the customer relationships by
14 discounting revenue at 25 percent. I don't agree
15 with the discounting of revenue. I don't agree with
16 a 25 percent discount rate. I don't agree with the
17 application of the multiple to start with.
18     Q. So you don't disagree -- you disagree with
19 discounting revenue?
20     A. Yes.
21     Q. You disagree with the 25 percent discount
22 rate?
23     A. Yes.
24     Q. And what was the third thing?
25     A. The third thing is the application, how he

132

1 applies a multiple to come up with a conclusion of
2 value of customer relationships.
3     Q. Okay. With respect to discounting
4 revenue, what do you mean? What do you mean that he
5 did that you objected to?
6     A. He calculates value of customer of the
7 entire customer relationship by discounting revenue.
8 He doesn't takes into consideration expenses,
9 contributory charges, or the actual cash flow that
10 those customers generate.
11     Q. Does Mr. Duree actually state in his
12 report that the entire value -- entire value of the
13 relationship the discount revenue flow?
14     A. Actually he doesn't. He skips over that.
15 But if you follow his logic, that's what he's
16 implying, that's the value of the entire customer
17 relationships.
18     Q. Well, didn't Duree actually state in his
19 report that the discounted revenue stream associated
20 with the customers total the $123 million?
21     A. Yeah. He calls it a calculation, I
22 believe.
23     Q. Okay. And is that the same discounted
24 revenue stream the same thing as the value of a
25 relationship?

1   A.   Yes. Inherently he's calculating the
2 value of the entire customer relationships through
3 how he use that's calculation.
4   Q.   Why is that?
5   A.   Well what he does is he discounts the
6 total revenue attributed to a customer relationships
7 from the Quist valuing, discounts it at 25 percent,
8 comes up with a number. He applies that number in
9 and compares it to revenue as of the date of the
10 Quist valuation and comes up with a multiple of 3.2.
11 He then applies the multiple of 3.2 to his
12 calculation of the 159 lost customers to estimate
13 what the value of the loss of those customers are,
14 his conclusion of value.
15   Q.   Okay. But is that the same as concluding
16 that the total of the entire value of the customer
17 relationship is the $123 million or is that the value
18 of the revenue stream?
19   A.   Well if you follow logic and if he
20 conclusion value of loss of customer by fly that
21 pulling that multiple how he calculates that multiple
22 of has to be a valuation of the entire customer list.
23 It's logic.
24   Q.   Now, a little further on in your report on
25 page 13 it appears that you take issue with Mr. Duree

1 not including what you call contributory charges; is
2 that correct?
3   A.   That's correct yes.
4   Q.   Assuming that a 159 customers were
5 actually loss as a result of Byrd's malicious
6 applications what cost savings is NetQuote realize as
7 a result of losing these customers?
8   A.   I don't know if they realized any cost
9 savings. My opinion is that in if one were to
10 discount revenues, there are costs associated
11 additional costs with achieving those revenues.
12   Q.   And a 159 customers is less than one
13 percent of NetQuote's customer base, correct?
14   A.   I believe that to be the case, yes.
15   Q.   Okay. And so can you identify specific
16 costs that NetQuote would have saved by losing those
17 customers?
18   A.   Again I'm not quantifying cost savings.
19 What my opinion is that you can't making an
20 assumption that we're going to get checks revenue
21 from customers without also appropriately including
22 expenses associated with generating those revenues.
23 Also with other assets that assist in generating
24 those revenues.
25   Q.   Well so let me ask the question little bit

1 different I if we're looking at NetQuote's's actual
2 experience and how it was damaged, can you identify
3 any employee salaries that are saved as a result of
4 the loss of these customers?
5       MR. ISENBERG: Object to the form.
6       THE WITNESS: No. I I didn't that's not
7 my opinion.
8   Q.   (By [1]Ms. Perkins) Okay and can you
9 identify any operating expenses that it saved as a
10 result of losing these 159 customers?
11   A.   No. Again, that's not my opinion.
12   Q.   Okay. Now, hypothetically, let's say that
13 NetQuote were to be awarded the amount that is set
14 forth in Duree's report for customer relationship
15 losses. Would that recovery be taxable as income?
16   A.   I don't know specifically.
17   Q.   Okay. Are customers always -- is the
18 addition of a customer always going to increase the
19 company's incremental costs?
20   A.   That's a hypothetical question. I depends
21 to understand facts and circumstances.
22   Q.   So there a situation in which a company
23 could add a customer without adding inchemical costs
24 hypothetically?
25   A.   Again I can't recall of any specific but

1 again that's not my opinion.
2   Q.   Is it ever acceptable in your opinion not
3 to deduct contributory charges had you're doing an
4 analysis such as the one Andrew performed here?
5   A.   There may be certain circumstances but I
6 don't think of any as I sit here today.
7   Q.   Turning to the discount rate that you
8 identified, the 25 percent, what relationship or what
9 is a discount rate reflect in the aunts of the value
10 of a customer's relationship?
11   A.   The discount rate would reflect the risk
12 of actually achieving cash flows generated by those
13 particular customers.
14   Q.   So in laymen's term would a discount rate
15 be sort of handle capping the revenue stream?
16   A.   I wouldn't term it as handicapping. What
17 it does is it quantifies risk of actually achieving
18 projected cash flows.
19   Q.   So is it in simplistic terms a fair
20 relationship to say the higher the discount rate the
21 lower the probability of achieving whatever the
22 projected revenue is?
23   A.   The greater the risk, the lower the value.
24   Q.   Okay. Have you ever previously selected a
25 discount rate in your work in valuation for customer

137

1 relationships?
2 A. Have I -- I'm sorry can you rephrase that?
3 Q. Sure have you in performing busy valuation
4 selected a discount rate to allay in customer
5 relationships?
6 A. Yes, I have.
7 Q. And has have you considered in doing that?
8 A. Considered the weighted average cost of
9 capital of the entire company. I considered what
10 other assets were contributing to a generate
11 radiation of those particular cash flows an I
12 considered rates relative rates of return on those
13 other assets.
14 Q. Anything else?
15 A. Well, there's market based data that all
16 enters into that.
17 Q. Such as what?
18 A. Well in calculating the weighted average
19 cost of capital it's typically for from market
20 derived data.
21 Q. Do you consider the life hood of the
22 customer remaining with the company in the discount
23 rate?
24 A. That's part of the risk of actually
25 achieving those cash flows, so yes.

138

1 Q. In a 25 percent rate reflective of a
2 greater discount than just a cost of money for year?
3 A. I'm not sure what that means.
4 Q. Well, is there just -- backup.
5 What is the weighted average cost of
6 capital?
7 A. Weighted average cost of capital is a
8 weight of of total sources of capital on an after tax
9 basis that the capital that contributes to a company
10 required rate of return on capital. Usually it's
11 made up of after tax cost of department and return on
12 equity weight of the relative weightings.
13 Q. Do you know what NetQuote's average cost
14 of weight was in this time frame?
15 A. Quist calculated it at 25 percent I
16 believe.
17 Q. Now, you're assuming correct that a
18 25 percent discount rate is not sufficiently high; is
19 that correct?
20 A. No. What my opinion is is that given
21 Quist's calculation of a weighted average cost of
22 capital, is based on after tax cash flows that it
23 would be inappropriate to apply it to a revenue
24 stream that is pretax without inclusion of any
25 expenses in contributory charges.

139

1 Q. Do you have any opinion as to has an
2 appropriate discount rate would be here?
3 A. Not specifically New York City.
4 Q. Okay. And if hypothetically you were to
5 do an analyze and determine that a 15 percent
6 discount rate were more appropriate, all other
7 factors staying equal that would that result in
8 higher amount of damages?
9 A. Hypothetically 15? Well given the
10 relative first of all given the relative nature
11 weighted average cost of tax and after tax cash flows
12 an we're talking about pretax revenue it wouldn't be
13 lower the discount rate would not be lower. But if
14 you gnatally if it were lower it would result in
15 higher value.
16 Q. Okay. Have you ever done a damages
17 analysis on behalf of a plaintiff in your work as an
18 expert? I mean not as a party. On behalf of the
19 side who is trying collect the damages as opposed to
20 a rebuttal?
21 A. Yeah Atomic Fusion I believe. D D the
22 Department of Transportation.
23 Q. Did you have a methodology that you
24 applied in the aye to come I am I'm sorry are you
25 finished?

140

1 A. I am yes.
2 Q. I'm sorry. Did you have a methodology
3 that you applied in the Atomic Fusion case to come up
4 with a damages calculation?
5 A. We -- yes, we did.
6 Q. And what was that?
7 A. Well, if that particular case the company
8 eventually went public. So we traced the amount of
9 shares that Atomic Fusion should have received and we
10 just traced it as the company was bought and became a
11 public company.
12 Q. Okay. What about in the Department of
13 Transportation matter?
14 A. In that particular matter, it involved a
15 sports complex. We looked at the valuation work done
16 by another expert and we commented on rates return
17 that were utilized in that particular matter.
18 Q. If NetQuote had retained you to do an
19 analysis of its damages here what methodology would
20 you you have applied?
21 A. D D.
22 A. What I would have considered is first an
23 unfortunately I would have look at the individual
24 customers to see if I could establish some sort or
25 caution to be customers first of all.

141

1  Q. What would you have looked at there?
2  A. Likely have seen if management had any
3  additional data of why he left the firm and no longer
4  became customers.
5  Q. So is this in regard to what Mr. Mr. Duree
6  considered?
7  A. I believe that would be a case, yes.
8  Q. I see. Would you have considered the
9  account data that the Mr. Duree considered as well?
10 A. I would have likely approached it
11 differently than Mr. Duree.
12 Q. How would you you have approached it?
13 A. Well, his report and his deposition looks
14 like he just did a visual inspection an just made his
15 open judgment of why which accounts were affected. I
16 would have actually taken it a step further to milk
17 sure is that they were actually affected.
18 Q. How old you have done that?
19 A. Talked to management, see in what internal
20 management have management talk the a customers
21 possibly.
22 Q. Anything else?
23 A. In terms of establishing causation?
24 Q. Yes.
25 A. Just explored with management, you know,

142

1  the reasons for leaving.
2  Q. Why a given customer might have left?
3  A. That's correct. Yeah looked at historical
4  reasons possibly that customer have left, things like
5  that.
6  Q. And assuming that did you that and reached
7  some conclusions as to causation based on your
8  analysis what would you have done to quantify?
9  A. I would have had it working with
10 management tried to estimate the cash flow that
11 result that would have resulted from those customers
12 but for the alleged action of the in the damage
13 claim.
14 Q. And how would you have done that?
15 A. Similar methodology that the Quist used in
16 their allocation of purchase price.
17 Q. Meaning you would have gotten projections
18 from management on what sort or expected sales and
19 attrition for those customers?
20 A. Yes, for the customers that I could
21 determine there was some causation, yes.
22 Q. Okay. How will ultimately would you have
23 determined if a customer if there was causation how
24 old you have made that determination?
25 A. If there were some evidence that said yeah

143

1  I left because of this action.
2  Q. So if a customer didn't say hey yeah I
3  left because of this action then you would consider
4  that customer not to be included within the possible
5  damages group?
6  A. Well it's one thing I would are
7  considered. There may have been other things to
8  consider. But in establishing causation I would look
9  at some direct relationship from the alleged action.
10 Q.
11 A. To why a customer left.
12 Q. Would you have considered the number of
13 applications that a customer got, number arrest
14 malicious applications that a customer received?
15 A. I certainly would have probably considered
16 that, yes.
17 Q. Okay. And would you have considered the
18 timing of the customer terminating its relationship
19 relative to receiving those applications?
20 A. I would. And I would have tried to
21 confirm that even though it looked like that that may
22 have been a result of the action, maybe confirmed
23 that.
24 Q. And confirmation would be through
25 discussions with management?

144

1  A. Well, management if they had any
2  additional information they had feed book from the
3  customers. If there was some abnormal nationality
4  possibly interview the customers themselves.
5  Q. Now, going back to the themselves putting
6  a number on a piece of it, so I think you said that
7  you would estimate is cash flow that would have
8  resulted from that customer using methodology similar
9  to that applied by Quist in its report?
10 A. I would have considered that, yes. The
11 value of the loss lost customers in the cash flow
12 that they would have generated but for an action and
13 the methodology a common methodologies is similar to
14 what Quist used in their estimate of the value of the
15 customer relationships and the purchase price
16 allocation.
17 Q. In what other steps would you have taken?
18 A. And and and.
19 A. Well I would have established a discount
20 rate that is commensurate with a risk of those
21 customers.
22 Q. Okay. How old you have gone about doing
23 that?
24 A. I would have looked at the weighted
25 average cost of capital. I would have possibly

145

1  looked at what other assets or I would definitely
2  look add has other assets contribute though that and
3  looked at required rates of return on those other
4  assets and made sure that it all fit within the
5  weighted average cost of capital.
6  Q. How old you will determined fit fit within
7  tuberculosis weight?
8  A. Well, if you think about in terms of
9  balance sheet on the right hand side of the balance
10 sheet the required return on the a modified balance
11 sheet would be the weighted average of cost because
12 you have debt and equity. Algebraically since the
13 balance sheet balances, the weighted average return
14 on assets would have to equal or approximate the
15 weighted averaged cost of capital. That's one way
16 valuation analysts look to see if the required rates
17 of return on intangible assets makes sense.
18 Q. Anything else?
19 A. No.
20 Q. And can you think of any other steps that
21 you would have a taken to conduct such a damages
22 amortized had you been returned by Netquote?
23 A. Well in general in refining what Mr. Duree
24 did, that's the approach I would have likely taken.
25 Q. Okay. But?

146

1  A. But there may be others; I don't know.
2  Q. I'm going to hand you what's has been
3  previously marked as Exhibit 202. Do you recognize
4  that document?
5  A. I do, yes.
6  Q. Was what is this document?
7  A. This is a valuation another valuation
8  prepared by Quist valuation on the common stock of
9  NetQuote holdings as of February 20th antibiotic
10 action 2007.
11 Q. Did you rely on this report in forming
12 your opinions?
13 A. I looked through the report but I did not
14 use as a direct relationship.
15 Q. Why not?
16 A. Because it didn't have information that I
17 needed to form my opinion.
18 Q. Okay. What is the purpose or what do you
19 understand to be purpose of this report?
20 A. I believe it's for tax reporting purposes
21 under Section 409 A.
22 Q. And would that be for reporting of
23 employee compensation?
24 A. Yes. It would.
25 Q. Okay. So there we talked about earlier

147

1  about valuing stock options in order to report
2  compensation to employees. Is this a report that
3  would be prepared as parts of that obligation?
4  A. Yeah. Typical 409 A valuation is
5  estimating fair market value of equity on a per
6  ^ pers year basis for granting options.
7  Q. Okay. And then you use that to determine
8  your stock option compensation expense; is that
9  correct?
10 A. For tax reporting purposes.
11 Q. For tax reporting.
12 A. Yes.
13 Q. Getting back to financial statements
14 generally, has are financial statements used for?
15 A. Well, a variety of things. Primarily
16 financial statements are used by management to gauge
17 the financial condition an operating performance of a
18 company. It's also utilized by investors and lenders
19 in that particular company as well.
20 Q. So in a case of a public company, would
21 members of the public be relying upon financial
22 statements potentially in making investment
23 decisions?
24 A. Potentially, yes.
25 Q. And in a context of a private company

148

1  would a private company use its financial statements
2  for for example to go the a bank to get a loan?
3  A. That could be one reasonable, yes.
4  Q. Okay. So it's fair to say that third
5  parties outside of a company in addition to
6  management might rely for those financial statements?
7  A. Yes they do.
8  Q. And is it fair to say that part of the
9  reasonable for auditing financial statements is to
10 determine that they fairly state the operating
11 results of a company?
12 A. According to general little accepted
13 accounting principles yes.
14 Q. I can't recite the standard.
15    And generally speaking though do you think
16 that members of you know say lending community are
17 going to be they're entitle to rely opinion financial
18 statements?
19 A. I believe generally that's the case, yes.
20 Particularly those that are audited, when you add
21 that.
22 Q. And certainly something audited by big
23 four accounting firm?
24 A. Yes that's correct.
25 Q. Are you aware that Mr. Byrd submitted

1  it's often used as a basis for an amortization of
2  that particular asset.
3    Q.  You were asked a serious of hypothetical
4  questions about what you would have done if you were
5  retained by NetQuote in this matter. Would you have
6  used the remaining useful life from if Quist report
7  as the basis for calculating customer relationship
8  values?
9    A.  Probably not. I probably -- I would have
10 looked at the actual experience of the company.
11   Q.  Is management experience relevant to a
12 validity of management's projections as it relates to
13 the use by the valuation company?
14   A.  Management's experience in the industry an
15 also preparing projections would be something that
16 one would consider in testing the projections.
17   Q.  The alternative damage calculation was
18 just discussed a minute ago, does that take into
19 account charges or costs of generating revenue?
20   A.  It does. It takes into into account
21 expenses because it's based on has Quist actually
22 did.
23   Q.  Do you have any criticism of the Quist
24 allocation of purchase price report?
25   A.  No, I do not.

1    Q.  So what is the relevance of that report as
2  it relates to your opinion about Mr. Duree's opinion?
3    A.  I'm not search about that question.
4    Q.  Okay. Concern certain certain certain
5  certain certain certain certain certain?
6    Q.  I'm not certain fix fix)?
7    Q.  Is the your opinion that Mr. Duree
8  inappropriately used the allocation of purchase price
9  report?
10   A.  Yes it's my opinion has he made -- he
11 utilized it in an incorrect manner.
12   Q.
13     MR. ISENBERG: I don't have any more
14 questions.
15     MR. WILLIAMS: I don't have any questions.
16     MS. PERKINS: I don't have anything
17 further.
18     VIDEOGRAPHER: This concludes the
19 deposition. It's 2:16 p.m. and tape No. 4.
20     (The reading and signing of the deposition
21 by the witness was reserved.)
22
23
24
25