# Exhibit "A"

## Mostchoice Supplemental Discovery Information

**Jeff Beck (The identity of this customer is Attorneys Eyes Only)**
Mark Gatch
Investors Financial Group
Sarasota, FL

This is a former Netquote customer who tried Netquote in December, 2006. In February or March the leads he received from Netquote were of poor quality, and 720-730 out of approximately 800 leads were "junk."

**Matt Goldberg (The identity of this customer is Attorneys Eyes Only)**
Ascencea, LLC
Clark, NJ 07066

This is a Netquote customer who reported that about half of the leads from Netquote contained erroneous phone numbers. Many of the leads contacted completed a form at or about Publisher's Clearinghouse in order to get a computer or some other gift. Reported that leads had already been contacted by 4-7 agents or companies.

**Patrick Wiesner (The identity of this customer is Attorneys Eyes Only)**
Business Benefit Inc.
815-732-2732

This is a former Netquote customer who was originally satisfied with Netquote leads, which got progressively worse over time.

**Brian Zimmerman (The identity of this customer is Attorneys Eyes Only)**
Brian Zimmerman Insurance
101 Frenchman Dr.
Deptford, NJ 08096
(609) 238-2911

Former Netquote customer familiar with the quality of Netquote leads.

**Chad Garrel (The identity of this customer is Attorneys Eyes Only)**
Insurance Advisors of Florida
211 W. Spaule St
Orlando, FL 32804
(407) 925-6929

Former Netquote customer familiar with the quality of Netquote leads.

**Supplemental Discovery Information Page 2**

Donna Graham
Donna Graham Agency
(281) 752-9995
2000 S. Dairy Ashford St. 250
Houston, TX 7707

Former Netquote customer familiar with the quality of Netquote leads.

Robert Vineyard
6595 Roswell Rd, #294
Sandy Springs, GA 30328
(404) 252-5859

Former Netquote customer familiar with the diminishing qualify of Netquote leads dating back to Spring, 2006. Mr. Vineyard uses the moniker or screen name "SOMARCO" at the insurance-forums.net website.

Tim Lett
3010 Jones Street,
Suite 512
Rainbow City, AL 35906
Phone: (256) 393-7770

Former Netquote customer using the moniker or screen name timlett. Posted the following at insurance-forums.net

*I used them for about 6 months and 98% of the leads were worthless. I tried them out to supplement my leads that I was receiving from NAA National Agents Alliance. Problems included bogus phone numbers, people freaking out when a real live person called them so soon, the proverbial shopper that never intends on picking a product/plan, the phone non-answerer...etc...etc...and so it goes. I was impressed with their product.*