IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

**NETQUOTE INC, a Colorado corporation,**

    Plaintiff,

v.

**BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and**

**MOSTCHOICE.COM, Inc., a Georgia corporation**

---

### PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE PRESERVATION DEPOSITIONS

The Court having read and considered the Defendants' Motion for leave to take preservation depositions, and having considered the Plaintiff's Response and the record in this matter, hereby GRANTS said motion as follows:

(1) Netquote shall identify each local agent it will claim as having been lost as a result of receiving submissions from Brandon Byrd

(2) Defendants may depose each local agent identified by Netquote pursuant to section (1) above.

(3) Defendants are permitted to take up to three (3) depositions of witnesses listed on Exhibit A to its motion.

(4) No deposition taken hereunder shall last longer than 30 minutes.

(5) Any deposition taken pursuant to this order may be taken by telephone without further leave of court.

(6) All depositions are to be completed at least thirty (30) days before trial of this matter.

    This the ___ day of _____, 2008.

                                                                    _____
                                                                    Judge, United Stated District Court
                                                                    District of Colorado