IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 29, 2008.**

    Pending before the Court is Defendants' Motion to Exclude Expert Testimony [filed December 14, 2007; docket #151]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. Colo. LCivR 72.1.C, the motion has been referred to this Court for recommendation. The parties are directed to appear before the Court in person for oral argument regarding the above matter on Friday, **March 21, 2008, at 2:30 p.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    In addition, the Final Pretrial Conference currently set for March 21, 2008 at 9:30 a.m. is hereby rescheduled for 2:30 p.m. the same day. All other requirements set forth in this Court's February 20, 2008 order [doc #200] remain the same.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. See D.C. Colo. LCivR 83.2B.