IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

     Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

     Defendants.

## MINUTE ORDER SCHEDULING EVIDENTIARY HEARING

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 6, 2008.**

     The Minute Order dated February 29, 2008, is amended to clarify that the hearing on Defendant's Motion to Exclude Expert Testimony [Docket #155] is an evidentiary hearing. Counsel should be prepared to present any evidence they deem necessary pursuant to Fed. R. Evid. 702.