# EXHIBIT B

Dockets.Justia.com

<u>**DEFENDANTS' WITNESS LIST**</u>

<u>**Will Call Witness:**</u>

1. Michael Levy          Mostchoice chairman familiar with technology issues, Byrd project, click fraud and insurance and on-line lead generation industry

<u>**May Call Witnesses:**</u>

1. Greg Coccari          Netquote CEO - familiar with Netquote liability/damages claims
2. Craig Shine           Netquote CFO - familiar with Netquote liability/damages claims
3. Paul Ford             Netquote President - familiar with Netquote liability/damages claims
4. Heather Delaney       Netquote national accounts manager familiar with issues relating to national accounts
5. Danielle Wilkie       E-mail Marketing Manager for Netquote
6. Shirley Villacis      Netquote local accounts customer service manager
7. Aaron Broome          Netquote Director of Local Sales & Service familiar with receipt of Byrd leads
8. Cynthia Capozzi       Netquote former CIO - familiar with how Netquote handled lead blocking
9. Amy Jensen            Netquote Technology Project Manager familiar with HSBC interface and submissions to Mostchoice
10. Quinn Zhou           Netquote Director of Technology Development familiar with Netquote lead database and filtering systems
11. John Marosi          Netquote Director of Technology Operations familiar with Netquote lead filtering systems
12. Albert Cansas        Netquote Affiliate Manager familiar with issues relating to affiliates
13. John Kidd            Local agent claimed by Netquote to have terminated because of Byrd's leads/familiar with why he left Netquote
14. Kevin Brumfiel       Local agent claimed by Netquote to have terminated because of Byrd's leads/familiar with why he left Netquote
15. Jason Dummer         Local agent claimed by Netquote to have terminated because of Byrd's leads/familiar with why he left Netquote
16. Martin Fleischmann   Mostchoice CEO familiar with Mostchoice operations, click fraud, and lead industry
17. Mark Zyla            Rebuttal Expert Witness familiar with the methods and calculations used by Netquote's expert (May testify by deposition)
18. Any Witness          necessary for impeachment
19. Any Witness          necessary for rebuttal
20. Any Witness          necessary for authentication of documents

21. Any Witness               Listed by Netquote

**<u>Witnesses who may testify by deposition:</u>**

| | | |
|---|---|---|
| 1. | Paul Goot | HSBC Representative – Relationship and Termination with Netquote |
| 2. | John Doria | Former SBLI employee – Relationship and Termination with Netquote |
| 3. | Mary Bro | Responsible for running HSBC Call Center |
| 4. | Jeff Beck or Mark Gatch | Representative of Ascencea, LLC - former Netquote customer familiar with Netquote lead quality |
| 5. | Matt Goldberg | Representative of Investors Financial Group -former Netquote customer familiar with Netquote lead quality |
| 6. | Donald Marquez | Local agent claimed by Netquote to have terminated because of Byrd's leads/familiar with why he left Netquote |
| 7. | Will Smoltino | Local agent claimed by Netquote to have terminated because of Byrd's leads/familiar with why he left Netquote |
| 8. | Chris Duncan | Local agent claimed by Netquote to have terminated because of Byrd's leads/familiar with why he left Netquote |
| 9. | Kevin Nemec | Local agent claimed by Netquote to have terminated because of Byrd's leads/familiar withwhy he left Netquote |
| 10. | Bob Vineyard | Former Netquote customer familiar with Netquote lead quality |
| 11. | Jeff Beck or Mark Gatch | Former Netquote customer familiar with Netquote lead quality |
| 12. | Scott Streigl | Netquote President Emeritus familiar with CI Direct and HSBC |
| 13. | Stephen Duree | Netquote's expert witness as to causation re: local accounts and damages |
| 14. | Caroline Sellers | Mostchoice operations manager familiar with Mostchoice operations |
| 15. | Erick Sullivan | Mostchoice salesman familiar with selling on-line insurance leads |