# EXHIBIT C

**Joint Trial Exhibit List**

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 1 | 2006 Revenue by Month for Agents Impacted by Fraudulent MostChoice Leads (NQ 002416 – 32) (SD 00191 – 201) | AEO | Yes |
| 2 | 01/06 – 09/07 MostChoice Monthly Income Summary for Jan. '06 through Sept. '07 | | No |
| 3 | 01/06 – 09/07 MostChoice, Inc. Payroll Transactions by Payee Jan. 2006 - Sept. 2007 for Byrd | | Yes |
| 4 | 02/06/06 NetQuote Agent Agreement with Dennis Shefski (NQ 002500 – 01) | AEO | Yes |
| 5 | 03/14/06 E-mail from Sellers to Fleischmann & Rizk re: Google Alert – "Netquote" | | Yes |
| 6 | 03/21/06 E-mail from Fleishmann to Levy, Andrew, Sellers & Rizk re: Paying too much for auto insurance? | | Yes |
| 7 | 03/31/06 E-mail from Fleischmann to Levy re: NetQuote visit on 4/12 | | Yes |
| 8 | 04/11/06 Draft - of Allocation of the Purchase Price of NetQuote Inc. as of August 16, 2005 Prepared by Quist Valuation (SD 003721 – 77) | AEO | Yes |
| 9 | 04/14/06 E-mail string between Fleischmann, Andrew & Selcow re: Ad-Tech + HW Data | | Yes |
| 10 | 04/24/06 E-mail from Malone to Andrew & Fleischmann re: Google Alert – NetQuote | | Yes |
| 11 | 05/22/06 E-mail string between Chapple, Levy & Fleischmann re: Per my phone call | | Yes |
| 12 | 05/22/06 E-mail string between Joker.com Registration Robot and Levy re: Tracking ID [#12519704] (create domain betterthannetquote…) | | Yes |
| 13 | 05/22/06 E-mail from Joker.com Registration Robot to Levy re: Order Receipt for Domain with Tracking-ID#12519704 | | Yes |
| 14 | 06/23/06 E-mail string between Fleischmann & Levy re: Big partnership tech things | | Yes |
| 15 | 07/07/06 E-mail string between Fleischmann, Alfarero, Hansson, Amezcua, Malone & Knowles re: A few new faces | | Yes |
| 16 | 09/06/06 2:47 PM E-mail string between Levy and Andrew re: How's CA coming? | | Yes |
| 17 | 09/06/06 3:04 PM E-mail from Andrew to Levy re: California spreadsheet (with attachment) | | Yes |
| 18 | 09/06/06 5:09 PM E-mail from Andrew to Levy re: Updated California (with attachment) | | Yes |
| 19 | 09/06/06 6:23 PM E-mail string between Levy and Andrew re: Updated California (with attachment) | | Yes |
| 20 | 09/07/06 E-mail from Andrew to Levy re: California Sheet (with spreadsheet attached) | | Yes |
| 21 | 09/07/06 E-mail string between Levy & Andrew re: California Sheet | | Yes |
| 22 | 09/08/06 E-mail from Andrew to Levy re: Florida Zips/Addresses (with attachment) | | Yes |
| 23 | 09/08/06 E-mail from Andrew to Levy re: texas zip code/area code (with attachment) | | Yes |
| 24 | 09/11/06 E-mail from Andrew to Levy re: New York/New Jersey | | Yes |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
|  | Address/AC (with attachment) |  |  |
| 25 | 09/11/06 E-mail from Andrew to Levy re: Georgia & Colorado Address/Phone (with attachment) |  | Yes |
| 26 | 09/12/06 Email from Byrd to Levy re: California leads |  | Yes |
| 27 | 09/13/06 Email from Andrew to Levy re: IN MI IA WI MN IL MO Zips etc (with attachment) |  | Yes |
| 28 | 09/13/06 E-mail from Andrew to Levy re: More States – KY OH WV VA MD DE (with attachment) |  | Yes |
| 29 | 09/14/06 Allocation of the Purchase Price of NetQuote as of August 16, 2005 prepared by Quist Valuation (SD 00450 – 506) | AEO | Yes |
| 30 | 9/20/06 E-mail string between Stanfield & Levy re: Leadco Deal and NetQuote leads |  | Yes |
| 31 | 09/25/06 Limited Trial Basis Lead Generation Agreement between SBLI and NetQuote (NQ 002502 – 04) | Conf | Yes |
| 32 | 09/26/06 E-mail from Levy to Andrew re: Zip codes in Cities |  | Yes |
| 33 | 09/27/06 E-mail from Andrew to Levy re: Zip codes in Cities (with attachment) |  | Yes |
| 34 | 09/29/06 E-mail from Andrew to Levy re: Los Angeles Metro Area Zips/Address (with attachment) |  | Yes |
| 35 | 09/29/06 E-mail from Andrew to Levy re: Metro Areas – 003 – Chicago (with attachment) |  | Yes |
| 36 | 10/02/06 Business Week: Click Fraud (NQ 000318 A – 4N) |  | Yes |
| 37 | 10/02/06 E-mail from Andrew to Levy re: Metro Areas – 004 – Philadelphia (with attachment) |  | Yes |
| 38 | 10/03/06 Limited Trial Lead Generation Agreement between NetQuote & HSBC (NQ 002506 – 07) | Conf | Yes |
| 39 | 10/06/06 E-mail string between Curran, Fleischmann & Tejada re: Credit Request for Lead #6257586 |  | Yes |
| 40 | 10/6/06 Employee information form for Byrd |  | Yes |
| 41 | 10/09/06 E-mail from Andrew to Levy re: Metro Areas – 005 – Dallas/Ft Worth (with attachment) |  | Yes |
| 42 | 10/11/06 E-mail from Andrew to Levy re: metro areas 006 – 010 (with attachment) |  | Yes |
| 43 | 10/17/06 E-mail string between Striegel, Goott, Hyder, Rahn, Errante, & Leslie re: NetQuote Overview/bogus (NQ 001556 – 57) | Conf | Yes |
| 44 | 10/17/06 Paystub from MostChoice to Byrd |  | Yes |
| 45 | 10/19/06 E-mail string between Capozzi, Wheeler & abuse@support.juno.com re: Malicious submission of fraudulent data to our website (NQ 000104) |  | Yes |
| 46 | 10/20/06 E-mail string between Capozzi, Ford, Coccari, Delany, Reikofski, Armbrust & Olsen re: NetQuote Leads (NQ 00011 - 15) | AEO | Yes |
| 47 | 10/20/06 E-mail string between Capozzi, Ford Coccari, Zhou, Marosi, Delany, & Reikofski re: NetQuote Leads (NQ 00095 - 98) | AEO | Yes |
| 48 | 10/20/06 E-mail string from Capozzi to abuse@support.juno.com re: 2nd communication: Malicious submission of fraudulent data to our website (NQ 000099) |  | Yes |
| 49 | 10/23/06 E-mail from Byrd to Levy re: database |  | Yes |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 50 | 10/25/06 E-mail from Coccari to Ford, Striegel, Delany, Niekerk & Capozzi re: HSBC (NQ 000003) | Conf | Yes |
| 51 | 10/26/06 E-mail string between Capozzi & Striegel re: The Life "Slam:" (NQ 00049 - 50) | AEO | Yes |
| 52 | 10/26/06 E-mail from Striegel to Goott re: Sample consumer email (SD 00510) | AEO | Yes |
| 53 | 10/27/06 E-mail from Andrew to Levy re: another set of zip codes (with attachment) | | Yes |
| 54 | 11/01/06 E-mail string between Marosi, Broome, Coccari, Zhou, Capozzi, Ford, Villacis, Delany re: Bogus Life Apps (NQ 000011 – 18) | AEO | Yes |
| 55 | 11/06/06 E-mail from Andrew to Levy re: Zip Codes 16 to 20 (with attachment) | | Yes |
| 56 | 11/09/06 E-mail string between Striegel, Goott, Leslie, Rahn, & Hyder re: confirming discussion of 11/08 (NQ 001552 – 53) | AEO | Yes |
| 57 | 11/22/06 E-mail from Fleischmann to Andrew, Sellers, Inga, & Levy re: NetQuote Minute Newsletter: November | | Yes |
| 58 | 12/06/06 E-mail string between Fleischmann, Levy & Striegel re: Idea | | Yes |
| 59 | 12/07/06 E-mail from Andrew to Levy re: Data for Brandon (with attachment) | | Yes |
| 60 | 12/13/06 E-mail string between Fleischmann, Levy, Sellers, Andrew, Curran, & Mast re: Competitive News | | Yes |
| 61 | 12/13/06 E-mail from Andrew to Levy re: More Zips/Etc for Brandon (with attachment) | | Yes |
| 62 | 12/27/06 Letter from Lihn to Dalton re: NetQuote civil subpoena | | No |
| 63 | 12/28/06 E-mail from Byrd to Levy re: Database | | Yes |
| 64 | 2007 Revenue by Month for Agents Impacted by Fraudulent MostChoice Leads (NQ 002450 – 66) (SD 00218 – 32) | AEO | Yes |
| 65 | 01/02/07 E-mail from Levy to Andrew re: Zip Codes for Brandon | | Yes |
| 66 | 01/03/07 E-mail from Byrd to Levy re: zip codes | | Yes |
| 67 | 01/03/07 E-mail from Andrew to Levy re: More Zips for Brandon (with attachment) | | Yes |
| 68 | 01/12/07 E-mail string between Curran, LaScala & Brandl re: MostChoice Insurance Leads | | Yes |
| 69 | 01/12/07 E-mail from Andrew to Levy re: more zips – 045 to 054 (with attachment) | | Yes |
| 70 | 01/16/07 E-mail string between Striegel and Fleischmann re: Idea | | Yes |
| 71 | 01/19/07 E-mail from Byrd to Levy re: zips | | Yes |
| 72 | 01/21/07 E-mail from Levy to Andrew re: Zips for Brandon | | Yes |
| 73 | 01/22/07 E-mail from Andrew to Byrd & Levy re: Zip Codes for Metro Areas 055 to 069 (with attachment) | | Yes |
| 74 | 01/23/07 E-mail from Andrew to Byrd & Levy re: More Zips: 070 – 087 (with attachment) | | Yes |
| 75 | 01/25/07 E-mail from Andrew to Byrd & Levy re: Metro Areas (with attachment) | | Yes |
| 76 | 02/13/07 E-mail from Byrd to Levy re: zip codes | | Yes |
| 77 | 02/15/07 E-mail string between Levy, Byrd & Cook re: More zips | | Yes |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 78 | 03/05/07 E-mail from Byrd to Levy re: database | | Yes |
| 79 | 03/05/07 Criminal Warrant for Byrd | | No |
| 80 | 03/11/07 E-mail from Byrd to Levy re: latest database | | Yes |
| 81 | 03/14/07 E-mail from Byrd to Levy re: zips | | Yes |
| 82 | 03/14/07 E-mail from Andrew to Byrd re: zips | | Yes |
| 83 | 03/15/07 E-mail string between Andrew & Byrd re: new zips 211 to 221 | | Yes |
| 84 | 03/15/07 E-mail string between Andrew & Byrd re: New Zips 211 to 221 (with attachment) | | Yes |
| 85 | 03/26/07 E-mail string between Byrd & Andrew re: New Zips 211 to 221 | | Yes |
| 86 | 03/27/07 E-mail string between Andrew & Byrd re: New Zips 211 to 221 (with attachment) | | Yes |
| 87 | 03/30/07 Affidavit of Brandon Byrd | | No |
| 88 | 04/02/07 E-mail from Byrd to Levy re: Local/Insureme comparison | | Yes |
| 89 | 04/07/07 E-mail from Coppock to Ford, & Delany re: Same email address, pujea040@yahoo.com, for numerous NET QUOTE leads (NQ 001558 – 61) | AEO | Yes |
| 90 | 04/09/07 E-mail from Byrd to Levy re: database | | Yes |
| 91 | 04/09/07 E-mail from Nelson to Shine re: ACTION REQUIRED: Bad Leads/ Juno Matter (NQ 001696 – 97) | Conf | Yes |
| 92 | 04/09/07 Email from Striegel to Shine re: Bogus leads – HSBC (NQ 001694 – 95) | Conf | Yes |
| 93 | 04/12/07 Better than Netquote.com leads webpage http://www.mostchoice.com/better-than-netquote.com-leads.cfm | | Yes |
| 94 | 04/17/07 E-mail from Delany to Shine re: Fraudulent Life leads – CI Direct (NQ 001720) | Conf | Yes |
| 95 | 04/20/07 NetQuote's First Set of Interrogatories to Byrd | | No |
| 96 | 04/20/07 Plaintiff's First Set of Interrogatories to Defendant Brandon Byrd | | No |
| 97 | 05/04/07 E-mail string between Kalinowski & Smith re: Second Request | | Yes |
| 98 | 05/10/07 E-mail string between Fleischmann, Luskin, Fresen, &Levy re: As I thought | | Yes |
| 99 | 05/13/07 E-mail from Byrd to Levy re: Latest database | | Yes |
| 100 | 05/16/07 E-mail string between Fleischmann & Evans re: MostChoice/Bankrate Follow Up | | No |
| 101 | 05/21/07 Defendant Byrd's Responses to NetQuote's First Set of Interrogatories | | No |
| 102 | 05/21/07 Defendant Brandon Byrd's Responses to Plaintiff's First Request for Production of Documents | | No |
| 103 | 05/29/07 E-mail string between Fleischmann & Evans | | Yes |
| 104 | 06/15/07 Answer of and Counterclaim of Defendant MostChoice.com, Inc. | | No |
| 105 | 06/15/07 Answer of Defendant Brandon Byrd | | No |
| 106 | 06/18/07 E-mail from NetQuote Customer Service to Cince6@yahoo.com re: Your Health Quote Request from NetQuote | | Yes |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 107 | 06/27/07 E-mail from Byrd to Levy re: latest database | | Yes |
| 108 | 07/13/07 Defendant MostChoice's Responses to NetQuote's First set of Interrogatories | | No |
| 109 | 07/13/07 Defendant MostChoice.com, Inc.'s Responses to Plaintiff's First Request for Production of Documents | | No |
| 110 | 07/17/07 E-mail from Isenberg to Williams re: Netquote v. Mostchoice | | Yes |
| 111 | 07/19/07 E-mail from Google Alerts to Malone re: Google Alert – NetQuote | | Yes |
| 112 | 07/23/07 Defendant MostChoice.com Inc.'s Responses to Plaintiff's Second Interrogatories | | No |
| 113 | 07/27/07 Declaration of Michael A. Levy | | No |
| 114 | 08/10/07 E-mail string between Cuvo & Manners re: Affiliate Programs | | Yes |
| 115 | 08/13/07 E-mail string between Fleischmann & Miller Insurance Agency re: Article | | Yes |
| 116 | 08/22/07 Notice of Videotaped Deposition of MostChoice Pursuant to F.R.C.P. 30(b)(6) | | No |
| 117 | 09/03/07 Submissions made by Levy | | Yes |
| 118 | 9/5/07 E-mail from Andrew to Levy re: Netquote Report | | Yes |
| 119 | 09/06/07 MostChoice.com, Inc Employee Contact List | | Yes |
| 120 | 09/03/07 Clicktracks Visual Web Analytics | | No |
| 121 | 09/17/07 Letter from Williams to Isenberg re: NetQuote, Inc. v. Brandon Byrd, et al. | | No |
| 122 | 09/21/07 Defendant MostChoice.com,Inc.'s Responses to Plaintiff's Third Interrogatories | | No |
| 123 | 09/26/07 Defendant MostChoice.com's Second Amended Counterclaim | | No |
| 124 | 09/28/07 Defendant MostChoice.com,Inc.'s Responses to Plaintiff's Third Request for Production of Documents | | No |
| 125 | 10/01/07 Determination of the Fair Value of Customer Relationships and Based on the Fair Value of Customer Relationships as of August 16, 2005 and Summary of NetQuote's Customer Relationship Damages Resulting From Byrd/Mostchoice Malicious Applications (Duree Barton Exh. 1) (SD 0019) | AEO | Yes |
| 126 | 10/01/07 Affected Account Listing – Classified for Loss of Customer Relationship Damages Consideration and Quantification (Duree Barton Exh. 2 from Errata) (SD 003873 – 75) | AEO | Yes |
| 127 | 10/01/07 Customer Relationship Damages Classification Summary – Based on Visual Inspection of Account Activity – Vis-à-vis MostChoice Malicious Applications(leads) (Duree Barton Exh. 3.1) (SD 0023 – 27) | AEO | Yes |
| 128 | 10/01/07 Terminated and 7/07 Zero Revenue Accounts – Detail of Customer Relationship Damages – Classification Based on Visual Inspection of Account Activity (Duree Barton Exh. 3.2) (SD 0028 – 48) | AEO | Yes |
| 129 | 10/01/07 Inactive Accounts – Detail of Customer Relationship Damages – Classification Based on Visual Inspection of Account Activity (Duree Barton Exh. 3.3) (SD 0049 – 72) | AEO | Yes |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 130 | 10/01/07 Summary of Identifiable Employee Cost Associated with Remediation of Byrd/MostChoice Related Business Disruption and Damages Mitigation (Duree Barton Exh. 4) (SD 0073 – 75) | AEO | Yes |
| 131 | 10/01/07 Summary of MostChoice Revenues as Reported by MostChoice – Where MostChoice Billed for its Services to a NetQuote Affected Account (Duree Barton Exh. 5) (SD 0076) | AEO | No |
| 132 | 10/22/07 Deposition Errata Sheet | | No |
| 133 | 10/29/07 Defendant MostChoice.com's Response to NetQuote's Fourth Request for Production of Documents | | No |
| 134 | 11/07/07 Brandon Byrd's Response to NetQuote's First Request for Admission | | No |
| 135 | 11/15/07 Report_MC_Affected_ Accounts_Statuses_20070920_ match. xls | | Yes |
| 136 | 11/20/07 Affidavit of Martin Fleischmann | | No |
| 137 | 11/20/07 NetQuote Application (Mostchoice Supp. Doc. Prod. 0110 – 12) | | Yes |
| 138 | 12/18/07 Google Search Results- business insurance Atlanta | | No |
| 139 | 01/02/08 Google Search Results- netquote mostchoice better (NQ 005849 – 50) | | No |
| 140 | 01/02/08 Better than Netquote.com leads webpage http://www.mostchoice.com/better-than-netquote.com-leads.cfm (NQ 005851 – 58) | | No |
| 141 | 01/02/08 Better than Netquote Leads webpage http://www.mostchoice.com/better-than-net-quote-leads.cfm (NQ005859 – 67) (MC 004852 – 60) | | No |
| 142 | 01/07/08 Mostchoice Click Fraud Damages without AOL Date | | No |
| 143 | 01/24/08 MostChoice Supplemental Interrogatory Response to Interrogatory No. 10 (b) & (c) Gross Revenues from Common Customers | | No |
| 144 | 02/08/08 10 Tips for Single Mothers Looking for Health Insurance | | No |
| 145 | Better than Netquote leads webpage http://www.mostchoice.com/better-than-netquote-leads.cfm (MC 004861 – 68) | | No |
| 146 | webpage http://www.mostchoice.com/better-than-net-quote-leads.cfm | | No |
| 147 | Lead Buyers Database (lead-buyers fp.7 – 0001 – 19) | | Yes |
| 148 | MostChoice databases 2190.fp7 of agents information gathered from NQ and Local Insurance (database 2190.fp7 – 0001 – 32) | | Yes |
| 149 | Accounts Impacted by MostChoice Fraudulent Leads (NQ 002467 – 95) | AEO | Yes |
| 150 | List from Fone Finder for Area Codes | | Yes |
| 151 | List of e-mail addresses for Local Insurance: Auto compiled by Byrd | | Yes |
| 152 | Printout of InsureMe page | | Yes |
| 153 | Webpage from MostChoice.com titled Better Than NetQuote Leads, The Head of Its Classy Class | | Yes |
| 154 | Responses to MostChoice solicitation | | Yes |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 155 | List of IP addresses and ISPs used by NetQuote (NQ 002498 – 99) | | Yes |
| 156 | Statement Summary 091107.xls (SD 003799 – 808) | AEO | No |
| 157 | NetQuote Affiliate Agreement | | Yes |
| 158 | AU Section 336 of the American Institute of Certified Public Accountants' Professional Standards incorporating Statement of Auditing Standards No.73 | | No |
| 159 | *Accounting Standards* as of June 1, 2007, Section B51, Business Combinations (2007/2008 ed.) - Financial Accounting Standards Board Statement No. 141 | | No |
| 160 | Screen shot of List of Insurance Agents Licensed to Conduct Business in the State of Texas | | Yes |
| 161 | NetQuote website | | Yes |
| 162 | MostChoice Home Page | | Yes |
| 163 | Audio recordings of NetQuote contracts with local agents (NQ 002505) | AEO | Yes |
| 164 | Screen shots from applications submitted by Byrd (MCSS 000001 - 4927) | | Yes |
| 165 | Your Matching Agents E-mail Application ID 20310437 (MCSS 04483 – 84) | | No |
| 166 | Your Matching Agents E-mail Application ID 20310629 (MCSS 04471 – 72) | | No |
| 167 | Your Matching Agents E-mail Application ID 20336917 (MCSS 03715 – 16) | | No |
| 168 | Your Matching Agents E-mail Application ID 20404979 (MCSS 03121 – 22) | | No |
| 169 | Your Matching Agents E-mail Application ID 20660735 (MCSS 03919 – 20) | | No |
| 170 | E-mails received in response to applications submitted by Byrd (B0001 – B0640) | | No |
| 171 | Mostchoice Pay Per Click Costs | | No |
| 172 | Table of Credits Issued (Rule 1006 Summary Exhibit) | | No |
| 173 | Chronology | | No |
| 174 | 02/18/08 Affected Account Listing—Classified for Loss of Customer Relationship Damages Consideration and Quantification (Duree Barton Exh. – 2 Revised) (SD 003885 – 86) | AEO | No |
| 175 | 02/18/08 Causation Classification and Quantification of NetQuote's Loss of Local Agent "Customer Relationship Damages" (Duree Barton Exh. – 6) (SD 003887 – 89) | Conf | No |
| 176 | 02/18/08 Review and Causation Classification of the 157 Local Agent Accounts Included in Our Initial Quantification of NetQuote's Customer Relationship Damages (Duree Barton Exh. – 7) (SD 003890 – 94) | Conf | No |
| 177 | 03/18/08 NetQuote Lost Local Agent Accounts – Where MostChoice's Malicious Applications/Leads Were a Substantial Factor to That Loss (SD 004353-54) | | No |
| 178 | Compilation of HSBC / NQ E-mails (SD 507-576, NQ1550-51, NQ1721-25, NQ1730-32) | AEO | No |
| 179 | HSBC Contract (NQ 2506 – 07) | Conf | Yes |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 180 | HSBC Invoice (NQ 1727 – 28) | | Yes |
| 181 | Duree Report (SD 1 - 82) | AEO | Yes |
| 182 | Quist Report 2005      (SD 450 – 506) | AEO | Yes |
| 183 | Quist Report 2007      (SD 82-167) | AEO | Yes |
| 184 | E-mails from Local Accounts (NQ 2520 – 5848; NQ 5883 – 7273) (See Attached Summary) | AEO | No |
| 185 | Duree Excel Spreadsheets (NQ 3877 – 91) | AEO | Yes |
| 186 | Interrog Response to 5-1 | | Yes |
| 187 | Table 3.1 with no. of leads purchased (NQ 5868 - 81 integrated with 3.1) | Conf | Yes |
| 188 | NQ Revenues (NQ 2496) | Conf | Yes |
| 189 | Damages Est. provided to Duree (SD 577 – 92) | AEO | Yes |
| 190 | Value of Customers     (SD 3794 – 95) | AEO | |
| 191 | NQ promotions (SD 3796) | AEO | Yes |
| 192 | Incentivized Offers (MC Supp. 01-204) | | No |
| 193 | NQ lead submissions to MC | | No |
| 194 | Insurance-forums.net complaints | | No |
| 195 | Capozzi E-mail (NQ 43 – 44) | | Yes |
| 196 | SBLI Contract (NQ 002502 – 04) | Conf | Yes |
| 197 | 2006 Credits by Month (NQ 2433- 49) | AEO | Yes |
| 198 | No. of Actual Agents (NQ 2396) | AEO | Yes |
| 199 | No. of Applications 06.07      (NQ 2397 – 98) | AEO | Yes |
| 200 | 2007 Credits    (NQ 2399 – 2415) | AEO | Yes |
| 201 | Agent Leads (MC) | | No |
| 202 | Broome E-mail (NQ 1618 – 23) | | Yes |
| 203 | Customer Service Ticket (NQ 1681) | | No |
| 204 | Capozzi E-mail (NQ1659 – 60) | | Yes |
| 205 | Capozzi E-mail (NQ 101) | AEO | No |
| 206 | Capozzi E-mail (NQ 95 – 98) | AEO | Yes |
| 207 | Broome E-mail (NQ 86) | AEO | No |
| 208 | Marosi E-mail (NQ1565 – 69) | AEO | No |
| 209 | Shoemaker to Nemec (NQ 282) | AEO | No |
| 210 | Customer Revenues 2006 (NQ 2416 – 32) | AEO | Yes |
| 211 | Customer Revenues 2007 (NQ 2450 - 66) | AEO | Yes |
| 212 | Zyla CV | | No |
| 213 | Zyla Report | | No |
| 214 | Salespoint Demo Page (MC Supp. 205) | | No |
| 215 | Click Fraud Methodology | | No |
| 216 | Click Fraud Damages Calculation | | No |
| **DEFENDANTS' SUPPLEMENTAL EXHIBITS** | | | |
| 217 | NQ003570-003593 | AEO | No |
| 218 | NQ003594-003630 | AEO | No |
| 219 | NQ003631-003676 | AEO | No |
| 220 | NQ006032-006089 | AEO | No |
| 221 | NQ003677-003686 | AEO | No |
| 222 | NQ003687-003700 | AEO | No |
| 223 | NQ003701-003728 | AEO | No |
| 224 | NQ003729-003737 | AEO | No |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 225 | NQ003738-003754 | AEO | No |
| 226 | NQ004964-004977 | AEO | No |
| 227 | NQ004978-004994 | AEO | No |
| 228 | NQ003755-003765 | AEO | No |
| 229 | NQ003774-003786 | AEO | No |
| 230 | NQ003766-003773 | AEO | No |
| 231 | NQ004995-005042 | AEO | No |
| 232 | NQ005043-005108 | AEO | No |
| 233 | NQ005109-005118 | AEO | No |
| 234 | NQ003787-003807 | AEO | No |
| 235 | NQ003808-003816 | AEO | No |
| 236 | NQ003819-003820, NQ006995-007003 | AEO | No |
| 237 | NQ003817-003818, NQ003823-003828 | AEO | No |
| 238 | NQ003831-003841 | AEO | No |
| 239 | NQ003829-003830, NQ003842-003851 | AEO | No |
| 240 | NQ003852-003861 | AEO | No |
| 241 | NQ003862-003865 | AEO | No |
| 242 | NQ003887-003897 | AEO | No |
| 243 | NQ003866-003875 | AEO | No |
| 244 | NQ003876-003886 | AEO | No |
| 245 | NQ005119-005141 | AEO | No |
| 246 | NQ003898-003908 | AEO | No |
| 247 | NQ005142-005162 | AEO | No |
| 248 | NQ003909-003917 | AEO | No |
| 249 | NQ005163-005179 | AEO | No |
| 250 | NQ003918-003924 | AEO | No |
| 251 | NQ003956-003992 | AEO | No |
| 252 | NQ003925-003948 | AEO | No |
| 253 | NQ003949-003955 | AEO | No |
| 254 | NQ003993-004009 | AEO | No |
| 255 | NQ004010-004025 | AEO | No |
| 256 | NQ004026-004052 | AEO | No |
| 257 | NQ004053-004064 | AEO | No |
| 258 | NQ004065-004088 | AEO | No |
| 259 | NQ004089-004096 | AEO | No |
| 260 | NQ004097-004112 | AEO | No |
| 261 | NQ005180-005190 | AEO | No |
| 262 | NQ004113-004120 | AEO | No |
| 263 | NQ004121-004126 | AEO | No |
| 264 | NQ004144-004156 | AEO | No |
| 265 | NQ004127-004143 | AEO | No |
| 266 | NQ004157-004166 | AEO | No |
| 267 | NQ004167-004178 | AEO | No |
| 268 | Duree Database with notes (SD 003996 – 4327) | AEO | No |
| 269 | Documents produced in response to Duree subpoena (SD 3900-48) | Various | No |
| 270 | Duree Supplemental Report Excel Spreadsheets (SD SD003898 – 99) | AEO | No |
| 271 | Duree Handwritten notes (SD 003994-95) | AEO | No |

| Exhibit No. | Brief Description | Confidentiality Status | Stipulated |
|---|---|---|---|
| 272 | Glossary of Technical Terms | | No |
| | Any document or thing produced in discovery by parties | | No |
| | Any document or thing necessary for rebuttal or impeachment | | No |
| | Any document or thing marked as a deposition exhibit | | No |
| | Any exhibit listed by any party | | No |
| | Demonstrative Exhibits | | No |
| | Summary Exhibits | | No |