IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2008.**

    Due to the press of criminal matters today, the Final Pretrial Conference and Motion Hearing scheduled for March 21, 2008 at 2:30 p.m. is hereby **vacated**. Counsel for the parties are directed to conference together and call Chambers on or before March 25, 2008 to obtain an alternate date for the conference and hearing.