# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 07-cv-00630-DME-MEH | Date:   March 24, 2008 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| NETQUOTE INC., | Daniel D. Williams |
| Plaintiff, | |
| vs. | |
| BRANDON BYRD and | Ryan Lance Isenberg |
| MOSTCHOICE.COM, INC., | (by telephone) |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC FINAL PRETRIAL CONFERENCE**

**Court in session:      9:07 a.m.**

Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order was reviewed.  Discussion regarding preservation depositions and length of trial.

**ORDERED:**   1.   A telephonic Status Conference is set for **March 26, 2008, at 3:15 p.m.** Counsel are directed to initiate a conference call to the Court at (303)844-4507 on that date and time.

2.   The Motion Hearing originally set for March 21, 2008, is RESET to **April 14, 2008, at 9:30 p.m.**

The Final Pretrial Order was approved and filed.

**Court in recess:       9:30 a.m (Hearing concluded)**
**Total time in court:**  0:23