IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 07-cv-00630-DME-MEH           **FTR – Courtroom C203**
**Date:** March 26, 2008                           Cathy Coomes, Courtroom Deputy

NETQUOTE INC.,                                     Daniel D. Williams

    Plaintiff,

v.

BRANDON BYRD and                                   Ryan Lance Isenberg
MOSTCHOICE.COM, INC.,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**     3:22 p.m.

Court calls case.  Appearances of counsel by telephone.

Discussion regarding the status of scheduling depositions.

**Court in recess:**      3:28 p.m.       (Hearing concluded)
Total time in court:      0:06