IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 07-cv-00630-DME-MEH          **FTR – Courtroom C203**
**Date:** April 14, 2008                                                   Cathy Coomes, Courtroom Deputy

NETQUOTE INC.,                                                     Heather Carson Perkins
                                                                                  Daniel D. Williams
          Plaintiff,

v.

BRANDON BYRD and                                              Ryan Lance Isenberg
MOSTCHOICE.COM, INC.,

          Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING – Rule 702**

**Court in session:**     9:44 a.m.

Court calls case.  Appearances of counsel.  Also present:  Stephen Duree.

9:47 a.m.     Plaintiff's witness, Stephen Duree, is sworn, examined by Ms. Perkins and questioned by the Court.

              Witness is referred to a document in Plaintiff's exhibit notebook.

              Stephen Duree is offered as an expert witness.  The Court reserves ruling on admitting Mr. Duree as an expert witness.

              Witness is referred to a document in Plaintiff's exhibit notebook.

11:23 a.m.    Court in recess.

11:35 a.m.    Court in session.

              Witness Duree is further examined by Ms. Perkins and questioned by the Court.

              Witness is referred to a document in Plaintiff's white exhibit notebook.

**ORDERED:** All documents in Plaintiff's **white** exhibit notebook are admitted for the purposes of this hearing only.

Discussion regarding Mr. Duree being admitted as an expert witness in the areas stated by Ms. Perkins.

12:22 p.m. Plaintiff's witness, Stephen Duree, is cross-examined by Mr. Isenberg and questioned by the Court.

Witness is referred to documents in Plaintiff's exhibit notebook.
Witness identifies Defendants' Exhibit 1.
Defendants' Exhibit 2 is tendered to the Court.
Witness identifies Defendants' Exhibits 3, 4, and 5.

12:58 p.m. Ms. Perkins requests that the portion of the transcript relating to Defendants' Exhibit 5 be sealed because it reveals the names of customers.

**ORDERED:** The portion of the transcript relating to Defendants' Exhibit 5 and questions regarding that document will be SEALED.

12:59 p.m. Continued cross-examination by Mr. Isenberg.

Witness identifies Defendants' Exhibit 6.
Witness is referred to Plaintiff's Exhibit 3.2

1:17 p.m. Redirect examination by Ms. Perkins. This portion of the transcript will not be sealed.

1:24 p.m. Witness is excused.
Counsel make closing arguments.

The Court takes the motion under advisement.

**Court in recess:** 1:48 p.m. (Hearing concluded)
Total time in court: 4:04