## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 07-cv-00630-DME-MEH**

NETQUOTE, INC., a Colorado corporation,

      Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

**Civil Action No. 1:08-cv-744-LTB**

MOSTCHOICE.COM, INC.,

      Plaintiff,

v.

JOHN DOE CORPORATION # 1;
JOHN DOE CORPORATION # 2; and
NETQUOTE, INC.,

      Defendants.

---

## NOTICE OF ASSOCIATED CASES

---

      NetQuote, Inc., pursuant to D.C.Colo.L.Civ. R 7.5, notifies this Court that the above-captioned actions are associated cases. Both cases involve overlapping parties, involve the same counsel, and involve common issues relating to facts in dispute in the two actions.

Dated: April 15, 2008

Respectfully submitted,

*s/ Daniel D. Williams*
Daniel D. Williams
Teresa Taylor Tate
FAEGRE & BENSON LLP
1900 Fifteenth Street
Boulder, Colorado 80302
Telephone: (303) 447-7700
Facsimile: (303) 447-7800
E-mail: dwilliams@faegre.com;
ttate@faegre.com

David W. Stark
Heather Carson Perkins
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
E-mail: dstark@faegre.com;
hperkins@faegre.com

Attorneys for NetQuote, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 15th day of April, 2008, I electronically filed the foregoing **NOTICE OF ASSOCIATED CASES** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com

*s/ Daniel D. Williams*

fb.us.2782098.01