# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

---

## PLAINTIFF'S OBJECTIONS PURSUANT TO FED. R. CIV. P. 26(A)(3)

---

Plaintiff, NetQuote, Inc., through its undersigned counsel, and pursuant to § 7 of the Final Pretrial Order, submits the following Fed. R. Civ. P. 26(a)(3) objections:

| EX. NO. | DESCRIPTION | OBJECTIONS | STIP. |
|---|---|---|---|
| A-1 | Review and Causation Classification of the 157 Local Agent Accounts (SD 003890 - 3894) | | Yes |
| A-2 | 03/18/08 NetQuote Lost Local Agent Accounts – Where MostChoice's Malicious Applications/Leads Were a Substantial Factor to That Loss (SD 004353-54) | | Yes |
| A-3 | Compilation of HSBC / NQ E-mails (SD 507 - 576) | Fed. R. Evid. 403, 801/802, 901/902, 602 | No |
| A-4 | Compilation of HSBC / NQ E-mails (NQ1550 - 51) | Fed. R. Evid. 801/802, 602 | No |
| A-5 | Compilation of HSBC / NQ E-mails (NQ1730 - 32) | Fed. R. Evid. | No |

| | | | |
|---|---|---|---|
| | | 801/802, 602 | |
| A-6 | Compilation of HSBC / NQ E-mails (NQ1721 - 25) | Fed. R. Evid. 403, 801/802, 901/902, 602 | No |
| A-7 | HSBC Contract (NQ 2506 - 07) | | Yes |
| A-8 | HSBC Invoice (NQ 1727 - 28) | | Yes |
| A-9 | Duree Report (SD 1 - 82) | | Yes |
| A-10 | Quist Report 2005 (SD 450 - 506) | | Yes |
| A-11 | Quist Report 2007 (SD 82 - 167) | | Yes |
| A-12 | No exhibit provided | | |
| A-13 | Interrog Response to 5-1 | | Yes |
| A-14 | Table 3.1 with no. of leads purchased (NQ 5868 - 81 integrated with 3.1) | | Yes |
| A-15 | NQ Revenues (NQ 2496) | | Yes |
| A-16 | Damages Est. provided to Duree (SD 577- 92) | | Yes |
| A-17 | Value of Customers (SD 3794) | Fed. R. Evid. 402, 403, 901/902 | No |
| A-18 | Value of Customers (SD 3795) | Fed. R. Evid. 402, 403, 602, 701, 901/902 | No |
| A-19 | NQ promotions (SD 3796) | | Yes |
| A-20 | Incentivized Offers (MC Supp. 01 - 204) | Fed. R. Evid. 402, 403, 701, 801/802, 901/902 | No |
| A-21 | NQ lead submissions to MC | Fed. R. Evid. 402, 403, 801/802, 901/902 | No |
| A-22 | Insurance-forums.net complaints | Fed. R. Evid. 602, 701, 402, 403, 801/802, 901/902 | No |
| A-23 | Capozzi E-mail (NQ 43 - 44) | | Yes |
| A-24 | SBLI Contract (NQ 002502 - 04) | | Yes |
| A-25 | 2006 Credits by Month (NQ 2433 - 49) | | Yes |
| A-26 | No. of Actual Agents (NQ 2396) | | Yes |
| A-27 | No. of Applications 06.07 (NQ 2397- 98) | | Yes |
| A-28 | 2007 Credits (NQ 2399 - 2415) | | Yes |
| A-29 | Agent Leads (MC) | Fed. R. Evid. 602, 701, 801/802, 901/902 | No |
| A-30 | Broome E-mail (NQ 1618 - 23) | | Yes |

| A-31 | Customer Service Ticket (NQ 1681) | Fed. R. Evid. 602, Fed. R. Evid. 801/802 | No |
|---|---|---|---|
| A-32 | Capozzi E-mail (NQ1659 - 60) | | Yes |
| A-33 | Capozzi E-mail (NQ 101) | Fed. R. Evid. 106, 602, 701, 801/802 | No |
| A-34 | Capozzi E-mail (NQ 95 - 98) | | Yes |
| A-35 | Broome E-mail (NQ 86) | Fed. R. Evid. 106 | No |
| A-36 | Marosi E-mail (NQ1565 - 69) | Fed. R. Evid. 402, 403, 602, 701, 801/802, 901/902 | No |
| A-37 | Shoemaker to Nemec (NQ 282) | Fed. R. Evid. 602, 701, 801/802 | No |
| A-38 | Customer Revenues 2006 (NQ 2416 - 32) | | Yes |
| A-39 | Customer Revenues 2007 (NQ 2450 - 66) | | Yes |
| A-40 | Zyla CV | Fed. R. Evid. 602, 403, 801/802 | No |
| A-41 | Zyla Report | Fed. R. Evid. 602, 403, 801/802 | No |
| A-42 | Salespoint Demo Page (MC Supp. 204 - 205) | Fed. R. Evid. 402, 602, 801/802, 901/902 | No |
| A-43 | Click Fraud Methodology | Fed. R. Evid. 602, 701, 702, 801/802 | No |
| A-44 | Click Fraud Damages Calculation | Fed. R. Evid. 602, 701, 702, 801/802 | No |
| A-45 | MostChoice Litigation Discovery Request re: Credits (NQ 2513 – 2515) | Fed. R. Evid. 402/403 | No |
| A-46 | Handwritten Notes of Criteria Developed during Comparative Review of Accounts (SD 3994 – 3995) Depo. Ex. 302 | | Yes, for demonstrative purposes only |
| A-47 | Duree Barton Database (SD 3996 – 4327) | Fed. R. Evid. 402, 403, 602, 801/802 | No |
| A-48 | Duree Barton Invoices (SD 3990 – 3993) | Fed. R. Evid. 403, | No |
| A-49 | No exhibit provided | | |
| A-50 | David Cordle GoldMine History & Pending Report | Fed. R. Evid. | No |

| | | | |
|---|---|---|---|
| | (NQ002624- 2633) | 402/403, 801/802, 602 | |
| A-51 | Sunil Kumar GoldMine History & Pending Report (NQ002634 – 2697) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-52 | Lawrence Vecchio GoldMine History & Pending Report (NQ002698 – 2721) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-53 | Eric Royer GoldMine History & Pending Report (NQ002722 – 2732) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-54 | Tim Spinker GoldMine History & Pending Report (NQ002733 – 2752) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-55 | Jeffrey Marshall GoldMine History & Pending Report (NQ002753 – 2785) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-56 | Sheneequa Becker GoldMine History & Pending Report (NQ002786 - 2814) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-57 | Kevin Nemec GoldMine History & Pending Report (NQ002815 – 2902) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-58 | Chris Duncan GoldMine History & Pending Report (NQ002903 – 2924) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-59 | Patrick Sinks GoldMine History & Pending Report (NQ002925 -2969) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-60 | Tom Kearney GoldMine History & Pending Report (NQ002970 -3114) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-61 | Darrius Geter GoldMine History & Pending Report (NQ003115 – 3127) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-62 | Walter Freeman GoldMine History & Pending Report (NQ003128 – 3149) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-63 | Kenneth Kelly GoldMine History & Pending Report (NQ003150 – 3161) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-64 | David Romine GoldMine History & Pending Report | Fed. R. Evid. | No |

| | | | |
|---|---|---|---|
| | (NQ003162 – 3207) | 402/403, 801/802, 602 | |
| A-65 | Ann Thomasson GoldMine History & Pending Report (Q003208 - 3321) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-66 | Dennis Shefski GoldMine History & Pending Report (NQ03322 – 3354) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-67 | Olrando Alban GoldMine History & Pending Report (NQ003355 – 3363) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-68 | Gregory Capece GoldMine History & Pending Report (NQ003364 -3405) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-69 | Andy Walker GoldMine History & Pending Report (NQ003412 – 3428) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-70 | Mark Malla GoldMine History & Pending Report (NQ003429 – 3435) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-71 | Steve Griffin GoldMine History & Pending Report (NQ003436 – 3495) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-72 | Pam Russ GoldMine History & Pending Report (NQ003496 – 3509) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-73 | Nada Vance GoldMine History & Pending Report (NQ003510 – 3522) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-74 | Jason Dummer GoldMine History & Pending Report (NQ003523 – 3524; NQ003540 - 3547) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-75 | Bruce Frost GoldMine History & Pending Report (NQ003525 – 3539; NQ006947 – 6948) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-76 | Troy Ness GoldMine History & Pending Report (NQ003548 – 3564) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-77 | Ryan Hite GoldMine History & Pending Report (NQ003565 – 3569) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-78 | Tommy Jones GoldMine History & Pending Report | Fed. R. Evid. | No |

|  |  |  |  |
|---|---|---|---|
|  | (NQ003570 – 3593) | 402/403, 801/802, 602 |  |
| A-79 | James Smith GoldMine History & Pending Report (NQ003594 – 3630) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-80 | Tammy Kline GoldMine History & Pending Report (NQ003631 – 3676) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-81 | Kelly Roberts GoldMine History & Pending Report (NQ003677 – 3686) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-82 | Donelle Keen GoldMine History & Pending Report (NQ003687 – 3700) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-83 | Jonathan Antes GoldMine History & Pending Report (NQ003701 – 3728) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-84 | Tracy Haugabook GoldMine History & Pending Report (NQ003729 – 3637) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-85 | Ryan Harvey GoldMine History & Pending Report (NQ003638 – 3754) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-86 | Jodi Bertschinger GoldMine History & Pending Report (NQ003755 – 3765) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-87 | Keith Hargrove GoldMine History & Pending Report (NQ003766 – 3773) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-88 | Kathy Glenn GoldMine History & Pending Report (NQ003774 – 3786) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-89 | Ismael Marquez GoldMine History & Pending Report (NQ003787 -3807) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-90 | Jesse Borjesson GoldMine History & Pending Report (NQ003808 – 3816) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-91 | Tom Moore GoldMine History & Pending Report (NQ003817 – 3818; NQ003823- 3828) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-92 | Jeffrey Burks GoldMine History & Pending Report | Fed. R. Evid. | No |

| | | | |
|---|---|---|---|
| | (NQ003819 – 3820; NQ006995 – 7003) | 402/403, 801/802, 602 | |
| A-93 | Sherry Jefferson GoldMine History & Pending Report (NQ003829 – 3830; NQ003842 - 3851) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-94 | Tom Czaja GoldMine History & Pending Report (NQ003831 – 3841) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-95 | Geraldine Dipmore GoldMine History & Pending Report (NQ003852 – 3861) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-96 | Dennis Van Dyke GoldMine History & Pending Report (NQ003862 -3865) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-97 | Seth Szilagyi GoldMine History & Pending Report (NQ003866 – 3875) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-98 | Joe Fernandez GoldMine History & Pending Report (NQ003877 – 3886) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| A-99 | Jamey Young GoldMine History & Pending Report (NQ003887- 3897) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-1 | Manuel Pinilla GoldMine History & Pending Report (NQ003898 – 3908) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-2 | Jeannie Hulse GoldMine History & Pending Report (NQ003909 – 3917) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-3 | Cecil Horton GoldMine History & Pending Report (NQ003918 – 3924) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-4 | Paul Mangano GoldMine History & Pending Report (NQ003925 – 3948) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-5 | Tracie Grayson GoldMine History & Pending Report (NQ003949 – 3955) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-6 | Amy Salo GoldMine History & Pending Report (NQ003956 – 3992) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-7 | Joshua Dobson GoldMine History & Pending Report | Fed. R. Evid. | No |

| | (NQ003993 – 4009) | 402/403, 801/802, 602 | |
|---|---|---|---|
| B-8 | Carla Moose GoldMine History & Pending Report (NQ004010 - 4025) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-9 | Margi Diny GoldMine History & Pending Report (NQ004026 – 4052) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-10 | Bill Diersen GoldMine History & Pending Report (NQ004053 – 4064) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-11 | Paul May GoldMine History & Pending Report (NQ004065 – 4088) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-12 | Chip Caldwell GoldMine History & Pending Report (NQ004089 – 4096) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-13 | Melvin Parkins GoldMine History & Pending Report (NQ004097 – 4112) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-14 | Verdis Hall GoldMine History & Pending Report (NQ004113 – 4120) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-15 | Ryan Kramer GoldMine History & Pending Report (NQ004121 – 4126) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-16 | Carl Cease GoldMine History & Pending Report (NQ004127 – 4143) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-17 | Bill Ferris GoldMine History & Pending Report (NQ004144 – 4156) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-18 | David Hayes GoldMine History & Pending Report (NQ004157 – 4166) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-19 | Dennis Hollarn GoldMine History & Pending Report (NQ004167 – 4178) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-20 | David Klatt GoldMine History & Pending Report (NQ004179 – 4207 | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-21 | Don Ferrentino GoldMine History & Pending Report | Fed. R. Evid. | No |

|  |  |  |  |
|---|---|---|---|
|  | (NQ004208 - 4230) | 402/403, 801/802, 602 |  |
| B-22 | John Kidd, Sr. GoldMine History & Pending Report (NQ004231 - 4260) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-23 | Will Smoltino GoldMine History & Pending Report (NQ004261 – 4267) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-24 | Marc Jackson GoldMine History & Pending Report (NQ004268 – 4298) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-25 | Ted Zentek GoldMine History & Pending Report (NQ004299 - 4311) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-26 | Dean Skidmore GoldMine History & Pending Report (NQ004312 – 4325) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-27 | Sokunthy Vong GoldMine History & Pending Report (NQ004326 – 4435) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-28 | Cliff Bassett GoldMine History & Pending Report (NQ004436 – 4473) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-29 | Frederick Njoku GoldMine History & Pending Report (NQ004474 – 4487) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-30 | Bud Otto GoldMine History & Pending Report (NQ004488 – 4513) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-31 | Bianca Desantis GoldMine History & Pending Report (NQ004514 – 4523) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-32 | Daniel Sherwood GoldMine History & Pending Report (NQ004524 – 4547) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-33 | William Frank RichardsonGoldMine History & Pending Report (NQ004548 – 4562) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-34 | Shirley Dziedzic GoldMine History & Pending Report (NQ004563 – 4607) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-35 | Kelvin Reid GoldMine History & Pending Report | Fed. R. Evid. | No |

|  | (NQ004608 – 4625) | 402/403, 801/802, 602 | |
|---|---|---|---|
| B-36 | Robert Prine GoldMine History & Pending Report (NQ004626 - 4643) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-37 | Adam Fink GoldMine History & Pending Report (NQ004644 – 4663) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-38 | Richard Hyde GoldMine History & Pending Report (NQ004664 – 4669) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-39 | Jorge Palza GoldMine History & Pending Report (NQ004670 – 4726) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-40 | Theresa M. Crowley GoldMine History & Pending Report (NQ004727 – 4753) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-41 | Salim Ali GoldMine History & Pending Report (NQ004754 – 4781) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-42 | Indira Jaskic GoldMine History & Pending Report (NQ004782 – 4800) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-43 | Manuella Moreira/Craig Campbell GoldMine History & Pending Report (NQ004801 – 4838) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-44 | Tom Cocagna GoldMine History & Pending Report (NQ004839 – 4859) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-45 | Robert McGraw GoldMine History & Pending Report (NQ004860 - 4936) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-46 | Wanetta Morrow GoldMine History & Pending Report (NQ004937 - 4963) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-47 | Tina Smith GoldMine History & Pending Report (NQ004964 - 4977) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-48 | Larry Emig GoldMine History & Pending Report (NQ004978 - 4994) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-49 | Tom Brooke GoldMine History & Pending Report | Fed. R. Evid. | No |

| | | | |
|---|---|---|---|
| | (NQ004995 - 5042) | 402/403, 801/802, 602 | |
| B-50 | John Fox GoldMine History & Pending Report (NQ005043 - 5108) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-51 | Erick Adams GoldMine History & Pending Report (NQ005109 - 5118) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-52 | Brent Uhlig GoldMine History & Pending Report (NQ005119 - 5141) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-53 | Edward Small GoldMine History & Pending Report (NQ005142 - 5162) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-54 | Patrick Rohan GoldMine History & Pending Report (NQ005163 - 5179) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-55 | Richard Dierker GoldMine History & Pending Report (NQ005180 - 5190) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-56 | Lewis Smith GoldMine History & Pending Report (NQ005191 - 5192; NQ005536 - 5550) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-57 | Stanford Black GoldMine History & Pending Report (NQ005193 - 5205) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B -58 | Sarah Gehring GoldMine History & Pending Report (NQ005206 - 5207; NQ005885 - 5886, NQ005888 - 5889, NQ005209 - 5218) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-59 | Chris Jordan GoldMine History & Pending Report (NQ005219 - 5229) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-60 | Heide Gonzalez GoldMine History & Pending Report (NQ005230 - 5257) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-61 | Gerald Raleigh GoldMine History & Pending Report (NQ005258 - 5272) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-62 | Janet Williams GoldMine History & Pending Report (NQ005273 - 5280) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-63 | Jonathan Deering GoldMine History & Pending Report | Fed. R. Evid. | No |

|  |  |  |  |
|---|---|---|---|
|  | (NQ005281 - 5286) | 402/403, 801/802, 602 |  |
| B-64 | Chris Yaeger GoldMine History & Pending Report (NQ005287 - 5293) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-65 | Kevin McNulty GoldMine History & Pending Report (NQ005294 - 5306) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-66 | Greg Nicols GoldMine History & Pending Report (NQ005307 - 5330) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-67 | Lonnie Goldman GoldMine History & Pending Report (NQ005331 - 5358) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-68 | Aaron Timmins GoldMine History & Pending Report (NQ005359 - 5262; NQ005929 - 5931; NQ005946; NQ005363 - 5376; NQ005378 - 5385) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-69 | Susannah Warren GoldMine History & Pending Report (NQ005386 - 5407) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-70 | Michael Stulz GoldMine History & Pending Report (NQ005408 - 5423) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-71 | Rick Murphy GoldMine History & Pending Report (NQ005424 - 5451) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-72 | Floyd Parker GoldMine History & Pending Report (NQ005452 - 5468) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-73 | Anthony Clark GoldMine History & Pending Report (NQ5469 - 5507) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-74 | Andrew Burger GoldMine History & Pending Report (NQ005508 - 5535) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-75 | Omar Ochoa GoldMine History & Pending Report (NQ005551 - 5559) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-76 | Michael Kougl GoldMine History & Pending Report (NQ005560 - 5590) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-77 | Martin Hendricks GoldMine History & Pending Report | Fed. R. Evid. | No |

| | (NQ005591 - 5625) | 402/403, 801/802, 602 | |
|---|---|---|---|
| B-78 | Allen White GoldMine History & Pending Report (NQ005626 - 5632) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-79 | Howard Delaney GoldMine History & Pending Report (NQ005633 - 5636) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-80 | Kevin Wooten GoldMine History & Pending Report (NQ005637 - 5645) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-81 | Kathy Jennings GoldMine History & Pending Report (NQ005646 - 5652) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-82 | Derek LaFarque GoldMine History & Pending Report (NQ005653 - 5668) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-83 | Elizabeth Esquivel GoldMine History & Pending Report (NQ005669 - 5674) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-84 | Ronald Reinberger GoldMine History & Pending Report (NQ005675 - 5688) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-85 | Davon Hall GoldMine History & Pending Report (NQ005689 - 5700) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-86 | Denise Kendle GoldMine History & Pending Report (NQ005701 - 5719) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-87 | Ed Macek GoldMine History & Pending Report (NQ005720 - 5724) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-88 | Kevin Brumfiel GoldMine History & Pending Report (NQ005725 - 5739) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-89 | Tony Jones GoldMine History & Pending Report (NQ005740 - 5743) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-90 | Manny Rubiera GoldMine History & Pending Report (NQ005744 - 5766) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-91 | Bill Cummings GoldMine History & Pending Report | Fed. R. Evid. | No |

| | (NQ005767 - 5780) | 402/403, 801/802, 602 | |
|---|---|---|---|
| B-92 | Krik Preston GoldMine History & Pending Report (NQ005781 - 5798) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-93 | John Treadwell GoldMine History & Pending Report (NQ005799 - 5805) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-94 | Charles Thomas GoldMine History & Pending Report (NQ005806 - 5820) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-95 | Thomas Tantullo GoldMine History & Pending Report (NQ005821 - 5836) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-96 | David Gordon GoldMine History & Pending Report (NQ005837 - 5848) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-97 | Adrianna Yett GoldMine History & Pending Report (NQ005987 - 6001) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-98 | Jim Ray GoldMine History & Pending Report (NQ006032 - 6089) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| B-99 | Stacy Mensik GoldMine History & Pending Report (NQ006206 - 6264) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| C-1 | Steven Catti GoldMine History & Pending Report (NQ006383 - 6442) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| C-2 | Vincent Elenterio GoldMine History & Pending Report (NQ006563 - 6601) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| C-3 | Donald Marquez GoldMine History & Pending Report (NQ006680 - 6699) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| C-4 | Randy Gee GoldMine History & Pending Report (NQ006740 - 6775) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| C-5 | Vicki Weir GoldMine History & Pending Report (NQ006848 - 6880) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| C-6 | Charles Gawelko GoldMine History & Pending Report | Fed. R. Evid. | No |

| | | | |
|---|---|---|---|
| | (NQ007025 - 7036) | 402/403, 801/802, 602 | |
| C-7 | David Squires GoldMine History & Pending Report(NQ007061 - 7121) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| C-8 | Vikalp Chopra GoldMine History & Pending Report(NQ007244 - 7253) | Fed. R. Evid. 402/403, 801/802, 602 | No |
| C-9 | Duree Barton Determination of the Fair Value of Customer Relationships and Based on the Fair Value of Customer Relationships as of 8/18/05, and Summary of NetQuote's Customer Relationship Damages Resulting from Byrd/MostChoice Malicious Applications | | Yes |
| C-10 | Duree Barton Causation Classification and Quantification of NetQuote's Loss of Local Agent "Customer Relationship Damages | | Yes |
| C-11 | Duree Barton Review and Causation Classification of the 157 Local Agent Accounts Included in Our Initial Quantification of NetQuote's Customer Relationship Damages | | Yes |
| C-12 | Duree Barton Classification for Loss of Customer Relationship Damages Consideration and Quantification - Affected Account Listing | | Yes |
| C-13 | Duree Barton Detail of Customer Relationship Damages Based on Visual Inspection of Account Activity | | Yes |
| C-14 | Duree Barton Detail of Customer Relationship Damages – Terminated and 7/07 Zero Account Revenues | | Yes |
| C-15 | Duree Barton Detail of Customer Relationship Damages Inactive Accounts | | Yes |
| C-16 | Duree Barton Revenue Summary for HSBC and SBLI | | Yes |
| C-17 | Duree Barton Summary of Mostchoice Revenues as Reported by MostChoice Where MostChoice Billed for its Services to a NetQuote Affected Account | | Yes |
| C-18 | Duree Barton Summary of Identifiable Employee Cost Associated with Remediation | | Yes |

Pursuant to Fed. R. Civ. P. 26(a)(3), NetQuote, Inc. reserves the right to make further objections based on Fed. R. Evid. 402 and 403.

Respectfully submitted this 23rd day of April, 2008.

                *s /Daniel D. Williams*
                David W. Stark
                Heather Carson Perkins
                FAEGRE & BENSON LLP
                3200 Wells Fargo Center
                1700 Lincoln Street
                Denver, Colorado 80203
                Telephone: (303) 607-3500
                Facsimile: (303) 607-3600
                E-mail: dstark@faegre.com
                   hperkins@faegre.com

                Daniel D. Williams
                Teresa Taylor Tate
                FAEGRE & BENSON LLP
                1900 Fifteenth Street
                Boulder, Colorado 80302
                Telephone: (303) 447-7700
                Facsimile: (303) 447-7800
                E-mail: dwilliams@faegre.com
                   ttate@faegre.com

                **Counsel for Plaintiff NetQuote, Inc.**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 23, 2008, I electronically filed the foregoing **PLAINTIFF'S OBJECTIONS PURSUANT TO FED. R. CIV. P. 26(a)(3)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Ryan L. Isenberg, Esq.
ISENBERG & HEWITT, P.C.
7000 Peachtree Dunwoody Road, Bldg 15, Suite 100
Atlanta, GA 30328
ryan@isenberg-hewitt.com

                                                  *s/ Daniel D. Williams*_____