IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

---

**ORDER**

---

Upon review of the file in this case, the court would like to set this matter for a Status Hearing.

It is ORDERED that counsel for the parties are to place a conference call to this chambers on **Thursday, June 19, 2008** at **3:00 p.m. MST** to set this matter for a Status Hearing. The telephone number for the parties to call is (303) 844-3800.

DATED at Denver, Colorado, this <u>18th</u> day of June, 2008.

                                                      BY THE COURT:

                                                      *s/ David M. Ebel*

                                                      _____

                                                      David M. Ebel
                                                      United States Circuit Judge