IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff;

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 18, 2008.**

    Plaintiffs' Unopposed Motion for Leave to Amend Pre-Trial Order to Add Aaron Timmins as a Witness to the May Testify Deposition List [Filed June 18, 2008; Docket #240] is **granted**. Mr. Timmins is added as a witness to the to may testify deposition list.