IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

     Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 29, 2008.**

     Plaintiff's Unopposed Motion to Amend Final Pretrial Order [filed July 25, 2008; docket #253] is **granted**. Plaintiff's Statement in Section 3 of the Final Pretrial Order [docket #217] shall include the following sentence: "In addition to the relief requested, NetQuote will be seeking its costs and attorney's fees."