**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  September 18, 2008                    Deputy Clerk: Bernique Abiakam
                                             Court Reporter: Gwen Daniel

---

Civil Action No.: 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,                    Heather C. Perkins
                                                           Daniel D. Williams

        Plaintiff,

v.

BRANDON BYRD, an internet user making
use of the IP Addresses 64.136.27.226 and
64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,              Ryan L. Isenberg
                                                          Melvin L. Hewitt, Jr.

        Defendants.

---

## COURTROOM MINUTES

---

**Final Trial Preparation Conference**

**10:03 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary comments.

Discussion regarding the number of jurors to try the case.

The case will be tried to a jury of 12.

3 peremptory challenges per side.

Discussion regarding voir dire process, jury selection, peremptory challenges,
sequestration of witness, and expert testimony.

Discussion regarding pending motion Doc. No. 258; Filed 9/12/08.

Argument by Mr. Williams.

Argument by Mr. Isenberg

Further argument by Mr. Williams.

**ORDERED:   Netquote's Motion In Limine To Exclude Testimony Of Robert Vineyard And Mark Gatsch (Filed 9/12/08; Doc. No. 258) is DENIED WITHOUT PREJUDICE.**

Discussion regarding witnesses, videotaped depositions, and objections.

**ORDERED:   The Defendants shall file the proposed Motion in Limine on or before September 19, 2008.  The Response is due on or before September 24, 2008.**

Discussion regarding stipulation of exhibits.

The Court advises counsel that a Motion to admit all the joint stipulated exhibits shall be entered at the beginning of trial.

Counsel shall meet and confer regarding joint exhibits.

Discussion regarding numbering system for plaintiff, defendants, and joint exhibits.

**ORDERED:   Objections to exhibits shall be submitted by close of business September 24, 2008.**

Discussion regarding witnesses.

Discussion regarding trial schedule.

Discussion regarding time allowed for direct examination, cross examination, and redirect examination.

Counsel is advised, by the Court, that the Plaintiff shall be allowed a total of 24 hours and the Defendants will be allowed a total of 18 hours in their time budget.  Time taken for objections may also be counted against original allotted time budget.

Counsel shall submit a statement regarding objections to jury instructions on or before October 3, 2008.

Comments by Ms. Perkins.

Discussion regarding stipulated instructions.

Further discussion regarding juror questionnaire.

Discussion regarding courtroom technology, and expert testimony.

Discussion regarding trial schedule.  Counsel is to arrive 30 minutes prior to the start of court.

Counsel will be allowed 30 minutes per side for opening and for closing arguments.

Discussion regarding deposition designations.

Deposition designations, glossary of names, and list of technical terms are tendered to the Court.

Comments by Mr. Isenberg.

Discussion regarding courtroom technology, publication of exhibits, security clearance, and opening court.

Final comments by the Court.

**11:51 a.m.    Court in recess.**
Hearing concluded.
Time in court - 1 hour 48 minutes