IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

       Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

       Defendants.

**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF ARISING FROM PROTECTIVE ORDER, TO COMPEL PRODUCTION OF ADDITIONAL DOCUMENTS, AND FOR CONTINUANCE**

Pending before the court is a motion wherein Mostchoice asks for relief arising from a Protective Order issued by Magistrate Judge Hegarty, and requests this court to allow Mostchoice to conduct additional discovery, to grant a continuance of the trial, and to allow Michael Levy, the Chairman of Mostchoice, to offer his opinion testimony regarding some of NetQuote's computer systems. (Dkt. # 263.)

This court DENIES this motion and DENIES Mostchoice's request for relief arising from the Protective Order, its request for additional discovery, its request for a continuance, and its request that Michael Levy be allowed to present opinion testimony.

1

The time to request discovery or designate experts has passed. (See, Final Pretrial Order, Dkt # 217 ¶8 (stating that discovery is complete).) Furthermore, Mostchoice's attorneys and expert had access to the material referenced in Mostchoice's motion for almost a year. Mostchoice's attorneys could have, in a timely fashion and in consultation with its expert, determined if that material created a need for additional discovery and whether it would be useful to designate Michael Levy as an expert to testify on these issues. Mostchoice also had the opportunity to petition for specific further relief from the Protective Order if it determined it needed to do so, and it chose not to avail itself of that opportunity.

Mostchoice has failed to show that it has been prejudiced by the Protective Order in this case. On the other hand, a further delay in this trial would cause prejudice to the court and to NetQuote. Further, Mostchoice has failed to show how its presentation at trial will be prejudiced in light of the access to documents and depositions that it has had for a month prior to trial. Accordingly, Mostchoice's motion is denied in its entirety.

DATED at Denver, Colorado, this  26th  day of September, 2008.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge