IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO AMEND PRE-TRIAL ORDER TO IDENTIFY/ ADD A WITNESS, AND GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE ITS RESPONSE TO DEFENDANTS' MOTION TO AMEND PRE-TRIAL ORDER TO IDENTIFY/ ADD A WITNESS AND EXHIBITS UNDER SEAL**

Pending before the court is a motion filed on September 26, 2008, by Defendants to amend the pre-trial order to include an additional witness, Ms. Lee Brant. (Dkt. #272.) The motion requests the court to allow the amendment because MostChoice only learned of the identify of this additional witness, a former NetQuote customer service representative, on September 23, 2008. NetQuote responded to this motion on September 29, 2008, (dkt. #274) and filed a motion to have its response and accompanying exhibits placed under seal (dkt. #273). Defendants filed a reply on September 29, 2008, (dkt. #275) but did not oppose NetQuote's motion to have its response placed under seal.

1

This court DENIES Defendants' motion for leave to amend the pre-trial order to add an additional witness, and GRANTS NetQuote's motion to have its response and accompanying exhibits placed under seal.

In the course of discovery, NetQuote produced documents, including at least two documents that MostChoice has designated as trial exhibits, which previously disclosed the identity of numerous customer service representatives. These documents specifically disclosed that Ms. Lee Brant was a customer service representative on local accounts for NetQuote, and that she allegedly responded to false leads supplied by Defendants. MostChoice, thus, did not just learn of Ms. Brant's identity on September 23, as it claims, but, instead, was aware that she was a customer service representative for the past year. Defendants' request is untimely and would cause NetQuote prejudice to prepare rebuttal to this witness at this late date.

DATED at Denver, Colorado, this __1st__ day of October, 2008.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge