IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

**RULING ON OBJECTIONS TO VIDEOTAPED DEPOSITION TESTIMONY OF MICHAEL LEVY AND MARTIN FLEISCHMANN**

---

There were no objections to the proposed videotaped deposition testimony of Michael Levy, and accordingly no rulings are necessary as to that witness.

There were several objections tendered to the proposed videotaped deposition testimony of Martin Fleischmann. The Court's rulings on those objections are as follows:

    1.    Page 29, line 23, through page 31, line 3: Objection SUSTAINED on the basis of Federal Rules of Evidence 402 and 403.

    2.    Page 207, lines 15 through 20: Objection OVERRULED.

    3.    Page 227, lines 14 through 17: Objection SUSTAINED on the basis of Federal Rules of Evidence 402 and 403.

1

4. Page 249, lines 5 through 21: Objection OVERRULED.

5. Page 255, lines 7 through 17: Objection OVERRULED.

6. Page 261, line 22, through page 262, line 6: Objection SUSTAINED on the basis of Federal Rules of Evidence 402 and 701.

The videotaped deposition testimony of these two deponents should be edited accordingly to remove the questions and answers as to which the objections have been sustained.

DATED at Denver, Colorado, this  1st  day of October, 2008.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge