IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

**RULING ON OBJECTIONS TO VIDEOTAPED DEPOSITION TESTIMONY OF MICHAEL ANDREW, MARY BRO, CAROLINE SELLERS, AND ERICK SULLIVAN,**

---

There were no objections to the proposed videotaped deposition testimony of Caroline Sellers, and accordingly no rulings are necessary as to that witness.

There was one objection tendered to the proposed videotaped deposition testimony of Michael Andrew. The Court's ruling on the objection is as follows:

    1.    Page 203, line 2, through page 204, line 6: Objection OVERRULED.

1

There were three objections tendered to the proposed videotaped deposition testimony of Mary Bro. The Court's rulings on those objections are as follows:

1. Page 15, line 1, through page 15, line 5: Objection OVERRULED.

2. Page 15, line 22, through page 16, line 21: Objection OVERRULED, with limiting instruction to the jury that this testimony is received not for the truth of what Ci Direct's agents told Ms. Bro, but rather for fact that the agents made these statements and for Ms. Bro's interpretation of those statements.

3. Page 18, line 17, through page 18, line 19: Objection OVERRULED.

There were four objections tendered to the proposed videotaped deposition testimony of Erick Sullivan. The Court's rulings on those objections are as follows:

1. Page 38, line 17, through page 39, line 3: Objection OVERRULED.

2. Page 39, line 10, through page 39, line 12: Objection OVERRULED.

3. Page 52, line 14, through page 52, line 15, and Page 53, line 2, through page 53, line 24: Objection OVERRULED, with instruction to the jury that this information is not received for the truth of the material in exhibit no. 178, but is received for the purpose of proving that MostChoice received this statement from a customer.

The videotaped deposition testimony of these two deponents should be edited accordingly to remove the questions and answers as to which the objections have been sustained.

DATED at Denver, Colorado, this __7th__ day of October, 2008.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

**RULING ON OBJECTIONS TO VIDEOTAPED DEPOSITION TESTIMONY OF MICHAEL ANDREW, MARY BRO, CAROLINE SELLERS, AND ERICK SULLIVAN,**

---

There were no objections to the proposed videotaped deposition testimony of Caroline Sellers, and accordingly no rulings are necessary as to that witness.

There was one objection tendered to the proposed videotaped deposition testimony of Michael Andrew. The Court's ruling on the objection is as follows:

    1.    Page 203, line 2, through page 204, line 6: Objection OVERRULED.

1

There were three objections tendered to the proposed videotaped deposition testimony of Mary Bro. The Court's rulings on those objections are as follows:

1. Page 15, line 1, through page 15, line 5: Objection OVERRULED.
2. Page 15, line 22, through page 16, line 21: Objection OVERRULED, with limiting instruction to the jury that this testimony is received not for the truth of what Ci Direct's agents told Ms. Bro, but rather for fact that the agents made these statements and for Ms. Bro's interpretation of those statements.
3. Page 18, line 17, through page 18, line 19: Objection OVERRULED.

There were four objections tendered to the proposed videotaped deposition testimony of Erick Sullivan. The Court's rulings on those objections are as follows:

1. Page 38, line 17, through page 39, line 3: Objection OVERRULED.
2. Page 39, line 10, through page 39, line 12: Objection OVERRULED.
3. Page 52, line 14, through page 52, line 15, and Page 53, line 2, through page 53, line 24: Objection OVERRULED, with instruction to the jury that this information is not received for the truth of the material in exhibit no. 178, but is received for the purpose of proving that MostChoice received this statement from a customer.

The videotaped deposition testimony of these two deponents should be edited accordingly to remove the questions and answers as to which the objections have been sustained.

DATED at Denver, Colorado, this __7th__ day of October, 2008.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge