IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

**RULING ON OBJECTIONS TO VIDEOTAPED DEPOSITION TESTIMONY OF PAUL GOOTT, DONALD RAY MARQUEZ AND JOHN DORIA**

---

I.    There were several objections tendered to the proposed videotaped deposition testimony of Paul Goott. The Court's rulings on those objections are as follows:

    1. Page 25, lines 3 through 9: Objection OVERRULED.

    2. Page 32, lines 18 through 23: Objection OVERRULED.

    3. Page 36, lines 14 through 19: Objection OVERRULED.

    4. Page 42, line 21 through page 43, line 2: Objection OVERRULED.

    5. Page 44, lines 3 through 7; Objection OVERRULED.

    6. Page 50, lines 4 through 7: Objection OVERRULED.

    7. Page 58, lines 8 through 12: Objection OVERRULED.

8. Page 63, line 19 through page 64, line 7: Objection OVERRULED.

II. There were several objections tendered to the proposed videotaped deposition testimony of Donald Ray Marquez. The Court's rulings on those objections are as follows:

1. Page 8, lines 4 through 9: Objection SUSTAINED.

2. Page 8, lines 14 through 25: Objection OVERRULED.

3. Page 18, lines 6 through 14: Objection OVERRULED.

4. Page 30, lines 18 through 23: Objection SUSTAINED.

III. There were several objections tendered to the proposed videotaped deposition testimony of John Doria. The Court's rulings on those objections are as follows:

1. Page 18, lines 5 through 8: Objection SUSTAINED.

2. Page 20, lines 4 through 14: Objection OVERRULED.

3. Page 23, lines 15 through 23: Objection OVERRULED. I will, if requested, give a limiting instruction that Mr. Doria's statements should not be considered for the truth that sales managers had difficulty with leads, just that Netquote understood that was what SBLI's agents' problems were with Netquote.

The videotaped deposition testimony of these deponents should be edited accordingly to remove the questions and answers as to which the objections

have been sustained.

DATED at Denver, Colorado, this  9th  day of October, 2008.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge