IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses
64.136.27.226 and
64.136.26.227, and
MOSTCHOICE.COM, INC., a Georgia corporation,

    Defendants.

---

## ORDER

---

    Local Rule 47.1 for the U. S. Court for the District of Colorado provides:

    No party or attorney shall communicate with, or cause another to communicate with, a juror or prospective juror before, during or after any trial without written authority signed by the judicial officer to whom the case is assigned for trial.

    Upon further review and consideration, it is the Court's conclusion that this rule prohibits any contact between the jurors and attorneys or their representatives regarding the trial in this matter absent prior written authority by the Court. This prohibition applies regardless of who initiates the contact.

    The contact between the two jurors and Plaintiff's counsel in response to my earlier misinterpretation of this local rule is understandable. Further, the conduct of Plaintiff's counsel in referring these matters to the Court was also appropriate.

    However, the Court is now convinced that Local Rule 47.1, as construed and applied within the District of Colorado, prohibits all contact between jurors and lawyers or their representatives regarding this case at issue, absent written approval from the Court. It is the practice of the Court to deny the request for written communications absent good cause. No good cause has been shown to authorize continuation of the contact initiated by the two jurors in question.

THEREFORE, Plaintiff's counsel and representatives of Plaintiff's counsel shall have no further contact with the two jurors who initiated contact with them and if any other jurors should attempt to contact counsel for any party to this litigation, any such juror shall be advised of the content of this order and no further contact about this case shall occur between such juror and counsel or their representatives absent written approval from the Court.

DATED AND SIGNED this   20th   day of   October  , 2008

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
U. S. Circuit Court Judge