IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Circuit Judge David M. Ebel

Civil Action No.: 07-cv-00630-DME-MEH

NETQUOTE INC., a Colorado corporation,

      Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and
64.136.26.227, and MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall

retain custody of their respective exhibits and depositions until such time as all need for

the exhibits and depositions has terminated and the time to appeal has expired or all

appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this __16__ day of October 2008.

      BY THE COURT:

      _David M Ebel_

      David M. Ebel,
      United States Circuit Judge

_____      _____
Counsel for Plaintiff            Counsel for Defendants