IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE INC., a Colorado corporation,

    Plaintiff,

v.

BRANDON BYRD, and MOSTCHOICE.COM, Inc., a Georgia corporation,

    Defendants.

_____

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION IN RE: PREJUDGMENT INTEREST AND TREBLING PUNITIVE DAMAGES**
_____

    THE COURT, having reviewed Defendant's Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion in Re: Prejudgment Interest and Trebling Punitive Damages, hereby

    ORDERS that the motion is granted.

    IT IS FURTHER ORDERED that NetQuote is denied the right to file a response to the surreply.

    Dated this __11th__ day of December, 2008.

                                              BY THE COURT:

                                              *s/ David M. Ebel*

                                              _____
                                              U.S. Circuit Judge