**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00630-DME-MEH

NETQUOTE, INC., a Colorado corporation,

      Plaintiff,

v.

BRANDON BYRD, an internet user making use of the IP Addresses 64.136.27.226 and 64.136.26.227, and

MOSTCHOICE.COM, INC., a Georgia corporation,

      Defendants.

---

**ORDER REGARDING NETQUOTE, INC.'S BILL OF COSTS**

---

      Pursuant to Fed. R. Civ. P. 54(d), the Court hereby enters judgment in this matter against Brandon Byrd and MostChoice.Com, Inc., and in favor of NetQuote, Inc. in the amount of **$47,967.82**, for all reasonable and necessary costs incurred by NetQuote, Inc. as the prevailing party in this matter.

      The hearing relating to NetQuote, Inc.'s Bill of Costs before the clerk of this Court which is currently set for May 6, 2009 at 9:00 a.m. is hereby vacated.

Dated:  May 5, 2009

                                         *s/ David M. Ebel*
                                         District Court/ Magistrate Judge

fb. 3956936.1